UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-30126 (MAP)
BBO# 431100

DONALD C. HUTCHINS,

        Plaintiff

v.

CARDIAC SCIENCE, INC.,

        Defendant

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE COURT:

    Please enter my appearance on behalf of the Defendant, Cardiac Science, Inc., in the above-entitled matter.

Paul H. Rothschild, Esq.
BACON & WILSON, P.C.
33 State Street
Springfield, MA  01103
Tel:    (413) 781-0560
Fax:    (413) 739-7740
BBO#
August 4, 2004

### CERTIFICATE OF SERVICE

    I, PAUL H. ROTHSCHILD, hereby certify that on the 4th day of August 2004, I caused a copy of the foregoing Notice of Appearance to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA   01106.

PAUL H. ROTHSCHILD

336294