UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30126 (MAP)
BBO# 431100

DONALD C. HUTCHINS,

        Plaintiff

v.

CARDIAC SCIENCE, INC.,

        Defendant

FILING FEE PAID:
RECEIPT # _305688_
AMOUNT $ _50_
BY DPTY CLK _MH_
DATE _8/5/04_

## DEFENDANT'S MOTION FOR ADMISSION OF
## RANDALL T. SKAAR PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) of this Court, Paul H. Rothschild, a member of the Bar of this Court who is associated with the firm of Bacon & Wilson, P.C., moves for the admission to the Bar of this Court, pro hac vice, of Randall T. Skaar, admitted to practice in the District of Minnesota.

The affidavit and certificate of Randall T. Skaar in support of this motion is attached.

Dated: August 4, 2004

Respectfully submitted,
The Defendant,
Cardiac Science, Inc.
By its Attorney,

PAUL H. ROTHSCHILD, ESQ.
BACON & WILSON, P.C.
33 State Street, Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-774

### CERTIFICATE OF SERVICE

I, PAUL H. ROTHSCHILD, hereby certify that on the 4th day of August 2004, I caused a copy of the foregoing Motion for Admission Pro Hac Vice to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to: Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, MA 01106.

PAUL H. ROTHSCHILD

335395

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30126 (MAP)
BBO# 431100

DONALD C. HUTCHINS,

      Plaintiff

v.

CARDIAC SCIENCE, INC.,

      Defendant

### AFFIDAVIT AND CERTIFICATE OF RANDALL T. SKAAR

Randall T. Skaar, first duly sworn, deposes and states:

4.      I am an attorney duly admitted to practice in the State of Minnesota.

5.      I am a member of the Bar in good standing in every jurisdiction and court in which I have been admitted to practice.   There are no disciplinary proceedings pending against me as a member of the Bar in any Jurisdiction or court.  I am familiar with Local Rules of the United States District Court for the District of Massachusetts.

6.      I am associated with the firm of Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402.   Our firm represents the Defendant in the above-entitled action, and I respectfully request admission to the Bar of this Court pro hac vice.

RANDALL T. SKAAR