**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**DONALD HUTCHINS**
        Plaintiff               CIVIL / CRIMINAL

                                            CASE NO.  04-30126
        V.

**CARDIAC SCIENCE INC**
        Defendant

**NOTICE**

**PONSOR**
                D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

HEARING ON MOTION TO DISMISS AND EMERGENCY MOTION FOR TRO  on

SEPTEMBER 9, 2004     at    11:30 A.M.        before Judge   PONSOR

in Courtroom #   1       on the    5th       floor.


                                                        TONY ANASTAS,
                                                        CLERK OF COURT

9/3/04                                             /s/Elizabeth A. French
                                                By:
     Date                                                  Deputy Clerk


Notice mailed to:

All counsel of record

**(Notice of Hearing.wpd - 7/99)** **[kntchrgcnf.]**
**[ntchrgcnf.]**