UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendant )<br>) | Civil Action: **04-30126-MAP** |

## PLAINTIFF'S MOTION FOR JOINDER OF PARTIES UNDER
## R 19(a)(1) AND R19(a)(2)(ii) OF CIVIL PROCEDURE

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court grant Plaintiff Joinder of the Complient Corporation to this Action under Rule 19 (a)(1) and Rule 19(a)(2)(ii) of civil procedure. In support thereof, the Plaintiff submits the attached Memorandum in Support of the Plaintiff's Motion for Joinder of Parties.

A proposed Order is attached hereto.

Dated: September 2, 2004

The Plaintiff
Donald C. Hutchins, Pro Se

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by registered mail to:

Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402.

Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103

Dated: 7/3/04

Richard J. Moriarty