UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>) Civil Action: 04-30126-MAP<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendant )<br>) | |

## ORDER FOR JOINDER

The Court makes the following findings and orders that the Complient Corporation, 27070 Miles Road., Solon, Ohio 44139, be joined as a Defendant to this action under Rule 19 (a)(1) and Rule 19(a)(2)(ii) of civil procedure.

The Court finds that without the joining of the Complient Corporation, complete relief cannot be accorded among the parties and the absence of Complient Corporation will leave any of the persons already parties subject to a substantial risk of incurring inconsistent obligations by reason of the claimed interest.

_____
Justice of the United States District Court

Dated: _____