```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

DONALD C. HUTCHINS,            )
        Plaintiff     )
                       )
    v.                    ) CIVIL ACTION NO. 04-30126-MAP
                       )
CARDIAC SCIENCE, INC,          )
        Defendant     )

## PRETRIAL SCHEDULING ORDER

September 13, 2004

PONSOR, D.J.

Counsel appeared before this court on September 9, 2004 for argument on defendant's motion for a temporary restraining order and to join a party, as well as defendant's Motion to Dismiss. Following rulings on these motions, the court orders as follows:

    1. All interrogatories and requests for production will be served no later than October 12, 2004.

    2. All non-expert depositions will be completed by February 28, 2005.

    3. Counsel will appear again before Magistrate Judge Neiman for a case management conference on March 15, 2005 at 2:00 p.m. At this conference, Magistrate Judge Neiman will discuss with the parties the length of time needed for expert discovery (if any), the status of settlement discussion, possible motions for summary judgment and a final schedule for trial.

    It is So Ordered.

                                      /s/ Michael A. Ponsor
                                      MICHAEL A. PONSOR
                                      United States District Judge