UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,
        Plaintiff,                              Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC.,
        Defendant.

## DEFENDANT'S CORPORATE DISCLOSURES PURSUANT TO FED. R. CIV. P. 7.1(a)

Defendant, Cardiac Science, Inc., through their counsel, makes the following statements pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure:

Pursuant to Fed. R. Civ. P. 7.1(a), counsel for above-named Plaintiff certifies that there is no parent corporation or publicly held corporation that owns ten percent (10%) or more of the stock of Cardiac Science, Inc.

                                                    **Respectfully Submitted,
CARDIAC SCIENCE, INC.**

Dated: September 22, 2004        By:   /s/ Paul H. Rothschidl
                                                  Paul H. Rothschild

Randall T. Skaar                        **BACON & WILSON P.C.**
Scott G. Ulbrich                        33 State Street
**PATTERSON, THUENTE, SKAAR**    Springfield, MA 01103
**& CHRISTENSEN, P.A.**            Phone: (413) 781-0560
4800 IDS Center                      Fax: (413) 739-7740
80 South 8th Street                 BBO# 431100
Minneapolis, MN 55402-2100
Tel: (612) 349-5740
Fax: (612) 349-9266

CERTIFICATE OF SERVICE

I, PAUL H. ROTHSCHILD, hereby certify that on the 22nd day of September 2004, I caused a copy of the foregoing Defendant's Corporate Disclosure Pursuant to Fed.R.Civ.P. 7.1(a) to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

    Donald C. Hutchins
    1047 Longmeadow Street
    Longmeadow, MA 01106.

                                                 /s/ Paul H. Rothschild
                                                 PAUL H. ROTHSCHILD