UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS )
)
Plaintiff )
)
)     Civil Action: **04-30126-MAP**
v. )
)
CARDIAC SCIENCE, INC. )
)
Defendant )
)

## PLAINTIFF'S AMENDED MOTION FOR JOINDER OF PARTIES UNDER R 19(a)(1) AND R19(a)(2)(ii) OF CIVIL PROCEDURE

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court

grant Plaintiff Joinder of the Complient Corporation to this Action under Rule 19 (a)(1)

and Rule 19(a)(2)(ii) of civil procedure. In support thereof, the Plaintiff submits the

attached Memorandum in Support of the Plaintiff's Motion for Joinder of Parties.

This Amended Motion meets that requirement of Local Rule 15.1 with a

certificate herein attached stating that it has been served at least (10) days in advance on

the new party as required by this rule.

A proposed Order is attached hereto.

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: September 10, 2004

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)