UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD C. HUTCHINS | ) | |
| | ) | |
| Plaintiff | ) | **CERTIFICATION UNDER** |
| | ) | **LOCAL RULE 15.1 BY** |
| v. | ) | **DONALD C. HUTCHINS** |
| | ) | |
| CARDIAC SCIENCE, INC. | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

NOW COMES DONALD C. HUTCHINS who states that:

In accordance with Local Rule 15.1, ADDITION OF NEW PARTIES, that I shall file

PLAINTIFF'S AMENDED MOTION FOR JOINDER on September 23, 2004.

September 10, 2004

_____

DONALD C. HUTCHINS

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of Plaintiff's Amended Motion For Joinder and the foregoing Certificate under Local Rule 15.1 on the appropriate party by registered mail to:

Gerald A. Monroe, Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, OH 44114-2688.

## CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by registered mail to:

Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402.

Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103

Dated: 9/23/04

Richard J. Moriarty

2