UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DONALD C. HUTCHINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action: 04-30126-MAP |
| | ) | |
| CARDIAC SCIENCE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLIENT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR REMOVAL

### I.   INTRODUCTION

Non-party Complient Corporation respectfully requests that Plaintiff Donald C. Hutchins' ("Hutchins") Motion for Removal (the "Motion") be denied. Hutchins' Motion seeks to "remove", and join to this case, the action brought by Complient against Hutchins and CPR Prompt Corporation in the State of Ohio, Cuyahoga County Court of Common Pleas, captioned Complient Corp. v. Hutchins, Case No. 540066 (the "Ohio Action"). The removal statutes simply do not allow this result. Accordingly, Hutchins' Motion for Removal should be denied.

Hutchins' Motion is yet another unjustified attempt to avoid appearing in and defending the claims asserted against him and his company in the Ohio Action. Complient asserted claims in the Ohio Action for tortious interference and abuse of process under the common law of Ohio and for a declaratory judgment under Ohio law pursuant to the negotiated choice of law provision in the License Agreement entered into by and between Complient, Hutchins and CPR

{CMO1833;1}

Prompt Corporation. CPR Prompt refuses to retain counsel for the Ohio Action and, instead, improperly filed an Answer therein by and through Hutchins. Accordingly, on October 22, 2004, a hearing in the Ohio Action was scheduled on Complient's Motion for Default Judgment for December, 2004. Six days later, Hutchins filed the subject spurious Motion.

## II.    **ARGUMENT**

The removal statutes do not contemplate the result Hutchins requests. Specifically, Hutchins asks this Court to remove and, in fact, transfer a case pending in a State of Ohio court to this District. One of the very statutes Hutchins cites, 28 U.S.C. § 1441(a), clearly provides that the Ohio Action is not subject to removal as Hutchins suggests and requests.

Specifically, 28 U.S.C. § 1441(a) provides, among other things, that an action pending in a State court may be removed to the "district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a) (emphasis supplied). Given that the Court does not "embrace" the State of Ohio, Cuyahoga County Court of Common Pleas, the Ohio Action is not removable to the District of Massachusetts.

Further, even if Hutchins were attempting to remove the Ohio action to the proper United States District Court, *i.e.*, the United States District Court for the Northern District of Ohio, he waived his ability to do so. A defendant wishing to remove an action must, by statute (specifically 28 U.S.C. § 1446), do so within 30 days of the filing of the Complaint. The Complaint in the Ohio Action was filed on August 27, 2004, and, in fact, Hutchins filed purported Motions to Dismiss the Complaint on September 27, 2004, both of which were denied. Accordingly, even were it filed in the appropriate District Court, Hutchins' Motion is untimely.

## IV.    <u>CONCLUSION</u>

Hutchins, through his pending Motion for Joinder, seeks to join Complient to this case to, among other things, avoid the necessity of traveling to Ohio to defend the claims asserted in the Ohio Action.  Hutchins' Motion for Removal is simply another futile effort in that vein and, moreover, is not warranted by the very statutes he invokes.  Accordingly, Complient respectfully requests that Hutchins' Motion for Removal be denied in its entirety.

Respectfully submitted,

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA  01102-9035
(413) 737-0260
(413) 737-0120 (fax)

WILLIAM E. COUGHLIN (0010874)
COLLEEN M. O'NEIL (0066576
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue
1400 McDonald Investment Center
Cleveland, OH  44114
(216) 622-8200
(216) 241-0816 (fax)

Attorneys for Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Complient Corporation's Memorandum in Opposition to

Plaintiff's for Removal is being served via first-class mail this 15th day of November, 2004

upon:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts 01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

One of the Attorneys for
Complient Corporation