UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS<br><br>    Plaintiff<br><br>v.<br><br>CARDIAC SCIENCE, INC.<br><br>    Defendant | Civil Action: **04-30126-MAP** |

## PLAINTIFF, DONALD C. HUTCHINS' WITHDRAWAL OF COUNTERCLAIMS

Plaintiff, Donald C. Hutchins, pro se, hereby withdraws the Counterclaims filed against Defendant Cardiac Science Inc.'s Counterclaims that were filed November 12, 2004. Donald C. Hutchins reserves the right to amend his Complaint in response to the Defendant's Counterclaims.

Respectfully Submitted,

Donald C. Hutchins, Pro Se

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

Dated: November 19, 2004

## CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by registered mail to:

Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402.

Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103.

Dated: 11/19/04

Richard J. Moriarty