UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>) | Civil Action 04-30126-MAP |
| v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>  and )<br>)<br>COMPLIENT CORPORATION )<br>)<br>Defendants )<br>) | |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT PER ENDORSED ORDER

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court allow his Compliant to be amended to include the Complient Corporation as a Defendant. A proposed Amended Complaint setting forth claims against the Complient Corporation is included with this Motion.

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: December 3, 2004

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending copies by mail to:

Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402.

Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103.

John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, Massachusetts 01101-9035

Dated: December 3, 2004

_____
Donald C. Hutchins