Respectfully submitted,

**CARDIAC SCIENCE, INC.**

Dated:  December 20, 2004

Randall T. Skaar
Scott G. Ulbrich
**PATTERSON, THUENTE, SKAAR**
**& CHRISTENSEN, P.A.**
80 South 8th Street, Ste. 4800
Minneapolis, MN  55402-2100
Tel: (612) 349-5740
Fax: (612) 349-9266

By:_____/s/_Paul H. Rothschild_____
        Paul H. Rothschild
**BACON & WILSON P.C.**
33 State Street
Springfield, MA 01103
Phone: (413) 781-0560
Fax: (413) 739-7740

## CERTIFICATE OF SERVICE

I, PAUL H. ROTHSCHILD, hereby certify that on the 20th day of December 2004, I caused a copy of the foregoing Defendant's Memorandum of Law in Opposition to Plaintiff's Motion to Amend His  Complaint to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA   01106.

John J. Eagan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
PO Box 9035
Springfield, MA   01102-9035

        /s/ Paul H. Rothschild
        PAUL H. ROTHSCHILD