AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

——————————— DISTRICT OF ———————————

Donald C. Hutchins
      Plaintiff

                    V.

Cardiac Science, Inc.
         and
Complient Corporation
      Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   **04-30126-MAP**

TO: (Name and address of defendant)

Complient Corporation
c/o John J. Egan Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
Springfield, Massachusetts 01102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Donald C. Hutchins
1047 Longmeadow St.
Longmeadow, MA   01106

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                              DATE   1/14/05

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | January 14, 2005 |
| NAME OF SERVER (PRINT)<br>DONALD C. HUTCHINS | TITLE | PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **Egan, Flanagan and Cohen, P.C.**
**67 Market Street, Springfield, Massachusetts 01102**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 14, 2005
                *Date*

_____
*Signature of Server*

Donald C. Hutchins
*Address of Server*

**1047 Longmeadow St.
Longmeadow, MA 01106**

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.