UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS, | ) Civil Action 04-30126-MAP |
| Plaintiff, | ) Judge Michael A. Ponsor |
| v. | ) |
| CARDIAC SCIENCE, INC., et al., | ) |
| Defendants. | ) |

### DEFENDANT COMPLIENT CORPORATION'S MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE OF SERVICE OF PROCESS

Defendant Complient Corporation ("Complient") hereby moves this Court, pursuant to Rule 4 of the Federal Rules of Civil Procedure, for an Order dismissing the Amended Complaint of Plaintiff Donald C. Hutchins ("Hutchins"), as to the claims brought against Complient. As more fully explained in the attached memorandum, which is incorporated herein by reference, Hutchins failed to obtain sufficient service of process against Complient as proscribed by Fed. R. Civ. P. 4. Therefore, this Court cannot exercise jurisdiction over Complient, and Complient is entitled to an order of dismissal in regard to the claims alleged in the Amended Complaint.

{JJL0344;3}

Respectfully submitted,

/s/ John J. Egan

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035
(413) 727-0260
Fax: (413) 737-0121

Attorneys for Defendant, Complient Corporation

I certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand on 2/3/05

_____
Attorney

{JJL0344;3}                    2