UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS </br></br>Plaintiff </br></br> v. </br></br> CARDIAC SCIENCE, INC. </br></br> Defendant | Civil Action: 04-30126-MAP |

## COMPLIENT CORPORATION'S MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE OF SERVICE OF PROCESS

Complient Corporation ("Complient") respectfully requests leave of Court, pursuant to Local Rule 7.1, to file the *instanter* Reply Brief in Support of its Motion to Dismiss Amended Complaint for Failure of Service of Process. Complient seeks leave of this Court to file the *instanter* Reply Brief in order to address the false and defamatory statements contained in Plaintiff Donald C. Hutchins' ("Hutchins") Memorandum in Opposition to Defendant Complient Corporation's Motion to Dismiss Amended Complaint for Failure of Service of Process and to further clarify why Complient's Motion to Dismiss should be granted.

{CMO1958;1}

Accordingly, for good cause having been shown, Complient respectfully requests that the Court grant it leave to file the *instanter* Reply Brief in Support of its Motion to Dismiss.

Respectfully submitted,

*/s/ John J. Egan*

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA  01102-9035
(413) 737-0260
FAX (413) 737-0121

WILLIAM E. COUGHLIN (0010874)
COLLEEN MORAN O'NEIL (0066576)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio  44114
(216) 622-8200
(216) 241-0816 (facsimile)

Attorneys for Complient Corporation

{CMO1958;1}    2