**Donald C. Hutchins**
**1047 Longmeadow Street**
**Longmeadow, MA 01106**

February 17, 2005

Office of the Clerk
United States District Court
Federal Building and Courthouse
1550 Main Street, Fifth Floor
Springfield, MA 01103

RE:   Donald C. Hutchins v. Cardiac Science, Civil Action 04-30126-MAP

Dear Sir/Madam,

      With reference to Judge Ponsor's ENDORSED ORDER entered denying {46} Motion to Strike, Re {44} MOTION to Dismiss Motion to strike is DENIED. (Lindsey, Maurice) entered 2/28//2005, I am attempting to serve a Summons in a manner acceptable to the Court. I have learned that Mr. Steven Lindseth who now claims by affidavit to be the President of Complient Corporation lives at 1820 County Line Road, Gates Mills, OH 44040. Gates Mills is a suburb of Cleveland, Ohio and is in the jurisdiction of the Northern District of Ohio.

      I have a problem serving Mr. Lindseth. First, the Hampden County Sheriff's Office says that they have no listing for Ohio but expect that most Sheriffs Offices around the country serve federal writs. Second, the Cuyahoga County Sheriff's Civil Division <u>does not serve federal summons or subpoenas</u> and suggested that a federal summons in the Cleveland area is served by the Marshall Service. Third, the Northern Ohio Marshall Service does serve federal summons but <u>only</u> if sent by the Marshall Service located on the 4th floor of your building and accompanied by USMS form 285. Fourth, the local Marshall Service has told me that they do forward the USMS form 285 and Summons when it is supplied by the Clerk's Office (Your Office) however this is only for criminal actions. They only pass on the USMS form 285 in civil actions under the direction of the Court.

      Please supply me the name of the agency that provides service of civil summons in the District of Northern Ohio. If there is no agency that provides this service, would it be possible to obtain a USMS form 285 from your office that I could supply to the local Marshall's Office to forward with the Summons to Marshall's Office in Ohio. I would be happy to pay any fee required to perfect this service on the Complient Corporation and Mr. Lindseth who has sworn in his affidavit that accompanied Complient's Motion to Dismiss, that he is the last man standing and an officer of the Corporation.

      I am not looking for legal advice. The information I am seeking is procedural and seems to differ between the various Districts. Please call me at 781-6280 with suggestions on how I can proceed or the telephone number of a federal process server in for the Northern Ohio District. Thanks for your help.

Sincerely,

Donald C. Hutchins, Pro Se