UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 MAR 29  P 3: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: 04-30126-MAP |
| v. ) | |
| ) | |
| ) | |
| CARDIAC SCIENCE, INC ) | |
| ) | |
| and ) | |
| ) | |
| ) | |
| COMPLIENT CORPORATION. ) | |
| ) | |
| Defendants ) | |
| ) | |

**PLAINTIFF'S MEMORANDUM IN ANSWER TO COMPLIENT CORPORATIONS INSTANTER REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AND PLAINTIFF'S AFFIDAVIT TO SUPPORT PERFECTED SERVICE OF PROCESS**

I. **INTRODUCTION**

On March 3, 2005 Attorney John J. Egan filed Defendant, Complient Corporation's Motion for Leave to File *Instanter* Reply Brief in Support of Motion to Dismiss Amended Complaint for Failure of Service of Process, along with Complient Corporations Reply Brief in Support of Motion to Dismiss Amended Complaint for Failure of Service of Process.

With this *Instanter* Reply Brief Attorney Egan challenges the facts contained in Plaintiff's, Donald C. Hutchins ("Hutchins") Memorandum in Opposition to Complient's Motion to Dismiss. The sworn testimony contained the attached Affidavit attached herein as Exhibit A, avers the truths contained in Hutchins' Memorandum in Opposition to Complient's Motion to Dismiss. The Affidavit also asserts that once Steven Lindseth revealed to the Plaintiff his identity as the President of Complient, that the Service of Process was perfected in compliance with the process procedures practiced in the Northern District of Ohio.

## CONCLUSION

The Plaintiff's prays that the sworn testimony contained in the Affidavit of Donald C. Hutchins be accepted by the Court and that the Defendant's Motion to Dismiss be stricken.

                                                  The Plaintiff
                                                  Donald C. Hutchins, Pro Se

Dated March 29, 2005

                                                 1047 Longmeadow Street
                                                 Longmeadow, Massachusetts 01106
                                                 (413) 567-0606

## CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by registered mail to:

Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402.

Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103.

John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, Massachusetts 01101-9035

Dated: 3/29/05

                                                 Richard J. Moriarty

# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>    Defendant )<br>) | **AFFIDAVIT OF<br>DONALD C. HUTCHINS** |

      NOW COMES DONALD C. HUTCHINS and upon being duly sworn, states that:

1. I am over 18 years of age and have personal knowledge of the matters attested to herein.

2. Complient Corporation's Motion to Dismiss Amended Complaint for Failure of Service of Process along with its Memorandum in Support of Defendant, Complient Corporation's Motion to Dismiss were served on me February 3, 2005.

3. Exhibit B of Complient's Memorandum was the Affidavit of Steven Lindseth. Mr. Lindseth's Affidavit asserted that:

> **"I am the President of Complient Corporation ("Complient"), a defendant in the subject action. On October 21, 2003, substantially all the assets of Complient were sold to an entity known as Cardiac Science, Inc. by and through an Asset Purchase Agreement entered into on that date (the "Asset Purchase Agreement") by and among Complient, Cardiac Science and CPR Limited Partnership (CPR L.P."). In my capacity as President of Complient, I oversee the winding up and liquidation of Complient."**

4. Alerted to the testimony that Mr. Steven Lindseth had now declared himself President of Complient which heretofore was not part of the public record, I served the

Amended Complaint upon Mr. Lindseth at the address of Axentis LLC., the location where the records of the Complient Corporation are currently being maintained. See Exhibit B, attached to the Memorandum.

5. A returned receipt signed by JaNette M. Barnett for the certified mail that contained this Amended Complaint is attached to the Memorandum as Exhibit C. This returned receipt stands as proof of perfected service under the procedures prescribed by the Northern District of Ohio.

6. I continue to assert all the facts presented in my Memorandum in Opposition to Complient's Motion to Dismiss Amended Complaint for Failure of Service of Process. I reiterate that just prior to the time my Opposition was filed that the public record of State of Delaware showed the Complient Corporation as active, the tax status as delinquent, the Registered Agent as the Corporation Service Company, and the only officers as Mr. Robert Thompson and Mr. Brian Collet.

7. Less than three months ago and only after I filed to bring Complient into this action, on December 28, 2004, did Complient file dissolution papers with the State of Delaware as shown in Exhibit D, attached to the Memorandum.

FURTHER AFFIANT SAYETH NAUGHT.

_____
DONALD C. HUTCHINS

Sworn to before me and subscribed in my presence the 29th day of March, 2005

_____
NOTARY PUBLIC
Comm. Exp. 8/11/2011

2

# EXHIBIT B

(i) The infringements, fraud, misappropriation, abuse of process and breach of contract were willful on the part of the Defendants, Cardiac Science Inc. and the Complient Corporation and continued after notification by Hutchins. That the Defendants contemptuously infringed on Hutchins' intellectual properties with the mistaken belief that Hutchins, as "the little guy," could not afford the legal costs to protect these properties through the federal court system. On any and all Counts that a judgment be entered against the Defendant to increase damages up to three times the damages assessed in accordance Title 35 United States Code, Section 285.

95.) Demand for Trial by Jury.

*The Plaintiff, DONALD C. HUTCHINS, Pro Se*

Dated: 3/15/05

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served copies of the foregoing on the appropriate parties by sending copies by registered mail to the following parties:

Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402.

Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103.

John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, P.O. Box 9035, Springfield, Massachusetts 01101-9035

Mr. Steven Lindseth, Axentis LLC, 4670 Richmond Rd. Warrensville, Heights, Ohio 44128.

Dated: 3/15/05

Richard J. Moriarty

# EXHIBIT C

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DONALD C. HUTCHINS
1047 LONGMEADOW STREET
LONGMEADOW, MA   01106

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Steven Lindseth
   Axentis LLC
   4670 Richmond Rd.
   Warrensville, Heights OH
                             44128

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JaNette M Barrett
C. Date of Delivery: 3/21/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7003 3110 0001 1958 1080

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# EXHIBIT D

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2820926 | Incorporation Date / Formation Date | 11/13/1997 (mm/dd/yyyy) |
| Entity Name: | COMPLIENT CORPORATION | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | DISSOLVED | | |

### TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2004 | | |
| Annual Tax Assessment: | $ 2,500.00 | Tax Due: | $ 0.00 |
| Tax Status: | CURRENT | Total Authorized Shares: | 175,000,000 |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 |
| City: | WILMINGTON |
| County: | NEW CASTLE |
| State: | DE |
| Postal Code: | 19808 |
| Phone: | (302)636-5401 |

### FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 4 | 0375 | Dissolution | | | | |
| | 0240 | Amendment Domestic | | | | |
| | 0240 | Amendment Domestic | | | | |
| | 0240S | Amendment Stock | | | | |
| | 0240S | Amendment Stock | | | | |

Back to Entity Search