**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**DONALD C. HUTCHINS**

                                                    **CASE NO.  04-30126  MAP**
                    **V.**
**CARDIAC SCIENCE INC**


<u>**NOTICE OF HEARING**</u>

     PLEASE TAKE NOTICE that the above-entitled case has been   set  for a

 HEARING ON MOTION TO DISMISS  on   JUNE 28, 2005      at    2:30 P.M.

before Michael A. Ponsor, U.S. D.J   In   Courtroom #  _1_  on the   __5th____

floor.


                                                    **SARAH THORNTON**
                                                    **CLERK OF COURT**

          **APRIL 27, 2005**
_____              **By: /s/ Elizabeth A. French**
          **Date**                                  **Deputy Clerk**


**Notice sent to:**

**All counsel of record via mail and electronically**


(Notice of Hearing.wpd - 7/99)                    [kntchrgcnf.]
                                                   [ntchrgcnf.]