**Donald C. Hutchins**
**1047 Longmeadow Street**
**Longmeadow, MA 01106**



May 4, 2005

Office of the Clerk
United States District Court
Federal Building and Courthouse
1550 Main Street, Fifth Floor
Springfield, MA 01103

RE:   Donald C. Hutchins v. Cardiac Science, Civil Action 04-30126-MAP

Dear Sir/Madam,

    This morning I received the attached *Notice of Hearing* indicating that a Hearing on Motion to Dismiss will be held on June 28, 2005 at 2:30 P.M. I shall be out of the State on Monday June 27th through Wednesday June 29th and unable to attend this Hearing. I request that this Hearing date be changed for a date preferably before June 28th. If this is not possible, I am happy to accept any date after June 29th.

    Thank you for this consideration.

Sincerely,

Donald C. Hutchins, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS

CASE NO. 04-30126 MAP

V.

CARDIAC SCIENCE INC

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION TO DISMISS on JUNE 28, 2005 at 2:30 P.M. before Michael A. Ponsor, U.S. D.J In Courtroom # __1__ on the __5th__ floor.

APRIL 27, 2005
_____
Date

SARAH THORNTON
CLERK OF COURT

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]