# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

       Plaintiff,

v.

CARDIAC SCIENCE, INC.,

       Defendant.

Civil Action No. 04-30126-MAP

CERTIFICATE OF SERVICE BY MAIL

    I hereby certify that on May 13, 2005 the following was served upon the below-named parties via United States Mail:

1. Defendant Cardiac Science, Inc.'s Motion for Summary Judgment Under Fed. R. Civ. P. 56;

2. Defendant Cardiac Science, Inc.'s Memorandum of Law in Support of Its Motion for Summary Judgment; and

3. Certificate of Service.

Mr. Donald Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106-2201

Ms. Colleen M. O'Neil
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688

Mr. Paul H. Rothschild
Bacon & Wilson, P.C.
33 State Street
Springfield, MA  01103

John J. Egan
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA  01102-9035

_____
Robin R. Guse

Subscribed and sworn to before me
this 13th day of May, 2005

_Dainia S. Velishek_
Notary Public
185654



DAINIA S. VELISHEK
Notary Public
Minnesota
My Commission Expires Jan. 31, 2007