UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 JUN -7 P 3:09

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| Plaintiff ) | |
| v. ) | Civil Action: 04-30126-MAP |
| CARDIAC SCIENCE, INC. ) | |
| Defendant ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT FOR FAILURE OF SERVICE OF PROCESS**

Complient Corporation ("Complient") hereby withdraws its Motion to Dismiss Plaintiff's Amended Complaint for Failure of Service of Process (the "Motion"), which was filed with this Court on February 3, 2005. The Motion is withdrawn in light of the fact that, subsequent to the filing of the Motion, Plaintiff served a Request for Waiver of Service of Process dated March 15, 2005, which Waiver was executed and returned by a duly-authorized representative of Complient Corporation. Complient has since filed its Answer to Plaintiff's Amended Complaint and Counterclaim.

Respectfully submitted,

_____
John J. Egan, Esq. – BBO#:151680
EGAN, FLANAGAN and COHEN, P.C.
67 Market Street - P.O. Box 9035
Springfield, MA 01102-9035
Tel.: 413/737-0260; Fax: 737-0121

{RLH2786.DOC;1}

William E. Coughlin, Esq. (0010874)
Colleen Moran O'Neil, Esq. (0066576)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)

Attorneys for Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Withdrawal of Motion to Dismiss Plaintiff's Amended Complaint for Failure of Service of Process is being served via first-class mail this 7th day of June, 2005:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts 01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

_____
One of the attorneys for Complient Corporation

{RLH2786.DOC;1}                                3