UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al, )<br>)<br>Defendants )<br>) | Civil Action<br>No. 04-30126-MAP<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Plaintiff, Donald C. Hutchins, in the above Civil Action No. 04-30126-MAP hereby respectfully appeals to the United States Court of Appeals for the First Circuit for review of this decision granting Defendant Cardiac Science, Inc.'s 55 Motion for Summary Judgment due to *Pro Se* Plaintiff, Donald C. Hutchins' failure to file an immediate, timely opposition. Plaintiff's Memorandum and Affidavit in Opposition to Summary Judgment was filed and docketed 6/27/2005. Plaintiff's Motion for Relief from Judgment and Memorandum Pursuant to Rule 66(b)(1)(2) was filed and docketed 6/29/2005.

The Plaintiff, DONALD C. HUTCHINS, Pro Se

Dated: June 30, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to:

Paul H. Rothschild, Esq., Bacon & Wilson, P.C., 33 State Street, Springfield, MA 01103.

Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Street, Minneapolis, MN 55402.

John J. Egan, Esq., Egan, Flanagan & Cohen, P.C., 67 Market Street, Springfield, MA 01102-9035.

Dated: 6/30/05

Donald C. Hutchins

2