UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

          Plaintiff,                    Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC.,          CERTIFICATE OF SERVICE BY MAIL

          Defendant.

      I hereby certify that on July 12, 2005 the following was served upon the below-named parties via United States Mail:

1. DEFENDANT CARDIAC SCIENCE'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT; and

2. CERTIFICATE OF SERVICE.

Mr. Donald Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106-2201

Ms. Colleen M. O'Neil
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688

Mr. Paul H. Rothschild
Bacon & Wilson, P.C.
33 State Street
Springfield, MA  01103

John J. Egan
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA  01102-9035

_____
Robin R. Guse

Subscribed and sworn to before me
this 12th day of July, 2005

_____
Notary Public
192128


MARY J. SCHULER
Notary Public-Minnesota
My Commission Expires Jan 31, 2010