UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>    Plaintiff,<br><br>v.<br><br>CARDIAC SCIENCE, INC., et al;<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action: 04-30126-MAP<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR DEFAULT JUDGMENT AGAINST PLAINTIFF DONALD C. HUTCHINS ON COMPLIENT CORPORATION'S COUNTERCLAIM**

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Defendant and Counterclaimant, Complient Corporation ("Complient") hereby moves this Court for an Order granting it default judgment against Plaintiff, Donald C. Hutchins ("Hutchins"). The grounds for this Motion are fully set forth in the attached Memorandum in Support which is incorporated herein by reference. A proposed Order is also attached.

                          Respectfully submitted,

                          JOHN J. EGAN (151680)
                          EGAN, FLANAGAN & COHEN, P.C.
                          PO Box 9035
                          67 Market Street
                          Springfield, MA  01102-9035
                          (413) 737-0260
                          FAX (413) 737-0121

{RLH2786.DOC;1}

WILLIAM E. COUGHLIN (Ohio Bar # 0010874)
COLLEEN MORAN O'NEIL (Ohio Bar # 0066576)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)
Attorneys for Complient Corporation