IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO.: 04-30126-MAP

DONALD C. HUTCHINS
PLAINTIFF,
VS.
CARDIAC SCIENCE, ET AL.,
DEFENDANTS



## MOTION TO ADMIT ATTORNEY PRO HAC VICE.

Now comes John J. Egan (a member of the bar of this court who has previously filed an appearance on behalf of the defendant, Complient Corporation) who moves the court to admit, pro hac vice, so he may appear and practice in this court in the above captioned matter on behalf of the defendant, William E. Coughlin (Ohio Bar No. 0010874) of the firm of Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, OH 44114, (216) 622-8200, (216) 241-0816 (fax), who is a member of the bar of the Supreme Court of Ohio, the highest court of the state of Ohio. Attached hereto is the Affidavit that (1) states he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

John J. Egan, BBO #151680
Egan, Flanagan and Cohen, P.C.
P.O. Box 9035 67 Market Street
Springfield, MA 01102-9035
(413) 737-0260
(413) 737-0121 (fax)



### CERTIFICATION UNDER L.R. 7.1(A)(2)

Undersigned counsel certifies that he has complied with the provisions of Local Rule 7.1(A)(2) in that he has conferred with the plaintiff in order to resolve or narrow the issues presented by this motion, and the plaintiff declined to assent.

John J. Egan, Esq.

_____ certifies that copies of this were served on all parties by mail -fax- -hand- on 8/2/2005,
2005.
10455-010635\JAB5659.DOC

{JAB5659.DOC;1}



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30126-MAP

DONALD C. HUTCHINS,
PLAINTIFF
V.
CARDIAC SCIENCE AND COMPLIENT CORPORATION
DEFENDANTS

### AFFIDAVIT OF WILLIAM E. COUGHLIN, ESQ.

I, William E. Coughlin, under oath hereby depose and say:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

1. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

1. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Subscribed and sworn under the pains and penalties of perjury on this /s/ day of July, 2005.

William E. Coughlin, Esq.
Ohio Bar #: 0010874

10455-010635\JAB5661.DOC

Grace V. Loudenstein

GRACE V. LOUDENSTEIN
Notary Public, State of Ohio
Recorded in Cuyahoga Cty.
My Comm. Expires 12-03-08

{JAB5661.DOC;1}