IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CASE NO.: 04-30126-MAP

DONALD C. HUTCHINS
PLAINTIFF,
VS.
CARDIAC SCIENCE, ET AL.,
DEFENDANTS

MOTION TO ADMIT ATTORNEY PRO HAC VICE.

FILING FEE PAID:
RECEIPT # 306012
AMOUNT $ 50.00
BY DPTY CLK M.L.
DATE 8/3/05

Now comes John J. Egan (a member of the bar of this court who has previously filed an appearance on behalf of the defendant, Complient Corporation) who moves the court to admit, pro hac vice, so she may appear and practice in this court in the above captioned matter on behalf of the defendant, Colleen Moran O'Neil (Ohio Bar No. 0066576) of the firm of Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, OH 44114, (216) 622-8200, (216) 241-0816 (fax), who is a member of the bar of the Supreme Court of Ohio, the highest court of the state of Ohio. Attached hereto is the Affidavit that (1) states she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

John J. Egan, BBO #151680
Egan, Flanagan and Cohen, P.C.
P.O. Box 9035 67 Market Street
Springfield, MA 01102-9035
(413) 737-0260 (413) 737-0121 (fax)

CERTIFICATION UNDER L.R. 7.1(A)(2)

Undersigned counsel certifies that he has complied with the provisions of Local Rule 7.1(A)(2) in that he has conferred with the plaintiff in order to resolve or narrow the issues presented by this motion, and the plaintiff declined to assent.

John J. Egan, Esq.

_____ certifies that copies of this were served on all parties by mail - fax - hand on 7/29
2005.
10455-01065\JAB5658.DOC

{JAB5658.DOC;1}

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30126-MAP

DONALD C. HUTCHINS,
PLAINTIFF
V.
CARDIAC SCIENCE AND COMPLIENT CORPORATION
DEFENDANTS



### AFFIDAVIT OF COLLEEN MORAN O'NEIL, ESQ.

I, Colleen Moran O'Neil, under oath hereby depose and say:

1. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice;

1. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction; and

1. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Subscribed and sworn under the pains and penalties of perjury on this 25th day of July, 2005.

Colleen Moran O'Neil, Esq.
Ohio Bar #: 0066576

10455-010635\JAB5660.DOC

...rney At Law
Notary Public - State of Ohio
My commission has no expiration date.
Section 147.03 O. R. C.

...rney At Law
Notary Public - State of Ohio
My commission has no expiration date.
Section 147.03 O. R. C.

{JAB5660.DOC;1}

Julie A. Harris, Esq.
Notary Public