UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CARDIAC SCIENCE, INC., et al., ) <br> ) <br> Defendants ) | Civil Action: **04-30126-MAP** |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME

Plaintiff, Donald C. Hutchins, ("Hutchins") hereby moves to extend the deadline for him to respond to defendant's Motion for Summary Judgment until August 30, 2005. As grounds for this motion, Hutchins states:

1. Defendant, Complient Corporation (Complient) filed its Motion for Summary Judgment electronically on July 29, 2005 and served it by First Class mail as a 4-pound package containing multiple filings and affidavits on August 2, 2005. Under Local Rule 7.1(B)(2), Hutchins' opposition would be due by August 16, 2005. Hutchins seeks a brief extension of time to respond, to August 30, 2005.

2. The requested extension will not impact the schedule in this case because a scheduling conference date has not been set.

3. Defendant Complient Corporation consents to the granting of this Motion.

WHEREFORE, Hutchins asks this Court to extend the deadline for him to respond to defendant's Motion for Summary Judgment to August 30, 2005, as set out in the proposed Order accompanying this Motion.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I, Donald C. Hutchins hereby certify that consent to this Motion was requested of and granted by defendant on August 3, 2005.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: August 4, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first-class-mail to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Dated: 8/4/05

Donald C. Hutchins

2