UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al., )<br>)<br>Defendants ) | Civil Action: **04-30126-MAP** |

## ORDER

UPON CONSIDERATION of the Assented-To-Motion for Extension of Time, it is this \_\_\_\_\_ day of _____, 2005,

ORDERED that the Motion is hereby GRANTED. Plaintiff shall have until August 30, 2005 to respond to Defendant's Motion for Summary Judgment.

_____
Michael A. Ponsor, U.S.D.J.

3