*0*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DONALD C. HUTCHINS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Civil Action: **04-30126-MAP** |
| v. | ) | |
| | ) | |
| CARDIAC SCIENCE, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

## DONALD C HUTCHINS' MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN SUPPORT OF MOTION TO DENY DEFENDANT'S MOTION TO ADMIT ATTORNEY COLLEEN MORAN O'NEIL PRO HAC VICE FOR FAILURE TO COMPLY WITH RULE 11(a) SIGNING AND FOR FAILURE TO COMPLY WITH LOCAL RULE 7.1(A)(2) CERTIFICATION

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of Court,

pursuant to Local Rule 7.1, to file the *instanter* Reply Brief in Support of his Motion to

Deny Defendant's Motion to Admit Attorney Colleen Moran O'Neil Pro Hac Vice.

Defendant has failed to comply with Rule 11(a), Signing and to comply with Local Rule

7.1(A)(2), Certification. Hutchins further seeks leave of this Court to file the *instanter*

Reply Brief in order to address Pltf's 36 MOTION to deny attorneys employed by the

law firm of Calfee, Halter and Griswold LLP to Appear Pro Hac Vice and to address the

relationship of attorneys employed by this law firm to triable issues in this action.

Accordingly, for good cause having been shown, Hutchins respectfully requests that the Court grant leave to file the *instanter* Reply Brief in Support of his Motion to Deny Complient Corporation's Motion to Admit Attorney Colleen Moran O'Neil Pro Hac Vice.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: 8/5/05

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first-class-mail to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Dated: 8/5/05

Donald C. Hutchins

2