# EXHIBIT #2

# AMERICAN ARBITRATION ASSOCIATION

| | | |
|---|---|---|
| CPR LIMITED PARTNERSHIP, et al., | ) | CASE NO. 35 133 00022 01 |
| Claimants, | ) | |
| v. | ) | |
| CPR PROMPT CORPORATION, et al., | ) | |
| Respondents. | ) | |

## ORDER NO. 3

1.  The Orders of the Panel, not correspondence from the parties or their counsel (*e.g.*, Mr. Hutchins' 4/8/02 letter to AAA CEO Slate; Ms. O'Neil's letter of 4/26/02 to the Panel and AAA's Ms. Jones), determine the current status of the case.

2.  The case is not "suspended for non-payment" under AAA Commercial Arbitration Rule ("CAR") R-56. Rather, the preliminary hearing pursuant to CAR R-22 has been postponed (CAR R-30) until June 30, 2002, to afford: (a) each party time to reach agreement concerning that party's relationship with its party-appointed arbitrator during the balance of the proceedings; (b) the AAA Case Administrator, Ms. Jones, time to assess and collect a deposit of the estimated fees and expenses of the arbitrators (*see*, CAR R-54); and (c) to allow the parties to prepare for full discussion of all matters at the preliminary hearing, itself (*see*, CAR R-22(b)).

3.  Once Ms. Jones has completed the process outlined in CAR R-56, the Panel will make a determination about how to proceed.

4.  If Ms. Jones should indicate that her efforts to secure deposits covering AAA fees and the arbitrators' fees and expenses are concluded prior to June 30, 2002, either party may request that AAA attempt to schedule a preliminary hearing. Any such request shall be made through the AAA, which shall see to it that all parties, whether business entities or individuals, receive notice by Certified Mail.

5.  The Panel observes that, to date, it has held three telephonic status conferences; April 3, 2002, April 10, 2002 and April 25, 2002. Neither Mr. Hutchins nor CPR Prompt Corporation appeared at any of these conferences, through counsel or in person. When no appearance by Respondents was made on April 3, 2002, the Panel, with the consent of Claimant CPR Limited Partnership, added Attorney Gary Martinelli of Springfield Massachusetts to the

call. Mr. Martinelli has previously represented both Respondents, and agreed personally to urge Mr. Hutchins to secure counsel to represent Respondents in this arbitration. The Panel believes that notice of the April 10 status conference was delivered to Mr. Hutchins by fax and by overnight courier from AAA, and that notice of the April 25 status conference was delivered to Mr. Hutchins by fax and by Certified Mail from the AAA. The Panel directs that Ms. Jones give notice of all future hearings and correspondence in this matter to Claimants and Respondents via Certified Mail, Return Receipt Requested.

6. Claimants' objection to Order No. 2, ¶ 2 (which provides, "The four concept disclosures made by Respondent to Claimant in 1995 which were rejected by Jeanne Longmuir's letter of September 7, 1995 will be furnished to the Panel by Claimant by April 24, 2002") is overruled and the time for Claimant to comply with this ¶ 6 is extended to June 30, 2002.

/s/ Robert R. Hussey II
Robert R. Hussey II

/s/ Richard R. Pogue
Richard W. Pogue

/s/        Richard H. Sayler
Richard H. Sayler, Chairman

Dated: May 3, 2002

 **American Arbitration Association**
*Dispute Resolution Services Worldwide*

L'Tanya Keith-Robinson

May 3, 2002

2200 Century Parkway, Suite 300, Atlanta, GA 30345
telephone: 404-325-0101 facsimile: 404-325-8034
internet: http://www.adr.org/

VIA FACSIMILE & CERTIFIED U.S. MAIL

Colleen O'Neil Esq.
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114

Donald C. Hutchins
Hutchins Tool and Engineering Company
60 Brookdale Drive
Springfield, MA 01104

Re: 35 133 00022 1
    CPR Limited Partnership
    and
    CPR Prompt Corporation and
    Donald C. Hutchins

Dear parties:

Enclosed is the Panel's Order # 3.

Very truly yours,

Amy Henthorn Jones
Case Manager
800 218 5286
henthorna@adr.org

# EXHIBIT #3



# CALFEE, HALTER & GRISWOLD LLP

### ATTORNEYS AT LAW
Cleveland

Direct Dial No. 216/622-8530
email: coneil@calfee.com

April 24, 2002

## VIA FACSIMILE & ORDINARY MAIL

Richard H. Sayler, Esq.
Jones, Day, Reavis & Pogue
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114

Robert R. Hussey, Esq.
P.O. Box 700
North Olmsted, Ohio 44070

Richard W. Pogue, Esq.
1301 East Ninth Street, Suite 1300
Cleveland, Ohio 44114

Re:     **CPR Limited Partnership v. CPR Prompt Corporation, et al.,**
        American Arbitration Association
        Case No. 35 133 00022 01

Dear Gentlemen:

        With regard to Order No. 2 dated April 19, 2002, which we first received at approximately noon on April 23, 2002, we have made diligent efforts to locate the four concept disclosures required by paragraph no. 2 of Order No. 2, but due, in part, to the obvious time constraints, we will not be able to comply with the April 24, 2002 deadline set forth therein. In any event, CPR L.P. objects to being ordered to produce documents in support of Respondents' alleged defenses and submits that it is more appropriate for the panel to request any such documents from the Respondents directly.

                        Very truly yours,

                        Colleen M. O'Neil/jab

                        Colleen M. O'Neil

CMO/jab
cc:     Ms. Kati R. Cooper, AAA
        Donald C. Hutchins
        CPR Prompt

# EXHIBIT #4

424B3 1 d424b3.htm CARDIAC SCIENCE PROSPECTUS SUPPLEMENT

**PROSPECTUS SUPPLEMENT NO. 1**　　　　Filed Pursuant to Rule 424(b)(3)

(To Prospectus Dated December 19, 2003)　　　Registration No. 333-110898

# CARDIAC SCIENCE, INC.

## 26,638,319 Shares of Common Stock
## ($0.001 par value)

This prospectus supplement supplements information contained in that certain prospectus dated December 19, 2003 of Cardiac Science, Inc., relating to the offer and sale from time to time of up to (i) 12,483,334 shares of our outstanding common stock and (ii) 14,154,985 shares of our common stock issuable upon exercise of warrants, which are held by certain stockholders and warrant holders named in the prospectus under the section entitled "Selling Stockholders." This prospectus supplement is not complete without, and may not be delivered or utilized except in connection with, the prospectus, including any amendments or supplements thereto. Capitalized terms used in this prospectus supplement but not defined shall have the meanings assigned to such terms in the prospectus.

Subsequent to the date of the prospectus, an aggregate of 7,534,911 shares of our common stock set forth in the prospectus as being owned by Complient Corporation were assigned to certain of Complient Corporation's stockholders in connection with Complient Corporation's plan of liquidation and dissolution. The following table amends and restates in its entirety the table set forth in the prospectus under the caption "Selling Stockholders" to reflect the foregoing assignments (no additional shares of our common stock are being offered for resale hereunder):

| Selling Stockholder | Number of Shares of Common Stock Beneficially Owned Prior to Offering(1) | Number of Shares of Common Stock Offered for Sale Hereunder | Number of Shares of Common Stock Beneficially Owned Assuming Sale of All Shares offered Hereunder | Percentage of Common Stock Beneficially Owned Assuming Sale of All Shares Offered Hereunder |
|---|---|---|---|---|
| Perseus Acquisition/ Recapitalization Fund, LLC(2) | 5,731,039 | 5,731,039 | — | * |
| Perseus Market Opportunity Fund, LP(3) | 5,334,109 | 5,334,109 | — | * |

| | | | | |
|---|---|---|---|---|
| Cardiac Science Co-Investment, LP(4) | 2,086,504 | 2,086,504 | — | * |
| Complient Corporation | 1,690,089 | 1,690,089 | — | * |
| Embassy & Co.(5) | 1,025,000 | 1,025,000 | — | * |
| Walter Villiger(6) | 1,454,979 | 495,000 | 959,979 | 1.2% |
| Langley Partners L.P.(7) | 1,411,667 | 1,411,667 | — | * |
| Thomas Girschweiler(8) | 990,000 | 495,000 | 495,000 | * |
| General Electric Medical Information Systems(9) | 750,000 | 750,000 | — | * |
| Truk Opportunity Fund L.L.C.(10) | 55,000 | 55,000 | — | * |
| Allen & Caron, Inc.(11) | 24,000 | 24,000 | — | * |
| Matt Clawson(12) | 9,000 | 6,000 | 3,000 | * |
| County Line Limited, L.L.C.(13) | 65,118 | 65,118 | — | * |
| Medtronic Physio-Control Corp.(13) | 145,835 | 145,835 | — | * |
| J.P. Morgan Partners (BHCA), L.P.(13) | 1,776,817 | 1,776,817 | — | * |
| Healthcare Equity Partners, L.P.(13) | 80,944 | 80,944 | — | * |
| Healthcare Equity QP Partners, L.P.(13) | 247,430 | 247,430 | — | * |
| Healthcare Equity CPR, L.L.C.(13) | 3,447 | 3,447 | — | * |
| Great Lakes Capital Investments II, | 14,716 | 14,716 | — | * |

| | | | | |
|---|---|---|---|---|
| L.L.C.(13) | | | | |
| Great Lakes Capital Investments III, L.L.C.(13) | 11,335 | 11,335 | — | * |
| Great Lakes Capital Investments IV, L.L.C.(13) | 7,444 | 7,444 | — | * |
| National City Equity Partners, Inc.(13) | 189,187 | 189,187 | — | * |
| The Kindt-Collins Company LLC(13) | 550,525 | 550,525 | — | * |

**(Continued from prior page)**

| Selling Stockholder | Number of Shares of Common Stock Beneficially Owned Prior to Offering(1) | Number of Shares of Common Stock Offered for Sale Hereunder | Number of Shares of Common Stock Beneficially Owned Assuming Sale of All Shares offered Hereunder | Percentage of Common Stock Beneficially Owned Assuming Sale of All Shares Offered Hereunder |
|---|---|---|---|---|
| Marvin Marks(13) | 19,444 | 19,444 | — | * |
| Stephen W. and Barbara Schuman(13) | 1,646 | 1,646 | — | * |
| Laura McKenna(13) | 15,967 | 15,967 | — | * |
| PineTree Co. Ltd.(13) | 127,622 | 127,622 | — | * |
| Sells Investment Co.(13) | 1,719 | 1,719 | — | * |
| Boake A. Sells Trust dtd. 12/14/88(13) | 121,865 | 121,865 | — | * |
| John W. Dorsey(13) | 4,861 | 4,861 | — | * |
| Brenton P. Cook, Trustee, Brenton P. Cook Trust dtd. 6/28/99(13) | 740 | 740 | — | * |
| McDonald Investments Inc. C/FBO John J. Meilner IRA A/C 85879052 dtd. 6/6/96(13) | 1,042 | 1,042 | — | * |
| Wayne Van Dam(13) | 740 | 740 | — | * |
| Cleveland Clinic Foundation(13) | 72,917 | 72,917 | — | * |

4/15/2004 4:28 PM

| | | | |
|---|---|---|---|
| GS Capital Partners III, L.P.(13) | 1,305,010 | 1,305,010 | — | * |
| GS Capital Partners III Offshore, L.P.(13) | 358,763 | 358,763 | — | * |
| Goldman Sachs & Co. Verwaltungs GmbH(13) | 60,246 | 60,246 | — | * |
| Stone Street Fund 2000, L.P.(13) | 164,193 | 164,193 | — | * |
| Bridge Street Special Opportunities Fund 2000, L.P.(13) | 82,096 | 82,096 | — | * |
| Seligman New Technologies Fund, Inc.(13) | 63,607 | 63,607 | — | * |
| Seligman Investment Opportunities (Master) Fund—NTV Portfolio(13) | 32,504 | 32,504 | — | * |
| Seligman Investment Opportunities (Master) Fund—NTV II Portfolio(13) | 195,559 | 195,559 | — | * |
| BancBoston Capital, Inc.(13) | 636,050 | 636,050 | — | * |
| Roundwood Capital L.P.(13) | 48,612 | 48,612 | — | * |
| Roundwood Capital II L.P.(13) | 48,612 | 48,612 | — | * |

| | | | |
|---|---|---|---|
| Key Principal Partners LLC(13) | 722,692 | 722,692 | — | * |
| R. Louis Schneeberger(13) | 20,694 | 20,694 | — | * |
| Frank D. Gruttadauria(13) | 9,197 | 9,197 | — | * |
| Charles W. Walton(13) | 25,760 | 25,760 | — | * |
| Jack A. Staph(13) | 9,722 | 9,722 | — | * |
| Marvin Solganik(13) | 9,722 | 9,722 | — | * |
| Calfee, Halter & Griswold LLP(13) | 9,722 | 9,722 | — | * |
| Thomas R. Kully(13) | 7,292 | 7,292 | — | * |
| NonQuitt Partners(13) | 9,722 | 9,722 | — | * |
| Clark Callander(13) | 9,467 | 9,467 | — | * |
| Dominique Sémon(13) | 972 | 972 | — | * |
| Thomas G. Kelly(13) | 2,429 | 2,429 | — | * |
| Jeanne Chung(13) | 1,458 | 1,458 | — | * |
| Thomas W. Killilea(13) | 487 | 487 | — | * |
| Sheryl Skolnick(13) | 973 | 973 | — | * |
| Peter McNierney (13) | 1,944 | 1,944 | — | * |
| Cleveland Pacific Equity Partners I, L.P.(13) | 97,223 | 97,223 | — | * |
| EPKO Investment, Inc.(13) | 24,306 | 24,306 | — | * |
| Alain M. Oberrotman(13) | 6,448 | 6,448 | — | * |
| Robert A. Lauer(13) | 21,748 | 20,748 | 1,000 | * |
| David Strang(13) | 32,194 | 32,194 | — | * |

4/15/2004 4:28 PM

| | | | |
|---|---|---|---|
| Moxahela Enterprises, LLC(13) | 55,126 | 55,126 | — | * |
| Totals: | 28,097,298 | 26,638,319 | 1,458,979 | 1.8% |

\* Indicates less than one percent (1%).

(1) "Prior to Offering" means prior to the offering by the selling stockholders of the securities registered under this S-3 for resale.

(2) Pursuant to that certain Senior Note and Warrant Purchase Agreement dated as of May 29, 2002 (the "Purchase Agreement"), Perseus Acquisition/Recapitalization Fund, LLC purchased (i) warrants to purchase 4,357,657 shares of our common stock at an exercise price of $3.00 as adjusted (ii) warrants to purchase 1,318,911 shares of our common stock at an exercise price of $3.96 as adjusted, (iii) warrants to purchase 43,577 shares of our common stock an exercise price of $4.61 as adjusted and (iv) warrants to purchase 10,894 shares of our common stock at an exercise price of $1.75 as adjusted. All of the warrants are exercisable until May 30, 2009. The shares underlying the warrants are included in the registration statement of which this prospectus is a part. Ray E. Newton, III is a managing director of Perseus, LLC, is also a member of our board of directors.

(3) Pursuant to the Purchase Agreement, Perseus Market Opportunity Fund, LP, purchased (i) warrants to purchase 4,055,847 shares of our common stock at an exercise price of $3.00 as adjusted (ii) warrants to purchase 1,227,564 shares of our common stock at an exercise price of $3.96 as adjusted, (iii) warrants to purchase 40,558 shares of our common stock at an exercise price of $4.61 as adjusted and (iv) warrants to purchase 10,140 shares of our common stock at an exercise price of $1.75 as adjusted. All of the warrants are exercisable until May 30, 2009. The shares underlying the warrants are included in the registration statement of which this prospectus is a part. Ray E. Newton III is a managing director of Perseus, LLC, and is also a member of our board of directors.

(4) Pursuant to the Purchase Agreement, Cardiac Science Co-Investment, LP, purchased (i) warrants to purchase 1,586,496 shares of our common stock at an exercise price of $3.00 as adjusted, (ii) warrants to purchase 480,177 shares of our common stock at an exercise price of $3.96 as adjusted, (iii) warrants to purchase 15,865 shares of our common stock an exercise price of $4.61 as adjusted and (iv) warrants to purchase 3,966 shares of our common stock at an exercise price of $1.75 as adjusted. All of the warrants are exercisable until May 30, 2009. The shares underlying the warrants are included in the registration statement of which this prospectus is a part. Ray E. Newton III is a managing director of Perseus, LLC, and is also a member of our board of directors.

(5) Embassy & Co. is holding the shares as nominee for U.S. Bank N.A. in its capacity as escrow agent for the benefit of Complient Corporation.

(6) Represents 1,409,979 shares of common stock and warrants to purchase 45,000 shares of common stock at $5.00.

(7) Represents 1,283,334 shares of common stock and warrants to purchase 128,333 shares of common stock at $5.00.

(8) Represents 945,000 shares of common stock and warrants to purchase 45,000 shares of common stock at $5.00.

(9) Pursuant to a development agreement, we issued GE a warrant to purchase 750,000 shares of our common stock with an exercise price of $3.00 per share.

(10) Represents 50,000 shares of common stock and warrants to purchase 5,000 shares of common stock at $5.00.

(11) Represents warrants to purchase 12,000 shares of common stock at $1.80 and 12,000 at $3.27. Allen & Caron, Inc. provides corporate communication services to us and is compensated partly through warrants to purchase shares of our common stock.

(12) Represents warrants to purchase 3,000 shares of common stock at $1.80, 3,000 at $3.27 and 3,000 at $2.00. Matt Clawson is an employee of Allen & Caron, Inc., which provides corporate communication services to us and is compensated partly through warrants to purchase shares of our common stock.

(13) Represents shares of common stock assigned by Complient Corporation to certain of its stockholders, respectively, pursuant to an assignment instrument dated January 20, 2004, as amended March 19, 2004, in connection with Complient Corporation's plan of liquidation and dissolution. Prior to the delivery of any shares to a Complient Corporation stockholder, such stockholder shall have entered into a lock-up agreement that provides for, among other things, a proportionate monthly release of a portion of the stockholder's shares from lock-up over an 8-month period ending on or about November 14, 2004.

---

All information in this prospectus supplement is as of March 31, 2004.

---

**The date of this prospectus supplement is March 31 2004.**

# EXHIBIT C

# PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.

*Patent, Trademark, Copyright, Internet & Related Causes*

RANDALL T. SKAAR
(612) 349-5749
skaar@ptslaw.com

July 28, 2004

**Via Federal Express**
Mr. Steven W. Lindseth
Complient Corporation
c/o 4670 Richmond Road
Suite 300
Warrensville Heights, OH   44128

**Via Federal Express**
Mr. Brad Scarbrough
U.S. Bank National Association
633 West Fifth Street
24th Floor
Los Angeles, CA   90071

**Via Federal Express**
Mr. Gerald A. Monroe
Calfee, Halter & Griswold, L.L.P.
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH   44114-2688

RE:   Hutchins' Third-Party Claim
Our File No. 1798.161-LIT-01

Gentlemen:

Please be advised that this law firm represents Cardiac Science, Inc., in the above-referenced matter.

Enclosed and served upon you by Federal Express, please find the following documents:

1.   Officer's Certificate and Request for Indemnification by
Cardiac Science, Inc.; and
2.   Hutchins' Complaint.

Please contact me if you have any questions.

Very truly yours,

PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.

Randall T. Skaar

RTS/cb
Enclosures

4800 IDS CENTER • 80 SOUTH 8TH STREET • MINNEAPOLIS, MINNESOTA  55402-2100
800-331-4537      612-349-5740      FAX: 612-349-9266      www.ptslaw.com

MINNEAPOLIS, MINNESOTA      •      ATLANTA, GEORGIA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald C. Hutchins,

Case No. 04-30126-MAP

Plaintiff,

vs.

**CERTIFICATE OF SERVICE**

Cardiac Science, Inc.

Defendant.

Cyndi Bonk certifies that on the 28th day of July, 2004, copies of:

(1)    Officer's Certificate and Request for Indemnification by Cardiac Science, Inc.; and

(2)    Summons and Complaint

were served upon the below-named as follows:

**VIA FEDERAL EXPRESS**
Mr. Steven W. Lindseth
Complient Corporation
c/o 4670 Richmond Road
Suite 300
Warrensville Heights, OH   44128

**VIA FEDERAL EXPRESS**
Mr. Brad Scarbrough
U.S. Bank National Association
633 West Fifth Street
24th Floor
Los Angeles, CA   90071

**VIA FEDERALEXPRESS**
Mr. Gerald A. Monroe
Calfee, Halter & Griswold, L.L.P.
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH   44114-2688

_Cyndi Bonk_
Cyndi Bonk

Subscribed and sworn to before me
this 28th day of July, 2004.

_Dainia S. Velishek_
Notary Public

> DAINIA S. VELISHEK
> Notary Public
> Minnesota
> My Commission Expires Jan. 31, 2007

# OFFICER'S CERTIFICATE AND
## REQUEST FOR INDEMNIFICATION BY CARDIAC SCIENCE INC.

**TO:**

Attn: Steven W. Lindseth
Complient Corporation
c/o 4670 Richmond Road
Suite 300
Warrensville Heights, Ohio 44128

Attn: Brad Scarbrough
U.S. Bank National Association
633 West Fifth Street
24th Floor
Los Angeles, California 90071

Attn: Gerald A Monroe, Esq.
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688

**PLEASE TAKE NOTICE:**

A. Pursuant to section 3(a) of the General Escrow Agreement dated October 21, 2003 between Complient Corporation, Cardiac Science, Inc. and U.S. Bank National Association; and

B. Pursuant to Section 11.2(a) of the Asset Purchase Agreement ("APA") dated October 21, 2003, that:

1. Cardiac Science hereby requests indemnification for the claims made against Cardiac Science in recently filed lawsuit against Cardiac Science in the lawsuit <u>Donald C. Hutchins v. Cardiac Science, Inc.</u> (04-30126-MAP) (D.Mass).

2. Cardiac Science asserts that its request for indemnification is based upon at least Sections 1.2(i), 2.2(b), 2.2(d), 2.2(h), 2.2(i) and 2.2(m) of the APA.

3. Mr. Hutchins' claims (see attached Complaint and exhibits thereto) seeks to have Cardiac Science provide compensation for an alleged failure of CPR L.P. to provide Mr. Hutchens 7.5% of the proceeds of any sale of partnership interest in CPR L.P. as provided in the CPR Prompt License and the CPR Partnership Agreement. The alleged obligation to compensate Mr. Hutchins is a retained liability pursuant to the sections of the APA identified in paragraph 3, above.

4. As a result and consequence of Complient's alleged failure to compensate Mr. Hutchins per the CPR Prompt License and the CPR Partnership Agreement, he has initiated claims of copyright and patent infringement against Cardiac Science.

5. The attached Complaint and Exhibits for Mr. Hutchins' lawsuit sets forth the alleged factual basis for his claims and the claimed amount of damages, wherein money damages are claimed at least in the amount of $3,795,000.

Dated: 7/27/2004

Mr. Kenneth F. Olson,
Chief Technical Officer
Cardiac Science, Inc.

Enclosure: Hutchins' Complaint
Cc:
Attn: Shivbir S. Grewal, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660