

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS, | ) Civil Action 04-30126-MAP |
| Plaintiff, | ) Judge Michael A. Ponsor |
| v. | ) |
| CARDIAC SCIENCE, INC., et al., | ) **NOTICE OF APPEARANCE OF** |
| | ) **COLLEEN M. O'NEIL** |
| Defendants. | ) |

Please take notice of the appearance of Colleen M. O'Neil of the law firm of Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, Ohio 44114-2688 as additional counsel of record for Defendant Complient Corporation in this matter.

Please direct copies of all future court notices and service to Attorney O'Neil as well as to the undersigned.

{JJL 0465.DOC;1}

Respectfully Submitted,

*Colleen M. O'Neil /ny*
_____
COLLEEN M. O' NEIL (OH # 0066576)
WILLIAM E. COUGHLIN (OH # 0010874)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio, 44114
(216)622-8200 (Telephone)
(216)241-0816 (Facsimile)

JOHN J. EGAN, ESQ. (BBO#: 151680)
EGAN, FLANAGAN and COHEN, P.C.
67 Market Street - PO Box 9035
Springfield, MA  01102-9035
413/737-0260 (Telephone)
FAX (413) 737-0121

Attorneys for Defendant and Counterclaimant Complient Corporation

{JJ1.0465.DOC;1}    2