# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS, | ) Civil Action 04-30126-MAP |
| Plaintiff, | ) Judge Michael A. Ponsor |
| v. | ) |
| CARDIAC SCIENCE, INC., et al., | ) **NOTICE OF APPEARANCE OF** |
| | ) **JEFFREY J. LAUDERDALE** |
| Defendants. | ) |

Please take notice of the appearance of Jeffrey J. Lauderdale of the law firm of Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, Ohio 44114-2688 as additional counsel of record for Defendant Complient Corporation in this matter.

Please direct copies of all future court notices and service to attorney Lauderdale as well as to the undersigned.

{JJL0496.DOC;1}

Respectfully Submitted,

*[signature]*

JEFFREY J. LAUDERDALE (OH # 0074859)
WILLIAM E. COUGHLIN (OH # 0010874)
COLLEEN M. O' NEIL (OH # 0066576)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio, 44114
(216)622-8200 (Telephone)
(216)241-0816 (Facsimile)

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA 01102-9035
(413) 737-0260 (Telephone)
FAX (413) 737-0121

Attorneys for Defendant and Counterclaimant Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appearance was served, via regular U.S. mail, upon the following this 25th day of August, 2005.

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts 01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

and

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

_____
One of the Attorneys for Defendant and
Counterclaimant Complient Corporation

{NOTICE OF APPEARANCE FOR JEFF (JJL0496);1}