UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendant )<br>) | Civil Action: 04-30126-MAP |

## COMPLIENT CORPORATION'S MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Complient Corporation ("Complient") respectfully requests leave of Court, pursuant to Local Rule 7.1, to file the *instanter* Reply Brief in Support of its Motion for Summary Judgment. Complient seeks leave of this Court to file the *instanter* Reply Brief in order to address the legal arguments contained in Plaintiff's Opposition to Defendant Complient Corporation's Motion for Summary Judgment and Plaintiff's Memorandum of Law Controverting Defendant Complient Corporation's Local Rule 56.1 Statement of Undisputed Facts, and to further clarify why Complient's Motion for Summary Judgment should be granted.

{JJ1.0503.DOC;1}

Accordingly, for good cause having been shown, Complient respectfully requests that the Court grant it leave to file the *instanter* Reply Brief in Support of its Motion for Summary Judgment.

Respectfully submitted,

*/s/ John J. Egan*

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA 01102-9035
(413) 737-0260
FAX (413) 737-0121

WILLIAM E. COUGHLIN (OH #0010874)
COLLEEN M. O'NEIL (OH #0066576)
JEFFREY J. LAUDERDALE (OH #0074859)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)

Attorneys for Defendant
Complient Corporation

{JJL0503.DOC;1}

2