UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS, | ) Civil Action 04-30126-MAP |
| Plaintiff, | ) Judge Michael A. Ponsor |
| v. | ) |
| CARDIAC SCIENCE, INC., et al., | ) |
| Defendants. | ) |

**DEFENDANT COMPLIENT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF DONALD HUTCHINS' MOTION TO COMPEL DEFENDANT COMPLIENT CORPORATION TO WITHDRAW FORGED FILINGS**

Simply stated, all pleadings that purport to bear Mr. Egan's signature in this matter have in fact been signed by Mr. Egan. Accordingly, there are no forged filings to be withdrawn, and Hutchins' Motion should be denied.

Respectfully submitted,

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035
(413) 727-0260
Fax: (413) 737-0121

{JJL0510.DOC:2}

WILLIAM E. COUGHLIN (OH #0010874)
COLLEEN M. O'NEIL (OH #0066576)
JEFFREY J. LAUDERDALE (OH #0074859)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)

Attorneys for Defendant Complient Corporation

## CERTIFICATE OF SERVICE

I certify that, on September 8th, 2005, I sent via first-class U.S. mail, postage prepaid, a copy of the foregoing Defendant Complient Corporation's Memorandum in Opposition to Plaintiff Donald Hutchins' Motion to Compel Defendant Complient Corporation to Withdraw Forged Filings, upon the following:

> Donald C. Hutchins
> 1047 Longmeadow Street
> Longmeadow, Massachusetts 01106
> Pro Se
>
> Randall T. Skaar, Esq.
> Patterson, Thuente, Skaar, & Christensen, P.A.
> 4800 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402
>
> Paul T. Rothschild, Esq.
> Bacon & Wilson, P.C.
> 33 State Street
> Springfield, Massachusetts 01103

/s/ [signature]
One of the Attorneys for Defendant,
Complient Corporation