UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CARDIAC SCIENCE, INC., et al; ) <br> ) <br> Defendants ) <br> ) | Civil Action: **04-30126-MAP** |

**PLAINTIFF'S EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER**

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court grant Plaintiff an Emergency Motion for Temporary Restraining Order. In support thereof, the Plaintiff submits the attached Memorandum in Support of the Plaintiff's Motion for a Temporary Restraining Order. Plaintiff is serving proper notice by mailing a copy of this Motion and Memorandum in Support to: John J. Egan, Esq., Paul H. Rothschild, Esq., Colleen Moran O'Neil, Esq. and Randall T. Skaar, Esq. at the addresses listed in the Certificate of Service attached.

A proposed Order is attached hereto.

Donald C. Hutchins, Pro Se

Dated: September 12, 2005

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606