UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS, ) | Civil Action 04-30126-MAP |
| ) | |
| Plaintiff, ) | Judge Michael A. Ponsor |
| ) | |
| v. ) | |
| ) | |
| CARDIAC SCIENCE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION REQUESTING THIS COURT TO TAKE JUDICIAL NOTICE OF DECISION OF CUYAHOGA COUNTY, OHIO, COURT OF COMMON PLEAS**

Defendant, Complient Corporation ("Complient"), hereby requests that this Court take Judicial Notice of the August 24, 2005 decision of the Cuyahoga County, Ohio, Court of Common Pleas, granting Complient's Motion for Summary Judgment on substantially the same issues that are before this Court in this matter. See August 24, 2005 Journal Entry, a certified copy of which is attached hereto. "It is well-accepted that federal courts may take judicial notice of proceedings in other courts if those proceedings have relevance to the matters at hand." Kowalski v. Gagne, 914 F.2d 299, 305 (1st Cir. 1990). See also St. Louis Baptist Temple, Inc. v. FDIC, 605 F.2d 1169, 1172 (10th Cir. 1979) ("Federal courts, in appropriate circumstances, may

{JJL0525.DOC;1}

take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.").

This matter and the Ohio matter involve several identical issues, including the proper interpretation of Section 3.10 of the License Agreement at issue and Plaintiff Donald C. Hutchins' entitlement to 7.5 % of the proceeds of the sale of Complient's assets to Defendant Cardiac Science, Inc. See Defendant Complient Corporation's Motion for Summary Judgment, at 14-16 (discussing the res judicata effects of the Ohio litigation on this matter). Accordingly, because the issues in the Ohio case are identical to the issues in this case, this Court should be aware of the Ohio court's decision.

Respectfully submitted,

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA 01102-9035
(413) 737-0260 (Telephone)
FAX (413) 737-0121

WILLIAM E. COUGHLIN (OH # 0010874)
COLLEEN M. O' NEIL (OH # 0066576)
JEFFREY J. LAUDERDALE (OH # 0074859)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio, 44114
(216)622-8200 (Telephone)
(216)241-0816 (Facsimile)

Attorneys for Defendant and Counterclaimant Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion Requesting this Court to Take Judicial Notice of Decision of Cuyahoga County, Ohio, Court of Common Pleas was served, via regular U.S. mail, upon the following this 21st day of September, 2005.

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts 01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

and

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

_____
One of the Attorneys for Defendant and
Counterclaimant Complient Corporation

{JJL0525.DOC;1}

CASE NO. 540066    ASSIGNED JUDGE _____

Compliant Corp    VS    Hutchins

| | DISPOSITION | | |
|---|---|---|---|
| ☐ 02 REASSIGNED | ☐ 81 JURY TRIAL | ☒ 89 DIS. W/PREJ. | |
| ☐ 03 REINSTATED (C/A) | ☐ 82 ARBITRATION DECREE | ☐ 91 COGNOVITS | |
| ☐ 04 REINSTATED | ☐ 83 COURT TRIAL | ☐ 92 DEFAULT | |
| ☐ 20 MAGISTRATE | ☐ 85 PRETRIAL | ☐ 93 TRANS TO COURT | |
| ☐ 40 ARBITRATION | ☐ 86 FOREIGN JUDGMENT | ☐ 95 TRANS TO JUDGE | |
| ☐ 65 STAY | ☐ 87 DIS. W/O PREJ | ☐ 96 OTHER | |
| ☐ 69 SUBMITTED | ☐ 88 BANKRUPTCY/APPEAL STAY | | |

NO. JURORS ____  COURT REPORTER ____  ☐ PARTIAL
START DATE __/__/__  START DATE __/__/__  ☒ FINAL
END DATE __/__/__  END DATE __/__/__  ☒ POST CARD

DATE 8/17/05  (NUNC PRO TUNC ENTRY AS OF & FOR __/__/__)

JOURNAL: Plaintiff Compliant Corporation Motion for summary Judgment as to defendant Donald C. Hutchins filed 6/11/05 is granted on the grounds of res judicata and the license agreement and the Asset Purchase Agreement. Hearing set on issue of damages on 9/27/05 at 1:30pm

VOL 3391 P00045

RECEIVED FOR FILING AUG 24 2005 GERALD E. FUERST, CLERK

THE STATE OF OHIO, Cuyahoga County, SS.
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING...
GERALD E. FUERST, Clerk