UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | Civil Action: **04-30126-MAP** |
| ) | |
| v. ) | |
| ) | |
| CARDIAC SCIENCE, INC., et al., ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF, DONALD C HUTCHINS' MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN OPPOSITION TO DEFENDANT CARDIAC SCIENCE'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of Court to file this *Instanter* Reply Brief in Opposition to Defendant Cardiac Science's Memorandum in Opposition to Plaintiff's Emergency Motion For a Temporary Restraining Order.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: 9/27/05

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first-class-mail to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Dated: September 27, 2005

_____
Donald C. Hutchins

2