UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al; )<br>)<br>Defendants ) | Civil Action: **04-30126-MAP** |

### PLAINTIFF'S ASSENT TO DEFENDANT'S MOTION REQUESTING THIS COURT TO TAKE JUDICIAL NOTICE OF DECISION OF CUYAHOGA COUNT, OHIO, COURT OF COMMON PLEAS

The Plaintiff, Donald C. Hutchins assents to Defendant Complient Corporation's Motion Requesting this Court to Take Judicial Notice of Decision of Cuyahoga County, Ohio, Court of Common Pleas. To allow this Court the opportunity to gain a fuller understanding of Ohio Case No. 540066 and the "identical issues" cited in Defendant's Motion, Plaintiff respectfully requests that the Defendant provide this Court with a copy of the case file certified by the Cuyahoga County Clerk of Court.

A proposed Order is attached hereto.

Donald C. Hutchins, Pro Se

Dated: October 4, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by U.S. First Class Mail to:

John J. Egan, Esq.  
Egan, Flanagan and Cohen, P.C.  
67 Market Street  
P.O. Box 9035  
Springfield, MA 01102-9035  

and

Colleen Moran O'Neil  
Calfee, Halter & Griswold LLP  
1400 McDonald Investment Center  
800 Superior Avenue.  
Cleveland, OH 44114-2688  

Paul H. Rothschild, Esq.  
Bacon & Wilson, P.C.  
33 State Street  
Springfield, MA 01103  

and

Randall T. Skaar, Esq.  
Patterson, Thuente, Skaar & Christensen, P.A.  
4800 IDS Center  
80 South 8th Street  
Minneapolis, MN 55402-2100  

Dated: 10/4/05

Donald C. Hutchins

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al; )<br>)<br>Defendants )<br>） | Civil Action: **04-30126-MAP** |

### **DEFENDANT'S ASSENTED TO MOTION IS ALLOWED**

The Court makes the following finding and order on the Defendant's Motion Requesting This Court to Take Judicial Notice of Decision of Cuyahoga County, Ohio, Court of Common Pleas:

> The Court finds that there is sufficient evidence to show that Complient is entitled to its request that this Court take judicial notice of the decision of Cuyahoga County, Ohio, Court of Common Pleas. The Defendant's Motion is allowed.
>
> To furnish this Court the opportunity to gain a fuller understanding of Ohio Case No. 540066 and the "identical issues" cited in Defendant's Motion, Defendant is ordered to provide this Court with a copy of the case file certified by the Cuyahoga County Clerk of Court.

_____
Justice of the United States District Court

Dated: _____