UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br><br>Plaintiff )<br><br>v. )<br><br>CARDIAC SCIENCE, INC., et al; )<br><br>Defendants ) | Civil Action: **04-30126-MAP** |

## PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court grant Plaintiff's Motion for Declaratory Judgment. In support thereof, the Plaintiff submits the attached Memorandum of Law in Support of Plaintiff's Motion for Declaratory Judgment.

The Complient Corporation ("Complient") has filed a motion requesting this court to take judicial notice of Cuyahoga County, Ohio Case No. 540066. Complient's stated reason for this motion is to use Case No. 540066 in terms of *res judicata* to bolster the Complient Corporation's motion for summary judgment. Complient has not met the burden for *res judicata* of proving by a preponderance of the evidence that any issue was previously raised and decided by a tribunal in Ohio Case No. 540066.

A proposed Order is attached hereto.

Donald C. Hutchins, Pro Se

Dated: October 17, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by U.S. First Class Mail to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

and

Colleen Moran O'Neil
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue.
Cleveland, OH 44114-2688

Dated: 10/17/05

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

and

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

_____
Donald C. Hutchins

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br><br>Plaintiff )<br><br>v. )<br><br>CARDIAC SCIENCE, INC., et al; )<br><br>Defendants ) | Civil Action: **04-30126-MAP** |

## DECLARATORY JUDGMENT

The Court makes the following findings on Plaintiff's Motion for Declaratory Judgment:

The Court finds that Hutchins' Complaint in Civil Action: 04-30126-MAP is legitimate.

The Court also finds that the Complient Corporation has not met the burden for *res judicata* of proving by a preponderance of the evidence that any issue was previously raised and decided by a tribunal in Case No. 5400066.

The Court also finds that the Complient Corporation has furnished no written opinion, no transcripts and no record of deliberation for determining the reason for the trial courts rulings and judgment in Case No. 5400066 sufficient for the purposes of *res judicata.*

_____
Justice of the United States District Court

Dated: _____