UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DONALD HUTCHINS**

**CASE NO. 04-30126 - MAP**

V.

**CARDIAC SCIENCE, INC**

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON ALL PENDING MOTIONS on JANUARY 4, 2006 AT 3:00 p.m. before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

10/27/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)         [kntchrgcnf.]
                                       [ntchrgcnf.]