**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

_____

DONALD C. HUTCHINS,

        Plaintiff,                      Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC., ET AL.,         **CERTIFICATE OF SERVICE BY MAIL**

        Defendant.

_____

      I hereby certify that on **November 3, 2005**, I caused the following document:

1. Defendant Cardiac Science's Memorandum of Law in Opposition to Plaintiff's Motion for Relief from Order Pursuant to Rule 60(b)(3) and Local Rules 7.1(2) and 7.3(B); and

2. Certificate of Service

      to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mr. Paul H. Rothschild
Bacon & Wilson, P.C.
33 State Street
Springfield, MA  01103
prothschild@bacon-wilson.com

John J. Egan
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA  01102-9035
jjegan@eganflanagan.com

      I further certify that on **November 3, 2005** the following was served upon the below-named parties via United States Mail:

Ms. Colleen M. O'Neil              Mr. Donald Hutchins
Calfee, Halter & Griswold, LLP       1047 Longmeadow Street
1400 McDonald Investment Center    Longmeadow, MA  01106-2201
800 Superior Avenue
Cleveland, OH  44114-2688

        Respectfully submitted,

        **PATTERSON, THUENTE,**
        **SKAAR & CHRISTENSEN, P.A.**

Dated: November 3, 2005    By:    _s/ Randall T. Skaar_
        Randall T. Skaar (#165,013)
        Scott G. Ulbrich (#305,947)
        4800 IDS Center
        80 South Eighth Street
        Minneapolis, Minnesota 55402-2100
        Tel: (612) 349-5740
        Fax: (612) 349-9266

        *and*

        Paul H. Rothschild
        **BACON & WILSON P.C.**
        33 State Street
        Springfield, Massachusetts 01103
        Phone: (413) 781-0560
        Fax: (413) 739-7740

        **ATTORNEYS FOR CARDIAC SCIENCE, INC.**