UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

DONALD C. HUTCHINS,

                Plaintiff,                Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC., ET AL.,        **CERTIFICATE OF SERVICE BY MAIL**

                Defendants.

_____

        I hereby certify that on **November 3, 2005**, I caused the following documents:

1.     Defendant Cardiac Science's Motion To Enjoin Plaintiff From Filing Any Further Motions Without Leave Of Court;

2.     Defendant Cardiac Science's Memorandum Of Law In Support Of Its Motion Pursuant To 28 U.S.C. §1651(A) To Enjoin Plaintiff From Filing Any Further Motions Without Leave Of Court**;** and

3.     Certificate Of Service.

        to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mr. Paul H. Rothschild
Bacon & Wilson, P.C.
33 State Street
Springfield, MA  01103
prothschild@bacon-wilson.com

John J. Egan
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA  01102-9035
jjegan@eganflanagan.com

I further certify that on **November 3, 2005** the following was served upon the below-named parties via United States Mail:

Ms. Colleen M. O'Neil
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688

Mr. Donald Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106-2201

Respectfully submitted,

**PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.**

Dated:  November 3, 2005     By:     _s/ Randall T. Skaar_
Randall T. Skaar  (#165,013)
Scott G. Ulbrich   (#305,947)
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2100
Tel: (612) 349-5740
Fax: (612) 349-9266

*and*

Paul H. Rothschild
**BACON & WILSON P.C.**
33 State Street
Springfield, Massachusetts 01103
Phone: (413) 781-0560
Fax: (413) 739-7740

**ATTORNEYS FOR CARDIAC SCIENCE, INC.**