UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al., )<br>)<br>Defendants )<br>) | Civil Action: **04-30126-MAP** |

## DONALD C HUTCHINS' MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN ANSWER TO DEFENDANT COMPLIENT CORPORATION'S OPPOSITION TO MOTION FOR DECLARATORY JUDGMENT

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of Court, pursuant to Local Rule 7.1, to file this *instanter* Reply Brief in Answer to Defendant Complient Corporation's Opposition to Plaintiff Donald Hutchins' Motion for Declaratory Judgment.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: 11/8/05

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first-class-mail to:

| | |
|---|---|
| John J. Egan, Esq.<br>Egan, Flanagan and Cohen, P.C.<br>67 Market Street<br>P.O. Box 9035<br>Springfield, MA 01102-9035 | Paul H. Rothschild, Esq.<br>Bacon & Wilson, P.C.<br>33 State Street<br>Springfield, MA 01103 |

And

| | |
|---|---|
| Randall T. Skaar, Esq.<br>Patterson, Thuente, Skaar & Christensen, P.A.<br>4800 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402-2100 | Colleen Moran O'Neil, Esq.<br>Calfee, Halter & Griswold LLP<br>1400 McDonald Investment Center<br>800 Superior Ave.<br>Cleveland, OH 4414-2688 |

Dated: 11/8/05

_____
Donald C. Hutchins

2