UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30126-MAP** |
| v. ) | |
| ) | |
| CARDIAC SCIENCE, INC., et al ) | |
| ) | |
| Defendants ) | |

**FILED IN CLERK'S OFFICE**
**2005 NOV 23  P 1: 28**
**U.S. DISTRICT COURT**
**DISTRICT OF MASS.**

## PLAINTIFF'S MOTION TO ENJOIN DEFENDANT TO DISCLOSE THE IDENTITY AND PLACE OF BUSINESS OF CURRENT LICENSEE UNDER LOCAL RULE 26.1(b)

**COMES NOW** Plaintiff Donald C. Hutchins, ("Hutchins") hereby moving the Court to enjoin Defendant Cardiac Science, Inc. through its Attorney Randall T. Skaar to disclose the identity and place of business of the current Licensee to the 1994 License Agreement between Hutchins and County Line Limited. The dissolution and deactivation of Cardiac Science Inc. has made the identity and location of said Licensee essential to this litigation. This Motion is made on the basis that under Local Rule 26.1(b) the Court may order the submission of a sworn statement that the Court deems appropriate

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: November 23, 2005

/s/ Donald C. Hutchins

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first-class-mail to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

and

Colleen Moran O'Neil
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue.
Cleveland, OH 44114-2688

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

and

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Dated: 11/23/05

Donald C. Hutchins