UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

DONALD C. HUTCHINS,

        Plaintiff,                  Civil Action No. 3:04-cv-30126 MAP

v.

                                      **CERTIFICATE OF SERVICE**

CARDIAC SCIENCE, INC., ET AL.,

        Defendants.

_____

      I hereby certify that on **December 7, 2005**, I caused the following documents:

1.     Defendant Cardiac Science's Memorandum Of Law In Opposition To Plaintiff's Motion To Enjoin Cardiac Science To Disclose The Identity And Place Of Business Of Current Licensee Under Local Rule 26.1(B); And

2.     Certificate Of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Mr. Paul H. Rothschild | John J. Egan |
| Bacon & Wilson, P.C. | Egan, Flanagan and Cohen, P.C. |
| 33 State Street | 67 Market Street |
| Springfield, MA  01103 | P.O. Box 9035 |
| prothschild@bacon-wilson.com | Springfield, MA  01102-9035 |
| | jjegan@eganflanagan.com |

      I further certify that on **December 7, 2005** the following was served upon the below-named parties via United States Mail, postage prepaid:

| | |
|---|---|
| Ms. Colleen M. O'Neil | Mr. Donald Hutchins |
| Calfee, Halter & Griswold, LLP | 1047 Longmeadow Street |
| 1400 McDonald Investment Center | Longmeadow, MA  01106-2201 |
| 800 Superior Avenue | |
| Cleveland, OH  44114-2688 | |

Respectfully submitted,

**PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.**

Dated:  December 7, 2005        By:    _s/ Randall T. Skaar_____
Randall T. Skaar  (#165,013)
Scott G. Ulbrich   (#305,947)
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota  55402-2100
Tel: (612) 349-5740
Fax: (612) 349-9266

*and*

Paul H. Rothschild
**BACON & WILSON P.C.**
33 State Street
Springfield, Massachusetts 01103
Tel: (413) 781-0560
Fax: (413) 739-7740

**ATTORNEYS FOR CARDIAC SCIENCE, INC.**