UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>) Civil Action: **04-30126-MAP**<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al., )<br>)<br>Defendants )<br>) | |

## DONALD C HUTCHINS' MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN ANSWER TO DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)(3) AND LOCAL RULES 7.1(2) AND 7.3(B)

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of Court, pursuant to Local Rule 7.1, to file this *instanter* Reply Brief in answer to Defendant Cardiac Science's Memorandum of Law in Opposition to Plaintiff Donald Hutchins' Motion for Relief from Order. This instanter Reply Brief Memorandum confirms with documented evidence that Cardiac Science Inc has been dissolved as a Delaware corporation, does not maintain a principal place of business in Irvine, California and continues to mislead the Court through false Corporate Disclosures pursuant to Fed. R. Civ. P.1(a).

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: 12/12/05

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first-class-mail to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Colleen Moran O'Neil, Esq.
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Ave.
Cleveland, OH 4414-2688

Dated: 12/12/05

_____
Donald C. Hutchins

2