UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al., )<br>)<br>Defendants )<br>) | Civil Action: **04-30126-MAP** |

**DONALD C HUTCHINS' MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN ANSWER TO DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM SUMMARY JUDGMENT PURSUANT TO RULE 60(b)(3) AND LOCAL RULE 7.3(B)**

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of Court, pursuant to Local Rule 7.1, to file this *instanter* Reply Brief in answer to Defendant Cardiac Science's Memorandum of Law in Opposition to Plaintiff Donald Hutchins' Motion for Relief from Summary Judgment. This instanter Reply Brief Memorandum confirms that the transition from Cardiac Science Inc to the Cardiac Science Corporation was not a name change as characterized by Attorney Skaar, but a total change in legal identity, ownership and management. Cardiac Science Inc. has been dissolved as a Delaware corporation, does not maintain a principal place of business in Irvine, California and continues to mislead the Court through false Corporate Disclosures pursuant to Fed. R. Civ. P.1(a).

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: 12/12/05

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first-class-mail to:

John J. Egan, Esq.  
Egan, Flanagan and Cohen, P.C.  
67 Market Street  
P.O. Box 9035  
Springfield, MA 01102-9035

Paul H. Rothschild, Esq.  
Bacon & Wilson, P.C.  
33 State Street  
Springfield, MA 01103

And

Randall T. Skaar, Esq.  
Patterson, Thuente, Skaar & Christensen, P.A.  
4800 IDS Center  
80 South 8th Street  
Minneapolis, MN 55402-2100

Colleen Moran O'Neil, Esq.  
Calfee, Halter & Griswold LLP  
1400 McDonald Investment Center  
800 Superior Ave.  
Cleveland, OH 4414-2688

Dated: 12/12/15

Donald C. Hutchins