# EXHIBIT B

## PARTIES

103. Cardiac Science, Inc. is a Delaware corporation with its principal place of business at 16931 Millikan Avenue, Irvine, California 92606.

104. Upon information and belief, Plaintiff Donald Hutchins is an individual residing at 1047 Longmeadow Street, Longmeadow, Massachusetts.

## JURISDICTION AND VENUE

105. Subject matter jurisdiction is based on 28 U.S.C. §1332, as there is diversity between the parties to these Counterclaims, and Cardiac Science's Counterclaims against Plaintiff Donald Hutchins exceed the sum or value of $75,000, exclusive of interests and costs. This Court also has supplemental jurisdiction with regard to Cardiac Science's Counterclaims under 28 U.S.C. §1367.

106. This Court has jurisdiction over the counterclaim for declaratory judgment of noninfringement, no breach of contract and license rights under the Federal Declaratory Judgment Act, 28 U.S.C. §§2201 and 2202, in that Plaintiff has accused Defendant of infringing its intellectual property and breaching contracts. Cardiac Science, Inc. denies Plaintiff's accusations and further, thereby creating an actual controversy between the parties. This Court has subject matter jurisdiction over Defendant's counterclaims pursuant to 28 U.S.C. §§1338(a) and 1367, and Fed.R.Civ.P. 13.

107. Upon information and belief, Plaintiff Donald Hutchins, who resides in this District, filed a Complaint against Cardiac Science in this District and is subject to personal jurisdiction pursuant to M.G.L.A. 223A § 3.

108. Venue is proper in this District pursuant to 28 U.S.C. §§1391(a) and (c) as Plaintiff Donald Hutchins is subject to personal jurisdiction, resides in, and has filed a Complaint against Cardiac Science, Inc. in this District.

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

## CURRENT REPORT

Pursuant to Section 13 or 15(d) of
the Securities Exchange Act of 1934

September 30, 2005
Date of Report (Date of earliest event reported)

# CARDIAC SCIENCE CORPORATION
(Exact Name of Registrant as Specified in Charter)

| Delaware | 000-51512 | 94-3300396 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File No.) | (IRS Employer Identification No.) |

| 3303 Monte Villa Parkway, Bothell, Washington | 98021 |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

(425) 402-2000
(Registrant's Telephone Number, Including Area Code)

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communication pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))