# EXHIBIT C

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

                Plaintiff,

v.

CARDIAC SCIENCE, INC.,

                Defendant.

Civil Action No. 04-30126-MAP

## DEFENDANT'S CORPORATE DISCLOSURES PURSUANT TO FED. R. CIV. P. 7.1(a)

Defendant, Cardiac Science, Inc., through their counsel, makes the following statements pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure:

Pursuant to Fed. R. Civ. P. 7.1(a), counsel for above-named Plaintiff certifies that there is no parent corporation or publicly held corporation that owns ten percent (10%) or more of the stock of Cardiac Science, Inc.

Respectfully Submitted,
**CARDIAC SCIENCE, INC.**

Dated: September 22, 2004

By:   /s/ Paul H. Rothschidl
      Paul H. Rothschild
      **BACON & WILSON P.C.**
      33 State Street
      Springfield, MA 01103
      Phone: (413) 781-0560
      Fax: (413) 739-7740
      BBO# 431100

Randall T. Skaar
Scott G. Ulbrich
**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100
Tel: (612) 349-5740
Fax: (612) 349-9266

## CERTIFICATE OF SERVICE

I, PAUL H. ROTHSCHILD, hereby certify that on the 22nd day of September 2004, I caused a copy of the foregoing Defendant's Corporate Disclosure Pursuant to Fed.R.Civ.P. 7.1(a) to be served upon all interested parties by mailing a copy thereof, postage prepaid, first class mail to:

    Donald C. Hutchins
    1047 Longmeadow Street
    Longmeadow, MA 01106.

        /s/ Paul H. Rothschild
        PAUL H. ROTHSCHILD

1