UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>and )<br>COMPLIENT CORPORATION )<br>)<br>Defendants )<br>) | Civil Action: **04-30126-MAP** |

## **PLAINTIFF'S MOTION TO ALLOW ELECTRONIC TESTIMONY**

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court to allow him to testify using computerized equipment at a Hearing scheduled for January 4, 2006 at 3:00 P.M. This presentation will not exceed 10 minutes in length. Presentation equipment is portable and self contained and will involve no courtroom equipment or power.

The Plaintiff, DONALD C. HUTCHINS, Pro Se

Dated: December 16, 2005

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035

Dated: 12/16/05

_____
Donald C. Hutchins