UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CARDIAC SCIENCE, INC., et al., ) <br> ) <br> Defendants ) <br> ) | Civil Action: 04-30126-MAP |

**PLAINTIFF'S MOTION FOR JOINDER OF PARTIES UNDER
R 19(a)(1) AND R19(a)(2)(ii) OF CIVIL PROCEDURE**

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court grant Plaintiff Joinder of Stradling Yocca Carlson & Rauth ("Stradling"), a professional corporation, to this Action under Rule 19 (a)(1) and Rule 19(a)(2)(ii) of civil procedure. In support thereof, the Plaintiff submits the attached Memorandum in Support of the Plaintiff's Motion for Joinder of Parties.

This Motion meets that requirement of Local Rule 15.1 with a certificate herein attached stating that it has been served at least (10) days in advance on the new party as required by this rule.

A proposed Order is attached hereto.

Dated: December 20, 2005

The Plaintiff,
Donald C. Hutchins, Pro Se

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to:

Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402.

Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103

John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035

Colleen Moran O'Neil, Esq., Calfee, Halter & Griswold LLP, 1400 Mc Donald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

\* \* \* \* \*

I, Richard J. Moriarty, 43 Greenacre Avenue, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by UPS Overnight to:

Stradling Yocca Carlson & Rauth, 660 Newport Center Drive, Suite 1600, Newport Beach, CA 92660

Dated: 12/30/05

_____
Richard J. Moriarty

2