# EXHIBIT A

Case 3:04-cv-30126-MAP    Document 130-2    Filed 12/20/2005    Page 1 of 3

8

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD C. HUTCHINS, | ) | Civil Action 04-30126-MAP |
| | ) | |
| Plaintiff, | ) | Judge Michael A. Ponsor |
| | ) | |
| v. | ) | |
| | ) | |
| CARDIAC SCIENCE, INC., et al., | ) | **AFFIDAVIT OF STEVEN LINDSETH** |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| STATE OF OHIO | ) | |
| | ) | SS: |
| COUNTY OF CUYAHOGA | ) | |

NOW COMES STEVEN LINDSETH and upon first being duly sworn, states that:

1. I am over 18 years of age and have personal knowledge of the matters attested to herein.

2. I am the President of Complient Corporation ("Complient"), a defendant in the subject action. On October 21, 2003, substantially all of the assets of Complient were sold to an entity known as Cardiac Science, Inc. by and through an Asset Purchase Agreement entered into on that date (the "Asset Purchase Agreement") by and among Complient, Cardiac Science and CPR Limited Partnership ("CPR L.P."). In my capacity as President of Complient, I oversee the winding up and liquidation of Complient.

{JJL0345.DOC;1}

3.  As President of Complient, I am responsible for authorizing any person to receive service of process on Complient.

4.  I have never met or spoken to John J. Egan, the attorney on whom Hutchins attempted to serve the Amended Complaint in this matter. Mr. Egan and his firm serves only as local counsel for Complient in this case. I did not grant Mr. Egan or his firm authorization to accept service of process on behalf of Complient.

_____
STEVEN LINDSETH

Sworn to before me and subscribed in my presence this 1st day of February, 2005.

_____
NOTARY PUBLIC

Harry W. Heise
Notary Public
My Commission Expires
March 19, 2005

{JJL0345.DOC;1}