# EXHIBIT B



Prescribed by **J. Kenneth Blackwell**

Please obtain fee amount and mailing instructions from the Forms Inventory List (using the 3 digit form # located at the bottom of this form). To obtain the Forms Inventory List or for assistance, please call Customer Service:

Central Ohio: (614)-466-3910  Toll Free: 1-877-SOS-FILE (1-877-767-3453)

Expedite this form — ☑ Yes

# CERTIFICATE OF CORRECTION OF FOREIGN LIMITED LIABILITY CORPORATION REGISTRATION

The undersigned authorized representative of  County Line Limited ,

__886202__ , a foreign limited liability company, organized under the laws of the state/country of
(Registration Number)

__Delaware__ , and registered to transact business in Ohio on __11/16/94__ , does hereby certify that the following statement contained in said limited liability company's application for registration was false or inaccurate, and that such statement is to be corrected as follows:

1. The false or inaccurate statement is: 2. The name under which the limited liability company desires to transact business in Ohio is: County Line Limited

2. The correct/accurate statement is: 2. The name under which the limited liability company desires to transact business in Ohio is: County Line Limited, L.L.C.

IN WITNESS WHEREOF, the undersigned duly authorized representative of said limited liability company has executed this certificate on __August 26, 1999__

County Line Limited
(name of limited liability company)

By: _[signature]_
Its: Steven W. Lindseth, President

**RECEIVED**
AUG 3 0 1999
J. KENNETH BLACKWELL
SECRETARY OF STATE

136-LFC          Page 1 of 1          Version: May 1, 1999

HC495-1933



Prescribed by
Bob Taft, Secretary of State
30 East Broad Street, 14th Floor
Columbus, Ohio 43266-0418
Form AGS (September 1992)



Charter No. 520164A
Approved LM RC
Date 12-7-92
Fee $3.00

## SUBSEQUENT APPOINTMENT OF AGENT

__CATALOG PRODUCTS, INC._____ hereby appoints
(name of corporation)

__Steven W. Lindseth_____, __5439 Perkins Road_____
(name of new agent)            (street address)

__Bedford Heights_____, Ohio __44146__
(city)                              (zip code)

NOTE: P.O. Box addresses are not acceptable.

to succeed ____Carol Bramanchraig_____ as agent upon whom any process,
            (Name of Former Agent)

notice or demand required or permitted by statute to be served upon the corporation may be served.

This line is to be signed by a corporate officer.

_____[signature]_____

Title: __Scott R. Wilson, Secretary__

### Acceptance of Appointment

The undersigned, __Steven W. Lindseth_____, named herein as the statutory agent for
__Catalog Products, Inc._____ hereby acknowledges and accepts
(name of corporation)
the appointment of statutory agent for said corporation.**

_____[signature]_____
                                                    Statutory Agent

### INSTRUCTIONS

1) The statutory agent for a corporation may be (a) a natural person who is a resident of Ohio, or (b) an Ohio corporation or a foreign profit corporation licensed in Ohio which has a business address in this state and is explicitly authorized by its articles of incorporation to act as a statutory agent. R.C. 1701.07(A), 1702.06(A).

2) A subsequent appointment of agent must be signed by the chairman of the board, the president, a vice-president, the secretary or an assistant secretary. R.C. 1701.07(L)

3) The filing fee is $3.00. R.C. 1701.07(M), 1702.06(C). Please make checks payable to the Secretary of State.

** As of October 8, 1992, R.C. 1701.07(B) will be amended to require acknowledgement and acceptance by the appointed statutory agent.

JUN. 21. 2000  4:08PM    CALFEE HALTER & GRISWOLD LLP                NO. 4551   P. 7



Prescribed by **J. Kenneth Blackwell**

Please obtain fee amount and mailing instructions from the Forms Inventory List (using the 3 digit form # located at the bottom of this form). To obtain the Forms Inventory List or for assistance, please call Customer Service:
Central Ohio: (614)-466-3910  Toll Free: 1-877-SOS-FILE (1-877-767-3453)

## CERTIFICATE OF CANCELLATION OF FOREIGN LIMITED LIABILITY COMPANY REGISTRATION

The undersigned limited liability company __998508__ (Registration Number) hereby certifies that it is no longer transacting business in the State of Ohio and hereby makes the following statements for the purpose of surrendering its authority to transact business in Ohio:

**FIRST:** The name of the limited liability company in its state of organization or registration is:
CPR Prompt, L.L.C.

**SECOND:** The name under which the limited liability company registered to transact business in Ohio is:
CPR Prompt, L.L.C.

**THIRD:** The limited liability company is formed under the laws of the state/country of: _____

**FOURTH:** The limited liability company __revokes__ the authority of its registered agent to accept service of process, notices and demands on its behalf.

**FIFTH:** The address to which a person may mail a copy of any process, notice, or demand against the company is:

27070 Miles Road, Suite 100
(street address)

Solon                          Ohio           44139
(city, township, or village)   (state)        (zip code)

If this mailing address changes in the future, the limited liability company hereby agrees to notify the Ohio Secretary of State of such change.

*(Item "Fourth" MUST be completed IF the limited liability company revokes the authority of its registered agent to accept service of process, notices and demands on its behalf. If the limited liability company indicates in item "Fourth" that the authority of its registered agent is NOT revoked, then "Not Applicable" may be entered in item 'Fourth'")*

IN WITNESS WHEREOF, the undersigned duly authorized representative of said limited liability company has executed this certificate on __6/20/00__
(date)

Signature: _____
Name: Steven W. Lindseth
Its: Authorized Representative

RECEIVED
JUN 22 2000
J. KENNETH BLACKWELL
SECRETARY OF STATE

[Ohio Revised Code Section 1705.57]

131-LFS                        Page 1 of 1                    Version: 7/15/99

SEP. 2.1999 7:53AM   CALFEE, HALTER & GRISWOLD LLP                NO. 6360   P. 2



Prescribed by **J. Kenneth Blackwell**

Please obtain fee amount and mailing instructions from the Forms Inventory List (using the 3 digit form # located at the bottom of this form). To obtain the Forms Inventory List or for assistance, please call Customer Service:
Central Ohio: (614)-466-3910  Toll Free: 1-877-SOS-FILE (1-877-767-3453)

Expedite this form ☒ Yes

## REPORT OF USE OF FICTITIOUS NAME

1. The exact fictitious name being reported is: __Complient__
   (SEE INSTRUCTIONS # 1)

   Please note that the filing of a fictitious name report is NOT an AUTHORIZATION from the Secretary of State's Office to use the name. Filing such a report will not protect the user from any lawful claims of persons/entities having superior rights in the same or a similar name.

2. The applicant is: (check appropriate box)
   - ☐ an individual
   - ☐ a General Partnership
   - ☐ a Limited Partnership; County in OHIO where certificate or application of limited partnership is filed is _____
   - ☐ an Ohio Limited Liability Company, registration no. _____
   - ☐ an Ohio corporation, charter no. _____
   - ☐ a foreign corporation incorporated in the state of _____ holding Ohio license no. _____
   - ☐ an unincorporated association
   - ☒ a foreign limited liability company organized in the state of __Delaware__ holding Ohio license no. __998508__

3. The name of the applicant designated in item 2 is   __CPR Prompt, L.L.C.__
   NOTE: When the applicant is a partnership, the name of the partnership must appear on this line.

4. The business address of the user is:
   __27070 Miles Road, Suite 100__
   (street address)

   | __Solon__ | __Cuyahoga__ | __Ohio__ | __44139__ |
   |---|---|---|---|
   | (city, township, or village) | (county) | (state) | (zip code) |

   NOTE: P.O. Box addresses are not acceptable.

5. Complete only if applicant is a partnership:
   NAMES OF ALL GENERAL PARTNERS                COMPLETE RESIDENCE ADDRESSES (including zip code)

6. The nature of business conducted by the user under the fictitious name is
   __first aid and safety related training and services__

   This document is signed by the user or an Authorized Representative of the user.

   Signed _[signature]_
   Name: __Steven W. Lindseth, Manager__

   **RECEIVED**
   SEP 02 1999
   J. KENNETH BLACKWELL
   SECRETARY OF STATE

   169-NFO         Page 1 of 1         Version: May 1, 1999

DEC. 4. 1997 11:31AM    CALFEE, HALTER & GRISWOLD LLP           NO. 3648   P. 2

06081-0200

Prescribed by
Bob Taft, Secretary of State
30 East Broad Street, 14th Floor
Columbus, Ohio 43266-0418
Form LFA (July 1994)

Approved KN
Date 12/4/97
Fee $10

9712050120l

## APPLICATION FOR REGISTRATION OF FOREIGN LIMITED LIABILITY COMPANY

The undersigned limited liability company hereby applies for a Certificate of Registration to transact business in the State of Ohio, and for that purpose submits the following statements:

1. The name of the limited liability company in its state of organization/registration is:

   CPR Prompt, L.L.C.

2. The name under which the limited liability company desires to transact business in Ohio is:

   CPR Prompt, L.L.C.

3. The limited liability company was organized or formed on  11   13   97
                                                           month day year
   under the laws of the state/country of  Delaware .

4. The address to which interested persons may direct requests for copies of the articles of organization, operating agreement, bylaws, or other charter documents of the company is:   4543 Taylor Lane

   Warrensville Heights, Ohio 44128

5. The limited liability company hereby appoints the following as its agent upon whom process against the limited liability company may be served in the state of Ohio. The name and complete address of the agent is:

   Steven W. Lindseth            4543 Taylor Lane
   (name)                        (street)

   Warrensville Heights  , Ohio  44128
   (city, village or township)   (zip code)

DEC 04 '97 12:04                                               PAGE.02

DEC. 4 1997 11:32AM    CALFEE, HALTER & GRISWOLD LLP    NO. 5648    P. 3

06081-0201

6. The limited liability company irrevocably consents to service of process on the agent listed above as long as the authority of the agent continues, and to service of process upon the OHIO SECRETARY OF STATE if:

   a. the agent cannot be found, or
   b. the limited liability company fails to designate another agent when required to do so, or
   c. the limited liability company's registration to do business in Ohio expires or is cancelled.

IN WITNESS WHEREOF, the undersigned has executed this application the __1st__ day of __December__, 19__97__.

                                        CPR Prompt, L.L.C.
                                        (name of limited liability company)

                                        By: _____
                                        Its: Duly Authorized Member, Manager
                                             or Representative:
                                             Steven W. Lindseth

(Ohio Revised Code Section 1705.54(A))

DEC 04 '97 12:04                                           PAGE.03