UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendant )<br>) | Civil Action: 04-30126-MAP |

**MOTION TO RESCHEDULE MOTION HEARING**

A hearing on various pending motions is scheduled in this case for January 4, 2006. The hearing is currently scheduled to commence at 3:00 p.m. Counsel for Complient Corporation respectfully requests that the hearing time be changed from 3:00 p.m. to 2:00 p.m. for purposes of travel arrangements. Counsel for Complient Corporation contacted counsel for Cardiac Science and he was amenable to a 2:00 p.m. hearing time.

Respectfully submitted,

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA 01102-9035
(413) 737-0260
FAX (413) 737-0121

{JAB5789.DOC;1}

        WILLIAM E. COUGHLIN (0010874)
        COLLEEN MORAN O'NEIL (0066576)
        CALFEE, HALTER & GRISWOLD LLP
        1400 McDonald Investment Center
        800 Superior Avenue
        Cleveland, Ohio 44114
        (216) 622-8200
        (216) 241-0816 (facsimile)

        Attorneys for Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Complient Corporation's Motion to Reschedule Motion Hearing is being served via first-class mail this 22nd day of December, 2005:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts 01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

_____
One of the attorneys for Complient Corporation