UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) Civil Action: 04-30126-MAP |
| CARDIAC SCIENCE, INC. | )<br>)<br>) |
| Defendant | )<br>)<br>) |

**DEFENDANT COMPLIENT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S "MOTION TO ALLOW ELECTRONIC TESTIMONY"**

Plaintiff, Donald C. Hutchins ("Plaintiff"), recently filed a "Motion to Allow Electronic Testimony" at the hearing scheduled for January 4, 2006. Plaintiff does not, however, explain what this "electronic testimony" or presentation consists of or what format it is, nor does he explain how he (or a potential third party) will testify electronically. Further, the January 4th hearing is not scheduled to be an evidentiary hearing and, even if it were, Plaintiff offers no information or explanation to even suggest that the electronic testimony he intends to submit is admissible into evidence. In addition, Plaintiff does not indicate what Motion his intended electronic testimony or presentation relates to or is allegedly in support of. Accordingly, Complient respectfully requests that Plaintiff's Motion be denied.

{JAB5790.DOC;1}

In the event the Court grants Plaintiff's Motion, Complient respectfully requests that it be permitted to view Plaintiff's intended electronic testimony or presentation in advance of the hearing so as to be advised of its content and be prepared to fully respond.

Respectfully submitted,

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA 01102-9035
(413) 737-0260
FAX (413) 737-0121

WILLIAM E. COUGHLIN (0010874)
COLLEEN MORAN O'NEIL (0066576)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)

Attorneys for Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant Complient Corporation's Memorandum in Opposition to Plaintiff's "Motion to Allow Electronic Testimony" is being served via first-class mail this 20nd day of December, 2005:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts 01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

_____
One of the attorneys for Complient Corporation

{JAB5790.DOC;1}                                    3