UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS </br></br> Plaintiff </br></br> v. </br></br> CARDIAC SCIENCE, INC., et., al. </br></br> Defendants | Civil Action: **04-30126-MAP** |

**PLAINTIFF'S MOTION FOR REMOVAL PURSUANT TO FED. R. CIV. 11 and TITLE 28, PART IV, ¶ 1446 (a), LOCAL RULE 81.1, and M.G.L. c. 223, § 5 FORUM NON CONVENIENS**

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court grant Plaintiff a Motion for Removal in Civil Action No. 05 1115, Superior Court, Hampden County, Commonwealth of Massachusetts, in which the Complient Corporation is the Plaintiff and Donald C. Hutchins and the CPR Prompt Corporation are the Defendants. In support thereof and in accordance with Title 28, Part IV, ¶ 1446, 1447 and 1448, the Plaintiff submits the attached Memorandum containing a short and plain statement on the grounds for removal together with a copy of the process served on Hutchins.

The Plaintiff
Donald C. Hutchins, Pro Se

_____
1647 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

Dated: December 23, 2005

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035

Dated: 12/23/05

Donald C. Hutchins