UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 JAN -6  A 10: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONALD C. HUTCHINS | ) |
| Plaintiff | ) Civil Action: 04-30126-MAP |
| v. | ) |
| CARDIAC SCIENCE, INC., et. al., | ) |
| Defendants | ) |

## DEFENDANT IN COUNTERCLAIM, DONALD C. HUTCHINS' MOTION TO SCHEDULE JURY TRIAL

Defendant in Counterclaim, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court to schedule a jury trial at the earliest possible date. The grounds for this Motion are fully set forth in the attached Memorandum in Support, which is incorporated herein by reference.

The Defendant in Counterclaim
Donald C. Hutchins, Pro Se

Dated: January 5, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035

Dated: 1/5/06

Donald C. Hutchins