UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: 04-30126-MAP |
| v. ) | |
| ) | |
| CARDIAC SCIENCE, INC., et. al., ) | |
| ) | |
| Defendants ) | |

### DONALD C. HUTCHINS' MOTION TO SRIKE STATEMENTS OF ATTORNEY COLLEEN MORAN O'NEIL

Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court to strike the statements of Attorney Colleen Moran O'Neil made in Motion Hearing of January 4, 2006. The grounds for this Motion are fully set forth in the attached Memorandum in Support, which is incorporated herein by reference.

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: January 9, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035

Dated: 1/9/06

Donald C. Hutchins