# EXHIBIT A

**200308303444**

| DATE: | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 03/25/2003 | 200308303444 | TRADE NAME/ORIGINAL FILING (RNO) | 50.00 | .00 | .00 | .00 | .00 |

**Receipt**
This is not a bill. Please do not remit payment.

COMPLIENT
COMPLIENT CORPORATION
27070 MILES RD.
SOLON, OH 44139

# STATE OF OHIO
## CERTIFICATE
### Ohio Secretary of State, J. Kenneth Blackwell

1377354

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**CPR PROMPT**

and, that said business records show the filing and recording of:

Document(s):  
**TRADE NAME/ORIGINAL FILING**

Date of First Use:  11/13/1997
Expiration Date:  03/24/2008

Document No(s):  
200308303444

COMPLIENT CORPORATION
27070 MILES ROAD, SUITE 100
SOLON, OH 44139



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 24th day of March, A.D. 2003.

*J. Kenneth Blackwell*
Ohio Secretary of State