UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS<br><br>Plaintiff<br><br>v.<br><br>CARDIAC SCIENCE, INC., et. al.,<br><br>Defendants | Civil Action: **04-30126-MAP** |

## PLAINTIFF, DONALD C. HUTCHINS' MOTION TO TRANSFER CA 04-30126-MAP TO THE EASTERN MASSACHUSETTS DIVISION UNDER L. R. 40.1 (F)

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court to transfer Civil Action 04-30126-MAP to the Eastern Massachusetts Division of the District of Massachusetts. The grounds for this Motion are fully set forth in the attached Memorandum in Support, which is incorporated herein by reference.

Dated: January 11, 2006

The Plaintiff
Donald C. Hutchins, Pro Se

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035, Colleen O'Neil Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, OH 44114.

Dated: 1/11/06

/Donald C. Hutchins