UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>)  Civil Action: **04-30126-MAP**<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al., )<br>)<br>Defendants )<br>_____ ) | |

## DONALD C HUTCHINS' MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN SUPPORT OF HIS "MOTION TO STRIKE STATEMENTS OF ATTORNEY COLLEEN MORAN O'NEIL"

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of Court, pursuant to Local Rule 7.1, to file the *instanter* Reply Brief in Support of his Motion to Strike Statements of Attorney Colleen Moran O'Neil.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: 1/27/06

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035, Colleen O'Neil, Esq., Calfee, Halter & Griswold LLP, 800 Superior Ave., Cleveland, Ohio 44114-2688.

Dated: 1/27/06

Donald C. Hutchins