UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30126-MAP** |
| v. ) | |
| ) | |
| CARDIAC SCIENCE, INC., et al; ) | |
| ) | |
| Defendants ) | |

## PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT

The Plaintiff, Donald C. Hutchins ('Hutchins") respectfully requests that this Honorable Court grant Plaintiff's Motion for Declaratory Judgment. In support thereof, the Plaintiff submits the attached Memorandum of Law in Support of Plaintiff's Motion for Declaratory Judgment.

Copyright Registration Numbers TXu-213-859, TXu-210-208, Patent Re.34,800, Patent 5,913,685 and the trademark "CPR Prompt" are registered by the U.S. Patent Office in the name of Donald C. Hutchins as sole owner. The *CPR Prompt®* unit is registered by the FDA as a class II medical device and the radio frequencies controlled by the FCC. It is imperative that the Court enter a Declaratory Judgment declaring ownership by Hutchins of these intellectual properties to be fact.

A proposed Order is attached hereto.

Donald C. Hutchins, Pro Se

Dated: February 2, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

CERTIFICATE OF SERVICE

    I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by U.S. First Class Mail to:

John J. Egan, Esq.  
Egan, Flanagan and Cohen, P.C.  
67 Market Street  
P.O. Box 9035  
Springfield, MA 01102-9035  

and

Colleen Moran O'Neil  
Calfee, Halter & Griswold LLP  
1400 McDonald Investment Center  
800 Superior Avenue.  
Cleveland, OH 44114-2688  

Paul H. Rothschild, Esq.  
Bacon & Wilson, P.C.  
33 State Street  
Springfield, MA 01103  

and

Randall T. Skaar, Esq.  
Patterson, Thuente, Skaar & Christensen, P.A.  
4800 IDS Center  
80 South 8th Street  
Minneapolis, MN 55402-2100  

Dated: 2/2/06

_____  
Donald C. Hutchins