UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30126-MAP** |
| vi. ) | |
| ) | |
| CARDIAC SCIENCE, INC., et al; ) | |
| ) | |
| Defendants ) | |

### MEMORANDUM OF LAW IN SUPPORT OF
### PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT

The Plaintiff, Donald C. Hutchins files this memorandum in support of the Plaintiff's Motion for Declaratory Judgment. There is confusion in the marketplace relating to the ownership and control of Copyright Registration Numbers TXu-213-859, TXu-210-208, Patent Re.34,800, Patent 5,913,685 and the registered trademark "*CPR Prompt*®. All are registered by the U.S. Patent Office in the name of Donald C. Hutchins as sole owner. This confusion impairs Hutchins' ability to sell, license, collect royalties or fulfill federal FDA and FCC regulations.

Currently over 50 distributors are marketing *CPR Prompt*® units over the Internet and entities such as The Complient Corporation, Cardiac Science, Inc. who once marketed *CPR Prompt*® units as licensees are dissolved and no longer in business. Hutchins is left with the responsibility of paying patent office fees and complying with FDA and FCC regulations. Hutchins has received no royalty payments from any licensee

3

for over two years placing an extreme burden on him to meet the U.S. and foreign patent fees.

More troubling is the fact that this litigation has caused confusion in the marketplace allowing anyone to assume that these intellectual properties are in the public domain and that anyone can manufacture and market CPR Prompt units with no concern of infringement or expectation of paying Hutchins royalties. The confusion caused by Civil Action 04-30126-MAP has also diminished the value of these properties in the marketplace because no one would want to purchase or license these properties without some assurance that Hutchins could protect their interest. While this Declaratory Judgment will not eliminate the Cayuse, it is a foundation upon which Hutchins can reclaim his authority over these properties.

## **CONCLUSION**

A declaration is therefore necessary and appropriate in order that confusion regarding the ownership and control of Hutchins' intellectual properties be eliminated.

The Plaintiff, DONALD C. HUTCHINS, Pro Se

Dated: 2/2/06

1647 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

4

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by United Parcel Service to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

and

Colleen Moran O'Neil
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue.
Cleveland, OH 44114-2688

Dated: 2/2/06

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

and

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

_____
Donald C. Hutchins

5

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendant ) | Civil Action: 04-30126-MAP |

## DECLARATORY JUDGMENT

The Court finds that there is confusion in the marketplace relating to the ownership and control of certain intellectual properties that are registered to Donald C. Hutchins. This confusion impairs Hutchins' ability to sell, to license, to collect royalties and to fulfill federal FDA and FCC regulations that apply to the product known as CPR Prompt®.

The Court declares that Donald C. Hutchins is the sole owner of Copyright Registration Numbers TXu-213-859, TXu-210-208, Patent Re.34,800, Patent 5,913,685 and the Registered Trademark "*CPR Prompt*®" that are registered by the U.S. Patent Office in his name.

_____
Justice of the United States District Court

Dated: _____