UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendants )<br>) | Civil Action: 04-30126-MAP |

**DEFENDANT COMPLIENT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT**

Defendant Complient Corporation ("Complient") respectfully requests that Plaintiff Donald C. Hutchins' ("Hutchins") Motion for Declaratory Judgment be denied. Hutchins' Motion appears to request that the Court declare him the owner of certain intellectual properties. However, Hutchins' Motion is not the proper vehicle to make such a request given that there is no claim for declaratory judgment found in his Amended Complaint.

Further, Hutchins has failed to establish the requisite case or controversy to warrant the entry of a declaratory judgment. He does not allege that there is a controversy among the parties to this case (which are now only Hutchins and Complient) as to the rightful ownership of the referenced intellectual properties; rather, his request is based on some alleged confusion in an unnamed and unspecified marketplace. Given that he further alleges that the U.S. Patent Office has him listed as the owner of the referenced intellectual properties, any person or entity who is confused as he alleges can simply refer to this governmental agency. Accordingly, there is

simply no basis to issue the requested declaratory judgment and Complient respectfully requests that his Motion for Declaratory Judgment be denied.

          Respectfully submitted,

          /s/ John J. Egan
          JOHN J. EGAN (151680)
          EGAN, FLANAGAN & COHEN, P.C.
          PO Box 9035
          67 Market Street
          Springfield, MA  01102-9035
          (216) 622-8200
          FAX (216) 241-0816

          WILLIAM E. COUGHLIN (0010874)
          COLLEEN MORAN O'NEIL (0066576)
          CALFEE, HALTER & GRISWOLD LLP
          1400 McDonald Investment Center
          800 Superior Avenue
          Cleveland, Ohio  44114
          (216) 622-8200
          (216) 241-0816 (facsimile)

          Attorneys for Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant Complient Corporation's Memorandum in Opposition to Plaintiff's Motion for Declaratory Judgment is being served by operation of the Court's electronic filing system and First Class United States Mail this 16th day of February, 2006, upon:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts  01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

      /s/ *John J. Egan*
One of the attorneys for Complient Corporation