UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendants )<br>) | Civil Action: 04-30126-MAP |

**DEFENDANT COMPLIENT CORPORATION'S MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN SUPPORT OF MOTION TO REMAND**

Complient respectfully requests leave of Court to file *instanter* its Reply Brief in Support of its Motion to Remand. Complient seeks leave of Court to file its Reply Brief in order to address the misstatements of law and fact set forth in Plaintiff Donald Hutchins' Memorandum in Opposition to Complient's Motion for Remand.

Respectfully submitted,

/s/ John J. Egan
JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA 01102-9035
(216) 622-8200
FAX (216) 241-0816

{CM02256.DOC;1}

WILLIAM E. COUGHLIN (0010874)
COLLEEN MORAN O'NEIL (0066576)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio  44114
(216) 622-8200
(216) 241-0816 (facsimile)

Attorneys for Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant Complient Corporation's Motion for Leave to File *Instanter* Reply Brief in Support of Motion to Remand is being served by operation of the Court's electronic filing system and First Class United States Mail this 17th day of February, 2006, upon:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts 01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

    /s/ John J. Egan
One of the attorneys for Complient Corporation