UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS<br><br>　　　　Plaintiff<br><br>　　v.<br><br>CARDIAC SCIENCE, INC.<br><br>　　　　Defendants | Civil Action: 04-30126-MAP |

### DEFENDANT COMPLIENT CORPORATION'S
### REPLY BRIEF IN SUPPORT OF MOTION TO REMAND

In opposition to Complient's Motion to Remand, Hutchins claims that the Motion to Remand is untimely. Hutchins claims that Local Rule 7.1 proscribed a 14-day period of time to file Complient's Motion to Remand. This argument is incorrect. Local Rule 7.1 pertains to memoranda in opposition to motions filed by a party and does not govern the time for filing an affirmative motion. Instead, 28 U.S.C. Section 1447, provides that a party has 30 days from the filing of a Notice of Removal to file a Motion to Remand.

Hutchins claims that the time for Complient's Motion to Remand began to run as of the filing of his improper "Motion for Removal." At the January 4, 2006 hearing, counsel for Complient argued on the record, contrary to Hutchins' assertion, in opposition to his "Motion for Removal." At the January 4, 2006 hearing, the Court explained that, among other things, that a motion is not the proper vehicle by which to remove a case from state to federal court. Thereafter, on January 5, 2006, Hutchins filed his alleged "Amended" Notice of Removal (which was not amended at all). Amended or not, Complient's time to file a Motion to Remand did not

begin to run until January 6, 2006 and, further, did not lapse until February 6, 2006. Accordingly, Complient's Motion to Remand, filed on January 30, 2006 is, indeed, timely. Complient respectfully requests that it be granted.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *John J. Egan*
　　　　　　　　　　　　　　　　　　　JOHN J. EGAN (151680)
　　　　　　　　　　　　　　　　　　　EGAN, FLANAGAN & COHEN, P.C.
　　　　　　　　　　　　　　　　　　　PO Box 9035
　　　　　　　　　　　　　　　　　　　67 Market Street
　　　　　　　　　　　　　　　　　　　Springfield, MA  01102-9035
　　　　　　　　　　　　　　　　　　　(216) 622-8200
　　　　　　　　　　　　　　　　　　　FAX (216) 241-0816

　　　　　　　　　　　　　　　　　　　WILLIAM E. COUGHLIN (0010874)
　　　　　　　　　　　　　　　　　　　COLLEEN MORAN O'NEIL (0066576)
　　　　　　　　　　　　　　　　　　　CALFEE, HALTER & GRISWOLD LLP
　　　　　　　　　　　　　　　　　　　1400 McDonald Investment Center
　　　　　　　　　　　　　　　　　　　800 Superior Avenue
　　　　　　　　　　　　　　　　　　　Cleveland, Ohio  44114
　　　　　　　　　　　　　　　　　　　(216) 622-8200
　　　　　　　　　　　　　　　　　　　(216) 241-0816 (facsimile)

　　　　　　　　　　　　　　　　　　　Attorneys for Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Defendant Complient Corporation's Reply Brief in Support of Motion to Remand is being served by operation of the Court's electronic filing system and First Class United States Mail this 17th day of February, 2006, upon:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts 01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

And

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.

      /s/ John J. Egan
One of the attorneys for Complient Corporation