## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD C. HUTCHINS, | ) | Civil Action 04-30126-MAP |
| | ) | |
| Plaintiff, | ) | Judge Michael A. Ponsor |
| | ) | |
| v. | ) | |
| | ) | |
| CARDIAC SCIENCE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS</u>

On March 14, 2006, Plaintiff Donald C. Hutchins filed a Motion for Sanctions against Defendant Complient Corporation and Colleen Moran O'Neil, one of Complient's attorneys in this matter. Complient and Ms. O'Neil hereby oppose Hutchins' frivolous motion. Hutchins' motion is the latest in a string of baseless and incomprehensible pleadings he continues to file in this case. In his current motion, Hutchins provides no evidence of sanctionable conduct on the part of Complient or Ms. O'Neil, and simply uses his dispute with the merits of this case as a means to claim sanctionable conduct. Because Hutchins has failed to allege any objectionable conduct on the part of Complient or Ms. O'Neil, his Motion for Sanctions should be denied.

Essentially, Hutchins seeks sanctions against Complient and Ms. O'Neil for three reasons: (1) because Complient, represented by Ms. O'Neil and other attorneys, filed a

declaratory judgment action in the Court of Common Pleas of Cuyahoga County, Ohio against Hutchins and CPR Prompt Corp. with regard to the proper interpretation of the license agreement that underlies this dispute (the "Ohio Matter"); (2) because Complient sought **and was awarded** summary judgment in that action; and (3) because Complient, represented by Ms. O'Neil and other attorneys, has asserted before this Court that the decision awarding summary judgment to Complient, among other decisions, serves as *res judicata*, and disposes of, this case.

Hutchins' argument, as best as can be ascertained by his unintelligible filing, is that sanctions should be imposed on Complient and Ms. O'Neil simply because Complient filed a Complaint against him in Ohio and because Ms. O'Neil further "pressed for" summary judgment against Hutchins in that matter.   What Hutchins seems to forget, however, is that **Complient prevailed in the Ohio Matter on summary judgment**. The actions of Complient and Ms. O'Neil in prosecuting that cause of action, therefore, have been justified, and Hutchins has nothing to support an allegation that any of Complient or Ms. O'Neil's actions in Ohio were frivolous or unfounded.   Moreover, even if Ms. O'Neil had engaged in some questionable conduct in Ohio, which she did not, this Court has no jurisdiction to impose sanctions against an attorney for filings made by that attorney in another jurisdiction. See Fed. R. Civ. P. 11 (referring to representations before this court).

Furthermore, the Ohio court issued a decision against Hutchins on the very same claims he has attempted to bring before this court.   See Motion Requesting this Court to Take Judicial Notice of Decision of Cuyahoga County, Ohio, Court of Common Pleas.   On August 24, 2005, the Ohio court issued a valid journal entry, finding against Hutchins with regard to the interpretation of the license agreement and finding for Complient on all claims.   The Ohio court then held a trial on damages and issued a Final Judgment Entry on September 29, 2005,

awarding Complient damages, including punitive damages.  See Final Judgment Entry, attached hereto as Exhibit A.  Complient's position that this decision, as well as an earlier decision of the Ohio court, serves as *res judicata* is accurate and has been fully briefed before this Court in Complient's Motion for Summary Judgment.  Furthermore, neither this Court, nor any other, has found that the decision in the Ohio Matter does **not** serve as *res judicata*.  Accordingly, there is no basis for sanctions.  Hutchins has provided no evidence of any sanctionable conduct on the part of Complient or Ms. O'Neil.

For the foregoing reasons, Hutchins' Motion for Sanctions must be denied.

Respectfully submitted,


*/s/ Jeffrey J. Lauderdale*
JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA  01102-9035
(413) 737-0260 (Telephone)
FAX (413) 737-0121

WILLIAM E. COUGHLIN (OH # 0010874)
COLLEEN M. O' NEIL (OH # 0066576)
JEFFREY J. LAUDERDALE (OH # 0074859)
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio, 44114
(216)622-8200 (Telephone)
(216)241-0816 (Facsimile)


Attorneys for Defendant and Counterclaimant
Complient Corporation

## CERTIFICATE OF SERVICE

A copy of the foregoing Memorandum in Opposition to Motion for Sanctions was served, via the Court's electronic filing system, upon the following this 31st day of March, 2006.

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, Massachusetts  01106

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

and

Randall T. Skaar, Esq.
Scott G. Ulbrich
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Attorneys for Defendant Cardiac Science, Inc.


    /s/ Jeffrey J. Lauderdale
One of the Attorneys for Defendant and
Counterclaimant Complient Corporation

{JJL0804.DOC;1}