IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| COMPLIENT CORPORATION | ) | CASE No. CV 04 540066 |
| | ) | |
| Plaintiff | ) | |
| vs | ) | |
| | ) | |
| DONALD C. HUTCHINS, et al. | ) | **FINAL JUDGMENT** |
| | ) | |
| Defendants | ) | |

**EILEEN GALLAGHER, JUDGE**

Trial conducted on the issue of damages. Defendant failed to appear.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment be entered for Plaintiff, Complient Corporation, and against Defendants, Donald C. Hutchins and CPR Prompt Corporation, jointly and severally, in the amount of $178,384.00 in compensatory damages and $100,000 in punitive damages and declaring that the 7.5% payment provisions of Section 3.10 of the License Agreement was not triggered by virtue of the Asset Purchase Agreement among Cardiac Science, Inc., CPR L.P., and Complient Corporation. Costs taxed to Defendants. Attorney fees are also awarded but have not yet been fully calculated. A hearing will be conducted upon motion of the Plaintiff to establish that amount.

IT IS SO ORDERED.

RECEIVED FOR FILING
SEP 29 2005
GERALD E. FUERST, CLERK
By _____ Deputy

JUDGE EILEEN A. GALLAGHER

9/28/05
DATE

VOL 3412 PG 0782

THE STATE OF OHIO } SS.  I, GERALD E. FUERST, CLERK OF
Cuyahoga County           THE COURT OF COMMON PLEAS
                          WITHIN AND FOR SAID COUNTY.
HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY
TAKEN AND COPIED FROM THE ORIGINAL
NOW ON FILE IN MY OFFICE
WITNESS MY HAND AND SEAL OF SAID COURT THIS _____
DAY OF _____ A.D. 20___
GERALD E. FUERST, Clerk
By _____ Deputy

DOCKETED
OCT 05 2005
JAR