UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| | ) Civil Action: **04-30126-MAP** |
| v. | ) |
| | ) |
| CARDIAC SCIENCE, INC., et. al., | ) |
| | ) |
| Defendants | ) |
| | ) |

### DONALD C. HUTCHINS' CLARIFICATION BRIEF REGARDING THE CURRENT STATUS OF CUYAHOGA COUNTY, OHIO CASE NO. 540066

The Complient Corporation ("Complient") has filed a motion requesting this court to take judicial notice of Cuyahoga County, Ohio Case No. 540066. Complient's stated reason for this motion is to use Case No. 540066 in terms of *res judicata* to bolster Complient's motion for summary judgment currently before this Court.

Case No. 540066 is on appeal before The Supreme Court of Ohio as Appeal No. 06-0741. A copy of the Ohio Supreme Court "Case Information Statement" is attached

Respectfully submitted

The Plaintiff

Donald C. Hutchins, Pro Se

Dated: 4/27/06

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

2

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035, Colleen O'Neil Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, OH 44114.

Dated: 4/20/06

_____
Donald C. Hutchins

3