ORIGINAL

APPENDIX E. CASE INFORMATION STATEMENT

# In The Supreme Court of Ohio

Case Information Statement

**06-0741**

**Case Name:**

Complient Corporation vs. Donald C. Hutchins

**Case No.:**

Court of Appeals
Case No. 06087822

**I. Has this case previously been decided or remanded by this Court?** Yes ☐ No ☒

If so, please provide the Case Name: _____
Case No.: _____
Any Citation: _____

**II. Will the determination of this case involve the interpretation or application of any particular case decided by the Supreme Court of Ohio or the Supreme Court of the United States?** Yes ☒ No ☐

If so, please provide the Case Name and Citation: World-Wide Volkswagen v. Woodson 444 U.S. 286 (1980)

Will the determination of this case involve the interpretation or application of any particular constitutional provision, statute, or rule of court? Yes ☒ No ☐

If so, please provide the appropriate citation to the constitutional provision, statute, or court rule, as follows:

U.S. Constitution: Article __Note__ Section __**__   Ohio Revised Code: R.C. _____
Ohio Constitution: Article __35__, Section _____   Court Rule: _____
United States Code: Title __35__, Section __101-376__   Ohio Admin. Code: O.A.C. _____

**III. Indicate up to three primary areas or topics of law involved in this proceeding (e.g., jury instructions, UM/UIM, search and seizure, etc.):**

1) Jurisdiction
2) Due Process
3) Patent Infringement

**IV. Are you aware of any case now pending or about to be brought before this Court that involves an issue substantially the same as, similar to, or related to an issue in this case?** Yes ☒ No ☐

If so, please identify the Case Name: _____
Case No.: Civil Action 04-30126-MAP
Court where Currently Pending: U.S. District Court - District of Massachusetts
Issue: Patent Infringement

**Contact information for appellant or counsel:**

| Name | Donald C. Hutchins | Atty.Reg. # | Telephone # (413) 781-6280 | Fax # (413) 739-4060 |

Address: 1047 Longmeadow Street
City: Longmeadow   State: MA   Zip Code: 01106

Signature of appellant or counsel

Counsel for: Donald C. Hutchins, pro se

Note ** United States Constitution - Bill of Rights - 5th & 14th Amendments

FILED
APR 14 2006
MARCIA J. MENGEL, CLERK
SUPREME COURT OF OHIO