UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30126-MAP** |
| v. ) | |
| ) | |
| CARDIAC SCIENCE, INC., et al., ) | |
| ) | |
| Defendants ) | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
### UNDER FED.R.CIV.P.56

**COMES NOW Plaintiff** Donald C. Hutchins, ("Plaintiff") and hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment in Plaintiff's favor on specific claims brought against Defendant, the Complient Corporation ("Complient") in Count VIII of the Amended filed December 3, 2004. In support thereof, the Plaintiff submits the attached Memorandum in Support of the Plaintiff's Motion for Summary Judgment.

A proposed Order is attached hereto.

Dated: June 16, 2006

The Plaintiff
Donald C. Hutchins, Pro Se

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to:

John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035

Colleen Moran O'Neil, Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

Dated: 6/16/06

Donald C. Hutchins