UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al., )<br>)<br>Defendants )<br>） | Civil Action: 04-30126-MAP |

## PLAINTIFF'S MOTION FOR JOINDER OF PARTIES UNDER
## R 19(a)(1) AND R19(a)(2)(ii) OF CIVIL PROCEDURE

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court grant Plaintiff Joinder of Axentis LLC ("Axentis") to this Action under Rule 19 (a)(1) and Rule 19(a)(2)(ii) of civil procedure. In support thereof, the Plaintiff submits the attached Memorandum in Support of the Plaintiff's Motion for Joinder of Parties.

This Motion meets that requirement of Local Rule 15.1 with a certificate herein attached stating that it has been served at least (10) days in advance on the new party as required by this rule.

A proposed Order is attached hereto.

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: June 12, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606
(413) 739-4060 (facsimile)

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to:

John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035

Colleen Moran O'Neil, Esq., Calfee, Halter & Griswold LLP, 1400 Mc Donald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

\* \* \* \* \*

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to:

Axentis LLC, 4670 Richmond Road, Suite 300, Warrensville Heights, Ohio 44128.

Dated: 6/12/06

Donald C. Hutchins

2