UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et., al., )<br>)<br>Defendants ) | Civil Action: 04-30126-MAP |

## ORDER FOR JOINDER

The Court makes the following findings and orders that Axentis LLC, 4670 Richmond Road, Suite 300, Warrensville Heights, Ohio 44128, be joined as a Defendant to this action under Rule 19 (a)(1) and Rule 19(a)(2)(ii) of civil procedure.

The Court finds that without the joining of Axentis LLC, complete relief cannot be accorded among the parties and the absence of Axentis LLC will leave any of the persons already parties subject to a substantial risk of incurring inconsistent obligations by reason of the claimed interest.

_____
Justice of the United States District Court

Dated: _____

7