# EXHIBIT A

Case 3:04-cv-30126-MAP    Document 176-3    Filed 06/22/2006    Page 1 of 3

Today's News

## Complient Completes $8.2 Million in Equity Funding, Spins Out Software Division

Survey

    CLEVELAND, Jan. 5 /PRNewswire/ -- Complient Corporation announced the completion of an equity funding, totaling approximately $8.2 million. Simultaneous with the closing of the funding, Complient announced that it had spun out its software division, now named Axentis LLC. Both entities are remaining in their current facilities with their current management teams, which were already separate. The funding was provided primarily by Complient's existing venture capital investors, including: JP Morgan Partners, Goldman, Sachs & Co., Helathcare Equity Partners, Key Principal Partners, National City Equity Partners, and Fleet Ventures.

    About Complient Corporation
    Complient delivers enterprise-wide outsourced emergency response solutions as well as a family of emergency response related products. The company focuses on Fortune 1000 industrial companies and the government market. Complient is the nation's leading expert in delivering workplace emergency medical response programs. These programs equip customers with the entire system necessary to respond to 95% of workplace emergencies including sudden cardiac arrest, which is the leading cause of death in the workplace. Sudden cardiac arrest is treated utilizing highly sophisticated defibrillation technology called automated external defibrillators (AEDs). Complient is the first to market a comprehensive, singe-point-of-contact workplace defibrillation solution and is the only national company to build a substantial technology and service delivery infrastructure for continuous customer support and communication.

    About Axentis LLC
    Axentis is a provider of software solutions that bring efficiency, order and control to costly and high exposure business processes. Using Axentis' Internet-based offerings, companies gain a system to organize responsibilities, communicate responsibility-specific knowledge (including policies, learning and surveys), direct employees and partners through defined procedures and monitor enterprise-wide compliance. The integration of knowledge, responsibilities and workflow improves workforce productivity and reduces costs by rapidly delivering critical knowledge throughout the extended enterprise and lessening exposure to governance, regulatory and operational failures.

 Click here

*SOURCE Complient Corporation*



| TODAY'S NEWS | THIS WEEK'S ISSUE | ARCHIVES | CLASSIFIEDS |



Search: _____ > Go

**Home | Money | Startups | Job Stuff | Bioscience | eLaw | Bricks & Clicks | Enablers | Opinion | Data Center**

## Money

### Section Headlines
- VCs see gains
- Keep the keg cold
- 2 firms to present at VC conference
- State awards grants
- MEMS program at risk
- State R&D money available
- Nano business competition planned

### Related Stories
- EBTC becomes Omeris
- Getting startups connected
- Axentis launches new product
- Axentis appoints board member

**e-mail services**
- Sign Up
- Change Profile

### Events Calendar

April 22: "How Technology has Changed the Face of Healthcare at The Cleveland Clinic"

April 22: NeTT - NEOSA Tech Thursday

April 22: Windows Small Business Server 2003

### Message Boards
The Buzz

**Award Winner**

### Tech Poll
What technology will change your business the most?
- RFID
- VoIP
- WiFi/WiMax
- Nano

Vote

### Other Crain Sites

## Axentis raises $2.5 million

4:02 PM April 30, 2002

Axentis LLC has received a $2.5 million investment from JP Morgan Partners and Key Principal Partners.

The investment closes a $6.7 million series A round for Solon-based provider of business process management software. The company has attracted $15 million in total.

Axentis, which spun out of Complient Corp. in January, plans to use the investment to hire five sales people and enhance its software by adding third-party applications and expanding functionality for corporate government compliance, according to a spokeswoman for the company. The new hires would swell the company's roster to 60.

Axentis president Ted Frank said the funding will allow Axentis to "meet the demand" of the growing market for business process management software. Axentis' software helps companies comply with corporate and government-imposed regulations.

"Business process management software provides a crucial capability to any large enterprise - it helps manage and deploy critical, high-exposure processes throughout their organizations, such as insuring adherence to company policies and federal laws," said Shahan Soghikian, general partner of JP Morgan Partners. "Recent events at Enron and Andersen have proven how important this is."

As part of the investment agreement, Key Principal Partners, the private investment arm of Cleveland-based KeyCorp has appointed to Axentis' board of directors the managing general partner of its technology investment arm, KPPVentures, David Dame. Mr. Dame previously was a manager of IBM's Emerging Technology Group.

"At IBM, I advised Fortune 500 companies on how to leverage scalable information technology across their extended enterprises in order to gain a competitive business advantage, drive operating efficiencies and establish appropriate process controls," Mr. Dame said. "This is particularly important as companies address vital processes such as corporate governance and compliance. I am looking forward to applying this perspective and experience to Axentis as it expands corporate access to low cost, scalable and highly reliable business process management technology."

< < BACK

