# EXHIBIT B

Consulting    Training    Programs    Research    My Organization    University

**COMPLI@NT**
HOME



EMAIL

PASSWORD

LOGON

Become A Member

Corporate/Industry
Healthcare Facilities
Healthcare Professional
Families

My Profile
Reminder Service

Nationwide Locations
• About Us
Contact Us

**Our Major Investors**

Complient has received the backing of a number of major investors, including:

- Chase Capital Partners
- Cleveland Clinic Foundation
- Healthcare Equity Partners, L.P.
- Medtronic
- National City Ventures
- Primus Venture Partners

NEWS AND INFORMATION ▼

 Articles and Press Releases

 Our Major Investors

 Our Credentials



**PLEASE HELP**
○ Products
✓ Classroom Training
○ General I

I AM INTERES
TRAINING FC

Healthcar

ZIP:
Date From: 1
To: 2

GO –

©2000 Complient. All rights reserved.
terms of use : privacy policy

# AXENTIS



**Company**
Market-leading products, top tier investors, and an experienced management team.

- Home
- Solution
- Application
- Services
- Resources
- News
- Company
  - Executive Team
  - Board of Directors
  - Investors
  - Premium Partners
  - FAQ
- Contact Us

**INFORMATION**

Behavioral BPM?

Why is it needed?

Requirements of a compliance program?

How does AE address HIPAA compliance?

**GET WHAT YOU NEED**

- Analyst Reports
- Company Info
- Product Info
- Case Studies

Axentis instutitional investors include JP Morgan Partners, Goldman, Sachs & Co., Fleet BancBoston Ventures, Healthcare Equity Partners, National City Equity Partners, JW Seligman, Key Principal Partners, and The Cleveland Clinic Foundation. The funding of our investors provides Axentis with the quality backing to successfully execute our company vision.



"The Busi globa com the p Busi affec and amor their main supp - DC

Axer com capa follo
- C
- L
- V
- C
- S
- E
- X

Copyright © 2002 Axentis, LLC. All Rights Reserved