CV04540066   35893802

JOURNAL

CASE NO. 540066   Compuent Corp   VS   ASSIGNED JUDGE Hutchet

| | | DISPOSITION | | |
|---|---|---|---|---|
| 02 | REASSIGNED | ☐ 81 | JURY TRIAL | ☐ 89 DIS. W/PREJ. |
| 03 | REINSTATED (C/A) | ☐ 82 | ADR DECREE | ☐ 91 COGNOVITS |
| 04 | REINSTATED | ☐ 83 | COURT TRIAL | ☐ 92 DEFAULT |
| 20 | MAGISTRATE | ☒ 85 | PRETRIAL | ☐ 93 TRANS TO COURT |
| 40 | ADR | ☐ 86 | FOREIGN JUDGMENT | ☐ 95 TRANS TO JUDGE |
| 65 | STAY | ☐ 87 | DIS. W/O PREJ | ☐ 96 OTHER |
| 69 | SUBMITTED | ☐ 88 | BANKRUPTCY/APPEAL STAY | |

NO. JURORS _____
START DATE ___/___/___
END DATE ___/___/___

COURT REPORTER Rick Hamsley
START DATE 9/27/05
END DATE 9/27/05

DATE 9/27/05 (NUNC PRO TUNC ENTRY AS OF & FOR ___/___/___)

OST.

☐ PARTIAL
☒ FINAL
☒ POST CARD

CLERK OF COURT
(F)

VOL 3412 PG 0781

_[Judge signature]_   JUDGE

RECEIVED FOR FILING
SEP 2 9 2005
GERALD E. FUERST, CLERK
By _____ Deputy

4/2/43

CV04540066   35893890

CPC 43-2

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| COMPLIENT CORPORATION | ) | CASE No. CV 04 540066 |
| | ) | |
| Plaintiff | ) | |
| vs | ) | |
| | ) | |
| DONALD C. HUTCHINS, et al. | ) | **FINAL JUDGMENT** |
| | ) | |
| Defendants | ) | |

**EILEEN GALLAGHER, JUDGE**

Trial conducted on the issue of damages. Defendant failed to appear.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment be entered for Plaintiff, Complient Corporation, and against Defendants, Donald C. Hutchins and CPR Prompt Corporation, jointly and severally, in the amount of $178,384.00 in compensatory damages and $100,000 in punitive damages and declaring that the 7.5% payment provisions of Section 3.10 of the License Agreement was not triggered by virtue of the Asset Purchase Agreement among Cardiac Science, Inc., CPR L.P., and Complient Corporation. Costs taxed to Defendants. Attorney fees are also awarded but have not yet been fully calculated. A hearing will be conducted upon motion of the Plaintiff to establish that amount.

IT IS SO ORDERED.

RECEIVED FOR FILING

SEP 29 2005

GERALD E. FUERST, CLERK
By _____ Deputy

9/28/05
DATE

VOL 3412 PG 0782

THE STATE OF OHIO
Cuyahoga County  SS.

GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL _____ NOW ON FILE IN MY OFFICE
WITNESS MY HAND AND SEAL OF SAID COURT THIS _____ DAY OF _____ A.D. 20 ___
GERALD E. FUERST, Clerk
By _____ Deputy

JUDGE EILEEN A. GALLAGHER

CASE NO. 540066

ASSIGNED JUDGE: Hutchins Angler(?)

Complaint Corp vs Hutchins

STATE OF OHIO } SS.
Cuyahoga County

I, GERALD E. FUERST, CLERK of THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY AND CORRECTLY COPIED FROM THE ORIGINAL NOW ON FILE IN MY OFFICE.

WITNESS MY HAND AND SEAL OF SAID COURT THIS ____ DAY OF _____ A.D. 20____

GERALD E. FUERST, Clerk
By _____ Deputy

- [ ] 02 REASSIGNED
- [ ] 03 REINSTATED
- [ ] 04 REINSTATED (C/A)
- [ ] 20 MAGISTRATE
- [ ] 40 ARBITRATION
- [ ] 65 STAY
- [ ] 69 SUBMITTED

NO. JURORS _____
START DATE __/__/__  END DATE __/__/__

DATE 8/17/05 (NUNC PRO TUNC ENTRY AS OF & FOR ____)

Plaintiff Compliant Corporation Motion for Summary Judgment as to defendant Ronald C. Hutchins filed 6/11/05 is granted on the grounds of no genuine issue of material fact. The parties agreement and the Asset Purchase Agreement.

Hearing set in case of damage on 9/27/05 at 1:30 pm

COURT REPORTER
DISPOSITION
START DATE __/__/__  END DATE __/__/__

- [x] 81 JURY TRIAL
- [ ] 82 ARBITRATION DECREE
- [ ] 83 COURT TRIAL
- [ ] 85 PRETRIAL
- [ ] 86 FOREIGN JUDGMENT
- [ ] 87 DIS. W/O PREJ
- [ ] 88 BANKRUPTCY/APPEAL STAY
- [x] 89 DIS. W/PREJ.
- [ ] 91 COGNOVITS
- [ ] 92 DEFAULT
- [ ] 93 TRANS TO COURT
- [ ] 95 TRANS TO JUDGE
- [ ] 96 OTHER

- [ ] PARTIAL
- [x] FINAL
- [x] POST CARD

JUDGE _____

VOL 3391 PG 0045

RECEIVED FOR FILING
AUG 24 2005
GERALD E. FUERST, CLERK
BY _____ DEEM

CLERK OF COURTS

CPC 43-2