UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2006 JUL 13  A 9: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

DONALD C. HUTCHINS )
)
Plaintiff )
)
v. ) Civil Action: **04-30126-MAP**
)
CARDIAC SCIENCE, INC., et al; )
)
Defendants )

**PLAINTIFF'S AMENDED EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER**

This Motion is amended by Plaintiff to comply with ENDORSED ORDER entered denying [177] Motion for TRO.

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court grant Plaintiff an Emergency Motion for Temporary Restraining Order. In support thereof, the Plaintiff submits the attached Memorandum in Support of the Plaintiff's Motion for a Temporary Restraining Order. Plaintiff is serving proper notice by mailing a copy of this Motion and Memorandum in Support to: John J. Egan, Esq. and Colleen Moran O'Neil, Esq. at the addresses listed in the Certificate of Service attached.

Donald C. Hutchins, Pro Se

Dated: July 12, 2006

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to:

John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035

Colleen Moran O'Neil, Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

Dated: 7/12/06

_____
Donald C. Hutchins