UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et. al., )<br>)<br>Defendants )<br>) | Civil Action: 04-30126-MAP |

**MOTION FOR LEAVE TO FILE INSTANTER CLARIFICATION BRIEF
FOR SUMMARY JUDGMENT MOTION FILED JUNE 16, 2006**

Pursuant to Local Rule 7.1(b)(3), Plaintiff, Donald C. Hutchins ("Hutchins") hereby moves this Court for leave to file a Brief to clarify the current status of Cuyahoga County, Ohio Case No. 540066.

                                        Respectfully submitted

                                        The Plaintiff
                                        Donald C. Hutchins, Pro Se

Dated: July 12, 2006

                                        1047 Longmeadow Street
                                        Longmeadow, Massachusetts 01106
                                        (413) 567-0606

CERTIFICATE OF SERVICE

    I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035, Colleen O'Neil Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, OH 44114.

Dated: 7/12/06

                                        Donald C. Hutchins