### UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

---

DONALD C. HUTCHINS,

               Plaintiff,             Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC., ET AL.

               Defendants.

---

### DEFENDANT'S MOTION TO VOLUNTARILY DISMISS DEFENDANT'S COUNTERCLAIMS WITHOUT PREJUDICE

**COMES NOW** Defendant Cardiac Science, Inc., hereby moving the Court to voluntarily dismiss Defendant's counterclaims without prejudice pursuant to FED.R.CIV.P. 41(c). In accordance with the Order of June 20, 2006 requesting a status update on Defendant's counterclaims, Defendant asks the Court to dismiss Defendant's counterclaims without prejudice.

               Respectfully submitted,

               **PATTERSON, THUENTE,**
               **SKAAR & CHRISTENSEN, P.A.**

Dated: July 17, 2006    By:   _s/ Randall T. Skaar_
                         Randall T. Skaar  (#165,013)
                         Scott G. Ulbrich  (#305,947)
                         4800 IDS Center
                         80 South Eighth Street
                         Minneapolis, Minnesota  55402-2100
                         Tel: (612) 349-5740
                         Fax: (612) 349-9266
                         *and*
                         Paul H. Rothschild
                         **BACON & WILSON P.C.**
                         33 State Street
                         Springfield, Massachusetts 01103
                         Phone: (413) 781-0560
                         Fax: (413) 739-7740
                         **ATTORNEYS FOR CARDIAC SCIENCE, INC.**

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

DONALD C. HUTCHINS,

             Plaintiff,                  Civil Action No. 3:04-cv-30126 MAP

v.

                                        **CERTIFICATE OF SERVICE**

CARDIAC SCIENCE, INC., ET AL.,

             Defendants.

_____

       I hereby certify that on **July 17, 2006**, I caused the following documents:

    1.     Defendant Cardiac Science's Motion to Voluntarily Dismiss Defendant's Counterclaims Without Prejudice; and

    2.     Certificate of Service

       to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mr. Paul H. Rothschild                John J. Egan
Bacon & Wilson, P.C.                  Egan, Flanagan and Cohen, P.C.
33 State Street                           67 Market Street
Springfield, MA  01103               P.O. Box 9035
prothschild@bacon-wilson.com       Springfield, MA   01102-9035
                                      jjegan@eganflanagan.com

       I further certify that on July 17, 2006 the following was served upon the below-named parties via United States Mail, postage prepaid:

Ms. Colleen M. O'Neil                Mr. Donald Hutchins
Calfee, Halter & Griswold, LLP       1047 Longmeadow Street
1400 McDonald Investment Center    Longmeadow, MA   01106-2201
800 Superior Avenue
Cleveland, OH  44114-2688

Respectfully submitted,

**PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.**

Dated:  July 17, 2006          By:    s/ Randall T. Skaar
                                Randall T. Skaar  (#165,013)
                                Scott G. Ulbrich   (#305,947)
                                4800 IDS Center
                                80 South Eighth Street
                                Minneapolis, Minnesota  55402-2100
                                Tel: (612) 349-5740
                                Fax: (612) 349-9266

                                *and*

                                Paul H. Rothschild
                                **BACON & WILSON P.C.**
                                33 State Street
                                Springfield, Massachusetts 01103
                                Tel: (413) 781-0560
                                Fax: (413) 739-7740

                                **ATTORNEYS FOR CARDIAC SCIENCE, INC.**