UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS | ) |
| Plaintiff | ) |
| v. | ) Civil Action: **04-30126-MAP** |
| CARDIAC SCIENCE, INC., et al., | ) |
| Defendants | ) |

### PLAINTIFF'S MOTION TO DEFINE COMPLIENT

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court define the Defendant, Complient. A Memorandum in Support of this Motion is attached.

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: July 21, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to:

John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035

Jeffrey J. Lauderdale, Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

Dated: July 21, 2006

Donald C. Hutchins