# EXHIBIT B

Printed: 07/17/2006

REPORT: CaseInfo

# The Supreme Court of Ohio
## CASE INFORMATION

### GENERAL INFORMATION

Case: **GEN-2006-0741**   Discretionary Appeal (Non-felony); Claimed Appeal of Right

Filed: 04/14/2006

Case is open

    Complient Corporation
v.  Donald C. Hutchins

### PRIOR JURISDICTION

| Jurisdiction Information | Prior Decision Date / Case Number(s) |
|---|---|
| Cuyahoga County, 8th District | 03/16/2006    87822 |

### PARTIES and ATTORNEYS

Donald C. Hutchins; Appellant, Appearing Pro Se

Complient Corporation; Appellee
    Represented by: Colleen O'Neil, Counsel of Record
    Represented by: William Coughlin

### DOCKET ITEMS

| | |
|---|---|
| 04/14/06 | Notice of appeal of Donald C. Hutchins<br>*Filed by: Donald C. Hutchins* |
| 04/14/06 | Memorandum in support of jurisdiction<br>*Filed by: Donald C. Hutchins* |
| 04/14/06 | Case information statement<br>*Filed by: Donald C. Hutchins* |
| 04/14/06 | Copy of notice of appeal sent to clerk of court of appeals |
| 05/15/06 | Memorandum in response<br>*Filed by: Complient Corporation* |

\*\*\*\*\*\*\*\*\*\* **End of case information** \*\*\*\*\*\*\*\*\*\*