# Complient Case No. 04-540066  EXHIBIT O



Calfee, Halter & Griswold LLP
*Attorneys at Law*

1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

Complient Corporation
Attn: Steven Lindseth, CEO
4670 Richmond Road, Suite 300
Warrensville Hts., OH  44128

September 26, 2005

Subject: History of Account
Matter: COMPLIENT CORPORATION V. CPR PROMPT, ET AL.

(25794.04223)
0101

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 3/20/2001 | 40128 | $10,601.30 | | $10,601.30 |
| 4/17/2001 | 40820 | $2,721.70 | | $13,323.00 |
| 5/22/2001 | 42009 | $1,768.00 | | $15,091.00 |
| 6/27/2001 | 43123 | $3,760.10 | | $18,851.10 |
| 7/3/2001 | 40128 | | $10,601.30 | $8,249.80 |
| 7/27/2001 | 40820 | | $2,721.70 | $5,528.10 |
| 7/31/2001 | 44244 | $2,370.90 | | $7,899.00 |
| 7/31/2001 | 44321 | $4,181.70 | | $12,080.70 |
| 9/10/2001 | 42009 | | $1,768.00 | $10,312.70 |
| 9/24/2001 | 43123 | | $3,760.10 | $6,552.60 |
| 10/5/2001 | 46415 | $593.20 | | $7,145.80 |
| 10/31/2001 | 47432 | $2,956.32 | | $10,102.12 |
| 11/16/2001 | 44244 | | $2,370.90 | $7,731.22 |
| 11/16/2001 | 44321 | | $4,181.70 | $3,549.52 |
| 12/18/2001 | 48862 | $256.00 | | $3,805.52 |
| 1/18/2002 | 50422 | $78.80 | | $3,884.32 |
| 3/4/2002 | 46415 | | $593.20 | $3,291.12 |
| 3/25/2002 | 47432 | | $2,956.32 | $334.80 |
| 4/10/2002 | 52834 | $99.00 | | $433.80 |
| 5/13/2002 | 48862 | | $256.00 | $177.80 |
| 5/20/2002 | 50422 | | $78.80 | $99.00 |
| 5/22/2002 | 54201 | $105.00 | | $204.00 |
| 6/30/2002 | 55519 | $172.50 | | $376.50 |

**Calfee, Halter & Griswold LLP**

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 8/9/2002 | 52834 | | $99.00 | $277.50 |
| 9/19/2002 | 54201 | | $105.00 | $172.50 |
| 10/28/2002 | 55519 | | $172.50 | $0.00 |
| Total | | $29,664.52 | $29,664.52 | |

TOTAL HOURS BILLED:                           127.12

TOTAL AMOUNT DUE:                           **$0.00**



Ledger History - [25794.04223 - COMPLIENT CORPORATION V. CPR PROMPT, ET AL.]                                    Page 1
Client:25794 - COMPLIENT CORPORATION    /13/2005 11:15:39 AM

| Type | Invoice | Document | Credit Note | Date | Fees | Costs/Other | Unalloc. Credits | Total |
|------|---------|----------|-------------|------|------|-------------|------------------|-------|
| BILL | 40128 | | | 03/20/2001 | 10,601.30 | 0.00 | 0.00 | 10,601.30 |
| | 40820 | | | 04/17/2001 | 2,721.70 | 0.00 | 0.00 | 2,721.70 |
| BILL | 42009 | | | 05/22/2001 | 1,768.00 | 0.00 | 0.00 | 1,768.00 |
| BILL | 43123 | | | 06/27/2001 | 3,760.10 | 0.00 | 0.00 | 3,760.10 |
| PAY | 40128 | 37021 | | 07/03/2001 | -10,601.30 | 0.00 | 0.00 | -10,601.30 |
| PAY | 40820 | 37661 | | 07/27/2001 | -2,721.70 | 0.00 | 0.00 | -2,721.70 |
| BILL | 44244 | | | 07/31/2001 | 2,370.90 | 0.00 | 0.00 | 2,370.90 |
| BILL | 44321 | | | 07/31/2001 | 4,181.70 | 0.00 | 0.00 | 4,181.70 |
| PAY | 42009 | 38485 | | 09/10/2001 | -1,768.00 | 0.00 | 0.00 | -1,768.00 |
| PAY | 43123 | 38776 | | 09/24/2001 | -3,760.10 | 0.00 | 0.00 | -3,760.10 |
| BILL | 46415 | | | 10/05/2001 | 593.20 | 0.00 | 0.00 | 593.20 |
| BILL | 47432 | | | 10/31/2001 | 2,956.32 | 0.00 | 0.00 | 2,956.32 |
| PAY | 44244 | 39971 | | 11/16/2001 | -2,370.90 | 0.00 | 0.00 | -2,370.90 |
| PAY | 44321 | 39971 | | 11/16/2001 | -4,181.70 | 0.00 | 0.00 | -4,181.70 |
| BILL | 48862 | | | 12/18/2001 | 256.00 | 0.00 | 0.00 | 256.00 |
| BILL | 50422 | | | 01/18/2002 | 78.80 | 0.00 | 0.00 | 78.80 |
| PAY | 46415 | 42093 | | 03/04/2002 | -593.20 | 0.00 | 0.00 | -593.20 |
| PAY | 47432 | 42573 | | 03/25/2002 | -2,956.32 | 0.00 | 0.00 | -2,956.32 |
| BILL | 52834 | | | 04/10/2002 | 99.00 | 0.00 | 0.00 | 99.00 |
| PAY | 48862 | 43463 | | 05/13/2002 | -256.00 | 0.00 | 0.00 | -256.00 |
| PAY | 50422 | 43564 | | 05/20/2002 | -78.80 | 0.00 | 0.00 | -78.80 |
| BILL | 54201 | | | 05/22/2002 | 105.00 | 0.00 | 0.00 | 105.00 |
| BILL | 55519 | | | 06/30/2002 | 172.50 | 0.00 | 0.00 | 172.50 |
| PAY | 52834 | 45113 | | 08/09/2002 | -99.00 | 0.00 | 0.00 | -99.00 |
| PAY | 54201 | 45777 | | 09/19/2002 | -105.00 | 0.00 | 0.00 | -105.00 |
| PAY | 55519 | 46652 | | 10/28/2002 | -172.50 | 0.00 | 0.00 | -172.50 |
| | | | | | | | | |
| GRAND TOTAL | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

| Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description |
|---|---|---|---|---|---|
| 0047 | 28.00 | 8963.00 | 27.43 | 8781.45 | WILLIAM E. COUGHLIN |
|  | 14.70 | 4929.00 | 14.70 | 4929.00 | SCOTT R. WILSON |
| 0101 | 7.80 | 2545.00 | 7.80 | 2545.00 | BRENT D. BALLARD |
| 0116 | .10 | 10.00 | .10 | 10.00 | DENISE T. BROCK |
| 0188 | 3.10 | 992.00 | 3.10 | 992.00 | JEANNE E. LONGMUIR |
| 0619 | 67.00 | 11524.00 | 66.89 | 11504.27 | COLLEEN M. O'NEIL |
| 0668 | 6.10 | 780.80 | 6.10 | 780.80 | CAROLINE A SAYLOR |
| 0783 | 1.00 | 122.00 | 1.00 | 122.00 | GORDON S. APPELL |
|  | 127.80 | 29865.80 | 127.12 | 29664.52 |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | 127.80 | 29865.80 | 127.12 | 29664.52 |  |

Billed and Unbilled Recap Of Time Detail - [2⁻⁻94.04223 - COMPLIENT CORPORATION V. C⁻⁻? PROMPT, E PAL.]                 Page 1
Client:25794 - COMPLIENT CORPORATION  ⌐/13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 01/22/2001 | 0088 | SCOTT R. WILSON | 1.30 | 435.50 | Review of correspondence from counsel for D. | 25794.04223 | 2173122 |
| ⌐⌐/2001 | | Invoice=40128 | 1.30 | 435.50 | Hutchins; telephone conferences with S. | | |
| | | | | | Lindseth regarding same and strategy; telephone | | |
| | | | | | conference with G. Martenelli regarding | | |
| | | | | | response; intraoffice conference regarding | | |
| | | | | | License Agreement. | | |
| | | | | | | | |
| 01/22/2001 | 0188 | JEANNE E. LONGMUIR | 0.40 | 128.00 | Review of correspondence from Mr. Martinnelli. | 25794.04223 | 2169259 |
| 03/20/2001 | | Invoice=40128 | 0.40 | 128.00 | | | |
| | | | | | | | |
| 01/23/2001 | 0188 | JEANNE E. LONGMUIR | 0.20 | 64.00 | Office conference regarding allocation issues. | 25794.04223 | 2169270 |
| 03/20/2001 | | Invoice=40128 | 0.20 | 64.00 | Hutchins new litigation matter. | | |
| | | | | | | | |
| 01/23/2001 | 0088 | SCOTT R. WILSON | 6.50 | 2,177.50 | Review of agreements and correspondence | 25794.04223 | 2173123 |
| 03/20/2001 | | Invoice=40128 | 6.50 | 2,177.50 | relating to Hutchins patent; intraoffice | | |
| | | | | | conference regarding same; conference call with | | |
| | | | | | S. Lindseth regarding same and strategy. | | |
| | | | | | | | |
| 01/23/2001 | 0101 | BRENT D. BALLARD | 1.50 | 487.50 | Attention to Hutchins dispute and | 25794.04223 | 2161771 |
| 03/20/2001 | | Invoice=40128 | 1.50 | 487.50 | teleconference with Mr. Lindseth regarding | | |
| | | | | | same. | | |
| | | | | | | | |
| 01/23/2001 | 0047 | WILLIAM E. COUGHLIN | 4.20 | 1,344.00 | Interoffice conferences regarding dispute, fact | 25794.04223 | 2160133 |
| 03/20/2001 | | Invoice=40128 | 4.20 | 1,344.00 | background, corporate structure; review and | | |
| | | | | | annotate 1/15 demand letter, license agreement; | | |
| | | | | | interoffice conference regarding remedies; | | |
| | | | | | telephone conference with S. Lindseth regarding | | |
| | | | | | same; interoffice conference regarding | | |
| | | | | | preparation of complaint.^Hutchins | | |
| | | | | | | | |
| 01/24/2001 | 0101 | BRENT D. BALLARD | 1.50 | 487.50 | Teleconference with Mr. Lindseth regarding | 25794.04223 | 2164662 |
| 03/20/2001 | | Invoice=40128 | 1.50 | 487.50 | Hutchins dispute and interoffice conference | | |
| | | | | | with Mr. Coughlin regarding same.  Interoffice | | |
| | | | | | conference with Ms. Longmuir regarding same. | | |
| | | | | | | | |
| ⌐⌐4/2001 | 0088 | SCOTT R. WILSON | 2.00 | 670.00 | Intraoffice conference regarding new Hutchins | 25794.04223 | 2173124 |
| 03/20/2001 | | Invoice=40128 | 2.00 | 670.00 | patent and strategy; further review of records. | | |
| | | | | | | | |
| 01/24/2001 | 0188 | JEANNE E. LONGMUIR | 0.40 | 128.00 | Review of Hutchins patents and search U.S. | 25794.04223 | 2169285 |
| 03/20/2001 | | Invoice=40128 | 0.40 | 128.00 | patents regarding same. | | |
| | | | | | | | |
| 01/24/2001 | 0188 | JEANNE E. LONGMUIR | 0.70 | 224.00 | Review of license agreement and office | 25794.04223 | 2169290 |
| 03/20/2001 | | Invoice=40128 | 0.70 | 224.00 | conference with Scott Wilson regarding coverage | | |
| | | | | | of Hutchins software patent. | | |
| | | | | | | | |
| 01/24/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Conference with W. Coughlin regarding drafting | 25794.04223 | 2168325 |
| 03/20/2001 | | Invoice=40128 | 0.50 | 86.00 | of Complaint; reviewed file materials in | | |
| | | | | | preparation for same. | | |
| | | | | | | | |
| 01/25/2001 | 0088 | SCOTT R. WILSON | 0.50 | 167.50 | Telephone conference with M. Bukuts regarding | 25794.04223 | 2173125 |
| 03/20/2001 | | Invoice=40128 | 0.50 | 167.50 | status of various option agreements. | | |
| | | | | | | | |
| 01/25/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conference regarding 1/26 meeting; | 25794.04223 | 2165644 |
| 03/20/2001 | | Invoice=40128 | 0.20 | 64.00 | review e-mail regarding same, review chronology | | |
| | | | | | regarding tooling payment. | | |
| | | | | | | | |
| 01/26/2001 | 0047 | WILLIAM E. COUGHLIN | 2.20 | 704.00 | Conference with S. Lindseth, S. Wilson, B. | 25794.04223 | 2165654 |
| 03/20/2001 | | Invoice=40128 | 2.20 | 704.00 | Ballard, C. O'Neil regarding fact background, | | |
| | | | | | forum, claims, parties, evidence; review | | |
| | | | | | Hutchins letter regarding '99 patent; | | |
| | | | | | interoffice conference regarding same; | | |
| | | | | | telephone conference with J. Longmuir regarding | | |
| | | | | | trademark.^Hutchins | | |
| | | | | | | | |
| 01/26/2001 | 0088 | SCOTT R. WILSON | 2.00 | 670.00 | Meeting with S. Lindseth, etc. regarding | 25794.04223 | 2173126 |
| 03/20/2001 | | Invoice=40128 | 2.00 | 670.00 | response to Hutchins and strategy; telephone | | |
| | | | | | conferences with S. Lindseth regarding | | |
| | | | | | correspondence to R. Kaplan. | | |
| | | | | | | | |
| 01/26/2001 | 0619 | COLLEEN M. O'NEIL | 2.50 | 430.00 | Prepared for and attended conference with S. | 25794.04223 | 2168334 |
| 03/20/2001 | | Invoice=40128 | 2.50 | 430.00 | Lindseth, W. Coughlin, B. Ballard and S. Wilson | | |
| | | | | | regarding preparation of Complaints for filing. | | |
| | | | | | | | |
| 01/29/2001 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 128.00 | Review Hutchins' e-mails regarding | 25794.04223 | 2166211 |

Billed and Unbilled Recap Of Time Detail - [2˜˜˜04.04223 - COMPLIENT CORPORATION V. C˜˜ PROMPT, ET AL.]                                Page 2
Client:25794 - COMPLIENT CORPORATION  ˲/13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|------------------------|-------|--------|-------------|---------------|-------|
| 03/20/2001 | | Invoice=40128 | 0.40 | 128.00 | distributorship; interoffice conference | | |
| | | | | | regarding same; '99 patent, license | | |
| | | | | | definition; interoffice conference regarding | | |
| | | | | | trademark application. | | |
| 01/29/2001 | 0088 | SCOTT R. WILSON | 0.50 | 167.50 | Telephone conference with M. Bukuts regarding | 25794.04223 | 2173127 |
| 03/20/2001 | | Invoice=40128 | 0.50 | 167.50 | Lauer and Connolly options; telephone | | |
| | | | | | conference with A. Morgan regarding updated | | |
| | | | | | list of options. | | |
| 01/30/2001 | 0088 | SCOTT R. WILSON | 0.50 | 167.50 | Telephone conference with S. Lindseth regarding | 25794.04223 | 2173128 |
| 03/20/2001 | | Invoice=40128 | 0.50 | 167.50 | Hutchins matter; intraoffice conference | | |
| | | | | | regarding same. | | |
| 01/30/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Interoffice conferences regarding draft | 25794.04223 | 2166223 |
| 03/20/2001 | | Invoice=40128 | 0.30 | 96.00 | complaint, trademark application, | | |
| | | | | | transaction/historical records, and file from | | |
| | | | | | Complient; review of same. | | |
| 01/30/2001 | 0819 | COLLEEN M. O'NEIL | 4.00 | 688.00 | Drafted and revised Demand for Arbitration and | 25794.04223 | 2168353 |
| 03/20/2001 | | Invoice=40128 | 4.00 | 688.00 | State Court Complaint; reviewed and analyzed | | |
| | | | | | documents from client regarding Hutchins and | | |
| | | | | | CPR Prompt. | | |
| 01/31/2001 | 0619 | COLLEEN M. O'NEIL | 3.90 | 670.80 | Drafted and revised Demand for Arbitration and | 25794.04223 | 2168356 |
| 03/20/2001 | | Invoice=40128 | 3.90 | 670.80 | State Court Complaint; reviewed and analyzed | | |
| | | | | | American Arbitration Association rules of | | |
| | | | | | procedure for filing Demand. | | |
| 01/31/2001 | 0047 | WILLIAM E. COUGHLIN | 1.30 | 416.00 | Review and revise draft arbitration demand; | 25794.04223 | 2167778 |
| 03/20/2001 | | Invoice=40128 | 1.30 | 416.00 | corporate family chart; interoffice conference | | |
| | | | | | regarding same, complaint, contract documents. | | |
| 0˜ ˜/2001 | 0619 | COLLEEN M. O'NEIL | 1.80 | 309.60 | Drafted written discovery requests to | 25794.04223 | 2194707 |
| .001 | | Invoice=40820 | 1.80 | 309.60 | Defendants. | | |
| 03/06/2001 | 0619 | COLLEEN M. O'NEIL | 1.10 | 189.20 | Drafted and revised First Set of | 25794.04223 | 2201994 |
| 04/17/2001 | | Invoice=40820 | 1.10 | 189.20 | Interrogatories and First Request to Inspect | | |
| | | | | | and Copy Documents to Defendants. | | |
| 03/09/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Revised written discovery to Defendants; | 25794.04223 | 2202015 |
| 04/17/2001 | | Invoice=40820 | 0.40 | 68.80 | reviewed and analyzed correspondence from D. | | |
| | | | | | Hutchins. | | |
| 03/12/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Reviewed and analyzed correspondence from | 25794.04223 | 2202024 |
| 04/17/2001 | | Invoice=40820 | 0.40 | 68.80 | Defendants; revised and finalized written | | |
| | | | | | discovery to Defendants. | | |
| 03/13/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Reviewed and analyzed Defendants' Motion to | 25794.04223 | 2202038 |
| 04/17/2001 | | Invoice=40820 | 0.30 | 51.60 | Dismiss; conference with W. Coughlin regarding | | |
| | | | | | same. | | |
| 03/13/2001 | 0047 | WILLIAM E. COUGHLIN | 0.60 | 192.00 | Interoffice conference regarding motion to | 25794.04223 | 2200692 |
| 04/17/2001 | | Invoice=40820 | 0.60 | 192.00 | dismiss, responses to AAA, request for | | |
| | | | | | admissions; review as-served interrogatories; | | |
| | | | | | review and annotate motion to dismiss. | | |
| 03/14/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Reviewed and analyzed correspondence from | 25794.04223 | 2202042 |
| 04/17/2001 | | Invoice=40820 | 0.40 | 68.80 | Defendants regarding State Court action; | | |
| | | | | | conference with B. Ballard regarding response | | |
| | | | | | to Defendants' Motion to Dismiss; telephone | | |
| | | | | | call to S. Lindseth regarding same. | | |
| 03/14/2001 | 0101 | BRENT D. BALLARD | 0.50 | 162.50 | Interoffice conference with Ms. O'Neil | 25794.04223 | 2200846 |
| 04/17/2001 | | Invoice=40820 | 0.50 | 162.50 | regarding motion to dismiss and proposed | | |
| | | | | | response to same. | | |
| ˲  .2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Conference with W. Coughlin regarding response | 25794.04223 | 2204941 |
| 04/17/2001 | | Invoice=40820 | 0.20 | 34.40 | to Defendants' Motion to Dismiss. | | |
| 03/18/2001 | 0619 | COLLEEN M. O'NEIL | 2.00 | 344.00 | Drafted Motion to Strike or, in the | 25794.04223 | 2204946 |
| 04/17/2001 | | Invoice=40820 | 2.00 | 344.00 | alternative, Memorandum in Opposition to | | |
| | | | | | Defendants' Motion to Dismiss. | | |

Billed and Unbilled Recap Of Time Detail - [25794.04223 - COMPLIENT CORPORATION V. CPR PROMPT, ET AL.]     Page 3
Client:25794 - COMPLIENT CORPORATION    5/13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|-----------------------|-------|--------|-------------|---------------|-------|
| 03/19/2001 | 0619 | COLLEEN M. O'NEIL | 3.00 | 516.00 | Drafted, revised and prepared for filing and | 25794.04223 | 2204948 |
| '2001 | | Invoice=40820 | 3.00 | 516.00 | service Plaintiff's Motion to Strike and | | |
| | | | | | Memorandum in Opposition to Defendants Motion | | |
| | | | | | to Dismiss. | | |
| 03/20/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review and annotate as-filed motion to strike; | 25794.04223 | 2207369 |
| 04/17/2001 | | Invoice=40820 | 0.30 | 96.00 | interoffice conference regarding mandatory | | |
| | | | | | arbitration case law; interoffice conference | | |
| | | | | | regarding responding to demand for joining | | |
| | | | | | complaint with arbitration. | | |
| 03/21/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review and revise letter to AAA regarding | 25794.04223 | 2207397 |
| 04/17/2001 | | Invoice=40820 | 0.10 | 32.00 | Complient. | | |
| 03/22/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Revised and prepared for filing and service | 25794.04223 | 2210368 |
| 04/17/2001 | | Invoice=40820 | 1.00 | 172.00 | Plaintiff's Motion for Default Judgment against | | |
| | | | | | Defendant CPR Prompt. | | |
| 03/22/2001 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 160.00 | Interoffice conference regarding dispute, | 25794.04223 | 2208710 |
| 04/17/2001 | | Invoice=40820 | 0.50 | 160.00 | demand, remedy/choice of law/forum; review | | |
| | | | | | contract. | | |
| 03/23/2001 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 128.00 | Review and analysis list of proposed | 25794.04223 | 2211251 |
| 04/17/2001 | | Invoice=40820 | 0.40 | 128.00 | arbitrators; interoffice conference regarding | | |
| | | | | | same; review as-filed motion for default. | | |
| 03/27/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review and revise demand letter; review email | 25794.04223 | 2215255 |
| 04/17/2001 | | Invoice=40820 | 0.10 | 32.00 | regarding same. | | |
| 03/30/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Interoffice conference regarding ranking | 25794.04223 | 2215299 |
| 04/17/2001 | | Invoice=40820 | 0.30 | 96.00 | arbitrators, Hutchins deposition, arbitration | | |
| | | | | | answer and counterclaim, valuation. | | |
| /2001 | 0619 | COLLEEN M. O'NEIL | 2.50 | 430.00 | Conference with W. Coughlin and S. Wilson | 25794.04223 | 2222984 |
| 2001 | | Invoice=42009 | 2.50 | 430.00 | regarding Defendants' Answer, Counterclaim and | | |
| | | | | | Cross-Claim; reviewed and analyzed same; | | |
| | | | | | telephone conference with Judge Matla's Staff | | |
| | | | | | Attorney regarding status of case; conference | | |
| | | | | | with W. Coughlin regarding same. | | |
| 04/05/2001 | 0188 | JEANNE E. LONGMUIR | 1.40 | 448.00 | Office conference with Bill Coughlin and | 25794.04223 | 2258315 |
| 06/27/2001 | | Invoice=43123 | 1.40 | 448.00 | Colleen O'Neill regarding allegations raised by | | |
| | | | | | Donald Hutchins. | | |
| 04/06/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Reviewed and analyzed Defendants' Answer, | 25794.04223 | 2222995 |
| 05/22/2001 | | Invoice=42009 | 1.00 | 172.00 | Counterclaim and Cross-Claim; prepared outline | | |
| | | | | | of Motion to Strike same. | | |
| 04/09/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Conference with C. Saylor regarding draft of | 25794.04223 | 2227881 |
| 05/22/2001 | | Invoice=42009 | 1.00 | 172.00 | Motion to Strike Answer, Counterclaim and | | |
| | | | | | Cross-Claims; revised draft of same; telephone | | |
| | | | | | conference with S. Lindseth regarding | | |
| | | | | | Defendants' Answer, Counterclaim and | | |
| | | | | | Cross-Claims and responses to Defendants' | | |
| | | | | | discovery requests. | | |
| 04/10/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Revised Motion to Strike Defendants Answer | 25794.04223 | 2230083 |
| 05/22/2001 | | Invoice=42009 | 0.40 | 68.80 | Counterclaim and Cross-Claims. | | |
| 04/11/2001 | 0619 | COLLEEN M. O'NEIL | 1.10 | 189.20 | Revised Motion to Strike Defendants Answer, | 25794.04223 | 2230087 |
| 05/22/2001 | | Invoice=42009 | 1.10 | 189.20 | Counterclaim and Cross-Claims; conference with | | |
| | | | | | W. Coughlin regarding same; telephone | | |
| | | | | | conference with S. Lindseth regarding | | |
| | | | | | Defendants discovery responses; telephone | | |
| | | | | | conference with Judicial Staff Attorney | | |
| | | | | | regarding Default Judgment. | | |
| .2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Conference with W. Coughlin regarding status of | 25794.04223 | 2238969 |
| 05/22/2001 | | Invoice=42009 | 0.20 | 34.40 | case; reviewed and analyzed Defendants' | | |
| | | | | | Opposition to Motion to Strike. | | |
| 04/24/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Telephone conference with S. Lindseth regarding | 25794.04223 | 2238975 |
| 05/22/2001 | | Invoice=42009 | 0.30 | 51.60 | default hearing; conferences with B. Ballard | | |
| | | | | | and S. Wilson regarding same; conference with | | |

Billed and Unbilled Recap Of Time Detail - [25794.04223 - COMPLIENT CORPORATION V. CPR PROMPT, ET AL.]    Page 4
Client:25794 - COMPLIENT CORPORATION    5/13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | J. Longmuir regarding licensor of patent. | | |
| 2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Conference with W. Coughlin regarding status of | 25794.04223 | 2238981 |
| 06/22/2001 | | Invoice=42009 | 0.40 | 68.80 | case; telephone conference with Judicial Staff | | |
| | | | | | Attorney regarding hearing date on Motion for | | |
| | | | | | Default Judgment. | | |
| 04/26/2001 | 0619 | COLLEEN M. O'NEIL | 1.20 | 206.40 | Drafted Reply to Counterclaim of Defendant | 25794.04223 | 2238993 |
| 05/22/2001 | | Invoice=42009 | 1.20 | 206.40 | Hutchins. | | |
| 04/26/2001 | 0088 | SCOTT R. WILSON | 0.40 | 134.00 | Intraoffice conference regarding status of | 25794.04223 | 2234886 |
| 05/22/2001 | | Invoice=42009 | 0.40 | 134.00 | case. | | |
| 04/27/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Revised Reply to Counterclaim. | 25794.04223 | 2238997 |
| 05/22/2001 | | Invoice=42009 | 0.30 | 51.60 | | | |
| 04/30/2001 | 0619 | COLLEEN M. O'NEIL | 1.10 | 189.20 | Revised Reply to Counterclaim; conference with | 25794.04223 | 2239920 |
| 05/22/2001 | | Invoice=42009 | 1.10 | 189.20 | S. Wilson regarding same; telephone conference | | |
| | | | | | with S. Lindseth regarding same. | | |
| 05/01/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Revised Reply to Counterclaim. | 25794.04223 | 2248973 |
| 06/27/2001 | | Invoice=43123 | 0.20 | 34.40 | | | |
| 05/02/2001 | 0619 | COLLEEN M. O'NEIL | 2.50 | 430.00 | Revised Reply to Counterclaim; conference with | 25794.04223 | 2248974 |
| 06/27/2001 | | Invoice=43123 | 2.50 | 430.00 | W. Coughlin regarding same and regarding | | |
| | | | | | strategy for default hearing; telephone | | |
| | | | | | conference with S. Lindseth regarding same. | | |
| 05/02/2001 | 0101 | BRENT D. BALLARD | 1.30 | 422.50 | Review of Hutchins litigation issues with Mr. | 25794.04223 | 2243225 |
| 06/27/2001 | | Invoice=43123 | 1.30 | 422.50 | Coughlin and Ms. O'Neill and teleconference | | |
| | | | | | with Mr. Lindseth and Mr. Bukuts regarding | | |
| | | | | | same. | | |
| 05/07/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Conference with W. Coughlin regarding hearing | 25794.04223 | 2248993 |
| 2001 | | Invoice=43123 | 0.40 | 68.80 | on Motion for Default Judgment; conference with | | |
| | | | | | B. Ballard regarding same. | | |
| 05/09/2001 | 0619 | COLLEEN M. O'NEIL | 1.20 | 206.40 | Drafted e-mail to B. Ballard regarding status | 25794.04223 | 2251922 |
| 06/27/2001 | | Invoice=43123 | 1.20 | 206.40 | of cases. | | |
| 05/10/2001 | 0619 | COLLEEN M. O'NEIL | 0.10 | 17.20 | Conference with W. Coughlin regarding | 25794.04223 | 2251929 |
| 06/27/2001 | | Invoice=43123 | 0.10 | 17.20 | preparation for default hearing. | | |
| 05/11/2001 | 0619 | COLLEEN M. O'NEIL | 0.10 | 17.20 | Reviewed and analyzed e-mail correspondence | 25794.04223 | 2251934 |
| 06/27/2001 | | Invoice=43123 | 0.10 | 17.20 | from C. Saylor regarding default judgment | | |
| | | | | | research. | | |
| 05/14/2001 | 0619 | COLLEEN M. O'NEIL | 1.10 | 189.20 | Drafted correspondence to CPR Prompt regarding | 25794.04223 | 2260786 |
| 06/27/2001 | | Invoice=43123 | 1.10 | 189.20 | default hearing; drafted proposed Journal Entry | | |
| | | | | | and Affidavit of S. Lindseth. | | |
| 05/15/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Revised Judgment Entry for default hearing; | 25794.04223 | 2260795 |
| 06/27/2001 | | Invoice=43123 | 0.50 | 86.00 | finalized correspondence to Defendant regarding | | |
| | | | | | default hearing. | | |
| 05/16/2001 | 0619 | COLLEEN M. O'NEIL | 1.50 | 258.00 | Drafted and revised draft Affidavit of S. | 25794.04223 | 2260808 |
| 06/27/2001 | | Invoice=43123 | 1.50 | 258.00 | Lindseth. | | |
| 05/21/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Telephone call to S. Lindseth regarding default | 25794.04223 | 2260818 |
| 06/27/2001 | | Invoice=43123 | 0.20 | 34.40 | judgment hearing; conference with S. Opincar | | |
| | | | | | regarding Service Merchandise bankruptcy. | | |
| 05/22/2001 | 0619 | COLLEEN M. O'NEIL | 1.10 | 189.20 | Revised Judgment Entry; drafted Affidavit in | 25794.04223 | 2263014 |
| 06/27/2001 | | Invoice=43123 | 1.10 | 189.20 | preparation for default judgment hearing; | | |
| | | | | | e-mail correspondence with S. Lindseth | | |
| | | | | | regarding same. | | |
| 2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Correspondence with S. Lindseth regarding | 25794.04223 | 2263030 |
| 06/27/2001 | | Invoice=43123 | 0.20 | 34.40 | revisions to Affidavit. | | |
| 05/24/2001 | 0619 | COLLEEN M. O'NEIL | 1.20 | 206.40 | Conference with O. Hutchins regarding Default | 25794.04223 | 2268767 |
| 06/27/2001 | | Invoice=43123 | 1.20 | 206.40 | Judgment hearing; prepared for Default Judgment | | |
| | | | | | hearing; reviewed and analyzed Defendant's | | |
| | | | | | Motion for Default; conference with G. Harvey | | |

Billed and Unbilled Recap Of Time Detail - [25794.04223 - COMPLIENT CORPORATION V. CPR PROMPT, ET AL.]                    Page 5
Client:25794 - COMPLIENT CORPORATION  /13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | regarding status of case. | | |
| :001 | 0619 | COLLEEN M. O'NEIL | 2.00 | 344.00 | Prepared for and attended Default Judgment | 25794.04223 | 2268776 |
| ../2001 | | Invoice=43123 | 2.00 | 344.00 | hearing; telephone conference with S. Wilson | | |
| | | | | | regarding same; telephone conference with S. | | |
| | | | | | Lindseth regarding same. | | |
| 05/28/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Drafted responses to Defendant's First Set of | 25794.04223 | 2268784 |
| 06/27/2001 | | Invoice=43123 | 1.00 | 172.00 | Interrogatories and First Requests to inspect | | |
| | | | | | and Copy Documents. | | |
| 05/29/2001 | 0619 | COLLEEN M. O'NEIL | 3.50 | 602.00 | Drafted responses to Defendant's First Set of | 25794.04223 | 2268786 |
| 06/27/2001 | | Invoice=43123 | 3.50 | 602.00 | Interrogatories and First Requests to inspect | | |
| | | | | | and Copy Documents. | | |
| 06/04/2001 | 0619 | COLLEEN M. O'NEIL | 2.20 | 378.40 | Revised and prepared for filing and service | 25794.04223 | 2276217 |
| 07/31/2001 | | Invoice=44244 | 2.20 | 378.40 | Plaintiff's Motion to Strike Defendant's | | |
| | | | | | Interrogatories and Plaintiff's Responses to | | |
| | | | | | Defendant's First Request to inspect and Copy | | |
| | | | | | Documents; reviewed and analyzed memorandum of | | |
| | | | | | C. Saylor regarding research on res judicata. | | |
| 06/07/2001 | 0619 | COLLEEN M. O'NEIL | 0.90 | 154.80 | Conference with W. Coughlin regarding strategy | 25794.04223 | 2276243 |
| 07/31/2001 | | Invoice=44244 | 0.90 | 154.80 | for Motion for Summary Judgment; telephone | | |
| | | | | | conference with S. Lindseth regarding same; | | |
| | | | | | conference with C. Saylor regarding drafting of | | |
| | | | | | Motion for Summary Judgment. | | |
| 06/07/2001 | 0668 | CAROLINE A SAYLOR | 2.70 | 345.60 | Preparation of drafting Motion for Summary | 25794.04223 | 2273631 |
| 07/31/2001 | | Invoice=44244 | 2.70 | 345.60 | Judgment against Donald C. Hutchins based on | | |
| | | | | | res judicata, because default judgment against | | |
| | | | | | CPR Prompt bars Hutchins' claims as the parties | | |
| | | | | | are in privity. | | |
| :001 | 0088 | SCOTT R. WILSON | 0.30 | 100.50 | Intraoffice conference regarding status. | 25794.04223 | 2272986 |
| ../2001 | | Invoice=44244 | 0.30 | 100.50 | | | |
| 06/07/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conference regarding motion for | 25794.04223 | 2274167 |
| 07/31/2001 | | Invoice=44244 | 0.20 | 64.00 | summary judgment on res judicata grounds; | | |
| | | | | | review motion to strike/for protective order. | | |
| 06/12/2001 | 0668 | CAROLINE A SAYLOR | 3.10 | 396.80 | Preparation of Motion for Summary Judgment | 25794.04223 | 2277139 |
| 07/31/2001 | | Invoice=44244 | 3.10 | 396.80 | against Donald C. Hutchins based on res | | |
| | | | | | judicata. | | |
| 06/13/2001 | 0668 | CAROLINE A SAYLOR | 0.30 | 38.40 | Review of Motion for Summary Judgment to make | 25794.04223 | 2277144 |
| 07/31/2001 | | Invoice=44244 | 0.30 | 38.40 | corrections. | | |
| 06/17/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Revised Motion for Summary Judgment. | 25794.04223 | 2286951 |
| 07/31/2001 | | Invoice=44244 | 1.00 | 172.00 | | | |
| 06/18/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Revised Motion for Summary Judgment. | 25794.04223 | 2286964 |
| 07/31/2001 | | Invoice=44244 | 0.40 | 68.80 | | | |
| 06/20/2001 | 0619 | COLLEEN M. O'NEIL | 1.50 | 258.00 | Revised Motion for Summary Judgment. | 25794.04223 | 2286973 |
| 07/31/2001 | | Invoice=44244 | 1.50 | 258.00 | | | |
| 06/20/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review email regarding ruling on default. | 25794.04223 | 2282688 |
| 07/31/2001 | | Invoice=44244 | 0.10 | 32.00 | | | |
| 06/22/2001 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 160.00 | Interoffice conferences regarding motion for | 25794.04223 | 2293810 |
| 07/31/2001 | | Invoice=44244 | 0.50 | 160.00 | summary judgment; review order regarding motion | | |
| | | | | | to strike; review and revise motion for summary | | |
| | | | | | judgment. | | |
| 06/25/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Revised Motion for Summary Judgment. | 25794.04223 | 2295506 |
| ^001 | | Invoice=44244 | 0.30 | 51.60 | | | |
| 06/26/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Revised Motion for Summary Judgment. | 25794.04223 | 2295519 |
| 07/31/2001 | | Invoice=44244 | 0.20 | 34.40 | | | |
| 06/26/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review email regarding draft summary judgment. | 25794.04223 | 2293832 |
| 07/31/2001 | | Invoice=44244 | 0.10 | 32.00 | | | |

Billed and Unbilled Recap Of Time Detail - [25794.04223 - COMPLIENT CORPORATION V. CPR PROMPT, ET AL.]    Page 6
Client:25794 - COMPLIENT CORPORATIOI    /13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 06/27/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Prepared Motion for Summary Judgment for filing | 25794.04223 | 2295524 |
| 07/31/2001 | | Invoice=44244 | 0.30 | 51.60 | and service. | | |
| 07/31/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review order denying defendants' motion for | 25794.04223 | 2293854 |
| 07/31/2001 | | Invoice=44244 | 0.10 | 32.00 | default judgment. | | |
| 07/02/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Interoffice conference regarding Massachusetts | 25794.04223 | 2296358 |
| 07/31/2001 | | Invoice=44321 | 0.30 | 96.00 | action. | | |
| 07/02/2001 | 0619 | COLLEEN M. O'NEIL | 0.60 | 103.20 | Reviewed and analyzed Hutchins RICO Complaint; | 25794.04223 | 2296804 |
| 07/31/2001 | | Invoice=44321 | 0.60 | 103.20 | telephone conference with S. Lindseth regarding | | |
| | | | | | same. | | |
| 07/03/2001 | 0619 | COLLEEN M. O'NEIL | 2.70 | 464.40 | Reviewed and analyzed Mass D.C. Complaint field | 25794.04223 | 2300430 |
| 07/31/2001 | | Invoice=44321 | 2.70 | 464.40 | by Hutchins; telephone conference with J. | | |
| | | | | | Lindseth regarding same; telephone conference | | |
| | | | | | with S. Lindseth regarding same; conference | | |
| | | | | | with B. Ballard and W. Coughlin regarding same; | | |
| | | | | | drafted e-mail to S. Lindseth regarding defense | | |
| | | | | | of same. | | |
| 07/03/2001 | 0088 | SCOTT R. WILSON | 0.40 | 134.00 | Intraoffice conference regarding RICO | 25794.04223 | 2296511 |
| 07/31/2001 | | Invoice=44321 | 0.40 | 134.00 | complaint. | | |
| 07/03/2001 | 0101 | BRENT D. BALLARD | 1.00 | 325.00 | Attention to RICO lawsuit and strategy for | 25794.04223 | 2296522 |
| 07/31/2001 | | Invoice=44321 | 1.00 | 325.00 | defending same.  Interoffice conference with | | |
| | | | | | Mr. Coughlin regarding same. | | |
| 07/03/2001 | 0047 | WILLIAM E. COUGHLIN | 1.50 | 480.00 | Review complaint; Interoffice conferences | 25794.04223 | 2297040 |
| 07/31/2001 | | Invoice=44321 | 1.50 | 480.00 | regarding same, service, defense strategy, | | |
| | | | | | local counsel, summons/waiver, joint | | |
| | | | | | representation, venue, Ohio action; telephone | | |
| | | | | | conference with S. Lindseth's office regarding | | |
| | | | | | same; review and revise memo to defendants; | | |
| | | | | | Interoffice conference regarding same; contacts | | |
| | | | | | with defendants. | | |
| 07/05/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conference regarding local counsel, | 25794.04223 | 2299116 |
| 07/31/2001 | | Invoice=44321 | 0.20 | 64.00 | engagement letter, answer date, RICO motion | | |
| | | | | | practice. | | |
| 07/05/2001 | 0101 | BRENT D. BALLARD | 1.00 | 325.00 | Attention to indemnification issue of | 25794.04223 | 2297149 |
| 07/31/2001 | | Invoice=44321 | 1.00 | 325.00 | shareholders and others regarding lawsuit. | | |
| 07/05/2001 | 0619 | COLLEEN M. O'NEIL | 1.30 | 223.60 | Conference with G. Harvey regarding disclosure | 25794.04223 | 2301046 |
| 07/31/2001 | | Invoice=44321 | 1.30 | 223.60 | of Hutchins Complaint in Massachusetts, D.C.; | | |
| | | | | | telephone conference with S. Lindseth regarding | | |
| | | | | | contacting other Defendants for purposes of | | |
| | | | | | joint representation; conference with G. Monroe | | |
| | | | | | regarding potential for indemnification | | |
| | | | | | obligation. | | |
| 07/09/2001 | 0619 | COLLEEN M. O'NEIL | 2.50 | 430.00 | Telephone conference with Primus regarding | 25794.04223 | 2301689 |
| 07/31/2001 | | Invoice=44321 | 2.50 | 430.00 | joint defense; telephone conference with and | | |
| | | | | | correspondence to JP Morgan regarding joint | | |
| | | | | | defense; telephone call to Medtronic regarding | | |
| | | | | | same; e-mail correspondence to S. Lindseth | | |
| | | | | | regarding status of same. | | |
| 07/09/2001 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 224.00 | Interoffice conferences regarding | 25794.04223 | 2306875 |
| 07/31/2001 | | Invoice=44321 | 0.70 | 224.00 | representation, joint answer date; review email | | |
| | | | | | to S. Lindseth regarding same; investigation | | |
| | | | | | regarding local counsel; interoffice conference | | |
| | | | | | regarding venue. | | |
| 07/10/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review emails regarding joint representation, | 25794.04223 | 2306894 |
| ?001 | | Invoice=44321 | 0.20 | 64.00 | defense. | | |
| 07/10/2001 | 0619 | COLLEEN M. O'NEIL | 0.80 | 137.60 | Telephone conference with J. Eisenberg of | 25794.04223 | 2301696 |
| 07/31/2001 | | Invoice=44321 | 0.80 | 137.60 | Medtronic; telephone call to C. Crowley of JP | | |
| | | | | | Morgan; conference with W. Coughlin regarding | | |
| | | | | | status of efforts toward joint defense. | | |
| 07/10/2001 | 0101 | BRENT D. BALLARD | 0.50 | 162.50 | Attention to defense consolidation issues with | 25794.04223 | 2300165 |

Billed and Unbilled Recap Of Time Detail - [25794.04223 - COMPLIENT CORPORATION V. CPR PROMPT, ET AL.]    Page 7
Client:25794 - COMPLIENT CORPORATION   3/13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 07/31/2001 | | Invoice=44321 | 0.50 | 162.50 | Ms. O'Neill. | | |
| 2001 | 0783 | GORDON S. APPELL | 1.00 | 122.00 | FRCP and Waiver of Service research. | 25794.04223 | 2305281 |
| 07/31/2001 | | Invoice=44321 | 1.00 | 122.00 | | | |
| 07/11/2001 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 224.00 | Interoffice conference regarding contacts with | 25794.04223 | 2306906 |
| 07/31/2001 | | Invoice=44321 | 0.70 | 224.00 | defendants regarding authorization; interoffice | | |
| | | | | | conference regarding CFO; telephone conference | | |
| | | | | | with W. Barnett, E. Deutsch regarding local | | |
| | | | | | counsel. | | |
| 07/13/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and annotate letter to local counsel. | 25794.04223 | 2303495 |
| 07/31/2001 | | Invoice=44321 | 0.20 | 64.00 | | | |
| 07/18/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review email regarding reply brief in support | 25794.04223 | 2306966 |
| 07/31/2001 | | Invoice=44321 | 0.20 | 64.00 | of motion for summary judgment; review and | | |
| | | | | | revise joint representation agreement. | | |
| 07/23/2001 | 0619 | COLLEEN M. O'NEIL | 1.50 | 258.00 | Drafted Reply Brief in Support of Plaintiff's | 25794.04223 | 2313531 |
| 07/31/2001 | | Invoice=44321 | 1.50 | 258.00 | Motion for Summary Judgment. | | |
| 07/24/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Revised Reply Brief in Support of Motion for | 25794.04223 | 2313536 |
| 07/31/2001 | | Invoice=44321 | 0.40 | 68.80 | Summary Judgment. | | |
| 07/25/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Revised Reply Brief in Support of Motion for | 25794.04223 | 2313540 |
| 07/31/2001 | | Invoice=44321 | 0.30 | 51.60 | Summary Judgment. | | |
| 07/25/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | interoffice conference regarding reply brief. | 25794.04223 | 2313993 |
| 07/31/2001 | | Invoice=44321 | 0.10 | 32.00 | | | |
| 07/27/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and revise reply brief; review email | 25794.04223 | 2314000 |
| 07/31/2001 | | Invoice=44321 | 0.20 | 64.00 | regarding indemnity. | | |
| 07/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review emails regarding indemnity, motion to | 25794.04223 | 2320423 |
| 2001 | | Invoice=46415 | 0.10 | 32.00 | dismiss. | | |
| 08/06/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Interoffice conferences regarding consolidated | 25794.04223 | 2320431 |
| 10/05/2001 | | Invoice=46415 | 0.30 | 96.00 | answer date, successor local counsel, omnibus | | |
| | | | | | motion, local motion practice; review notice | | |
| | | | | | regarding extension date/waiver of summons. | | |
| 08/09/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding motion to | 25794.04223 | 2333020 |
| 10/05/2001 | | Invoice=46415 | 0.10 | 32.00 | dismiss/transfer/personal jurisdiction. | | |
| 08/14/2001 | 0619 | COLLEEN M. O'NEIL | 0.10 | 17.20 | Reviewed and analyzed Defendant's Brief in | 25794.04223 | 2333990 |
| 10/05/2001 | | Invoice=46415 | 0.10 | 17.20 | Opposition to Motion for Leave. | | |
| 08/15/2001 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 160.00 | Review and reply to email regarding royalty | 25794.04223 | 2333058 |
| 10/05/2001 | | Invoice=46415 | 0.50 | 160.00 | payment; interoffice conference regarding same, | | |
| | | | | | trust, pending motion for summary judgment, | | |
| | | | | | Massachusetts motion practice. | | |
| 08/22/2001 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 160.00 | Review and annotate D. Hutchins' motion for | 25794.04223 | 2333126 |
| 10/05/2001 | | Invoice=46415 | 0.50 | 160.00 | summary judgment; interoffice conference | | |
| | | | | | regarding stipulated extension; review email | | |
| | | | | | regarding motion for enlargement; interoffice | | |
| | | | | | conference regarding same. | | |
| 08/27/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and annotate correspondence re | 25794.04223 | 2343524 |
| 10/05/2001 | | Invoice=46415 | 0.20 | 64.00 | Magistrate authority; review email regarding | | |
| | | | | | motion. | | |
| 08/31/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding status of | 25794.04223 | 2343567 |
| 10/05/2001 | | Invoice=46415 | 0.10 | 32.00 | pending cases. | | |
| 09/04/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review email regarding motion for default, | 25794.04223 | 2347244 |
| 2001 | | Invoice=47432 | 0.20 | 64.00 | review motion and affidavits. | | |
| 09/05/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding brief in | 25794.04223 | 2347256 |
| 10/31/2001 | | Invoice=47432 | 0.10 | 32.00 | opposition to motion for default. | | |
| 09/06/2001 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 160.00 | Review motion for protective order; interoffice | 25794.04223 | 2356323 |
| 10/31/2001 | | Invoice=47432 | 0.50 | 160.00 | conference regarding same, contact with AAA | | |
| | | | | | administrator opposing same, motion for | | |

Billed and Unbilled Recap Of Time Detail - [25794.04223 - COMPLIENT CORPORATION V. CBR PROMPT, ET AL.]     Page 8
Client:25794 - COMPLIENT CORPORATIOI    /13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | default, status of motion to dismiss, | | |
| | | | | | RICO/venue/personal jurisdiction, motion for | | |
| | | | | | sanctions, contact with law clerk, Common Pleas | | |
| | | | | | motion for summary judgment. | | |
| 09/10/2001 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 224.00 | Review 9/10 email regarding order granting | 25794.04223 | 2356340 |
| 10/31/2001 | | Invoice=47432 | 0.70 | 224.00 | motion for enlargement, dispositive motion | | |
| | | | | | briefing; review and revise brief in opposition | | |
| | | | | | to motion for default; interoffice conference | | |
| | | | | | regarding same; order granting summary | | |
| | | | | | judgment; review email regarding same. | | |
| 09/11/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review order granting enlargement, related | 25794.04223 | 2356350 |
| 10/31/2001 | | Invoice=47432 | 0.10 | 32.00 | correspondence. | | |
| 09/13/2001 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 160.00 | Interoffice conference regarding brief in | 25794.04223 | 2356366 |
| 10/31/2001 | | Invoice=47432 | 0.50 | 160.00 | opposition to motion for protective order; | | |
| | | | | | review and revise same; review 9/10 notice of | | |
| | | | | | orders; review Hutchins' motion for summary | | |
| | | | | | judgment against Calfee; interoffice conference | | |
| | | | | | regarding suggestion of mootness in response to | | |
| | | | | | summary judgment, filing in Common Pleas | | |
| | | | | | action. | | |
| 09/13/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Drafted Brief in Opposition to Defendant's | 25794.04223 | 2357293 |
| 10/31/2001 | | Invoice=47432 | 0.40 | 68.80 | Motion for Summary Judgment. | | |
| 09/14/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Drafted Memorandum in Opposition to Plaintiff's | 25794.04223 | 2357297 |
| 10/31/2001 | | Invoice=47432 | 0.40 | 68.80 | Motion for Summary Judgment. | | |
| 09/14/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and revise pro hac vice declaration; | 25794.04223 | 2356389 |
| 10/31/2001 | | Invoice=47432 | 0.20 | 64.00 | interoffice conference regarding same. | | |
| 09/15/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Drafted and revised Motion to Dismiss for | 25794.04223 | 2357298 |
| 001 | | Invoice=47432 | 1.00 | 172.00 | failure to state a claim. | | |
| 09/17/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review email regarding motion to disqualify. | 25794.04223 | 2356403 |
| 10/31/2001 | | Invoice=47432 | 0.20 | 64.00 | | | |
| 09/19/2001 | 0047 | WILLIAM E. COUGHLIN | 2.10 | 672.00 | Review brief in opposition to motion for | 25794.04223 | 2356428 |
| 10/31/2001 | | Invoice=47432 | 2.10 | 672.00 | summary judgment; interoffice conference | | |
| | | | | | regarding status of Massachusetts briefing; | | |
| | | | | | review and revise motion to dismiss (personal | | |
| | | | | | jurisdiction); interoffice conference regarding | | |
| | | | | | same, brief in opposition to motion to | | |
| | | | | | disqualify, affidavits. | | |
| 09/19/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review plaintiffs' first request for production | 25794.04223 | 2365529 |
| 10/31/2001 | | Invoice=47432 | 0.10 | 32.00 | of documents, interrogatories. | | |
| 09/20/2001 | 0047 | WILLIAM E. COUGHLIN | 2.80 | 896.00 | Review and annotate motion to disqualify; | 25794.04223 | 2356444 |
| 10/31/2001 | | Invoice=47432 | 2.80 | 896.00 | review and reply to email regarding exhibits to | | |
| | | | | | motion to dismiss; review and revise motion to | | |
| | | | | | dismiss (failure to state claim). | | |
| 09/21/2001 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 128.00 | Review and forward emails regarding Rule | 25794.04223 | 2356447 |
| 10/31/2001 | | Invoice=47432 | 0.40 | 128.00 | 12(b)(6) motion, J. Eisenberg's comments | | |
| | | | | | regarding Rule 12(b)(2) motions, J. Eisenberg's | | |
| | | | | | email regarding same. | | |
| 09/28/2001 | 0047 | WILLIAM E. COUGHLIN | 1.00 | 320.00 | Review and revise brief in opposition to motion | 25794.04223 | 2365574 |
| 10/31/2001 | | Invoice=47432 | 1.00 | 320.00 | to disqualify; interoffice conference regarding | | |
| | | | | | same, supporting affidavits and exhibits. | | |
| 10/31/2001 | 0047 | WILLIAM E. COUGHLIN | 0.00 | 0.00 | Less 25 hrs. of C. Moore time | 25794.04223 | 2390199 |
| 10/31/2001 | | Invoice=47432 | -0.57 | -181.55 | | | |
| .2001 | 0619 | COLLEEN M. O'NEIL | 0.00 | 0.00 | Less 25 hrs. of C. Moore time | 25794.04223 | 2390198 |
| 10/31/2001 | | Invoice=47432 | -0.11 | -19.73 | | | |
| 11/08/2001 | 0047 | WILLIAM E. COUGHLIN | 0.80 | 256.00 | Interoffice conference regarding status of | 25794.04223 | 2406520 |
| 12/18/2001 | | Invoice=48862 | 0.80 | 256.00 | briefing (Mass.); contacts with law clerk | | |
| | | | | | regarding post-final motion (Ohio); Moriarty, | | |
| | | | | | unauthorized practice of law review regarding | | |

Billed and Unbilled Recap Of Time Detail - [?????94.04223 - COMPLIENT CORPORATION V. C???R PROMPT, ET AL.]    Page 9
Client:25794 - COMPLIENT CORPORATIOI    J/13/2005 11:15:39 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|-----------------------|-------|--------|-------------|---------------|-------|
| | | | | | motion to withdraw motion for summary judgment; | | |
| | | | | | "answer and motion to dismiss". | | |
| | | | | | | | |
| 12/05/2001 | 0116 | DENISE T. BROCK | 0.10 | 10.00 | Recording and banking deposit into IOLTA acct. | 25794.04223 | 2420152 |
| 01/18/2002 | | Invoice=50422 | 0.10 | 10.00 | #235. | | |
| | | | | | | | |
| 12/12/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Reviewed and analyzed correspondence from | 25794.04223 | 2434323 |
| 01/18/2002 | | Invoice=50422 | 0.40 | 68.80 | American Arbitration Association administrator | | |
| | | | | | regarding selection of arbitrator. | | |
| | | | | | | | |
| 02/25/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Review plaintiff's brief in opposition to | 25794.04223 | 2491536 |
| 04/10/2002 | | Invoice=52834 | 0.30 | 99.00 | motion to quash, ex parte's motion to expedite; | | |
| | | | | | interoffice conferences regarding same. | | |
| | | | | | | | |
| 04/09/2002 | 0088 | SCOTT R. WILSON | 0.30 | 105.00 | Intraoffice conference regarding status of | 25794.04223 | 2526581 |
| 05/22/2002 | | Invoice=54201 | 0.30 | 105.00 | arbitration and related proceedings. | | |
| | | | | | | | |
| 05/29/2002 | 0101 | BRENT D. BALLARD | 0.50 | 172.50 | Attention to litigation follow-up and review of | 25794.04223 | 2566778 |
| 06/30/2002 | | Invoice=55519 | 0.50 | 172.50 | same. | | |
| | | | | | | | |
| | | BILLED TOTALS: WORK: | 127.80 | 29,865.80 | 143 records | | |
| | | BILLED TOTALS: BILL: | 127.12 | 29,664.52 | | | |
| | | | | | | | |
| | | GRAND TOTALS: WORK: | 127.80 | 29,865.80 | 143 records | | |
| | | GRAND TOTALS: BILL: | 127.12 | 29,664.52 | | | |