# Complient Case No. 04-540066  EXHIBIT P



**Calfee, Halter & Griswold LLP**
*Attorneys at Law*

1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

Complient Corporation
Attn: Steven Lindseth, CEO
4670 Richmond Road, Suite 300
Warrensville Hts., OH  44128

September 26, 2005

Subject: History of Account
Matter: CPR LTD. PARTNERSHIP V. CPR PROMPT CORPORATION

(25794.04232)
0101

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 4/17/2001 | 40820 | $1,947.70 | | $1,947.70 |
| 5/22/2001 | 42009 | $5,871.40 | | $7,819.10 |
| 6/27/2001 | 43123 | $3,756.40 | | $11,575.50 |
| 7/27/2001 | 40820 | | $1,947.70 | $9,627.80 |
| 7/31/2001 | 44244 | $345.60 | | $9,973.40 |
| 9/10/2001 | 42009 | | $5,871.40 | $4,102.00 |
| 9/24/2001 | 43123 | | $3,756.40 | $345.60 |
| 10/5/2001 | 46415 | $96.00 | | $441.60 |
| 10/31/2001 | 47432 | $164.04 | | $605.64 |
| 11/13/2001 | 47679 | $265.00 | | $870.64 |
| 11/16/2001 | 44244 | | $345.60 | $525.04 |
| 1/18/2002 | 50422 | $34.40 | | $559.44 |
| 2/28/2002 | 52312 | $539.92 | | $1,099.36 |
| 3/4/2002 | 46415 | | $96.00 | $1,003.36 |
| 3/25/2002 | 47432 | | $164.04 | $839.32 |
| 4/5/2002 | 47679 | | $265.00 | $574.32 |
| 4/10/2002 | 52834 | $197.90 | | $772.22 |
| 5/20/2002 | 50422 | | $34.40 | $737.82 |
| 5/22/2002 | 54201 | $6,919.26 | | $7,657.08 |
| 6/30/2002 | 55519 | $135.50 | | $7,792.58 |
| 7/8/2002 | 52312 | | $539.92 | $7,252.66 |
| 7/30/2002 | 56207 | $1,369.00 | | $8,621.66 |
| 8/9/2002 | 52834 | | $197.90 | $8,423.76 |

**Calfee, Halter & Griswold LLP**

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 8/22/2002 | 57075 | $95.00 | | $8,518.76 |
| 9/17/2002 | 57953 | $152.00 | | $8,670.76 |
| 9/19/2002 | 54201 | | $6,919.26 | $1,751.50 |
| 10/22/2002 | 59107 | $536.50 | | $2,288.00 |
| 10/28/2002 | 55519 | | $135.50 | $2,152.50 |
| 11/20/2002 | 60192 | $190.00 | | $2,342.50 |
| 12/16/2002 | 56207 | | $1,369.00 | $973.50 |
| 12/24/2002 | 57075 | | $95.00 | $878.50 |
| 2/10/2003 | 57953 | | $152.00 | $726.50 |
| 3/7/2003 | 59107 | | $536.50 | $190.00 |
| 3/21/2003 | 60192 | | $190.00 | $0.00 |
| 4/17/2003 | 65313 | $294.00 | | $294.00 |
| 9/26/2003 | 65313 | | $294.00 | $0.00 |
| Total | | $22,909.62 | $22,909.62 | |

TOTAL HOURS BILLED:          102.22

TOTAL AMOUNT DUE:          **$0.00**



- **Summary**
- **List**
- **Client/Client 'dress**
- **neral/Address**
- **Billing**
- **Matter Balances**
- **Budget**
- **Statistics**

| Matter Number: | 25794.04232 |
| Matter Name: | 25794.04232 |
| Client Number: | 25794 |
| Client Name | COMPLIENT CORPORATION |

9/13/2005 11:12:47 AM

<< Previous    Next >>

☐ List Related Matters

**Select Detail**

| Time & Fee Summary ▾ | Go | ☐ View As Master Matter |

Refresh

| | Accounts Receivable | Unbilled Fees/Costs |
|---|---|---|
| 0-60 | 0.00 | 0.00 |
| 61-90 | 0.00 | 0.00 |
| 91-180 | 0.00 | 0.00 |
| 181+ | 0.00 | 0.00 |
| Total: | 0.00 | 0.00 |

OP  Open ▾

Date Opened:
02/22/2001

Date Closed:

| | Billed To Date | Unbilled |
|---|---|---|
| Fees: | 22,740.34 | 0.00 |
| Costs: | 169.28 | 0.00 |
| Other: | 0.00 | |

Unallocated Payments:
0.00

Interim Bills:
0.00

Non Billable:
0.00

Net Unbilled Fees:
0.00

Total Investment:
0.00

| Last | Date | Amount |
|---|---|---|
| Bill: | 04/17/2003 | 294.00 |
| Payment: | 09/26/2003 | 294.00 |
| Time Entry: | 03/27/2003 | |

| Type | Invoice | Document | Credit Note | Date | Fees | Costs/Other | Unalloc. Credits | Total |
|------|---------|----------|-------------|------|------|-------------|------------------|-------|
| B'' ' | 40820 | | | 04/17/2001 | 1,947.70 | 0.00 | 0.00 | 1,947.70 |
| | 42009 | | | 05/22/2001 | 5,871.40 | 0.00 | 0.00 | 5,871.40 |
| BILL | 43123 | | | 06/27/2001 | 3,756.40 | 0.00 | 0.00 | 3,756.40 |
| PAY | 40820 | 37661 | | 07/27/2001 | -1,947.70 | 0.00 | 0.00 | -1,947.70 |
| BILL | 44244 | | | 07/31/2001 | 345.60 | 0.00 | 0.00 | 345.60 |
| PAY | 42009 | 38485 | | 09/10/2001 | -5,871.40 | 0.00 | 0.00 | -5,871.40 |
| PAY | 43123 | 38776 | | 09/24/2001 | -3,756.40 | 0.00 | 0.00 | -3,756.40 |
| BILL | 46415 | | | 10/05/2001 | 96.00 | 0.00 | 0.00 | 96.00 |
| BILL | 47432 | | | 10/31/2001 | 164.04 | 0.00 | 0.00 | 164.04 |
| BILL | 47679 | | | 11/13/2001 | 265.00 | 0.00 | 0.00 | 265.00 |
| PAY | 44244 | 39971 | | 11/16/2001 | -345.60 | 0.00 | 0.00 | -345.60 |
| BILL | 50422 | | | 01/18/2002 | 34.40 | 0.00 | 0.00 | 34.40 |
| BILL | 52312 | | | 02/28/2002 | 499.40 | 40.52 | 0.00 | 539.92 |
| PAY | 46415 | 42093 | | 03/04/2002 | -96.00 | 0.00 | 0.00 | -96.00 |
| PAY | 47432 | 42573 | | 03/25/2002 | -164.04 | 0.00 | 0.00 | -164.04 |
| PAY | 47679 | 42800 | | 04/05/2002 | -265.00 | 0.00 | 0.00 | -265.00 |
| BILL | 52834 | | | 04/10/2002 | 197.90 | 0.00 | 0.00 | 197.90 |
| PAY | 50422 | 43564 | | 05/20/2002 | -34.40 | 0.00 | 0.00 | -34.40 |
| BILL | 54201 | | | 05/22/2002 | 6,744.50 | 174.76 | 0.00 | 6,919.26 |
| BILL | 55519 | | | 06/30/2002 | 181.50 | -46.00 | 0.00 | 135.50 |
| PAY | 52312 | 44402 | | 07/08/2002 | -499.40 | -40.52 | 0.00 | -539.92 |
| BILL | 56207 | | | 07/30/2002 | 1,369.00 | 0.00 | 0.00 | 1,369.00 |
| PAY | 52834 | 45113 | | 08/09/2002 | -197.90 | 0.00 | 0.00 | -197.90 |
| BILL | 57075 | | | 08/22/2002 | 95.00 | 0.00 | 0.00 | 95.00 |
| BILL | 57953 | | | 09/17/2002 | 152.00 | 0.00 | 0.00 | 152.00 |
| PAY | 54201 | 45777 | | 09/19/2002 | -6,744.50 | -174.76 | 0.00 | -6,919.26 |
| г | 59107 | | | 10/22/2002 | 536.50 | 0.00 | 0.00 | 536.50 |
| ʰ . | 55519 | 46652 | | 10/28/2002 | -181.50 | 46.00 | 0.00 | -135.50 |
| BILL | 60192 | | | 11/20/2002 | 190.00 | 0.00 | 0.00 | 190.00 |
| PAY | 56207 | 47533 | | 12/16/2002 | -1,369.00 | 0.00 | 0.00 | -1,369.00 |
| PAY | 57075 | 47708 | | 12/24/2002 | -95.00 | 0.00 | 0.00 | -95.00 |
| PAY | 57953 | 48477 | | 02/10/2003 | -152.00 | 0.00 | 0.00 | -152.00 |
| PAY | 59107 | 48959 | | 03/07/2003 | -536.50 | 0.00 | 0.00 | -536.50 |
| PAY | 60192 | 49289 | | 03/21/2003 | -190.00 | 0.00 | 0.00 | -190.00 |
| BILL | 65313 | | | 04/17/2003 | 294.00 | 0.00 | 0.00 | 294.00 |
| PAY | 65313 | 052161 | | 09/26/2003 | -294.00 | 0.00 | 0.00 | -294.00 |
| | | | | | | | | |
| GRAND TOTAL | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

Time Recap Summary by Client And Timekeeper [25794.04232 - CPR LTD. PARTNERSHIP V CPR PROMPT CORPORATION,]    Page 1
Client:25794 - COMPLIENT CORPORATION    /13/2005 11:12:47 AM

| Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description |
|---|---|---|---|---|---|
| 0047 | 20.10 | 6447.00 | 20.10 | 6447.00 | WILLIAM E. COUGHLIN |
|  | 5.60 | 1876.00 | 5.60 | 1876.00 | SCOTT R. WILSON |
| 0101 | 4.00 | 1330.00 | 4.00 | 1330.00 | BRENT D. BALLARD |
| 0116 | .80 | 83.50 | .80 | 83.50 | DENISE T. BROCK |
| 0188 | 3.10 | 1009.00 | 3.10 | 1009.00 | JEANNE E. LONGMUIR |
| 0197 | 2.00 | 640.00 | 2.00 | 640.00 | PETER J. COMODECA |
| 0619 | 47.10 | 8845.60 | 47.09 | 8843.41 | COLLEEN M. O'NEIL |
| 0668 | 16.70 | 2137.60 | 16.63 | 2128.63 | CAROLINE A SAYLOR |
| 0679 | 2.90 | 382.80 | 2.90 | 382.80 | K. JAMES SULLIVAN |
|  | 102.30 | 22751.50 | 102.22 | 22740.34 |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | 102.30 | 22751.50 | 102.22 | 22740.34 |  |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 03/01/2001 | 0619 | COLLEEN M. O'NEIL | 0.60 | 103.20 | Drafted and revised correspondence to American | 25794.04232 | 2194695 |
| 0_ ~/2001 | | Invoice=40820 | 0.60 | 103.20 | Arbitration Association in response to American | | |
| | | | | | Arbitration Association's correspondence of | | |
| | | | | | 02/26/01. | | |
| 03/01/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and revise letter to R. Smith. | 25794.04232 | 2193881 |
| 04/17/2001 | | Invoice=40820 | 0.20 | 64.00 | | | |
| 03/05/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding discovery | 25794.04232 | 2195621 |
| 04/17/2001 | | Invoice=40820 | 0.10 | 32.00 | requests, response to AAA. | | |
| 03/05/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Revised and finalized correspondence to N. | 25794.04232 | 2194706 |
| 04/17/2001 | | Invoice=40820 | 0.30 | 51.60 | Smith of American Arbitration Association. | | |
| 03/06/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review 3/5 letter to W. Smith; interoffice | 25794.04232 | 2195629 |
| 04/17/2001 | | Invoice=40820 | 0.20 | 64.00 | conference regarding draft discovery in | | |
| | | | | | arbitration. | | |
| 03/07/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review and revise draft discovery. | 25794.04232 | 2198936 |
| 04/17/2001 | | Invoice=40820 | 0.30 | 96.00 | | | |
| 03/12/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review D. Hutchins' 3/8 letter. | 25794.04232 | 2198958 |
| 04/17/2001 | | Invoice=40820 | 0.10 | 32.00 | | | |
| 03/13/2001 | 0088 | SCOTT R. WILSON | 0.30 | 100.50 | Review of demur filed by defendants. | 25794.04232 | 2199076 |
| 04/17/2001 | | Invoice=40820 · | 0.30 | 100.50 | | | |
| 03/15/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and annotate correspondence regarding | 25794.04232 | 2207318 |
| 04/17/2001 | | Invoice=40820 | 0.20 | 64.00 | AAA panel, forum, venue; interoffice conference | | |
| | | | | | regarding same. | | |
| 03/15/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Reviewed and analyzed correspondence from | 25794.04232 | 2202057 |
| 04/17/2001 | | Invoice=40820 | 0.30 | 51.60 | American Arbitration Association; conference | | |
| | | | | | with B. Bailard regarding same and status of | | |
| | | | | | case; telephone conference with S. Lindseth | | |
| | | | | | regarding Brief in Opposition to Motion to | | |
| | | | | | Dismiss. | | |
| 03/16/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review notice regarding response date; | 25794.04232 | 2207339 |
| 04/17/2001 | | Invoice=40820 | 0.20 | 64.00 | interoffice conference regarding brief in | | |
| | | | | | opposition to motion to dismiss, service. | | |
| 03/19/2001 | 0047 | WILLIAM E. COUGHLIN | 1.00 | 320.00 | Interoffice conference regarding motion for | 25794.04232 | 2207355 |
| 04/17/2001 | | Invoice=40820 | 1.00 | 320.00 | default; review and revise brief in opposition | | |
| | | | | | to motion to dismiss; interoffice conference | | |
| | | | | | regarding same, affidavit. | | |
| 03/20/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Conference with W. Coughlin regarding responses | 25794.04232 | 2210356 |
| 04/17/2001 | | Invoice=40820 | 0.30 | 51.60 | to Hutchins 03/15/01 correspondence and drafted | | |
| | | | | | same. | | |
| 03/21/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Drafted and revised Motion for Default | 25794.04232 | 2210359 |
| 04/17/2001 | | Invoice=40820 | 1.00 | 172.00 | Judgment; revised correspondence to American | | |
| | | | | | Arbitration Association in response to Hutchins | | |
| | | | | | 03/14/01 correspondence; reviewed and analyzed | | |
| | | | | | correspondence from American Arbitration | | |
| | | | | | Association. | | |
| 03/22/2001 | 0619 | COLLEEN M. O'NEIL | 0.10 | 17.20 | Reviewed and analyzed correspondence from | 25794.04232 | 2210369 |
| 04/17/2001 | | Invoice=40820 | 0.10 | 17.20 | American Arbitration Association regarding | | |
| | | | | | proposed arbitrators. | | |
| 03/22/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and revise motion for default; | 25794.04232 | 2208708 |
| 04/17/2001 | | Invoice=40820 | 0.20 | 64.00 | interoffice conference regarding same, 3/20 AAA | | |
| | | | | | letter, arbitration; telephone conference with | | |
| | | | | | N. Smith regarding list. | | |
| .  2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conference regarding selection of | 25794.04232 | 2215254 |
| 04/17/2001 | | Invoice=40820 | 0.20 | 64.00 | arbitrator, contact rules. | | |
| 03/29/2001 | 0619 | COLLEEN M. O'NEIL | 0.60 | 103.20 | Reviewed and analyzed Answer of Respondents; | 25794.04232 | 2216302 |
| 04/17/2001 | | Invoice=40820 | 0.60 | 103.20 | conference with W. Coughlin regarding same and | | |
| | | | | | regarding choice of arbitrators. | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 03/29/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Interoffice conferences regarding arbitration, | 25794.04232 | 2215288 |
| 7/2001 | | Invoice=40820 | 0.30 | 96.00 | contacts with S. Lindseth, B. Ballard regarding | | |
| | | | | | same, Hutchins' answer and counterclaim; review | | |
| | | | | | arbitrator selection materials. | | |
| 03/30/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Telephone call to N. Smith of American | 25794.04232 | 2216310 |
| 04/17/2001 | | Invoice=40820 | 0.40 | 68.80 | Arbitration Association regarding service of | | |
| | | | | | Respondent's Answer; conference with W. | | |
| | | | | | Coughlin regarding choice of arbitrators. | | |
| 03/31/2001 | 0088 | SCOTT R. WILSON | 0.80 | 268.00 | Review of Hutchins response/counterclaim. | 25794.04232 | 2213452 |
| 04/17/2001 | | Invoice=40820 | 0.80 | 268.00 | | | |
| 04/02/2001 | 0088 | SCOTT R. WILSON | 0.40 | 134.00 | Telephone conference with T. Pollard regarding | 25794.04232 | 2220286 |
| 05/22/2001 | | Invoice=42009 | 0.40 | 134.00 | status of cases. | | |
| 04/05/2001 | 0088 | SCOTT R. WILSON | 1.40 | 469.00 | Review of answer and counterclaim in state | 25794.04232 | 2221057 |
| 05/22/2001 | | Invoice=42009 | 1.40 | 469.00 | court case; intraoffice conference regarding | | |
| | | | | | same and related matters. | | |
| 04/05/2001 | 0047 | WILLIAM E. COUGHLIN | 4.60 | 1,472.00 | Review and analyze arbitration | 25794.04232 | 2223919 |
| | | | | | conferences regarding same, response, motion | | |
| | | | | | practice, contacts with S. Lindseth regarding | | |
| | | | | | same, Atlanta counsel's role. | | |
| 05/22/2001 | | Invoice=42009 | 4.60 | 1,472.00 | answer/counterclaim and exhibits, common pleas | | |
| | | | | | answer/counterclaim/cross-claims; interoffice | | |
| 04/05/2001 | 0668 | CAROLINE A SAYLOR | 0.30 | 38.40 | Intraoffice conference regarding new assignment | 25794.04232 | 2224628 |
| 05/22/2001 | | Invoice=42009 | 0.30 | 38.40 | from Colleen O'Neil | | |
| 04/06/2001 | 0047 | WILLIAM E. COUGHLIN | 1.50 | 480.00 | Interoffice conference regarding docketing | 25794.04232 | 2223933 |
| 05/22/2001 | | Invoice=42009 | 1.50 | 480.00 | questions; review defendants' first set of | | |
| | | | | | interrogatories; interoffice conference | | |
| | | | | | regarding license agreement negotiations; | | |
| | | | | | corporate strategy. | | |
| 04/06/2001 | 0101 | BRENT D. BALLARD | 1.00 | 325.00 | Review of Hutchins litigation matter with Mr. | 25794.04232 | 2222526 |
| 05/22/2001 | | Invoice=42009 | 1.00 | 325.00 | LaPorte. | | |
| 04/06/2001 | 0188 | JEANNE E. LONGMUIR | 0.80 | 256.00 | Office conference with B. Coughlin and C. | 25794.04232 | 2265039 |
| 06/27/2001 | | Invoice=43123 | 0.80 | 256.00 | O'Neil regarding allegations of Hutchins. | | |
| 04/07/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Reviewed and analyzed Answer and Counterclaim. | 25794.04232 | 2222996 |
| 05/22/2001 | | Invoice=42009 | 0.50 | 86.00 | | | |
| 04/09/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding contacts with | 25794.04232 | 2227313 |
| 05/22/2001 | | Invoice=42009 | 0.10 | 32.00 | S. Lindseth. | | |
| 04/09/2001 | 0668 | CAROLINE A SAYLOR | 2.30 | 294.40 | Preparation of Motion to Strike Defendant's | 25794.04232 | 2224634 |
| 05/22/2001 | | Invoice=42009 | 2.30 | 294.40 | Answer and Counterclaim because it is | | |
| | | | | | improperly filed, and Motion to Strike | | |
| | | | | | Defendant's Cross-Claims because it is | | |
| | | | | | procedurally deficient. | | |
| 04/10/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conference regarding discovery | 25794.04232 | 2227332 |
| 05/22/2001 | | Invoice=42009 | 0.20 | 64.00 | responses, review N. Smith's 4/6 letter. | | |
| 04/10/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review response letter, email regarding case. | 25794.04232 | 2227334 |
| 05/22/2001 | | Invoice=42009 | 0.10 | 32.00 | | | |
| 04/11/2001 | 0047 | WILLIAM E. COUGHLIN | 1.00 | 320.00 | Review and revise motion to strike; review | 25794.04232 | 2227337 |
| 05/22/2001 | | Invoice=42009 | 1.00 | 320.00 | Hutchins' interrogatory answers; interoffice | | |
| | | | | | conference regarding same, contacts from | | |
| | | | | | court/staff regarding default hearing, defense | | |
| | | | | | depositions, reply to court/arbitration | | |
| | | | | | counterclaims, allegation regarding patent | | |
| | | | | | application notification. | | |
| 04/11/2001 | 0101 | BRENT D. BALLARD | 0.50 | 162.50 | Review of Hutchins lawsuit issues. | 25794.04232 | 2225847 |
| 05/22/2001 | | Invoice=42009 | 0.50 | 162.50 | | | |
| 04/12/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conference regarding contacts from | 25794.04232 | 2227359 |
| 05/22/2001 | | Invoice=42009 | 0.20 | 64.00 | G. Fingerhut, investigation of possible suit. | | |

Billed and Unbilled Recap Of Time Detail - [25794.04232 - CPR LTD. PARTNERSHIP V. CPR PROMPT CORPORATION,]                          Page 3

Client:25794 - COMPLIENT CORPORATIO      /13/2005 11:12:47 AM

| Date | Initials | Name/Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|---------------------|-------|--------|-------------|---------------|-------|
| 04/13/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review and annotate as-filed motion to strike. | 25794.04232 | 2234765 |
| ../../2001 | | Invoice=42009 | 0.10 | 32.00 | | | |
| ../../2001 | 0088 | SCOTT R. WILSON | 0.50 | 167.50 | Further review of pleadings. | 25794.04232 | 2232246 |
| 05/22/2001 | | Invoice=42009 | 0.50 | 167.50 | | | |
| 04/19/2001 | 0619 | COLLEEN M. O'NEIL | 1.40 | 240.80 | Drafted and revised Reply to Counterclaim. | 25794.04232 | 2238957 |
| 05/22/2001 | | Invoice=42009 | 1.40 | 240.80 | | | |
| 04/20/2001 | 0088 | SCOTT R. WILSON | 0.20 | 67.00 | Further review of pleadings | 25794.04232 | 2232260 |
| 05/22/2001 | | Invoice=42009 | 0.20 | 67.00 | | | |
| 04/22/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Telephone conference from C. O'Neil regarding | 25794.04232 | 2234770 |
| 05/22/2001 | | Invoice=42009 | 0.10 | 32.00 | R. Hussey, non-neutral arbitrator. | | |
| 04/23/2001 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 160.00 | Review and annotate notices of default hearing, | 25794.04232 | 2234798 |
| 05/22/2001 | | Invoice=42009 | 0.50 | 160.00 | order denying motion to dismiss, granting | | |
| | | | | | motion to strike, AAA letter regarding | | |
| | | | | | arbitrator selection; interoffice conference | | |
| | | | | | regarding same, reply to discovery responses, | | |
| | | | | | defendants' answer to motion for default. | | |
| 04/23/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Telephone call to N. Smith regarding neutrality | 25794.04232 | 2238968 |
| 05/22/2001 | | Invoice=42009 | 0.20 | 34.40 | of arbitrator and choice of arbitrator. | | |
| 04/24/2001 | 0188 | JEANNE E. LONGMUIR | 0.60 | 192.00 | Telephone conferences with S. Lindseth, Colleen | 25794.04232 | 2270090 |
| 06/27/2001 | | Invoice=43123 | 0.60 | 192.00 | O'Neil and follow-up search of Hutchins patent | | |
| | | | | | ownership issue. | | |
| 04/25/2001 | 0619 | COLLEEN M. O'NEIL | 0.70 | 120.40 | Telephone conference with American Arbitration | 25794.04232 | 2238984 |
| 05/22/2001 | | Invoice=42009 | 0.70 | 120.40 | Association case manager regarding appointment | | |
| | | | | | of arbitrators. | | |
| 04/26/2001 | 0047 | WILLIAM E. COUGHLIN | 0.80 | 256.00 | Interoffice conferences regarding pursuing | 25794.04232 | 2239374 |
| ....2001 | | Invoice=42009 | 0.80 | 256.00 | patent assignment, defense, reply to | | |
| | | | | | counterclaims, indemnity, spinoff. | | |
| 04/27/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review 4/17 correspondence from O. Hutchins. | 25794.04232 | 2239394 |
| 05/22/2001 | | Invoice=42009 | 0.10 | 32.00 | | | |
| 04/30/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Interoffice conferences regarding procedural | 25794.04232 | 2239410 |
| 05/22/2001 | | Invoice=42009 | 0.30 | 96.00 | status, merits claims, conference with S. | | |
| | | | | | Lindseth regarding same; review notice | | |
| | | | | | regarding reply. | | |
| 04/30/2001 | 0088 | SCOTT R. WILSON | 1.00 | 335.00 | Intraoffice conferences regarding answer to | 25794.04232 | 2237637 |
| 05/22/2001 | | Invoice=42009 | 1.00 | 335.00 | Hutchins individual counterclaims and related | | |
| | | | | | matters. | | |
| 04/30/2001 | 0101 | BRENT D. BALLARD | 1.00 | 325.00 | Interoffice conference with Mr. Wilson and Mr. | 25794.04232 | 2237664 |
| 05/22/2001 | | Invoice=42009 | 1.00 | 325.00 | LaPorte regarding litigation strategy regarding | | |
| | | | | | Hutchins. | | |
| 05/01/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Interoffice conferences regarding motion to | 25794.04232 | 2243028 |
| 06/27/2001 | | Invoice=43123 | 0.30 | 96.00 | strike, default, patent improvements, | | |
| | | | | | valuation, contacts with S. Lindseth regarding | | |
| | | | | | same; review notice regarding discovery | | |
| | | | | | responses. | | |
| 05/02/2001 | 0047 | WILLIAM E. COUGHLIN | 1.50 | 480.00 | Review email regarding reply, notice of order | 25794.04232 | 2243039 |
| 06/27/2001 | | Invoice=43123 | 1.50 | 480.00 | granting motion to strike; review and revise | | |
| | | | | | reply to counterclaim; interoffice conferences | | |
| | | | | | regarding same, default hearing, valuation and | | |
| | | | | | settlement strategy; telephone conference with | | |
| | | | | | S. Lindseth, M. Bukuts regarding same; | | |
| | | | | | interoffice conference regarding examination | | |
| | | | | | regarding patent disclosure. | | |
| 05/04/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review and annotate as-filed reply. | 25794.04232 | 2246841 |
| 06/27/2001 | | Invoice=43123 | 0.10 | 32.00 | | | |
| 05/04/2001 | 0668 | CAROLINE A SAYLOR | 0.90 | 115.20 | Examination of law regarding whether res | 25794.04232 | 2247823 |
| 06/27/2001 | | Invoice=43123 | 0.90 | 115.20 | judicata applies to default judgments | | |

Billed and Unbilled Recap Of Time Detail - [25794.04232 - CPR LTD. PARTNERSHIP V. CPR PROMPT CORPORATION,]
Client:25794 - COMPLIENT CORPORATION      I3/2005 11:12:47 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| 05/07/2001 | 0668 | CAROLINE A SAYLOR | 0.60 | 76.80 | Examination of law regarding whether res | 25794.04232 | 2247829 |
| C? ?001 | | Invoice=43123 | 0.60 | 76.80 | judiciata or collateral estoppel are applicable | | |
| | | | | | to a default judgment. | | |
| 05/07/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and annotate order regarding default; | 25794.04232 | 2248281 |
| 06/27/2001 | | Invoice=43123 | 0.20 | 64.00 | review and reply to emails regarding same. | | |
| 05/08/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding default | 25794.04232 | 2248295 |
| 06/27/2001 | | Invoice=43123 | 0.10 | 32.00 | hearing. | | |
| 05/09/2001 | 0668 | CAROLINE A SAYLOR | 2.10 | 268.80 | Examination of law regarding whether res | 25794.04232 | 2253335 |
| 06/27/2001 | | Invoice=43123 | 2.10 | 268.80 | judicata and/or collateral estoppel is | | |
| | | | | | applicable to default judgments, not only in | | |
| | | | | | Ohio but also nationwide | | |
| 05/10/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conference regarding default | 25794.04232 | 2252342 |
| 06/27/2001 | | Invoice=43123 | 0.20 | 64.00 | hearing presentation; review annotated memo to | | |
| | | | | | board.^First Wave | | |
| 05/14/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review notice for appointment of arbitrator; | 25794.04232 | 2252378 |
| 06/27/2001 | | Invoice=43123 | 0.20 | 64.00 | interoffice conference regarding same, default | | |
| | | | | | hearing. | | |
| 05/16/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review and reply to email regarding affidavit. | 25794.04232 | 2254575 |
| 08/27/2001 | | Invoice=43123 | 0.10 | 32.00 | | | |
| 05/17/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review and revise draft affidavit of damages, | 25794.04232 | 2253804 |
| 08/27/2001 | | Invoice=43123 | 0.30 | 96.00 | default judgment. | | |
| 05/18/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding affidavit of | 25794.04232 | 2264802 |
| 06/27/2001 | | Invoice=43123 | 0.10 | 32.00 | damages. | | |
| 05/25/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conference regarding contacts from | 25794.04232 | 2264816 |
| 0?  ?001 | | Invoice=43123 | 0.20 | 64.00 | D. Hutchins, hearing, entry of default | | |
| | | | | | judgment. | | |
| 05/25/2001 | 0088 | SCOTT R. WILSON | 0.40 | 134.00 | Intraoffice conference regarding hearing and | 25794.04232 | 2260078 |
| 06/27/2001 | | Invoice=43123 | 0.40 | 134.00 | related matters. | | |
| 05/29/2001 | 0047 | WILLIAM E. COUGHLIN | 0.60 | 192.00 | Interoffice conference regarding default | 25794.04232 | 2264830 |
| 06/27/2001 | | Invoice=43123 | 0.60 | 192.00 | judgment ramifications; review motion for | | |
| | | | | | default; interoffice conference regarding same; | | |
| | | | | | draft brief in opposition regarding same; | | |
| | | | | | review entry regarding enlargement of time; | | |
| | | | | | interoffice conference regarding same. | | |
| 05/30/2001 | 0047 | WILLIAM E. COUGHLIN | 1.00 | 320.00 | Interoffice conference regarding responses to | 25794.04232 | 2264857 |
| 06/27/2001 | | Invoice=43123 | 1.00 | 320.00 | discovery; review and revise brief in | | |
| | | | | | opposition to motion for default; examination | | |
| | | | | | of docket regarding orders granting motion to | | |
| | | | | | strike. | | |
| 05/31/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review and reply to emails regarding settlement | 25794.04232 | 2264870 |
| 06/27/2001 | | Invoice=43123 | 0.30 | 96.00 | overture, discovery responses; interoffice | | |
| | | | | | conference regarding draft responses. | | |
| 05/31/2001 | 0668 | CAROLINE A SAYLOR | 2.30 | 294.40 | Preparation of Motion to Strike Interrogatories | 25794.04232 | 2263210 |
| 06/27/2001 | | Invoice=43123 | 2.30 | 294.40 | and Request for Production of Documents filed | | |
| | | | | | by CPR Prompt because CPR Prompt is no longer a | | |
| | | | | | party, due to the Court's default judgment | | |
| | | | | | against it. | | |
| 05/31/2001 | 0668 | CAROLINE A SAYLOR | 5.90 | 755.20 | Review of law regarding: whether res judicata | 25794.04232 | 2266009 |
| 08/27/2001 | | Invoice=43123 | 5.90 | 755.20 | applies to a default judgment to preclude | | |
| | | | | | relitigating in a subsequent arbitration; | | |
| | | | | | preparation of memorandum of law regarding: | | |
| | | | | | same. | | |
| 06/01/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and revise response to defendant's | 25794.04232 | 2274136 |
| 07/31/2001 | | Invoice=44244 | 0.20 | 64.00 | discovery request. | | |
| 06/04/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review and revise motion for protective order; | 25794.04232 | 2274143 |
| 07/31/2001 | | Invoice=44244 | 0.30 | 98.00 | interoffice conference regarding same, res | | |
| | | | | | judicata claims for summary judgment. | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 5/2001 | 0668 | CAROLINE A SAYLOR | 1.20 | | 153.60 Examination of law regarding whether a sole | 25794.04232 | 2273624 |
| /2001 | | Invoice=44244 | 1.20 | | 153.60 shareholder/owner of a corporation has an | | |
| | | | | | identity of interest with the corporation | | |
| | | | | | sufficient to impose res judicata on the | | |
| | | | | | individual's suit against Complient due to a | | |
| | | | | | default judgment on the suit against his | | |
| | | | | | corporation. | | |
| 06/19/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | | 32.00 Interoffice conference regarding financing, | 25794.04232 | 2281809 |
| 07/31/2001 | | Invoice=44244 | 0.10 | | 32.00 motion for summary judgment. | | |
| 08/15/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | | 34.40 Telephone conference with N. Glazer regarding | 25794.04232 | 2333999 |
| 10/05/2001 | | invoice=46415 | 0.20 | | 34.40 royalty payment to Hutchins. | | |
| 08/21/2001 | 0116 | DENISE T. BROCK | 0.10 | | 10.00 Recording and banking deposit into IOLTA acct. | 25794.04232 | 2338525 |
| 10/05/2001 | | Invoice=46415 | 0.10 | | 10.00 #235. | | |
| 08/22/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | | 51.60 Reviewed and analyzed Defendant's Motion for | 25794.04232 | 2334033 |
| 10/05/2001 | | invoice=46415 | 0.30 | | 51.60 Summary Judgment. | | |
| 09/06/2001 | 0668 | CAROLINE A SAYLOR | 1.10 | | 140.80 Preparation of Brief in Opposition to | 25794.04232 | 2348763 |
| 10/31/2001 | | invoice=47432 | 1.10 | | 140.80 Plaintiff's Motion to Dismiss. | | |
| 09/10/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | | 34.40 Telephone conference with Judge Matia's Staff | 25794.04232 | 2357280 |
| 10/31/2001 | | invoice=47432 | 0.20 | | 34.40 Attorney regarding Motion for Summary Judgment. | | |
| 10/05/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | | 32.00 Review order, questionnaire regarding 10/2 case | 25794.04232 | 2371725 |
| 11/13/2001 | | invoice=47679 | 0.10 | | 32.00 management conference. | | |
| 10/11/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | | 32.00 Interoffice conference regarding pro hac vice | 25794.04232 | 2380480 |
| 11/13/2001 | | Invoice=47679 | 0.10 | | 32.00 motion. | | |
| 10/18/2001 | 0088 | SCOTT R. WILSON | 0.60 | | 201.00 Brief review of Hutchins brief; Intraoffice | 25794.04232 | 2379051 |
| 2001 | | Invoice=47679 | 0.60 | | 201.00 conferences regarding same. | | |
| 10/31/2001 | 0619 | COLLEEN M. O'NEIL | 0.00 | | 0.00 Less 25 hrs. of C. Moore time | 25794.04232 | 2390192 |
| 10/31/2001 | | Invoice=47432 | -0.01 | -2.19 | | | |
| 10/31/2001 | 0668 | CAROLINE A SAYLOR | 0.00 | | 0.00 Less 25 hrs. of C. Moore time | 25794.04232 | 2390193 |
| 10/31/2001 | | Invoice=47432 | -0.07 | -8.97 | | | |
| 12/13/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | | 34.40 Reviewed file for background of arbitrators and | 25794.04232 | 2434334 |
| 01/18/2002 | | invoice=50422 | 0.20 | | 34.40 office conference regarding same. | | |
| 01/22/2002 | 0619 | COLLEEN M. O'NEIL | 1.10 | | 209.00 Office conference regarding correspondence from | 25794.04232 | 2466429 |
| 02/28/2002 | | Invoice=52312 | 1.10 | | 209.00 American Arbitration Association Administrator | | |
| | | | | | for purposes of scheduling preliminary hearing | | |
| | | | | | conference call and correspondence to American | | |
| | | | | | Arbitration Association Administrator regarding | | |
| | | | | | same; telephone conference with American | | |
| | | | | | Arbitration Association Administrator regarding | | |
| | | | | | status of case. | | |
| 01/22/2002 | 0679 | K. JAMES SULLIVAN | 0.90 | | 118.80 Intraoffice conference regarding applicability | 25794.04232 | 2457777 |
| 02/28/2002 | | Invoice=52312 | 0.90 | | 118.80 of doctrine of res judicata to arbitration | | |
| | | | | | proceedings; examination of law regarding same | | |
| | | | | | in Ohio. | | |
| 01/24/2002 | 0679 | K. JAMES SULLIVAN | 1.30 | | 171.60 Further examination of law regarding | 25794.04232 | 2462164 |
| 02/28/2002 | | Invoice=52312 | 1.30 | | 171.60 application of res judicata to arbitration | | |
| | | | | | proceedings. | | |
| 02/07/2002 | 0679 | K. JAMES SULLIVAN | 0.70 | | 92.40 Further examination of law regarding | 25794.04232 | 2475693 |
| 04/10/2002 | | Invoice=52834 | 0.70 | | 92.40 applicability of res judicata to arbitration | | |
| | | | | | proceedings; intraoffice conference regarding | | |
| | | | | | same. | | |
| 02/07/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | | 38.00 Conference with J. Sullivan regarding research | 25794.04232 | 2478968 |
| 04/10/2002 | | Invoice=52834 | 0.20 | | 38.00 regarding judicata effect of state court | | |
| | | | | | judgment on arbitration proceedings. | | |
| 02/19/2002 | 0619 | COLLEEN M. O'NEIL | 0.30 | | 57.00 Telephone conference with and e-mail | 25794.04232 | 2488609 |
| 04/10/2002 | | Invoice=52834 | 0.30 | | 57.00 correspondence to M. Burke regarding status of | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | claim for purposes of financing disclosures. | | |
| 2002 | 0116 | DENISE T. BROCK | 0.10 | 10.50 | Recording and banking deposit into IOLTA acct. | 25794.04232 | 2488103 |
| 04/10/2002 | | Invoice=52834 | 0.10 | 10.50 | #235. | | |
| 04/02/2002 | 0619 | COLLEEN M. O'NEIL | 1.00 | 190.00 | Telephone conference with N. Smith regarding | 25794.04232 | 2521616 |
| 05/22/2002 | | Invoice=54201 | 1.00 | 190.00 | status of arbitration and materials omitted | | |
| | | | | | from 03/29/02 notice; reviewed and analyzed | | |
| | | | | | pleadings in preparation for 04/03/02 | | |
| | | | | | preliminary hearing; telephone conference with | | |
| | | | | | S. Lindseth regarding 04/03/02 status hearing. | | |
| 04/03/2002 | 0619 | COLLEEN M. O'NEIL | 2.30 | 437.00 | Prepared for and participated in Preliminary | 25794.04232 | 2523170 |
| 05/22/2002 | | Invoice=54201 | 2.30 | 437.00 | Status telephone conference with arbitrators; | | |
| | | | | | office conference regarding same. | | |
| 04/04/2002 | 0619 | COLLEEN M. O'NEIL | 1.20 | 228.00 | Office conference regarding strategy for | 25794.04232 | 2523173 |
| 05/22/2002 | | Invoice=54201 | 1.20 | 228.00 | 04/10/02 Preliminary Status Conference and | | |
| | | | | | pursuit of claims; telephone conference with S. | | |
| | | | | | Lindseth regarding same; telephone conference | | |
| | | | | | with American Arbitration Association | | |
| | | | | | Administrator regarding whether Hutchins has | | |
| | | | | | paid fees owed to date. | | |
| 04/05/2002 | 0619 | COLLEEN M. O'NEIL | 2.10 | 399.00 | Office conference regarding strategy for | 25794.04232 | 2523186 |
| 05/22/2002 | | Invoice=54201 | 2.10 | 399.00 | 04/10/02 Status Conference; telephone | | |
| | | | | | conference with S. Lindseth and J. Lindseth | | |
| | | | | | regarding status of arbitration; office | | |
| | | | | | conference regarding construction of American | | |
| | | | | | Arbitration Association rules of procedure; | | |
| | | | | | drafted correspondence to American Arbitration | | |
| | | | | | Association arbitrators enclosing requested | | |
| | | | | | pleadings. | | |
| 2002 | 0197 | PETER J. COMODECA | 0.50 | 160.00 | Attention to arbitration brief regarding law of | 25794.04232 | 2522948 |
| 05/22/2002 | | Invoice=54201 | 0.50 | 160.00 | the case; office conferences regarding same. | | |
| 04/08/2002 | 0619 | COLLEEN M. O'NEIL | 3.80 | 722.00 | Office conference regarding communications with | 25794.04232 | 2526150 |
| 05/22/2002 | | Invoice=54201 | 3.80 | 722.00 | arbitrators; telephone conference with W. | | |
| | | | | | Coughlin and D. Pogue regarding background of | | |
| | | | | | and claims asserted in arbitration; reviewed | | |
| | | | | | and analyzed case law regarding whether | | |
| | | | | | non-parties may be compelled to arbitration and | | |
| | | | | | waiver of arbitration. | | |
| 04/10/2002 | 0619 | COLLEEN M. O'NEIL | 2.70 | 513.00 | Office conference regarding preparation for | 25794.04232 | 2537578 |
| 05/22/2002 | | Invoice=54201 | 2.70 | 513.00 | preliminary hearing conference call; telephone | | |
| | | | | | conference with Attorney G. Martinelli | | |
| | | | | | regarding preliminary hearing conference call; | | |
| | | | | | prepared for and participated in Preliminary | | |
| | | | | | Hearing conference call with arbitration panel. | | |
| 04/11/2002 | 0619 | COLLEEN M. O'NEIL | 1.60 | 304.00 | Office conference regarding strategy for Motion | 25794.04232 | 2537582 |
| 05/22/2002 | | Invoice=54201 | 1.60 | 304.00 | for Summary Judgment; telephone conference with | | |
| | | | | | S. Lindseth regarding same; intraoffice | | |
| | | | | | correspondence regarding preparation for Motion | | |
| | | | | | for Summary Judgment. | | |
| 04/11/2002 | 0197 | PETER J. COMODECA | 0.80 | 256.00 | Office conferences regarding party appointed | 25794.04232 | 2528339 |
| 05/22/2002 | | Invoice=54201 | 0.80 | 256.00 | arbitration procedure and telephone status | | |
| | | | | | conference; review Ohio law regarding | | |
| | | | | | arbitration awards. | | |
| 04/22/2002 | 0197 | PETER J. COMODECA | 0.20 | 64.00 | Prepare memo regarding consideration regarding | 25794.04232 | 2533897 |
| 05/22/2002 | | Invoice=54201 | 0.20 | 64.00 | ex parte contact with party appointed | | |
| | | | | | arbitrator. | | |
| /2002 | 0619 | COLLEEN M. O'NEIL | 3.10 | 589.00 | Reviewed and analyzed Order from arbitration | 25794.04232 | 2537596 |
| 05/22/2002 | | Invoice=54201 | 3.10 | 589.00 | panel and case manager's correspondence to | | |
| | | | | | Case Manager in response to 04/19/02 letter and | | |
| | | | | | Order; reviewed and analyzed R. Pogue's | | |
| | | | | | correspondence regarding communications with | | |
| | | | | | party-appointed arbitrator; office conference | | |
| | | | | | regarding same; intraoffice conference | | |

Billed and Unbilled Recap Of Time Detail - [25794.04232 - CPR LTD. PARTNERSHIP V. CPR PROMPT CORPORATION,]    Page 7

Client:25794 - COMPLIENT CORPORATION    /13/2005 11:12:47 AM

| Date | Initials | Name /Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | regarding results of research on res judicata | | |
| | | | | | and waiver of arbitration. | | |
| 04/23/2002 | 0619 | COLLEEN M. O'NEIL | 2.70 | 513.00 | Reviewed correspondence to American Arbitration | 25794.04232 | 2537600 |
| 05/22/2002 | | Invoice=54201 | 2.70 | 513.00 | Association Case Manager regarding Order No. 1; | | |
| | | | | | reviewed and analyzed Order No. 2 issued by | | |
| | | | | | panel; office conference regarding Order No. 2; | | |
| | | | | | drafted correspondence to American Arbitration | | |
| | | | | | Association case manager enclosing D.C. of | | |
| | | | | | Massachusettes transcript; reviewed and | | |
| | | | | | analyzed firm files for location of patent | | |
| | | | | | disclosures. | | |
| 04/23/2002 | 0188 | JEANNE E. LONGMUIR | 0.90 | 297.00 | Review of files regarding Hutchins disclosure. | 25794.04232 | 2547155 |
| 05/22/2002 | | Invoice=54201 | 0.90 | 297.00 | | | |
| 04/23/2002 | 0197 | PETER J. COMODECA | 0.50 | 160.00 | Review draft letter from Mr. Pogue regarding | 25794.04232 | 2535105 |
| 05/22/2002 | | Invoice=54201 | 0.50 | 160.00 | role of party appointed arbitrator; prepare | | |
| | | | | | memoranda regarding same. | | |
| 04/24/2002 | 0188 | JEANNE E. LONGMUIR | 0.60 | 198.00 | Review of invention disclosures with C. | 25794.04232 | 2547156 |
| 05/22/2002 | | Invoice=54201 | 0.60 | 198.00 | O'Neill. | | |
| 04/24/2002 | 0619 | COLLEEN M. O'NEIL | 2.20 | 418.00 | Drafted correspondence to arbitration panel | 25794.04232 | 2545376 |
| 05/22/2002 | | Invoice=54201 | 2.20 | 418.00 | regarding response to Order No. 2 regarding | | |
| | | | | | patent disclosures; office conference regarding | | |
| | | | | | same and regarding 04/25/02 conference call | | |
| | | | | | with panel; reviewed and analyzed transcript | | |
| | | | | | from Massachusettes 12/11/01 hearing in | | |
| | | | | | preparation for 04/25/02 conference call. | | |
| 04/25/2002 | 0619 | COLLEEN M. O'NEIL | 3.00 | 570.00 | Office conference regarding transcript from | 25794.04232 | 2545386 |
| 05/22/2002 | | Invoice=54201 | 3.00 | 570.00 | 12/11/01 Massachusettes hearing; office | | |
| | | | | | conference regarding preparation for conference | | |
| | | | | | call with arbitration panel; participated in | | |
| | | | | | conference call with arbitration panel; | | |
| | | | | | telephone conference with S. Lindseth regarding | | |
| | | | | | same. | | |
| 04/25/2002 | 0101 | BRENT D. BALLARD | 1.50 | 517.50 | Attention to litigation issues. | 25794.04232 | 2538329 |
| 05/22/2002 | | Invoice=54201 | 1.50 | 517.50 | | | |
| 04/26/2002 | 0619 | COLLEEN M. O'NEIL | 0.60 | 114.00 | Telephone conference with A. Jones, American | 25794.04232 | 2545390 |
| 05/22/2002 | | Invoice=54201 | 0.60 | 114.00 | Arbitration Association Case manager, regarding | | |
| | | | | | billing procedures for arbitration fees and | | |
| | | | | | suspension of arbitration; drafted | | |
| | | | | | correspondence to A. Jones confirming same. | | |
| 04/29/2002 | 0619 | COLLEEN M. O'NEIL | 0.30 | 57.00 | Reviewed and analyzed correspondence from R. | 25794.04232 | 2545398 |
| 05/22/2002 | | Invoice=54201 | 0.30 | 57.00 | Pogue regarding status of arbitration; reviewed | | |
| | | | | | and analyzed invoice submitted by American | | |
| | | | | | Arbitration Association and office conference | | |
| | | | | | regarding same. | | |
| 04/30/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Office conference regarding 04/29/02 | 25794.04232 | 2545406 |
| 05/22/2002 | | Invoice=54201 | 0.20 | 38.00 | correspondence from R. Pogue and invoice | | |
| | | | | | submitted by American Arbitration Association. | | |
| 05/08/2002 | 0619 | COLLEEN M. O'NEIL | 0.90 | 171.00 | Telephone conference with American Arbitration | 25794.04232 | 2550730 |
| 06/30/2002 | | Invoice=55519 | 0.90 | 171.00 | Association Case Manager regarding discrepency | | |
| | | | | | in invoices; drafted and revised correspondence | | |
| | | | | | to R. Pogue regarding R. Hussey's proposed | | |
| | | | | | revisions to W. Coughlin's 04/23/02 letter | | |
| | | | | | regarding ex parte communications with party | | |
| | | | | | arbitrator. | | |
| 2002 | 0116 | DENISE T. BROCK | 0.10 | 10.50 | Recording and banking deposit into IOLTA acct. | 25794.04232 | 2559839 |
| /2002 | | Invoice=55519 | 0.10 | 10.50 | #235. | | |
| 06/03/2002 | 0619 | COLLEEN M. O'NEIL | 0.10 | 19.00 | Reviewed and analyzed invoice received from | 25794.04232 | 2586555 |
| 07/30/2002 | | Invoice=56207 | 0.10 | 19.00 | American Arbitration Association. | | |
| 06/04/2002 | 0619 | COLLEEN M. O'NEIL | 1.50 | 285.00 | Office conference regarding strategy for | 25794.04232 | 2588759 |
| 07/30/2002 | | Invoice=56207 | 1.50 | 285.00 | seeking removal of arbitrator and recent | | |

Billed and Unbilled Recap Of Time Detail - [25794.04232 - CPR LTD. PARTNERSHIP V. CPR PROMPT CORPORATION,]          Page 8
Client:25794 - COMPLIENT CORPORATION     /13/2005 11:12:47 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | invoice; telephone conference with case manager | | |
| | | | | | regarding same; office conference regarding | | |
| | | | | | potential for removal of arbitrator; reviewed | | |
| | | | | | invoices from American Arbitration Association | | |
| | | | | | for accuracy. | | |
| 06/04/2002 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 231.00 | Intraoffice conferences regarding contact with | 25794.04232 | 2585886 |
| 07/30/2002 | | Invoice=56207 | 0.70 | 231.00 | AAA regarding corrected invoice, standards for | | |
| | | | | | disqualification, 6/30 order deliverables; | | |
| | | | | | intraoffice conference regarding JDRP adverse | | |
| | | | | | representation, contacts with S. Lindseth | | |
| | | | | | regarding same. | | |
| 06/25/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Intraoffice conference regarding AAA followup; | 25794.04232 | 2623510 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 66.00 | intraoffice conference regarding motion to | | |
| | | | | | disqualify; brief in opposition. | | |
| 06/25/2002 | 0619 | COLLEEN M. O'NEIL | 0.40 | 76.00 | Office conference regarding strategy for | 25794.04232 | 2602057 |
| 07/30/2002 | | Invoice=56207 | 0.40 | 76.00 | response to outstanding invoices; telephone | | |
| | | | | | conference with S. Lindseth regarding same and | | |
| | | | | | regarding potential for disqualification of | | |
| | | | | | arbitrator. | | |
| 06/26/2002 | 0619 | COLLEEN M. O'NEIL | 2.40 | 456.00 | Drafted correspondence to case manager | 25794.04232 | 2605774 |
| 07/30/2002 | | Invoice=56207 | 2.40 | 456.00 | regarding payment of arbitrator fees and | | |
| | | | | | grounds for disqualification of R. Sayler; | | |
| | | | | | office conference regarding same; telephone | | |
| | | | | | conference with S. Lindseth regarding same. | | |
| 06/26/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Review and revise letter to AAA; intraoffice | 25794.04232 | 2602709 |
| 07/30/2002 | | Invoice=56207 | 0.30 | 99.00 | conference regarding same. | | |
| 06/27/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Examination of law regarding non-signatory | 25794.04232 | 2602717 |
| 07/30/2002 | | Invoice=56207 | 0.30 | 99.00 | enforceability. | | |
| 06/27/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Revised and finalized correspondence to case | 25794.04232 | 2605781 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 38.00 | manager regarding payment of invoices. | | |
| 07/30/2002 | 0619 | COLLEEN M. O'NEIL | 0.50 | 95.00 | Telephone conference with R. Pogue regarding | 25794.04232 | 2628653 |
| 08/22/2002 | | Invoice=57075 | 0.50 | 95.00 | issue of whether to terminate or suspend | | |
| | | | | | arbitration; office conference regarding same. | | |
| 08/05/2002 | 0619 | COLLEEN M. O'NEIL | 0.40 | 76.00 | Reviewed and analyzed American Arbitration | 25794.04232 | 2637238 |
| 09/17/2002 | | Invoice=57953 | 0.40 | 76.00 | Association Rules for determination of effect | | |
| | | | | | of termination v. suspension; telephone | | |
| | | | | | conference with American Arbitration | | |
| | | | | | Association case manager regarding same; e-mail | | |
| | | | | | correspondence to W. Coughlin regarding same. | | |
| 08/06/2002 | 0619 | COLLEEN M. O'NEIL | 0.40 | 76.00 | Telephone conference with S. Lindseth regarding | 25794.04232 | 2637245 |
| 09/17/2002 | | Invoice=57953 | 0.40 | 76.00 | whether to request suspension or termination of | | |
| | | | | | arbitration; telephone conference with R. Pogue | | |
| | | | | | regarding same. | | |
| 09/03/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Reviewed and analyzed correspondence from D. | 25794.04232 | 2677147 |
| 10/22/2002 | | Invoice=59107 | 0.20 | 38.00 | Hutchins regarding return of royalty payment. | | |
| 09/05/2002 | 0619 | COLLEEN M. O'NEIL | 0.40 | 76.00 | Intraoffice conference regarding response to D. | 25794.04232 | 2677162 |
| 10/22/2002 | | Invoice=59107 | 0.40 | 76.00 | Hutchins request for payment of royalties; | | |
| | | | | | telephone conference with S. Lindseth regarding | | |
| | | | | | same. | | |
| 09/18/2002 | 0619 | COLLEEN M. O'NEIL | 0.70 | 133.00 | E-mail correspondence to W. Coughlin regarding | 25794.04232 | 2682438 |
| 10/22/2002 | | Invoice=59107 | 0.70 | 133.00 | status of return of royalty payments to D. | | |
| | | | | | Hutchins; conference with D. Brock regarding | | |
| | | | | | same. | | |
| /2002 | 0116 | DENISE T. BROCK | 0.50 | 52.50 | Writing and recording check on IOLTA acct. | 25794.04232 | 2669818 |
| 10/22/2002 | | Invoice=59107 | 0.50 | 52.50 | #235, including waiver and release language on | | |
| | | | | | reverse side; obtaining signature and | | |
| | | | | | delivering same. | | |
| 09/20/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Drafted, revised and finalized correspondence | 25794.04232 | 2682446 |
| 10/22/2002 | | Invoice=59107 | 0.20 | 38.00 | to D. Hutchins regarding return of royalty | | |

| Date | Initials | Name /Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|----------|----------------------|-------|--------|-------------|---------------|-------|
| | | | | | payments. | | |
| 2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Telephone conference with N. Glazer regarding | 25794.04232 | 2682449 |
| 10/22/2002 | | Invoice=59107 | 0.20 | 38.00 | status of Hutchins royalty payments. | | |
| 09/25/2002 | 0619 | COLLEEN M. O'NEIL | 0.30 | 57.00 | Intraoffice conference regarding Hutchins' | 25794.04232 | 2682461 |
| 10/22/2002 | | Invoice=59107 | 0.30 | 57.00 | response to receipt of royalty check. | | |
| 09/26/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Telephone call to D. Hutchins regarding royalty | 25794.04232 | 2682468 |
| 10/22/2002 | | Invoice=59107 | 0.20 | 38.00 | check; telephone call to S. Lindseth regarding | | |
| | | | | | same. | | |
| 09/27/2002 | 0188 | JEANNE E. LONGMUIR | 0.20 | 66.00 | Review of IDS issue regarding lung bag and face | 25794.04232 | 2684524 |
| 10/22/2002 | | Invoice=59107 | 0.20 | 66.00 | mask prior art. | | |
| 10/10/2002 | 0619 | COLLEEN M. O'NEIL | 0.50 | 95.00 | Telephone conference with D. Hutchins regarding | 25794.04232 | 2707194 |
| 11/20/2002 | | Invoice=60192 | 0.50 | 95.00 | receipt of royalty checks; inter-office | | |
| | | | | | conference regarding same; e-mail | | |
| | | | | | correspondence to N. Glazer regarding same; | | |
| | | | | | e-mail correspondence to S. Lindseth regarding | | |
| | | | | | same. | | |
| 10/16/2002 | 0619 | COLLEEN M. O'NEIL | 0.50 | 95.00 | Drafted and revised correspondence to D. | 25794.04232 | 2707221 |
| 11/20/2002 | | Invoice=60192 | 0.50 | 95.00 | Hutchins regarding communications with | | |
| | | | | | Complient; e-mail correspondence to S. Lindseth | | |
| | | | | | regarding same. | | |
| 03/19/2003 | 0619 | COLLEEN M. O'NEIL | 0.50 | 105.00 | Inter-office conference regarding American | 25794.04232 | 2843301 |
| 04/17/2003 | | Invoice=65313 | 0.50 | 105.00 | Arbitration Association invoice for | | |
| | | | | | arbitrators' actual time; telephone conference | | |
| | | | | | with N. Glazer regarding same. | | |
| 03/20/2003 | 0619 | COLLEEN M. O'NEIL | 0.20 | 42.00 | Telephone conference with N. Glazer regarding | 25794.04232 | 2843307 |
| 04/17/2003 | | Invoice=65313 | 0.20 | 42.00 | communications with American Arbitration | | |
| | | | | | Association regarding outstanding invoice. | | |
| 03/25/2003 | 0619 | COLLEEN M. O'NEIL | 0.20 | 42.00 | E-mail correspondence with N. Glazer regarding | 25794.04232 | 2843318 |
| 04/17/2003 | | Invoice=65313 | 0.20 | 42.00 | resolution of American Arbitration Association | | |
| | | | | | invoice. | | |
| 03/27/2003 | 0619 | COLLEEN M. O'NEIL | 0.50 | 105.00 | E-mail correspondence with N. Glazer regarding | 25794.04232 | 2839488 |
| 04/17/2003 | | Invoice=65313 | 0.50 | 105.00 | resolution of American Arbitration Association | | |
| | | | | | invoice; reviewed and analyzed draft | | |
| | | | | | correspondence to American Arbitration | | |
| | | | | | Association and e-mail correspondence to N. | | |
| | | | | | Glazer regarding same. | | |
| | | BILLED TOTALS:   WORK: | 102.30 | | 22,751.50 142 records | | |
| | | BILLED TOTALS:   BILL: | 102.22 | 22,740.34 | | | |
| | | GRAND TOTALS:   WORK: | 102.30 | | 22,751.50 142 records | | |
| | | GRAND TOTALS:   BILL: | 102.22 | 22,740.34 | | | |

Cost Recap Summary by Client And CostCode [25794.04232 - CPR LTD. PARTNERSHIP V. CPR PROMPT CORPORATION,]
Client:25794 - COMPLIENT CORPORATIO.    /13/2005 11:12:47 AM

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 015 | -46.00 | -46.00 | Cash Payments |
| | 215.28 | 215.28 | Database Fees |
| | 169.28 | 169.28 | |
| | | | |
| | | | |
| | 169.28 | 169.28 | |