# Complient Case No. 04-540066  EXHIBIT Q



Calfee, Halter & Griswold LLP
*Attorneys at Law*

1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

Complient Corporation
Attn: Steven Lindseth, CEO
4670 Richmond Road, Suite 300
Warrensville Hts., OH  44128

September 26, 2005

Subject: History of Account
Matter: DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.
Matter: (APPEAL) DONALD C. HUTCHINS V. JON A. LINDSETH

(25794.04237)
(25794.04258)
0101

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 7/31/2001 | 44321 | $1,712.80 | | $1,712.80 |
| 10/5/2001 | 46415 | $8,319.97 | | $10,032.77 |
| 10/31/2001 | 47432 | $20,059.87 | | $30,092.64 |
| 11/13/2001 | 47679 | $8,289.40 | | $38,382.04 |
| 11/16/2001 | 44321 | | $1,712.80 | $36,669.24 |
| 12/18/2001 | 48862 | $3,211.20 | | $39,880.44 |
| 1/18/2002 | 50422 | $3,647.20 | | $43,527.64 |
| 2/28/2002 | 52312 | $2,518.00 | | $46,045.64 |
| 3/4/2002 | 46415 | | $2,708.46 | $43,337.18 |
| 3/11/2002 | 46415 | | $5,611.51 | $37,725.67 |
| 3/25/2002 | 47432 | | $15,594.46 | $22,131.21 |
| 4/1/2002 | 47432 | | $4,465.41 | $17,665.80 |
| 4/5/2002 | 47679 | | $3,129.57 | $14,536.23 |
| 4/10/2002 | 52834 | $1,884.25 | | $16,420.48 |
| 4/29/2002 | 53492 | $544.89 | | $16,965.37 |
| 5/3/2002 | 47679 | | $5,159.83 | $11,805.54 |
| 5/13/2002 | 48862 | | $3,211.20 | $8,594.34 |
| 5/20/2002 | 50422 | | $3,647.20 | $4,947.14 |
| 5/22/2002 | 54201 | $8,082.78 | | $13,029.92 |
| 6/30/2002 | 55519 | $10,084.00 | | $23,113.92 |
| 7/8/2002 | 52312 | | $2,518.00 | $20,595.92 |

Calfee, Halter & Griswold LLP

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 7/30/2005 | 56207 | $2,653.00 | | $23,248.92 |
| 8/9/2002 | 52834 | | $1,884.25 | $21,364.67 |
| 8/22/2002 | 57075 | $520.00 | | $21,884.67 |
| 9/3/2002 | 53492 | | $544.89 | $21,339.78 |
| 9/17/2002 | 57953 | $487.00 | | $21,826.78 |
| 9/19/2002 | 54201 | | $8,082.78 | $13,744.00 |
| 10/22/2002 | 59107 | $396.00 | | $14,140.00 |
| 10/28/2002 | 55519 | | $10,084.00 | $4,056.00 |
| 11/20/2002 | 60192 | $99.00 | | $4,155.00 |
| 12/16/2002 | 56207 | | $2,653.00 | $1,502.00 |
| 12/24/2002 | 57075 | | $520.00 | $982.00 |
| 2/10/2003 | 57953 | | $487.00 | $495.00 |
| 3/7/2003 | 59107 | | $396.00 | $99.00 |
| 3/21/2003 | 60192 | | $99.00 | $0.00 |
| 4/17/2003 | 65313 | $34.00 | | $34.00 |
| 9/26/2003 | 65313 | | $34.00 | $0.00 |
| 10/12/2004 | 83462 | $768.70 | | $768.70 |
| 11/29/2004 | 83462 | | $768.70 | $0.00 |
| Total | | $73,312.06 | $73,312.06 | |

TOTAL HOURS BILLED:                370.96

TOTAL AMOUNT DUE:                  **$0.00**



Calfee, Halter & Griswold LLP
*Attorneys at Law*

1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
216.622.8200 Phone
216.241.0816 Fax
*www.calfee.com*

Complient Corporation
Attn: Steven Lindseth, CEO
4670 Richmond Road, Suite 300
Warrensville Hts., OH  44128

September 23, 2005

Subject: History of Account
Matter: DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.

(25794.04237)
0101

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 7/31/2001 | 44321 | $1,712.80 | | $1,712.80 |
| 10/5/2001 | 46415 | $8,319.97 | | $10,032.77 |
| 10/31/2001 | 47432 | $20,059.87 | | $30,092.64 |
| 11/13/2001 | 47679 | $8,289.40 | | $38,382.04 |
| 11/16/2001 | 44321 | | $1,712.80 | $36,669.24 |
| 12/18/2001 | 48862 | $3,211.20 | | $39,880.44 |
| 1/18/2002 | 50422 | $3,647.20 | | $43,527.64 |
| 2/28/2002 | 52312 | $2,518.00 | | $46,045.64 |
| 3/4/2002 | 46415 | | $2,708.46 | $43,337.18 |
| 3/11/2002 | 46415 | | $5,611.51 | $37,725.67 |
| 3/25/2002 | 47432 | | $15,594.46 | $22,131.21 |
| 4/1/2002 | 47432 | | $4,465.41 | $17,665.80 |
| 4/5/2002 | 47679 | | $3,129.57 | $14,536.23 |
| 4/10/2002 | 52834 | $1,884.25 | | $16,420.48 |
| 4/29/2002 | 53492 | $544.89 | | $16,965.37 |
| 5/3/2002 | 47679 | | $5,159.83 | $11,805.54 |
| 5/13/2002 | 48862 | | $3,211.20 | $8,594.34 |
| 5/20/2002 | 50422 | | $3,647.20 | $4,947.14 |
| 5/22/2002 | 54201 | $7,721.78 | | $12,668.92 |
| 6/30/2002 | 55519 | $2,921.00 | | $15,589.92 |
| 7/8/2002 | 52312 | | $2,518.00 | $13,071.92 |
| 8/9/2002 | 52834 | | $1,884.25 | $11,187.67 |
| 8/22/2002 | 57075 | $330.00 | | $11,517.67 |

Calfee, Halter & Griswold LLP

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 9/3/2002 | 53492 | | $544.89 | $10,972.78 |
| 9/17/2002 | 57953 | $449.00 | | $11,421.78 |
| 9/19/2002 | 54201 | | $7,721.78 | $3,700.00 |
| 10/22/2002 | 59107 | $396.00 | | $4,096.00 |
| 10/28/2002 | 55519 | | $2,921.00 | $1,175.00 |
| 11/20/2002 | 60192 | $99.00 | | $1,274.00 |
| 12/24/2002 | 57075 | | $330.00 | $944.00 |
| 2/10/2003 | 57953 | | $449.00 | $495.00 |
| 3/7/2003 | 59107 | | $396.00 | $99.00 |
| 3/21/2003 | 60192 | | $99.00 | $0.00 |
| 4/17/2003 | 65313 | $34.00 | | $34.00 |
| 9/26/2003 | 65313 | | $34.00 | $0.00 |
| 10/12/2004 | 83462 | $768.70 | | $768.70 |
| 11/29/2004 | 83462 | | $768.70 | $0.00 |
| Total | | $62,907.06 | $62,907.06 | |

TOTAL AMOUNT DUE: **$0.00**



Ledger History - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]  Page 1
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:07:26 AM

| Type | Invoice | Document | Credit Note | Date | Fees | Costs/Other | Unalloc Credits | Total |
|---|---|---|---|---|---|---|---|---|
| BILL | 44321 | | | 07/31/2001 | 1,712.80 | 0.00 | 0.00 | 1,712.80 |
| | 46415 | | | 10/05/2001 | 7,482.50 | 837.47 | 0.00 | 8,319.97 |
| BILL | 47432 | | | 10/31/2001 | 19,297.21 | 762.66 | 0.00 | 20,059.87 |
| BILL | 47679 | | | 11/13/2001 | 8,289.40 | 0.00 | 0.00 | 8,289.40 |
| PAY | 44321 | 39971 | | 11/16/2001 | -1,712.80 | 0.00 | 0.00 | -1,712.80 |
| BILL | 48862 | | | 12/18/2001 | 2,205.20 | 1,006.00 | 0.00 | 3,211.20 |
| BILL | 50422 | | | 01/18/2002 | 3,647.20 | 0.00 | 0.00 | 3,647.20 |
| BILL | 52312 | | | 02/28/2002 | 2,518.00 | 0.00 | 0.00 | 2,518.00 |
| PAY | 46415 | 42093 | | 03/04/2002 | -1,870.99 | -837.47 | 0.00 | -2,708.46 |
| PAY | 46415 | 042279 | | 03/11/2002 | -5,611.51 | 0.00 | 0.00 | -5,611.51 |
| PAY | 47432 | 42573 | | 03/25/2002 | -14,831.80 | -762.66 | 0.00 | -15,594.46 |
| PAY | 47432 | 42637 | | 04/01/2002 | -4,465.41 | 0.00 | 0.00 | -4,465.41 |
| PAY | 47679 | 42800 | | 04/05/2002 | -3,129.57 | 0.00 | 0.00 | -3,129.57 |
| BILL | 52834 | | | 04/10/2002 | 1,862.60 | 21.65 | 0.00 | 1,884.25 |
| BILL | 53492 | | | 04/29/2002 | 401.00 | 143.89 | 0.00 | 544.89 |
| PAY | 47679 | 43310 | | 05/03/2002 | -5,159.83 | 0.00 | 0.00 | -5,159.83 |
| PAY | 48862 | 43463 | | 05/13/2002 | -2,205.20 | -1,006.00 | 0.00 | -3,211.20 |
| PAY | 50422 | 43564 | | 05/20/2002 | -3,647.20 | 0.00 | 0.00 | -3,647.20 |
| BILL | 54201 | | | 05/22/2002 | 7,686.60 | 35.18 | 0.00 | 7,721.78 |
| BILL | 55519 | | | 06/30/2002 | 2,821.00 | 100.00 | 0.00 | 2,921.00 |
| PAY | 52312 | 44402 | | 07/08/2002 | -2,518.00 | 0.00 | 0.00 | -2,518.00 |
| PAY | 52834 | 45113 | | 08/09/2002 | -1,862.60 | -21.65 | 0.00 | -1,884.25 |
| BILL | 57075 | | | 08/22/2002 | 330.00 | 0.00 | 0.00 | 330.00 |
| PAY | 53492 | 45428 | | 09/03/2002 | -401.00 | -143.89 | 0.00 | -544.89 |
| BILL | 57953 | | | 09/17/2002 | 449.00 | 0.00 | 0.00 | 449.00 |
| PAY | 54201 | 45777 | | 09/19/2002 | -7,686.60 | -35.18 | 0.00 | -7,721.78 |
| | 59107 | | | 10/22/2002 | 396.00 | 0.00 | 0.00 | 396.00 |
| | 55519 | 46652 | | 10/28/2002 | -2,821.00 | -100.00 | 0.00 | -2,921.00 |
| BILL | 60192 | | | 11/20/2002 | 99.00 | 0.00 | 0.00 | 99.00 |
| PAY | 57075 | 47708 | | 12/24/2002 | -330.00 | 0.00 | 0.00 | -330.00 |
| PAY | 57953 | 48477 | | 02/10/2003 | -449.00 | 0.00 | 0.00 | -449.00 |
| PAY | 59107 | 48959 | | 03/07/2003 | -396.00 | 0.00 | 0.00 | -396.00 |
| PAY | 60192 | 49289 | | 03/21/2003 | -99.00 | 0.00 | 0.00 | -99.00 |
| BILL | 65313 | | | 04/17/2003 | 34.00 | 0.00 | 0.00 | 34.00 |
| PAY | 65313 | 052161 | | 09/26/2003 | -34.00 | 0.00 | 0.00 | -34.00 |
| BILL | 83462 | | | 10/12/2004 | 762.50 | 6.20 | 0.00 | 768.70 |
| PAY | 83462 | 1156 | | 11/29/2004 | -762.50 | -6.20 | 0.00 | -768.70 |
| GRAND TOTAL | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

Time Recap Summary by Client And Timekeeper [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]   Page 1
Client:25794 - COMPLIENT CORPORATION   9/13/2005 11:07:26 AM

| Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description |
|---|---:|---:|---:|---:|---|
| 0047 | 48.80 | 15989.00 | 48.67 | 15948.21 | WILLIAM E. COUGHLIN |
|  | 1.00 | 385.00 | 1.00 | 385.00 | SCOTT R. WILSON |
| 0101 | 2.40 | 810.00 | 1.97 | 670.43 | BRENT D. BALLARD |
| 0550 | 78.50 | 12324.50 | 57.29 | 8995.02 | CRAIG L. MOORE |
| 0619 | 165.80 | 28861.20 | 158.64 | 27628.75 | COLLEEN M. O'NEIL |
| 0668 | 18.50 | 2368.00 | 17.32 | 2217.05 | CAROLINE A SAYLOR |
| 0679 | 21.80 | 2750.60 | 21.00 | 2652.61 | K. JAMES SULLIVAN |
| 0793 | 9.60 | 1171.20 | 8.57 | 1045.27 | SCOTT B. LEPENE |
| 0794 | 4.70 | 573.40 | 3.70 | 451.67 | LAURA C. MCBRIDE |
|  | 351.10 | 65232.90 | 318.16 | 59994.01 |  |
|  | 351.10 | 65232.90 | 318.16 | 59994.01 |  |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]    Page 1
Client:25794 - COMPLIENT CORPORATION    13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 07/12/2001 | 0619 | COLLEEN M. O'NEIL | 0.60 | 103.20 | Telephone conference with C. Crowley regarding | 25794.04237 | 2306174 |
| 07/__/2001 | | Invoice=44321 | 0.60 | 103.20 | JP Morgan and joint defense; reviewed and | | |
| | | | | | analyzed memo of G. Appell on waiver of service | | |
| | | | | | issue; telephone conference with D. Friedlander | | |
| | | | | | of National City Bank regarding status of case. | | |
| 07/16/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Telephone conference with J. Lindseth regarding | 25794.04237 | 2306187 |
| 07/31/2001 | | Invoice=44321 | 0.40 | 68.80 | status of case; telephone call to counsel for | | |
| | | | | | Medtronic regarding status of decision on joint | | |
| | | | | | defense agreement. | | |
| 07/17/2001 | 0619 | COLLEEN M. O'NEIL | 2.00 | 344.00 | Drafted Engagement and Waiver of Conflict | 25794.04237 | 2306196 |
| 07/31/2001 | | Invoice=44321 | 2.00 | 344.00 | letter; telephone conference with J. Egan | | |
| | | | | | regarding service as local counsel; conference | | |
| | | | | | with W. Coughlin regarding status of case; | | |
| | | | | | telephone conference with Medtronic's counsel | | |
| | | | | | regarding same; e-mail correspondence to all | | |
| | | | | | Defendants regarding return of waiver of | | |
| | | | | | service. | | |
| 07/16/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Revised engagement letter. | 25794.04237 | 2306205 |
| 07/31/2001 | | Invoice=44321 | 0.20 | 34.40 | | | |
| 07/23/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Revised and finalized waiver of conflict | 25794.04237 | 2313532 |
| 07/31/2001 | | Invoice=44321 | 0.40 | 68.80 | letter. | | |
| 07/24/2001 | 0619 | COLLEEN M. O'NEIL | 0.10 | 17.20 | Telephone conference with counsel for National | 25794.04237 | 2313538 |
| 07/31/2001 | | Invoice=44321 | 0.10 | 17.20 | City Bank regarding status of case. | | |
| 07/30/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Conference with S. Lepene and L. McBride | 25794.04237 | 2315723 |
| 07/31/2001 | | Invoice=44321 | 0.30 | 51.60 | regarding research necessary for Motion to | | |
| | | | | | Dismiss. | | |
| 07/__/2001 | 0793 | SCOTT B. LEPENE | 0.30 | 36.60 | Met with Colleen O'Neil to discuss my research | 25794.04237 | 2314648 |
| __/__/2001 | | Invoice=44321 | 0.30 | 36.60 | assignment. | | |
| 07/30/2001 | 0793 | SCOTT B. LEPENE | 1.00 | 122.00 | Lexis research for Complient Corporation. | 25794.04237 | 2314649 |
| 07/31/2001 | | Invoice=44321 | 1.00 | 122.00 | | | |
| 07/31/2001 | 0793 | SCOTT B. LEPENE | 2.30 | 280.60 | Lexis research for Complient Corporation. | 25794.04237 | 2314650 |
| 07/31/2001 | | Invoice=44321 | 2.30 | 280.60 | | | |
| 07/31/2001 | 0794 | LAURA C. MCBRIDE | 1.80 | 219.60 | Examination of law regarding motion to dismiss | 25794.04237 | 2314656 |
| 07/31/2001 | | Invoice=44321 | 1.80 | 219.60 | and RICO statute claims in 1st Circuit. | | |
| 07/31/2001 | 0793 | SCOTT B. LEPENE | 3.00 | 366.00 | Reviewed research and read through cases found | 25794.04237 | 2314651 |
| 07/31/2001 | | Invoice=44321 | 3.00 | 366.00 | during research session. | | |
| 08/01/2001 | 0793 | SCOTT B. LEPENE | 1.40 | 170.80 | Lexis research on Motion to Dismiss for | 25794.04237 | 2322047 |
| 10/05/2001 | | Invoice=46415 | 1.40 | 170.80 | improper venue in the First Circuit Court of | | |
| | | | | | Appeals. | | |
| 08/01/2001 | 0793 | SCOTT B. LEPENE | 1.60 | 195.20 | Reviewing Lexis search results regarding Motion | 25794.04237 | 2322048 |
| 10/05/2001 | | Invoice=46415 | 1.60 | 195.20 | to Dismiss for improper venue. | | |
| 08/01/2001 | 0794 | LAURA C. MCBRIDE | 2.90 | 353.80 | Examination of law regarding RICO claims and | 25794.04237 | 2322056 |
| 10/05/2001 | | Invoice=46415 | 2.90 | 353.80 | motions to dismiss in 1st Circuit and Mass. | | |
| | | | | | Dist. Court. | | |
| 08/01/2001 | 0550 | CRAIG L. MOORE | 2.90 | 455.30 | Intraoffice conference with C. O'Neil regarding | 25794.04237 | 2326607 |
| 10/05/2001 | | Invoice=46415 | 2.90 | 455.30 | claims in action; review of Complaint in | | |
| | | | | | federal case. | | |
| 08/02/2001 | 0550 | CRAIG L. MOORE | 6.70 | 1,051.90 | Review of Complaint and pleadings in cases; | 25794.04237 | 2326614 |
| 10/05/2001 | | Invoice=46415 | 6.70 | 1,051.90 | examination of the law regarding RICO; | | |
| | | | | | intraoffice conference with C. O'Neil regarding | | |
| | | | | | claims and arguments. | | |
| 08/02/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Conference with C. Moore regarding Motion to | 25794.04237 | 2321592 |
| 10/05/2001 | | Invoice=46415 | 0.50 | 86.00 | Dismiss; conference with B. Ballard regarding | | |
| | | | | | status of case. | | |
| 08/03/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Telephone conference with in-house counsel for | 25794.04237 | 2325619 |
| 10/05/2001 | | Invoice=46415 | 0.30 | 51.60 | JP Morgan regarding status of case. | | |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]    Page 2
Client:25794 - COMPLIENT CORPORATION    13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| ../2001 | 0550 | CRAIG L. MOORE | 6.50 | 1,020.50 | Examination of the law regarding personal | 25794.04237 | 2328132 |
| ..001 | | Invoice=46415 | 6.50 | 1,020.50 | jurisdiction and the application of the | | |
| | | | | | fiduciary shield doctrine. | | |
| 08/10/2001 | 0550 | CRAIG L. MOORE | 6.10 | 957.70 | Continued attention to Motion to Dismiss; | 25794.04237 | 2328137 |
| 10/05/2001 | | Invoice=46415 | 6.10 | 957.70 | examination of the law regarding personal | | |
| | | | | | jurisdiction in RICO action under 18 U.S.C. | | |
| | | | | | Section 1965. | | |
| 08/12/2001 | 0550 | CRAIG L. MOORE | 5.10 | 800.70 | Continued preparation of Motion to Dismiss RICO | 25794.04237 | 2333887 |
| 10/05/2001 | | Invoice=46415 | 5.10 | 800.70 | claims. | | |
| 08/13/2001 | 0550 | CRAIG L. MOORE | 7.10 | 1,114.70 | Continued attention to preparation of 12(b)(6) | 25794.04237 | 2333889 |
| 10/05/2001 | | Invoice=46415 | 7.10 | 1,114.70 | Motion to Dismiss RICO claim brought by D. | | |
| | | | | | Hutchins. | | |
| 08/14/2001 | 0619 | COLLEEN M. O'NEIL | 0.10 | 17.20 | Conference with C. Moore regarding status of | 25794.04237 | 2333991 |
| 10/05/2001 | | Invoice=46415 | 0.10 | 17.20 | Motion to Dismiss. | | |
| 08/14/2001 | 0550 | CRAIG L. MOORE | 6.70 | 1,051.90 | Continued examination of the law regarding RICO | 25794.04237 | 2333890 |
| 10/05/2001 | | Invoice=46415 | 6.70 | 1,051.90 | defenses for preparation of Motion to Dismiss | | |
| | | | | | and _____ | | |
| 08/15/2001 | 0550 | CRAIG L. MOORE | 3.20 | 502.40 | Continued preparation of Motion to Dismiss | 25794.04237 | 2333895 |
| 10/05/2001 | | Invoice=46415 | 3.20 | 502.40 | based on Rules 12(b)(6) and 12(b)(2). | | |
| 08/15/2001 | 0619 | COLLEEN M. O'NEIL | 0.80 | 137.60 | Telephone call to local counsel regarding | 25794.04237 | 2333998 |
| 10/05/2001 | | Invoice=46415 | 0.80 | 137.60 | status of case; conference with W. Coughlin | | |
| | | | | | regarding same. | | |
| 08/20/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Telephone conference with Medtronic's counsel | 25794.04237 | 2334015 |
| 10/05/2001 | | Invoice=46415 | 0.20 | 34.40 | regarding status of case. | | |
| ../2001 | 0619 | COLLEEN M. O'NEIL | 0.80 | 137.60 | Telephone call to Plaintiff regarding waiver of | 25794.04237 | 2334020 |
| ../2001 | | Invoice=46415 | 0.80 | 137.60 | service; telephone conference with local | | |
| | | | | | counsel regarding extension of answer date and | | |
| | | | | | preparation of pro hac vice motion. | | |
| 08/21/2001 | 0101 | BRENT D. BALLARD | 1.10 | 357.50 | Attention to Hutchins and California litigation | 25794.04237 | 2334926 |
| 10/05/2001 | | Invoice=46415 | 1.10 | 357.50 | with Ms. O'Neill. | | |
| 08/22/2001 | 0550 | CRAIG L. MOORE | 0.20 | 31.40 | Intraoffice conference with C. O'Neil regarding | 25794.04237 | 2337243 |
| 10/05/2001 | | Invoice=46415 | 0.20 | 31.40 | Motion for Enlargement of Time to respond to | | |
| | | | | | Complaint. | | |
| 08/22/2001 | 0619 | COLLEEN M. O'NEIL | 2.30 | 395.60 | Telephone conference with Plaintiff regarding | 25794.04237 | 2334025 |
| 10/05/2001 | | Invoice=46415 | 2.30 | 395.60 | request for Stipulation of Extension of Time to | | |
| | | | | | Answer; telephone conference with Magistrate | | |
| | | | | | Neiman's Judicial Staff Attorney regarding | | |
| | | | | | same; drafted Motion for Extension of Time; | | |
| | | | | | e-mail to all Defendants regarding same; e-mail | | |
| | | | | | to local counsel regarding same. | | |
| 08/27/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Telephone conference with local counsel | 25794.04237 | 2339150 |
| 10/05/2001 | | Invoice=46415 | 0.50 | 86.00 | regarding status of Motion for Extension of | | |
| | | | | | Time; telephone conference with J. Lindseth | | |
| | | | | | regarding status of case. | | |
| 08/27/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Telephone conference with N. Smith of American | 25794.04237 | 2339155 |
| 10/05/2001 | | Invoice=46415 | 0.30 | 51.60 | Arbitration Association regarding status of | | |
| | | | | | case. | | |
| 08/28/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | Telephone conference with Medtronic's counsel | 25794.04237 | 2345062 |
| 10/05/2001 | | Invoice=46415 | 0.20 | 34.40 | regarding status of case. | | |
| ..2001 | 0619 | COLLEEN M. O'NEIL | 1.30 | 223.60 | Conference with C. Moore regarding status of | 25794.04237 | 2345074 |
| ..2001 | | Invoice=46415 | 1.30 | 223.60 | Motion to Dismiss; telephone conference with | | |
| | | | | | Medtronic's counsel regarding status of case. | | |
| 08/29/2001 | 0550 | CRAIG L. MOORE | 6.10 | 957.70 | Continued preparation of Motion to Dismiss | 25794.04237 | 2344506 |
| 10/05/2001 | | Invoice=46415 | 6.10 | 957.70 | under Fed.R.Civ. P. 12(b)(2) and 12(b)(6); | | |
| | | | | | examination of the law regarding same; | | |
| | | | | | intraoffice conference with C. O'Neil regarding | | |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]  Page 3
Client:25794 - COMPLIENT CORPORATION    13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | same. | | |
| 2001 | 0550 | CRAIG L. MOORE | 3.20 | 502.40 | Continued attention to drafting and research | 25794.04237 | 2344512 |
| /2001 | | Invoice=46415 | 3.20 | 502.40 | relating to motion to dismiss under Fed.R.Civ. | | |
| | | | | | 12(b)92) and 12(b)(6). | | |
| 08/31/2001 | 0550 | CRAIG L. MOORE | 4.00 | 628.00 | Continued attention to preparation of Motion to | 25794.04237 | 2344516 |
| 10/05/2001 | | Invoice=46415 | 4.00 | 628.00 | Dismiss Complaint. | | |
| 09/04/2001 | 0550 | CRAIG L. MOORE | 5.70 | 894.90 | Continued preparation of Motion to Dismiss | 25794.04237 | 2360810 |
| 10/31/2001 | | Invoice=47432 | 5.70 | 894.90 | based on lack of personal jurisdiction and | | |
| | | | | | RICO. Review of case law regarding | | |
| | | | | | requirements for RICO predicate acts. | | |
| 09/04/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Telephone conference with National City Bank's | 25794.04237 | 2346833 |
| 10/31/2001 | | Invoice=47432 | 0.50 | 86.00 | counsel regarding Motion for Default; e-mail | | |
| | | | | | correspondence to all Defendants regarding | | |
| | | | | | same; telephone conference with local counsel | | |
| | | | | | regarding strategy for response. | | |
| 09/05/2001 | 0619 | COLLEEN M. O'NEIL | 1.60 | 275.20 | Telephone conference with Medtronic's counsel | 25794.04237 | 2357259 |
| 10/31/2001 | | Invoice=47432 | 1.60 | 275.20 | regarding Motion for Default Judgment; drafted | | |
| | | | | | correspondence to Plaintiff regarding service; | | |
| | | | | | conference with C. Saylor regarding Brief in | | |
| | | | | | Opposition to Motion for Default Judgment; | | |
| | | | | | reviewed and analyzed Motion for Default | | |
| | | | | | Judgment; drafted correspondence to Defendants | | |
| | | | | | regarding Motion for Extension. | | |
| 09/05/2001 | 0550 | CRAIG L. MOORE | 3.00 | 471.00 | Continued attention to Rule 12(b)(6) Motion to | 25794.04237 | 2360811 |
| 10/31/2001 | | Invoice=47432 | 3.00 | 471.00 | Dismiss regarding Mass. long arm statute; | | |
| | | | | | intraoffice conference regarding same. | | |
| 09/06/2001 | 0619 | COLLEEN M. O'NEIL | 2.00 | 344.00 | Telephone conference (x2) with Medtronic's | 25794.04237 | 2357269 |
| 2001 | | Invoice=47432 | 2.00 | 344.00 | counsel regarding status of case; conference | | |
| | | | | | with W. Coughlin regarding status of case; | | |
| | | | | | finalized correspondence to all Defendants | | |
| | | | | | regarding Motion for Enlargement of Time; | | |
| | | | | | drafted Memorandum in Opposition to Plaintiff's | | |
| | | | | | Motion for Protective Order. | | |
| 09/08/2001 | 0619 | COLLEEN M. O'NEIL | 2.00 | 344.00 | Drafted Memorandum in Opposition to Motion for | 25794.04237 | 2357273 |
| 10/31/2001 | | Invoice=47432 | 2.00 | 344.00 | Protective Order and revised Memorandum in | | |
| | | | | | Opposition to Plaintiff's Motion for Default | | |
| | | | | | Judgment. | | |
| 09/09/2001 | 0619 | COLLEEN M. O'NEIL | 2.20 | 378.40 | Revised Motion to Dismiss for Lack of Personal | 25794.04237 | 2357274 |
| 10/31/2001 | | Invoice=47432 | 2.20 | 378.40 | Jurisdiction; reviewed and analyzed | | |
| | | | | | Massachusettes case law regarding Motions to | | |
| | | | | | Dismiss for lack of Personal Jurisdiction. | | |
| 09/09/2001 | 0550 | CRAIG L. MOORE | 4.70 | 737.90 | Continued preparation to Rule 12(b)(6) Motion | 25794.04237 | 2360823 |
| 10/31/2001 | | Invoice=47432 | 4.70 | 737.90 | to Dismiss RICO claims, examination of law | | |
| | | | | | regarding copyright infringement, extortion, | | |
| | | | | | obstruction of justice as potential predicate | | |
| | | | | | acts, examination of the law regarding | | |
| | | | | | requirements for 18 U.S.C. Section 1962(a)(b) | | |
| | | | | | and (c). | | |
| 09/10/2001 | 0550 | CRAIG L. MOORE | 1.60 | 251.20 | Continued preparation of draft Rule 12(b)(6) | 25794.04237 | 2360824 |
| 10/31/2001 | | Invoice=47432 | 1.60 | 251.20 | Motion to Dismiss RICO claims; intraoffice | | |
| | | | | | conference regarding same; examination of the | | |
| | | | | | law regarding RICO standing. | | |
| 09/10/2001 | 0619 | COLLEEN M. O'NEIL | 5.60 | 963.20 | Telephone conference (x3) with J. Lindseth | 25794.04237 | 2357276 |
| 10/31/2001 | | Invoice=47432 | 5.60 | 963.20 | regarding status of case; revised Memorandum in | | |
| | | | | | Opposition for Default Judgment; revised | | |
| | | | | | Memorandum in Opposition to Plaintiff's Motion | | |
| | | | | | for Protective Order; revised Motion to | | |
| | | | | | Dismiss; telephone conference with local | | |
| | | | | | counsel regarding status of case. | | |
| 09/11/2001 | 0619 | COLLEEN M. O'NEIL | 0.80 | 137.60 | Revised Memorandum in Opposition to Motion for | 25794.04237 | 2357281 |
| 10/31/2001 | | Invoice=47432 | 0.80 | 137.60 | Default Judgment; telephone conference with S. | | |

Case 3:04-cv-30126-MAP   Document 190-4   Filed 08/02/2006   Page 13 of 18

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]   Page 4
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | Rothman of Primus regarding status of case. | | |
| 2001 10/31/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47432 | 3.20 3.20 | 550.40 550.40 | Drafted and revised Memorandum in Opposition to Plaintiff's Motion for Protective Order; prepared exhibits for attachment to 9/14 filings to forward to local counsel. | 25794.04237 | 2357284 |
| 09/12/2001 10/31/2001 | 0101 | BRENT D. BALLARD Invoice=47432 | 0.80 0.80 | 260.00 260.00 | Review of Hutchins litigation matter with Mr. Jon Lindseth and review of alternatives regarding same. | 25794.04237 | 2352031 |
| 09/13/2001 10/31/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47432 | 1.20 1.20 | 206.40 206.40 | Revised Memorandum in Opposition to Motion for Protective Order. | 25794.04237 | 2357289 |
| 09/13/2001 10/31/2001 | 0679 | K. JAMES SULLIVAN Invoice=47432 | 1.30 1.30 | 158.60 158.60 | Intraoffice conference regarding applicability of 28 U.S.C. Section 1927 to pro se litigants; examination of law regarding same. | 25794.04237 | 2353823 |
| 09/14/2001 10/31/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47432 | 3.60 3.60 | 619.20 619.20 | Drafted Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue; e-mail correspondence to all Defendants regarding same. | 25794.04237 | 2357296 |
| 09/17/2001 10/31/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47432 | 6.60 6.60 | 1,135.20 1,135.20 | Drafted and revised Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(3). | 25794.04237 | 2357299 |
| 09/17/2001 10/31/2001 | 0679 | K. JAMES SULLIVAN Invoice=47432 | 3.20 3.20 | 390.40 390.40 | Further examination of law regarding applicability of 28 U.S.C. 1927 to pro se litigants; preparation of memo regarding same. | 25794.04237 | 2354618 |
| 09/18/2001 10/31/2001 | 0679 | K. JAMES SULLIVAN Invoice=47432 | 0.50 0.50 | 61.00 61.00 | Intraoffice conference regarding applicability of 28 U.S.C. 1927 to pro so litigants; review of files to prepare 1927 motion. | 25794.04237 | 2355325 |
| 2001 /2001 | 0619 | COLLEEN M. O'NEIL Invoice=47432 | 5.90 5.90 | 1,014.80 1,014.80 | Drafted and revised Motions to Dismiss and affidavits for Defendants. | 25794.04237 | 2357303 |
| 09/19/2001 10/31/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47432 | 9.30 9.30 | 1,599.60 1,599.60 | Drafted and revised Motions to Dismiss and Affidavits for same; conference with C. Moore regarding same; conference with W. Coughlin regarding same; e-mail correspondence with local counsel regarding summary judgment deadline. | 25794.04237 | 2357309 |
| 09/19/2001 10/31/2001 | 0679 | K. JAMES SULLIVAN Invoice=47432 | 3.90 3.90 | 475.80 475.80 | Further examination of law regarding a court's inherent power to impose sanctions; preparation of motion regarding sanctions for bad faith. | 25794.04237 | 2357514 |
| 09/20/2001 10/31/2001 | 0668 | CAROLINE A SAYLOR Invoice=47432 | 2.30 2.30 | 294.40 294.40 | Review of 1st Circuit and Massachusetts State Case law regarding: disqualification of attorney as witness in preparation of drafting Brief in Opposition to Plaintiff's Motion for Disqualification. | 25794.04237 | 2356026 |
| 09/20/2001 10/31/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47432 | 7.60 7.60 | 1,307.20 1,307.20 | Drafted and revised Motions to Dismiss and affidavits in support of same; conference with W. Coughlin regarding same. | 25794.04237 | 2360919 |
| 09/20/2001 10/31/2001 | 0550 | CRAIG L. MOORE Invoice=47432 | 5.70 5.70 | 894.90 894.90 | Intraoffice conference regarding Motion to Dismiss RICO claims; preparation of revised draft regarding same based upon claim/issue preclusion, lack of standing, lack of pattern of racketeering activity. | 25794.04237 | 2360851 |
| 09/21/2001 10/31/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47432 | 3.00 3.00 | 516.00 516.00 | Revised Motions to Dismiss. | 25794.04237 | 2360923 |
| 2001 10/31/2001 | 0668 | CAROLINE A SAYLOR Invoice=47432 | 1.70 1.70 | 217.60 217.60 | Examination of law regarding disqualification of an attorney who may be called as a witness, under 1st Circuit and/or Massachusetts law, in preparation of drafting Brief in Opposition to Motion to Disqualify | 25794.04237 | 2358881 |
| 09/21/2001 | 0679 | K. JAMES SULLIVAN | 3.20 | 390.40 | Further preparation of motion for sanctions | 25794.04237 | 2357520 |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]   Page 5
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 10/31/2001 | | Invoice=47432 | 3.20 | 390.40 | against Plaintiff's bad faith under 28 U.S.C. | | |
| | | | | | 1927 and the court's inherent authority. | | |
| 09/23/2001 | 0668 | CAROLINE A SAYLOR | 1.60 | 204.80 | Examination of law regarding whether an | 25794.04237 | 2360019 |
| 10/31/2001 | | Invoice=47432 | 1.60 | 204.80 | attorney must be disqualified when he will | | |
| | | | | | appear as a witness, under Massachusetts law. | | |
| 09/24/2001 | 0668 | CAROLINE A SAYLOR | 4.90 | 627.20 | Preparation of outline for Brief in Opposition | 25794.04237 | 2358885 |
| 10/31/2001 | | Invoice=47432 | 4.90 | 627.20 | to Plaintiff's Motion to Disqualify; drafting | | |
| | | | | | of Brief | | |
| 09/24/2001 | 0679 | K. JAMES SULLIVAN | 0.50 | 61.00 | Complete initial draft of Motion for Sanctions | 25794.04237 | 2361708 |
| 10/31/2001 | | Invoice=47432 | 0.50 | 61.00 | against Plaintiff's Bad Faith under 28 U.S.C. | | |
| | | | | | 1927 and the Court's inherent power. | | |
| 09/24/2001 | 0619 | COLLEEN M. O'NEIL | 6.80 | 1,169.60 | Revised Motions to Dismiss and prepared | 25794.04237 | 2360925 |
| 10/31/2001 | | Invoice=47432 | 6.80 | 1,169.60 | exhibits for attachment to same. | | |
| 09/24/2001 | 0047 | WILLIAM E. COUGHLIN | 1.20 | 384.00 | Interoffice conference regarding comments on | 25794.04237 | 2365537 |
| 10/31/2001 | | Invoice=47432 | 1.20 | 384.00 | briefing, res judicata, Hutchins' motion to | | |
| | | | | | "set conference"; review and revise second | | |
| | | | | | draft of Rule 12(b)(6) brief. | | |
| 09/25/2001 | 0047 | WILLIAM E. COUGHLIN | 0.60 | 192.00 | Review J. Eisenberg's comments on RICO draft | 25794.04237 | 2365542 |
| 10/31/2001 | | Invoice=47432 | 0.60 | 192.00 | motion; interoffice conference regarding same; | | |
| | | | | | interoffice conferences regarding default, | | |
| | | | | | JP/Morgan/Chase affidavit; review email | | |
| | | | | | regarding circulation of final draft. | | |
| 09/25/2001 | 0619 | COLLEEN M. O'NEIL | 4.70 | 808.40 | Revised and prepared Motions to Dismiss for | 25794.04237 | 2360929 |
| 10/31/2001 | | Invoice=47432 | 4.70 | 808.40 | filing. | | |
| 09/25/2001 | 0668 | CAROLINE A SAYLOR | 5.70 | 729.60 | Preparation of Brief in Opposition to | 25794.04237 | 2360022 |
| 10/31/2001 | | Invoice=47432 | 5.70 | 729.60 | Plaintiff's Motion to Disqualify Calfee Halter | | |
| | | | | | & Griswold, LLP, based on Plaintiff's | | |
| | | | | | unsupported allegations of violations of the | | |
| | | | | | Massachusetts Ethics Rules. | | |
| 09/26/2001 | 0668 | CAROLINE A SAYLOR | 1.60 | 204.80 | Revisited Memorandum in Opposition to | 25794.04237 | 2361700 |
| 10/31/2001 | | Invoice=47432 | 1.60 | 204.80 | Plaintiff's Motion to Disqualify Calfee, Halter | | |
| | | | | | & Griswold and Attorney Colleen M. O'Neil. | | |
| 09/26/2001 | 0619 | COLLEEN M. O'NEIL | 4.40 | 756.80 | Finalized Motions to Dismiss for filing; | 25794.04237 | 2360931 |
| 10/31/2001 | | Invoice=47432 | 4.40 | 756.80 | revised Memorandum in Opposition to Plaintiff's | | |
| | | | | | Motion to Disqualify Calfee, Halter. | | |
| 09/27/2001 | 0619 | COLLEEN M. O'NEIL | 2.00 | 344.00 | Revised Memorandum in Opposition to Plaintiff's | 25794.04237 | 2367591 |
| 10/31/2001 | | Invoice=47432 | 2.00 | 344.00 | Motion to Disqualify. | | |
| 09/27/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review motion for pretrial conference; | 25794.04237 | 2365554 |
| 10/31/2001 | | Invoice=47432 | 0.20 | 64.00 | interoffice conference regarding brief in | | |
| | | | | | opposition to motion to disqualify. | | |
| 09/27/2001 | 0668 | CAROLINE A SAYLOR | 0.70 | 89.60 | Further revisions to Memorandum in Opposition | 25794.04237 | 2361703 |
| 10/31/2001 | | Invoice=47432 | 0.70 | 89.60 | to Plaintiff's Motion to Disqualify Calfee | | |
| | | | | | Halter & Griswold | | |
| 10/01/2001 | 0679 | K. JAMES SULLIVAN | 0.10 | 12.20 | Intraoffice conference regarding revision of | 25794.04237 | 2369830 |
| 11/13/2001 | | Invoice=47679 | 0.10 | 12.20 | motion for sanctions against bad faith of | | |
| | | | | | plaintiff and analyze whether or not to go | | |
| | | | | | forward with that motion. | | |
| 10/01/2001 | 0619 | COLLEEN M. O'NEIL | 1.50 | 258.00 | Revised Memorandum in Opposition to Plaintiff's | 25794.04237 | 2369043 |
| 11/13/2001 | | Invoice=47679 | 1.50 | 258.00 | Motion to Disqualify; telephone conference with | | |
| | | | | | J. Lindseth regarding status of case; reviewed | | |
| | | | | | and analyzed applicability of FRCP 11 to | | |
| | | | | | Plaintiff's filings. | | |
| 10/02/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Interoffice conferences regarding motion for | 25794.04237 | 2371685 |
| 11/13/2001 | | Invoice=47679 | 0.20 | 64.00 | sanction, withdrawal of motion to disqualify. | | |
| 10/03/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review Massachusetts ruling (CMC, | 25794.04237 | 2371698 |
| 11/13/2001 | | Invoice=47679 | 0.30 | 96.00 | disqualification, pro hac vice, summary | | |
| | | | | | judgment briefing); interoffice conference | | |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]    Page 6
Client:25794 - COMPLIENT CORPORATION    1/13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | regarding same, brief in opposition to motion for summary judgment, CMC. | | |
| 10/03/2001 | 0619 | COLLEEN M. O'NEIL | 6.00 | 1,032.00 | Reviewed and analyzed various rulings issued by | 25794.04237 | 2374729 |
| 11/13/2001 | | Invoice=47679 | 6.00 | 1,032.00 | Court on 10/2/01; telephone conference with J. Lindseth regarding same; drafted Memorandum in Opposition to Plaintiff's Motion for Summary Judgment. | | |
| 10/04/2001 | 0619 | COLLEEN M. O'NEIL | 2.80 | 481.60 | Revised Opposition to Plaintiff's Motions for | 25794.04237 | 2374734 |
| 11/13/2001 | | Invoice=47679 | 2.80 | 481.60 | Summary Judgment; office conference regarding same. | | |
| 10/04/2001 | 0047 | WILLIAM E. COUGHLIN | 1.50 | 480.00 | Interoffice conference regarding brief in | 25794.04237 | 2371714 |
| 11/13/2001 | | Invoice=47679 | 1.50 | 480.00 | opposition to motion for summary judgment; review and revise same; review email regarding local counsel's suggested approach. | | |
| 10/05/2001 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 224.00 | Interoffice conference regarding contacts from | 25794.04237 | 2371727 |
| 11/13/2001 | | Invoice=47679 | 0.70 | 224.00 | local counsel regarding accelerated filing, revisions to brief in opposition; review final draft; interoffice conference regarding motion for sanctions. | | |
| 10/05/2001 | 0101 | BRENT D. BALLARD | 0.00 | 0.00 | Less 25hrs of C. Moore time | 25794.04237 | 2369923 |
| 10/05/2001 | | Invoice=46415 | -0.38 | -123.00 | | | |
| 10/05/2001 | 0550 | CRAIG L. MOORE | 0.00 | 0.00 | Less 25hrs of C. Moore time | 25794.04237 | 2369922 |
| 10/05/2001 | | Invoice=46415 | -19.89 | -3,122.31 | | | |
| 10/05/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Revised Opposition to Plaintiff's Motions for | 25794.04237 | 2374739 |
| 11/13/2001 | | Invoice=47679 | 1.00 | 172.00 | Summary Judgment and prepared same for filing. | | |
| 10/05/2001 | 0619 | COLLEEN M. O'NEIL | 0.00 | 0.00 | Less 25hrs of C. Moore time | 25794.04237 | 2369919 |
| 2001 | | Invoice=46415 | -2.51 | -432.03 | | | |
| 10/05/2001 | 0793 | SCOTT B. LEPENE | 0.00 | 0.00 | Less 25hrs of C. Moore time | 25794.04237 | 2369920 |
| 10/05/2001 | | Invoice=46415 | -1.03 | -125.93 | | | |
| 10/05/2001 | 0794 | LAURA C. MCBRIDE | 0.00 | 0.00 | Less 25hrs of C. Moore time | 25794.04237 | 2369921 |
| 10/05/2001 | | Invoice=46415 | -1.00 | -121.73 | | | |
| 10/08/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review and annotate 10/2 order. | 25794.04237 | 2371731 |
| 11/13/2001 | | Invoice=47679 | 0.10 | 32.00 | | | |
| 10/10/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | E-mail correspondence to local counsel | 25794.04237 | 2374753 |
| 11/13/2001 | | Invoice=47679 | 0.20 | 34.40 | regarding service of Plaintiff's Opposition to Defendants' Motion to Dismiss. | | |
| 10/11/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Reviewed and analyzed Hutchins' Opposition to | 25794.04237 | 2383399 |
| 11/13/2001 | | Invoice=47679 | 0.50 | 86.00 | Motion to Dismiss 12(b)(2) and (b)(3). | | |
| 10/11/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding brief in | 25794.04237 | 2380489 |
| 11/13/2001 | | Invoice=47679 | 0.10 | 32.00 | opposition to motion to dismiss. | | |
| 10/12/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Telephone conference with S. Lindseth regarding | 25794.04237 | 2383402 |
| 11/13/2001 | | Invoice=47679 | 0.30 | 51.60 | Plaintiff's Opposition to Motion to Dismiss. | | |
| 10/15/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and annotate plaintiff's brief in | 25794.04237 | 2380514 |
| 11/13/2001 | | Invoice=47679 | 0.20 | 64.00 | opposition to motion to dismiss; interoffice conference regarding same. | | |
| 10/16/2001 | 0619 | COLLEEN M. O'NEIL | 1.50 | 258.00 | Telephone conference with J. Lindseth regarding | 25794.04237 | 2383413 |
| 11/13/2001 | | Invoice=47679 | 1.50 | 258.00 | Plaintiff's Motion to Strike; drafted Memorandum in Opposition to Plaintiff's Motion to Strike. | | |
| 2001 | 0619 | COLLEEN M. O'NEIL | 3.20 | 550.40 | Drafted and revised Memorandum in Opposition to | 25794.04237 | 2383416 |
| 11/13/2001 | | Invoice=47679 | 3.20 | 550.40 | Plaintiff's Motion to Strike Defendants' 12(b)(2) Motion; review and analyze Plaintiff's Opposition to Defendants' 12(b)(6) Motion. | | |
| 10/17/2001 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 128.00 | Review and reply to email regarding | 25794.04237 | 2381438 |
| 11/13/2001 | | Invoice=47679 | 0.40 | 128.00 | Massachusetts motion practice; interoffice | | |

Case 3:04-cv-30126-MAP   Document 190-4   Filed 08/02/2006   Page 16 of 18

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]   Page 7
Client:25794 - COMPLIENT CORPORATIO.   1/13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | conference regarding reply brief, sanction practice; review and revise brief in opposition to strike. | | |
| 10/18/2001 11/13/2001 | 0047 | WILLIAM E. COUGHLIN Invoice=47679 | 1.40 1.40 | 448.00 448.00 | Interoffice conference regarding reply in support of motion to dismiss; review and annotate Hutchins' brief in opposition to dismiss RICO claims; interoffice conference regarding contacts with clients regarding same, response to allegations. | 25794.04237 | 2381453 |
| 10/18/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 2.00 2.00 | 344.00 344.00 | Revised Memorandum in Opposition to Plaintiff's Motion to Strike; office conference regarding Plaintiff's Opposition to Defendants' 12(b)(6) Motion; telephone conference with J. Lindseth regarding same; telephone conference with S. Lindseth regarding same. | 25794.04237 | 2383423 |
| 10/19/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 0.20 0.20 | 34.40 34.40 | E-mail correspondence to local counsel regarding filing of Defendants' Memorandum in Opposition to Plaintiff's Motion to Strike. | 25794.04237 | 2388954 |
| 10/22/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 4.00 4.00 | 688.00 688.00 | Drafted Reply Brief in Support of Defendants' Motions to Dismiss; telephone conference with J. Lindseth regarding status of case; drafted Defendants' Motion to Strike. | 25794.04237 | 2388955 |
| 10/22/2001 11/13/2001 | 0047 | WILLIAM E. COUGHLIN Invoice=47679 | 0.50 0.50 | 160.00 160.00 | Interoffice conference regarding motion to strike "amended response"; review and annotate "amended response"; review email regarding motion to strike same. | 25794.04237 | 2382348 |
| 10/23/2001 11/13/2001 | 0047 | WILLIAM E. COUGHLIN Invoice=47679 | 0.10 0.10 | 32.00 32.00 | Interoffice conference regarding reply brief in support of motion to dismiss, local counsel input on motion to strike. | 25794.04237 | 2382359 |
| 10/23/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 4.00 4.00 | 688.00 688.00 | Drafted and revised Reply Brief in Support of Motions to Dismiss; office conference regarding same. | 25794.04237 | 2388961 |
| 10/24/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 4.40 4.40 | 756.80 756.80 | Revised Reply Brief in Support of Motions to Dismiss; reviewed and analyzed First Circuit and Massachusettes DC case law regarding application of regarding res judicata. | 25794.04237 | 2388964 |
| 10/25/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 0.50 0.50 | 86.00 86.00 | Telephone conference with N. Glazer regarding FOIA request; office conference with N. Whitmore regarding same. | 25794.04237 | 2388971 |
| 10/25/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 1.30 1.30 | 223.60 223.60 | Revised Reply Brief; office conference regarding same; telephone conference with J. Egan regarding Hutchins' Request for Extension of Opposition to 12(b)(2) Motion. | 25794.04237 | 2388975 |
| 10/25/2001 11/13/2001 | 0047 | WILLIAM E. COUGHLIN Invoice=47679 | 1.10 1.10 | 352.00 352.00 | Review and revise reply brief; interoffice conference regarding same; interoffice conference regarding Hutchins' request to oppose motion to dismiss (personal jurisdiction, venue) local counsel's recommendation. | 25794.04237 | 2389226 |
| 10/28/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 0.60 0.60 | 103.20 103.20 | Revised Reply Brief in Support of Motion to Dismiss. | 25794.04237 | 2388982 |
| 10/29/2001 11/13/2001 | 0619 | COLLEEN M. O'NEIL Invoice=47679 | 0.20 0.20 | 34.40 34.40 | Reviewed and analyzed correspondence of J. Egan to Plaintiff regarding request for Stipulation of Extension of Time; telephone conference with J. Egan regarding same. | 25794.04237 | 2390864 |
| 10/29/2001 11/13/2001 | 0047 | WILLIAM E. COUGHLIN Invoice=47679 | 0.10 0.10 | 32.00 32.00 | Interoffice conference regarding reply brief. | 25794.04237 | 2389243 |
| 10/30/2001 11/13/2001 | 0047 | WILLIAM E. COUGHLIN Invoice=47679 | 0.30 0.30 | 96.00 96.00 | Interoffice conference regarding filing of reply brief, software division spinoff; review | 25794.04237 | 2389259 |

Case 3:04-cv-30126-MAP   Document 190-4   Filed 08/02/2006   Page 17 of 18

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]   Page 8
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | material regarding same; interoffice conference regarding contacts with S. Lindseth regarding same. | | |
| 10/30/2001 | 0619 | COLLEEN M. O'NEIL | 0.90 | 154.80 | Revised and prepared for filing and service | 25794.04237 | 2390868 |
| 11/13/2001 | | Invoice=47679 | 0.90 | 154.80 | Defendants' Reply Brief in Support of Motions to Dismiss. | | |
| 10/31/2001 | 0619 | COLLEEN M. O'NEIL | 0.00 | 0.00 | Less 25 hrs. of C. Moore time | 25794.04237 | 2390215 |
| 10/31/2001 | | Invoice=47432 | -4.65 | -800.42 | | | |
| 10/31/2001 | 0047 | WILLIAM E. COUGHLIN | 0.00 | 0.00 | Less 25 hrs. of C. Moore time | 25794.04237 | 2390211 |
| 10/31/2001 | | Invoice=47432 | -0.13 | -40.79 | | | |
| 10/31/2001 | 0101 | BRENT D. BALLARD | 0.00 | 0.00 | Less 25 hrs. of C. Moore time | 25794.04237 | 2390210 |
| 10/31/2001 | | Invoice=47432 | -0.05 | -16.57 | | | |
| 10/31/2001 | 0550 | CRAIG L. MOORE | 0.00 | 0.00 | Less 25 hrs. of C. Moore time | 25794.04237 | 2390214 |
| 10/31/2001 | | Invoice=47432 | -1.32 | -207.17 | | | |
| 10/31/2001 | 0668 | CAROLINE A SAYLOR | 0.00 | 0.00 | Less 25 hrs. of C. Moore time | 25794.04237 | 2390213 |
| 10/31/2001 | | Invoice=47432 | -1.18 | -150.95 | | | |
| 10/31/2001 | 0679 | K. JAMES SULLIVAN | 0.00 | 0.00 | Less 25 hrs. of C. Moore time | 25794.04237 | 2390212 |
| 10/31/2001 | | Invoice=47432 | -0.80 | -97.99 | | | |
| 11/05/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding Hutchins' | 25794.04237 | 2400442 |
| 12/18/2001 | | Invoice=48862 | 0.10 | 32.00 | withdrawing motion for summary judgment, opposing motion to dismiss (personal jurisdiction). | | |
| 11/05/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Reviewed and analyzed Plaintiff's Opposition to | 25794.04237 | 2402067 |
| 12/18/2001 | | Invoice=48862 | 0.50 | 86.00 | 12(b)(2) Motion and Motion to Withdraw Motions for Summary Judgment. | | |
| ../2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review and annotate plaintiff's brief in | 25794.04237 | 2400458 |
| 12/18/2001 | | Invoice=48862 | 0.30 | 96.00 | opposition to motion to dismiss/request for oral argument, Hutchins' motion for summary judgment in Ohio action. | | |
| 11/07/2001 | 0619 | COLLEEN M. O'NEIL | 0.90 | 154.80 | E-mail correspondence to local counsel | 25794.04237 | 2407422 |
| 12/18/2001 | | Invoice=48862 | 0.90 | 154.80 | regarding Plaintiff's Motion to withdraw Plaintiff's Motion for Summary Judgment; telephone conference with J. Lindseth regarding same. | | |
| 11/08/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Office conference regarding Plaintiff's | 25794.04237 | 2407431 |
| 12/18/2001 | | Invoice=48862 | 0.50 | 86.00 | recently filed Motions; telephone call to local counsel regarding response to same. | | |
| 11/13/2001 | 0619 | COLLEEN M. O'NEIL | 2.70 | 464.40 | Drafted and revised Supplemental Reply Brief in | 25794.04237 | 2407446 |
| 12/18/2001 | | Invoice=48862 | 2.70 | 464.40 | Support of Defendants' 12(b)(2) and 12(b)(3) Motion to Dismiss and Opposition to Plaintiff's Request for Oral Argument. | | |
| 11/14/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Drafted and revised Reply Brief in Support of | 25794.04237 | 2407454 |
| 12/18/2001 | | Invoice=48862 | 1.00 | 172.00 | Motions to Dismiss. | | |
| 11/14/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Conference with N. Glazer regarding case | 25794.04237 | 2406539 |
| 12/18/2001 | | Invoice=48862 | 0.30 | 96.00 | status, motion practice; interoffice conference regarding local counsel's suggestion regarding briefing. | | |
| 11/15/2001 | 0619 | COLLEEN M. O'NEIL | 0.40 | 68.80 | Revised Reply Briefs in Support of Motion to | 25794.04237 | 2407460 |
| 12/18/2001 | | Invoice=48862 | 0.40 | 68.80 | Dismiss. | | |
| ?001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and revise supplemental reply. | 25794.04237 | 2408079 |
| 2001 | | Invoice=48862 | 0.20 | 64.00 | | | |
| 11/19/2001 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 160.00 | Review email regarding CMS plan; interoffice | 25794.04237 | 2408097 |
| 12/18/2001 | | Invoice=48862 | 0.50 | 160.00 | conference regarding same; interoffice conferences regarding 12/11 argument, attendance, advice from local counsel; review emails regarding same. | | |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]   Page 9
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 2001 | 0619 | COLLEEN M. O'NEIL | 1.50 | 258.00 | Telephone conference (x2) with J. Egan | 25794.04237 | 2418107 |
| .001 | | Invoice=48862 | 1.50 | 258.00 | regarding preparation of Joint Statement | | |
| | | | | | regarding Case Management Plan and regarding | | |
| | | | | | 12/11/01 status conference; e-mail | | |
| | | | | | correspondence and office conference regarding | | |
| | | | | | same. | | |
| 11/21/2001 | 0619 | COLLEEN M. O'NEIL | 1.30 | 223.60 | Reviewed and analyzed court ruling regarding | 25794.04237 | 2418113 |
| 12/18/2001 | | Invoice=48862 | 1.30 | 223.60 | Motions for Leave, etc.; e-mail correspondence | | |
| | | | | | to J. Egan regarding 12/11/01 status | | |
| | | | | | conference; e-mail correspondence to all | | |
| | | | | | Defendants regarding status of case. | | |
| 11/21/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review and reply to emails regarding 12/11 | 25794.04237 | 2416058 |
| 12/18/2001 | | Invoice=48862 | 0.20 | 64.00 | pretrial review and annotate docket entries. | | |
| 11/26/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review interlocutory rulings; interoffice | 25794.04237 | 2416079 |
| 12/18/2001 | | Invoice=48862 | 0.30 | 96.00 | conference regarding same; 12/11 hearing and | | |
| | | | | | argument. | | |
| 11/26/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Reviewed and analyzed recent court rulings and | 25794.04237 | 2418121 |
| 12/18/2001 | | Invoice=48862 | 0.30 | 51.60 | office conference regarding same. | | |
| 11/29/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review email regarding 12/11 hearing. | 25794.04237 | 2416105 |
| 12/18/2001 | | Invoice=48862 | 0.10 | 32.00 | | | |
| 12/02/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Drafted e-mail correspondence to J. Egan | 25794.04237 | 2423276 |
| 01/18/2002 | | Invoice=50422 | 0.30 | 51.60 | regarding case schedule. | | |
| 12/03/2001 | 0619 | COLLEEN M. O'NEIL | 0.30 | 51.60 | Telephone conference with J. Lindseth regarding | 25794.04237 | 2423282 |
| 01/18/2002 | | invoice=50422 | 0.30 | 51.60 | status of case; e-mail correspondence to J. | | |
| | | | | | Egan regarding same. | | |
| 001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Reviewed and analyzed Plaintiff's Settlement | 25794.04237 | 2423286 |
| 01/18/2002 | | Invoice=50422 | 0.50 | 86.00 | Proposal. | | |
| 12/05/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review and annotate settlement demand; | 25794.04237 | 2421022 |
| 01/18/2002 | | Invoice=50422 | 0.30 | 96.00 | interoffice conference regarding same; review | | |
| | | | | | notice regarding royalty payment. | | |
| 12/06/2001 | 0619 | COLLEEN M. O'NEIL | 0.60 | 103.20 | Telephone conference with S. Lindseth regarding | 25794.04237 | 2423293 |
| 01/18/2002 | | Invoice=50422 | 0.60 | 103.20 | Plaintiff's Settlement Proposal and e-mail | | |
| | | | | | correspondence to all Defendants regarding | | |
| | | | | | same; reviewed and analyzed proposed scheduling | | |
| | | | | | order. | | |
| 12/10/2001 | 0619 | COLLEEN M. O'NEIL | 1.70 | 292.40 | Prepared for 12/11 hearing on Defendants' | 25794.04237 | 2425837 |
| 01/18/2002 | | Invoice=50422 | 1.70 | 292.40 | Motions to Dismiss. | | |
| 12/11/2001 | 0619 | COLLEEN M. O'NEIL | 13.50 | 2,322.00 | Prepared for and attended hearing on | 25794.04237 | 2425838 |
| 01/18/2002 | | Invoice=50422 | 13.50 | 2,322.00 | Defendants' Motions to Dismiss Status and | | |
| | | | | | Conference. | | |
| 12/11/2001 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 128.00 | Telephone conference with C. O'Neil regarding | 25794.04237 | 2434599 |
| 01/18/2002 | | Invoice=50422 | 0.40 | 128.00 | 12/11 oral agreement, court's question and | | |
| | | | | | comments, schedule; interoffice conference | | |
| | | | | | regarding same. | | |
| 12/12/2001 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 64.00 | Review email regarding 12/11 hearing; review | 25794.04237 | 2434609 |
| 01/18/2002 | | Invoice=50422 | 0.20 | 64.00 | and reply to email regarding arbitration, | | |
| | | | | | disclosures. | | |
| 12/12/2001 | 0619 | COLLEEN M. O'NEIL | 0.20 | 34.40 | E-mail correspondence to all Defendants | 25794.04237 | 2434322 |
| 01/18/2002 | | | 0.20 | 34.40 | regarding 12/11 hearing on Defendants' Motions | | |
| | | | | | to Dismiss. | | |
| 2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Interoffice conference regarding arbitration. | 25794.04237 | 2434629 |
| 01/18/2002 | | Invoice=50422 | 0.10 | 32.00 | | | |
| 12/20/2001 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 96.00 | Review and annotate 12/17 memo and order; | 25794.04237 | 2434666 |
| 01/18/2002 | | Invoice=50422 | 0.30 | 96.00 | interoffice conference regarding same, further | | |
| | | | | | actions; review email reporting same. | | |