Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]  Page 10
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 12/20/2001 | 0619 | COLLEEN M. O'NEIL | 1.00 | 172.00 | Office conference regarding Magistrate's Order | 25794.04237 | 2439647 |
| /2002 | | Invoice=50422 | 1.00 | 172.00 | dismissing Plaintiff's Complaint; telephone | | |
| | | | | | conference with S. Lindseth regarding same; | | |
| | | | | | e-mail correspondence to all Defendants | | |
| | | | | | regarding same. | | |
| 12/21/2001 | 0619 | COLLEEN M. O'NEIL | 0.50 | 86.00 | Telephone conference with S. Lindseth regarding | 25794.04237 | 2439649 |
| 01/18/2002 | | Invoice=50422 | 0.50 | 86.00 | Court's dismissal of Plaintiff's Complaint; | | |
| | | | | | office conference regarding same. | | |
| 12/21/2001 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 32.00 | Review and annotate judgment entry. | 25794.04237 | 2440361 |
| 01/18/2002 | | Invoice=50422 | 0.10 | 32.00 | | | |
| 01/07/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review 1/3 correspondence regarding local | 25794.04237 | 2446112 |
| 02/28/2002 | | Invoice=52312 | 0.10 | 33.00 | counsel, notice regarding appeal deadline. | | |
| 01/15/2002 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 165.00 | Review and annotate motion for relief from | 25794.04237 | 2460170 |
| 02/28/2002 | | Invoice=52312 | 0.50 | 165.00 | judgment; examination of law regarding FRCP 60, | | |
| | | | | | FRAP 4; interoffice conference regarding same. | | |
| 01/15/2002 | 0619 | COLLEEN M. O'NEIL | 0.70 | 133.00 | Reviewed and analyzed Plaintiff's Motion for | 25794.04237 | 2455316 |
| 02/28/2002 | | Invoice=52312 | 0.70 | 133.00 | Relief from Judgment; office conference | | |
| | | | | | regarding same. | | |
| 01/16/2002 | 0619 | COLLEEN M. O'NEIL | 0.40 | 76.00 | Office conference regarding research necessary | 25794.04237 | 2455318 |
| 02/28/2002 | | Invoice=52312 | 0.40 | 76.00 | for opposition to Plaintiff's 60(b) Motion; | | |
| | | | | | e-mail correspondence with S. Rothman of Primus | | |
| | | | | | regarding Opposition to Plaintiff's 60(b) | | |
| | | | | | Motion. | | |
| 01/17/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Conference with C. Saylor regarding research | 25794.04237 | 2455328 |
| 02/28/2002 | | Invoice=52312 | 0.20 | 38.00 | for Memorandum in Opposition to Plaintiff's | | |
| | | | | | Motion for Relief from Judgment. | | |
| 2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review emails regarding brief in opposition. | 25794.04237 | 2460190 |
| 02/28/2002 | | Invoice=52312 | 0.10 | 33.00 | | | |
| 01/18/2002 | 0619 | COLLEEN M. O'NEIL | 1.50 | 285.00 | Drafted Memorandum in Opposition to Plaintiff's | 25794.04237 | 2455330 |
| 02/28/2002 | | Invoice=52312 | 1.50 | 285.00 | Motion for Relief from Judgment. | | |
| 01/20/2002 | 0619 | COLLEEN M. O'NEIL | 4.70 | 893.00 | Drafted Memorandum in Opposition to Hutchins' | 25794.04237 | 2455331 |
| 02/28/2002 | | Invoice=52312 | 4.70 | 893.00 | 60(b)(2) Motion. | | |
| 01/21/2002 | 0619 | COLLEEN M. O'NEIL | 1.00 | 190.00 | Revised Defendants' Memorandum In Opposition to | 25794.04237 | 2457424 |
| 02/28/2002 | | Invoice=52312 | 1.00 | 190.00 | Plaintiff's Motion for Relief from Judgment. | | |
| 01/21/2002 | 0047 | WILLIAM E. COUGHLIN | 0.60 | 198.00 | Review and revise brief in opposition to motion | 25794.04237 | 2460199 |
| 02/28/2002 | | Invoice=52312 | 0.60 | 198.00 | for relief; interoffice conference regarding | | |
| | | | | | same. | | |
| 01/22/2002 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 132.00 | Review AAA notice regarding conferences; | 25794.04237 | 2460218 |
| 02/28/2002 | | Invoice=52312 | 0.40 | 132.00 | interoffice conference regarding same, res | | |
| | | | | | judicata as arbitration defense; review status | | |
| | | | | | email. | | |
| 01/22/2002 | 0619 | COLLEEN M. O'NEIL | 1.80 | 342.00 | Revised and prepared for filing Defendants' | 25794.04237 | 2466430 |
| 02/28/2002 | | Invoice=52312 | 1.80 | 342.00 | Memorandum in Opposition to Plaintiff's Motion | | |
| | | | | | for Relief from Judgment; telephone conference | | |
| | | | | | with J. Lindseth regarding same; telephone | | |
| | | | | | conference with S. Lindseth regarding same. | | |
| 02/01/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Telephone call to S. Lindseth regarding | 25794.04237 | 2472400 |
| 04/10/2002 | | Invoice=52834 | 0.20 | 38.00 | Hutchins' website. | | |
| 02/01/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Interoffice conference regarding contacts from | 25794.04237 | 2473846 |
| 04/10/2002 | | Invoice=52834 | 0.10 | 33.00 | J. Lindseth regarding preemptive action. | | |
| /2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Interoffice conference regarding use of | 25794.04237 | 2473863 |
| 04/10/2002 | | Invoice=52834 | 0.10 | 33.00 | collateral estoppel. | | |
| 02/05/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Interoffice conference regarding dispositive | 25794.04237 | 2473885 |
| 04/10/2002 | | Invoice=52834 | 0.20 | 66.00 | motion in arbitration; interoffice conference | | |
| | | | | | regarding Hutchins' request for status | | |
| | | | | | conference. | | |

Case 3:04-cv-30126-MAP    Document 190-5    Filed 08/02/2006    Page 2 of 15

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]    Page 11
Client:25794 - COMPLIENT CORPORATION    /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| /2002 | 0619 | COLLEEN M. O'NEIL | 0.30 | 57.00 | Reviewed and analyzed Plaintiff's Motion for | 25794.04237 | 2478956 |
| 2002 | | Invoice=52834 | 0.30 | 57.00 | Pretrial conference. | | |
| 02/06/2002 | 0619 | COLLEEN M. O'NEIL | 1.60 | 304.00 | Drafted Memorandum in Opposition to Plaintiff's | 25794.04237 | 2478963 |
| 04/10/2002 | | Invoice=52834 | 1.60 | 304.00 | Motion for Pretrial conference. | | |
| 02/07/2002 | 0619 | COLLEEN M. O'NEIL | 0.90 | 171.00 | Reviewed and analyzed Court's order denying | 25794.04237 | 2478964 |
| 04/10/2002 | | Invoice=52834 | 0.90 | 171.00 | Plaintiff's Motion for Relief from Judgment; | | |
| | | | | | telephone conference with S. Lindseth and J. | | |
| | | | | | Lindseth regarding same; telephone conference | | |
| | | | | | with J. Lindseth regarding same. | | |
| 02/07/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Interoffice conference regarding motions; | 25794.04237 | 2475167 |
| 04/10/2002 | | Invoice=52834 | 0.20 | 66.00 | review email regarding rulings on same; review | | |
| | | | | | motion for pretrial conferences. | | |
| 02/11/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review and annotate 2/5 memorandum and order. | 25794.04237 | 2479421 |
| 04/10/2002 | | Invoice=52834 | 0.10 | 33.00 | | | |
| 02/14/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Drafted and revised correspondence to S. | 25794.04237 | 2481235 |
| 04/10/2002 | | Invoice=52834 | 0.20 | 38.00 | Lindseth regarding invoice of local counsel and | | |
| | | | | | remittance of same. | | |
| 02/18/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review and annotate correspondence regarding | 25794.04237 | 2484812 |
| 04/10/2002 | | Invoice=52834 | 0.10 | 33.00 | local counsel services. | | |
| 02/20/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Interoffice conference regarding arbitration | 25794.04237 | 2484845 |
| 04/10/2002 | | Invoice=52834 | 0.20 | 66.00 | status conference, contacts with AAA | | |
| | | | | | administration regarding default/dismissal. | | |
| 02/25/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review notice of appeal; interoffice conference | 25794.04237 | 2491535 |
| 04/10/2002 | | Invoice=52834 | 0.10 | 33.00 | regarding same. | | |
| 2002 | 0619 | COLLEEN M. O'NEIL | 0.70 | 133.00 | Reviewed Plaintiff's Notice of Appeal; office | 25794.04237 | 2491009 |
| /2002 | | Invoice=52834 | 0.70 | 133.00 | conference (x2) with J. Sullivan regarding | | |
| | | | | | necessary research on appealability of denial | | |
| | | | | | of 60(b) Motion. | | |
| 02/26/2002 | 0679 | K. JAMES SULLIVAN | 2.80 | 369.60 | Examination of law in First Circuit Federal | 25794.04237 | 2488714 |
| 04/10/2002 | | Invoice=52834 | 2.80 | 369.60 | Court of Appeals regarding whether denial of a | | |
| | | | | | Rule 60(B) Motion is a final appealable order. | | |
| 02/27/2002 | 0619 | COLLEEN M. O'NEIL | 1.50 | 285.00 | Reviewed and analyzed Hutchins' Notice of | 25794.04237 | 2492142 |
| 04/10/2002 | | Invoice=52834 | 1.50 | 285.00 | Appeal and reviewed and analyzed local rules of | | |
| | | | | | First Circuit regarding same; e-mail | | |
| | | | | | correspondence to all Defendants' regarding | | |
| | | | | | same. | | |
| 02/28/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Office conference regarding Plaintiff's Notice | 25794.04237 | 2492148 |
| 04/10/2002 | | Invoice=52834 | 0.20 | 38.00 | of Appeal of denial of 60(b) Motion. | | |
| 02/28/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Interoffice conference regarding notice of | 25794.04237 | 2491557 |
| 04/10/2002 | | Invoice=52834 | 0.20 | 66.00 | appeal, appellate scope and standard; review | | |
| | | | | | First Circuit order, correspondence regarding | | |
| | | | | | royalty; interoffice conference regarding AAA | | |
| | | | | | motion for default/to dismiss. | | |
| 03/12/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review emails regarding appellate proceedings. | 25794.04237 | 2509251 |
| 04/29/2002 | | Invoice=53492 | 0.10 | 33.00 | | | |
| 03/15/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Interoffice conference regarding First Circuit | 25794.04237 | 2509263 |
| 04/29/2002 | | Invoice=53492 | 0.10 | 33.00 | briefing order. | | |
| 03/15/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Telephone conference with local counsel's | 25794.04237 | 2505724 |
| 04/29/2002 | | Invoice=53492 | 0.20 | 38.00 | office regarding briefing schedule and reviewed | | |
| | | | | | and analyzed same. | | |
| 03/19/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review briefing order, related correspondence. | 25794.04237 | 2509293 |
| 04/29/2002 | | Invoice=53492 | 0.10 | 33.00 | | | |
| 03/25/2002 | 0679 | K. JAMES SULLIVAN | 2.00 | 264.00 | Intraoffice conference with C. O'Neil regarding | 25794.04237 | 2514769 |
| 04/29/2002 | | Invoice=53492 | 2.00 | 264.00 | standard of review for Appeals Court of rulings | | |
| | | | | | on Federal Rule 60(B) motions and Appeals Court | | |

Case 3:04-cv-30126-MAP    Document 190-5    Filed 08/02/2006    Page 3 of 15

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]    Page 12
Client:25794 - COMPLIENT CORPORATIO    9/13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | decisions reviewing rulings on Federal Rule 60(B) motions; examination of U.S. Supreme Court and First Circuit law regarding same. | | |
| 04/02/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Review AAA notices, emails regarding offer to | 25794.04237 | 2525521 |
| 05/22/2002 | | Invoice=54201 | 0.20 | 66.00 | Hutchins; intraoffice conference regarding same. | | |
| 04/03/2002 | 0047 | WILLIAM E. COUGHLIN | 1.00 | 330.00 | Intraoffice conference regarding settlement | 25794.04237 | 2525529 |
| 05/22/2002 | | Invoice=54201 | 1.00 | 330.00 | offer and strategy, AAA case management agenda, motion practice, res judicata, representation; intraoffice conference regarding result of same, G. Martinelli's role, arbitrator, feedback, dismissal, settlement strategy, protecting common pleas judgment. | | |
| 04/04/2002 | 0047 | WILLIAM E. COUGHLIN | 1.00 | 330.00 | Intraoffice conference regarding arbitration | 25794.04237 | 2525541 |
| 05/22/2002 | | Invoice=54201 | 1.00 | 330.00 | fee payment status, Martinelli as settlement conduit; intraoffice conference regarding AAA administration, fee, res judicata practice; review and reply to email regarding AAA administration, contacts with N. Smith regarding Hutchins' fee. | | |
| 04/05/2002 | 0047 | WILLIAM E. COUGHLIN | 1.30 | 429.00 | Intraoffice conference regarding AAA res | 25794.04237 | 2525557 |
| 05/22/2002 | | Invoice=54201 | 1.30 | 429.00 | judicata briefing; review memo regarding arbitration collateral estoppel effect of judicial orders; intraoffice conference regarding same, pleading packet for arbitration; intraoffice conference regarding AAA rules concerning contacts with arbitrators; intraoffice conference regarding same; intraoffice conference regarding contact with J. Lindseth, S. Lindseth regarding same; examination of AAA rule regarding selection/conduct of arbitrators. | | |
| 04/08/2002 | 0047 | WILLIAM E. COUGHLIN | 1.50 | 495.00 | Intraoffice conference regarding R. Pogue | 25794.04237 | 2525573 |
| 05/22/2002 | | Invoice=54201 | 1.50 | 495.00 | briefing; telephone conference with R. Pogue regarding judgment, representation, collateral estoppel, scope/consent; intraoffice conference regarding contacts with S. Lindseth regarding same; review email regarding same. | | |
| 04/09/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Intraoffice conference regarding 4/10 | 25794.04237 | 2533530 |
| 05/22/2002 | | Invoice=54201 | 0.20 | 66.00 | conferences, re-assigned case manager; review 4/8 notice; intraoffice conference regarding same, reporter. | | |
| 04/10/2002 | 0047 | WILLIAM E. COUGHLIN | 3.50 | 1,155.00 | Prepare for 4/10 case management conferences; | 25794.04237 | 2533554 |
| 05/22/2002 | | Invoice=54201 | 3.50 | 1,155.00 | intraoffice conference regarding same, contacts from G. Martinelli, agenda items; participate in case management conference; intraoffice conference regarding Calfee investors in Complient; examination of law regarding same; telephone conference with R. Pogue regarding Rule 20; intraoffice conference regarding chairman's demand, documents. | | |
| 04/11/2002 | 0047 | WILLIAM E. COUGHLIN | 2.00 | 660.00 | Intraoffice conferences regarding investment | 25794.04237 | 2533559 |
| 05/22/2002 | | Invoice=54201 | 2.00 | 660.00 | disclosure, res judicata arbitration packet, disqualification option, contacts with AAA case manager, party appointed arbitrator, disclosure statement. | | |
| 04/12/2002 | 0047 | WILLIAM E. COUGHLIN | 2.50 | 825.00 | Draft and revise letter to AAA panel, R. Pogue; | 25794.04237 | 2533565 |
| /2002 | | Invoice=54201 | 2.50 | 825.00 | intraoffice conferences regarding same; review pleading bible regarding Massachusetts rulings, disclosure of AAA arbitration; intraoffice conferences regarding same; review email regarding AAA motion for summary judgment; intraoffice conference regarding same. | | |
| 04/15/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Further revision to letter to arbitrators. | 25794.04237 | 2533575 |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]     Page 13
Client:25794 - COMPLIENT CORPORATIO.   /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/22/2002 | | Invoice=54201 | 0.20 | 66.00 | | | |
| :002 | 0679 | K. JAMES SULLIVAN | 1.20 | 158.40 | Examination of First Circuit law regarding | 25794.04237 | 2531019 |
| 05/22/2002 | | Invoice=54201 | 1.20 | 158.40 | appellate standard of review for Rule 60B | | |
| | | | | | motions; examination of First Circuit law | | |
| | | | | | regarding disposition of appellate review of | | |
| | | | | | rulings on Rule 60B motions. | | |
| 04/16/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Forward email regarding res judicata briefing; | 25794.04237 | 2533595 |
| 05/22/2002 | | Invoice=54201 | 0.20 | 66.00 | intraoffice conference regarding same. | | |
| 04/17/2002 | 0047 | WILLIAM E. COUGHLIN | 0.80 | 264.00 | Intraoffice conference regarding examination of | 25794.04237 | 2533606 |
| 05/22/2002 | | Invoice=54201 | 0.80 | 264.00 | law regarding res judicata/collateral estoppel | | |
| | | | | | effect of common pleas judgment, compelled | | |
| | | | | | arbitration in absence of agreement, | | |
| | | | | | unauthorized practice; outline of dispositive | | |
| | | | | | motion. | | |
| 04/18/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review J. Egan's 4/16 fax. | 25794.04237 | 2533619 |
| 05/22/2002 | | Invoice=54201 | 0.10 | 33.00 | | | |
| 04/22/2002 | 0679 | K. JAMES SULLIVAN | 2.60 | 343.20 | Examination of law regarding abuse of | 25794.04237 | 2537757 |
| 05/22/2002 | | Invoice=54201 | 2.60 | 343.20 | discretion standard of review for denial of | | |
| | | | | | Rule 60(B) motions; examination of law | | |
| | | | | | regarding exceptions to abuse of discretion | | |
| | | | | | standard of review for denial of Rule 60(B) | | |
| | | | | | motions; review and analyze case facts of | | |
| | | | | | various cases applying various standards of | | |
| | | | | | review to denial of Rule 60(B) motions in | | |
| | | | | | context of facts of instant case. | | |
| 04/22/2002 | 0047 | WILLIAM E. COUGHLIN | 1.10 | 363.00 | Review R. Pogue's 4/19 letter and proposal; | 25794.04237 | 2538279 |
| 05/22/2002 | | Invoice=54201 | 1.10 | 363.00 | review 4/19 AAA notice and order; intraoffice | | |
| | | | | | conference regarding same, responsive letter, | | |
| | | | | | contacts with AAA, party-appointed arbitrator, | | |
| | | | | | First Circuit and hearing transcript. | | |
| 04/23/2002 | 0679 | K. JAMES SULLIVAN | 0.50 | 66.00 | Prepare for intraoffice conference by reviewing | 25794.04237 | 2537764 |
| 05/22/2002 | | Invoice=54201 | 0.50 | 66.00 | and analyzing highly relevant case law | | |
| | | | | | regarding standard of review for appeal of Rule | | |
| | | | | | 60(B) motions; intraoffice conference regarding | | |
| | | | | | same. | | |
| 04/23/2002 | 0047 | WILLIAM E. COUGHLIN | 1.20 | 396.00 | Review emails regarding R. Pogue proposal, | 25794.04237 | 2536647 |
| 05/22/2002 | | Invoice=54201 | 1.20 | 396.00 | First Merit brief; intraoffice conferences | | |
| | | | | | regarding same; telephone conference with R. | | |
| | | | | | Pogue regarding same; prepare letter to R. | | |
| | | | | | Pogue; review 4/23 AAA fax; intraoffice | | |
| | | | | | conference regarding revisions to same; review | | |
| | | | | | 4/23 draft letter to K. Cooper. | | |
| 04/24/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Intraoffice conference regarding contacts with | 25794.04237 | 2543536 |
| 05/22/2002 | | Invoice=54201 | 0.30 | 99.00 | S. Lindseth regarding AAA strategy, 4/25 | | |
| | | | | | hearing, second count; review email regarding | | |
| | | | | | requests from administrator, invoices. | | |
| 04/24/2002 | 0619 | COLLEEN M. O'NEIL | 0.30 | 57.00 | Telephone conference with S. Lindseth regarding | 25794.04237 | 2545375 |
| 05/22/2002 | | Invoice=54201 | 0.30 | 57.00 | strategy for appeal; office conference | | |
| | | | | | regarding same. | | |
| 04/25/2002 | 0047 | WILLIAM E. COUGHLIN | 3.00 | 990.00 | Intraoffice conferences from S. Lindseth | 25794.04237 | 2541917 |
| 05/22/2002 | | Invoice=54201 | 3.00 | 990.00 | regarding Massachusetts action; review | | |
| | | | | | transcript; telephone conference with S. | | |
| | | | | | Lindseth regarding same, First Circuit appeal, | | |
| | | | | | AAA action, Common Pleas judgment; intraoffice | | |
| | | | | | conference regarding AAA conference; | | |
| | | | | | participate in same; telephone conference with | | |
| | | | | | S. Lindseth regarding same; intraoffice | | |
| | | | | | conference regarding AAA followup letter. | | |
| 04/26/2002 | 0047 | WILLIAM E. COUGHLIN | 0.80 | 264.00 | Review R. Pogue's 4/25 letter and enclosures | 25794.04237 | 2541928 |
| 05/22/2002 | | Invoice=54201 | 0.80 | 264.00 | (Hutchins RICO letter to AAA, ex parte | | |
| | | | | | procedures); conference with A. Jones (AAA) | | |
| | | | | | regarding AAA procedures on Hutchins' | | |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL] Page 14
Client:25794 - COMPLIENT CORPORATION    /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | non-payment; intraoffice conference regarding same. | | |
| 04/29/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Telephone conference with R. Pogue's office | 25794.04237 | 2541949 |
| 05/22/2002 | | Invoice=54201 | 0.20 | 66.00 | regarding contacts from A. Jones, advancing fees; review emails regarding AAA invoice. | | |
| 04/30/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Review D. Pogue, R. Hussey's 4/29 faxes; | 25794.04237 | 2541957 |
| 05/22/2002 | | Invoice=54201 | 0.30 | 99.00 | intraoffice conference regarding same; response. | | |
| 05/03/2002 | 0047 | WILLIAM E. COUGHLIN | 1.90 | 627.00 | Review and annotate appellants' brief, | 25794.04237 | 2551510 |
| 06/30/2002 | | Invoice=55519 | 1.90 | 627.00 | appendix. | | |
| 05/06/2002 | 0047 | WILLIAM E. COUGHLIN | 1.70 | 561.00 | Further review and annotation of appellate | 25794.04237 | 2551514 |
| 06/30/2002 | | Invoice=55519 | 1.70 | 561.00 | appendix; intraoffice conference regarding same, hearing standard, contacts from D. Hutchins; review and annotate D. Hutchins' 4/29 letter, 5/3 AAA order. | | |
| 05/06/2002 | 0619 | COLLEEN M. O'NEIL | 0.80 | 152.00 | Office conference regarding strategy for draft | 25794.04237 | 2550734 |
| 06/30/2002 | | Invoice=55519 | 0.80 | 152.00 | of Appellee's Brief, reviewed and analyzed First Circuit Local Rules for filing requirements. | | |
| 05/07/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review email regarding First Circuit | 25794.04237 | 2551534 |
| 06/30/2002 | | Invoice=55519 | 0.10 | 33.00 | disclosure. | | |
| 05/08/2002 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 231.00 | Review and reply to email regarding First | 25794.04237 | 2551536 |
| 06/30/2002 | | Invoice=55519 | 0.70 | 231.00 | Circuit appellate record, appellate procedure; intraoffice conferences regarding same, pro hac vice, motion to strike, AAA revised invoices; review and annotate R. Pogue's 4/29 correspondence. | | |
| 0../2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review and reply to email regarding appellate | 25794.04237 | 2563282 |
| 06/30/2002 | | Invoice=55519 | 0.10 | 33.00 | briefing. | | |
| 05/14/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Telephone conference with R. Pogue's office; | 25794.04237 | 2563294 |
| 06/30/2002 | | Invoice=55519 | 0.20 | 66.00 | execute First Circuit acceptance forms. | | |
| 05/15/2002 | 0047 | WILLIAM E. COUGHLIN | 1.10 | 363.00 | intraoffice conference regarding First Circuit | 25794.04237 | 2563313 |
| 06/30/2002 | | Invoice=55519 | 1.10 | 363.00 | brief; telephone conference with D. Pogue regarding rule for communication with arbitrator; review and revise draft, First Circuit appellee's brief. | | |
| 05/16/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | intraoffice conferences regarding revisions to | 25794.04237 | 2564811 |
| 06/30/2002 | | Invoice=55519 | 0.30 | 99.00 | appellate brief. | | |
| 05/17/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Review as-filed appellee's brief, motion to | 25794.04237 | 2564822 |
| 06/30/2002 | | Invoice=55519 | 0.30 | 99.00 | strike; intraoffice conference regarding same. | | |
| 05/20/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | intraoffice conference regarding contacts from | 25794.04237 | 2564828 |
| 06/30/2002 | | Invoice=55519 | 0.20 | 66.00 | D. Hutchins; review royalty correspondence. | | |
| 05/21/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review correspondence to D. Hutchins; serve | 25794.04237 | 2564846 |
| 06/30/2002 | | Invoice=55519 | 0.10 | 33.00 | correspondence; intraoffice conference regarding same. | | |
| 05/21/2002 | 0619 | COLLEEN M. O'NEIL | 0.50 | 95.00 | Drafted and revised correspondence to D. | 25794.04237 | 2568911 |
| 06/30/2002 | | Invoice=55519 | 0.50 | 95.00 | Hutchins regarding request for copy of diskette filed with Court; office conference regarding same. | | |
| 05/22/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | intraoffice conference regarding First Circuit | 25794.04237 | 2564857 |
| 002 | | Invoice=55519 | 0.20 | 66.00 | order, revisions to appellee's brief. | | |
| 05/23/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Intraoffice conference regarding contacts with | 25794.04237 | 2564867 |
| 06/30/2002 | | Invoice=55519 | 0.10 | 33.00 | M. Whitham regarding First Circuit practice. | | |
| 05/24/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Intraoffice conference regarding revision to | 25794.04237 | 2564870 |
| 06/30/2002 | | Invoice=55519 | 0.10 | 33.00 | brief, filing and service. | | |

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]    Page 15
Client:25794 - COMPLIENT CORPORATION    /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/28/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Review and annotate 5/20 order; intraoffice | 25794.04237 | 2571076 |
| /2002 | | Invoice=55519 | 0.20 | 66.00 | conference regarding same, revised brief. | | |
| 0 /2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | intraoffice conference regarding First Circuit | 25794.04237 | 2571079 |
| 06/30/2002 | | Invoice=55519 | 0.30 | 99.00 | filing; intraoffice conference regarding | | |
| | | | | | contacts from First Circuit regarding disk, | | |
| | | | | | electronic transmission; review and reply to | | |
| | | | | | emails regarding same. | | |
| 05/31/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Examination of law regarding res judicata. | 25794.04237 | 2571118 |
| 06/30/2002 | | Invoice=55519 | 0.20 | 66.00 | | | |
| 07/03/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Intraoffice conference regarding contract from | 25794.04237 | 2608777 |
| 08/22/2002 | | Invoice=57075 | 0.20 | 66.00 | R. Pogue regarding parties' intention, | | |
| | | | | | statement, suspension. | | |
| 07/15/2002 | 0047 | WILLIAM E. COUGHLIN | 0.60 | 198.00 | Intraoffice conference regarding County Line | 25794.04237 | 2621458 |
| 08/22/2002 | | Invoice=57075 | 0.60 | 198.00 | litigation, arbitration; telephone conference | | |
| | | | | | with S. Lindseth regarding same, litigation. | | |
| 07/30/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Intraoffice conference regarding contacts from | 25794.04237 | 2629656 |
| 08/22/2002 | | Invoice=57075 | 0.20 | 66.00 | R. Pogue, supervisor/termination; review email | | |
| | | | | | regarding same. | | |
| 08/06/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Review and reply to email regarding AAA | 25794.04237 | 2638839 |
| 09/17/2002 | | Invoice=57953 | 0.20 | 66.00 | arbitration. | | |
| 08/13/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Intraoffice conference regarding First Circuit | 25794.04237 | 2648567 |
| 09/17/2002 | | Invoice=57953 | 0.30 | 99.00 | ruling; review and reply to emails regarding | | |
| | | | | | same. | | |
| 08/13/2002 | 0619 | COLLEEN M. O'NEIL | 0.80 | 152.00 | Revised internet docket for Judgment in | 25794.04237 | 2649972 |
| 09/17/2002 | | Invoice=57953 | 0.80 | 152.00 | Appellees' favor; telephone conference with S. | | |
| | | | | | Lindseth regarding judgment; e-mail | | |
| | | | | | correspondence to all Defendant's regarding | | |
| | | | | | same; telephone conference with B. Ballard | | |
| | | | | | regarding same. | | |
| 08/14/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Intraoffice conference regarding post-circuit | 25794.04237 | 2648579 |
| 09/17/2002 | | Invoice=57953 | 0.10 | 33.00 | strategy. | | |
| 08/16/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Intraoffice conference regarding post-First | 25794.04237 | 2648610 |
| 09/17/2002 | | Invoice=57953 | 0.10 | 33.00 | Circuit ruling strategy. | | |
| 08/19/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review First Circuit ruling; intraoffice | 25794.04237 | 2648620 |
| 09/17/2002 | | Invoice=57953 | 0.10 | 33.00 | conference regarding same. | | |
| 08/26/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review and annotate AAA termination order. | 25794.04237 | 2657608 |
| 09/17/2002 | | Invoice=57953 | 0.10 | 33.00 | | | |
| 09/04/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Intraoffice conference regarding contacts from | 25794.04237 | 2666326 |
| 10/22/2002 | | Invoice=59107 | 0.20 | 66.00 | D. Hutchins, Rule 60(B) deadline; review and | | |
| | | | | | annotate J. Hutchins' 8/26 letter. | | |
| 09/05/2002 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 132.00 | Review and annotate D. Hutchins' demand letter; | 25794.04237 | 2666337 |
| 10/22/2002 | | Invoice=59107 | 0.40 | 132.00 | intraoffice conference regarding same, award | | |
| | | | | | and satisfaction, release. | | |
| 09/13/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review and annotate First Circuit mandate. | 25794.04237 | 2676510 |
| 10/22/2002 | | Invoice=59107 | 0.10 | 33.00 | | | |
| 09/18/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Intraoffice conference regarding restrictive | 25794.04237 | 2674481 |
| 10/22/2002 | | Invoice=59107 | 0.30 | 99.00 | endorsement; review email regarding same | | |
| | | | | | regarding contacts with S. Lindseth regarding | | |
| | | | | | same. | | |
| 2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Intraoffice conference regarding contacts from | 25794.04237 | 2683697 |
| 2002 | | Invoice=59107 | 0.20 | 66.00 | D. Hutchins, response strategies, accord and | | |
| | | | | | satisfaction. | | |
| 10/03/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Intraoffice conference regarding attempted | 25794.04237 | 2695671 |
| 11/20/2002 | | Invoice=60192 | 0.10 | 33.00 | contacts with D. Hutchins, transition. | | |
| 10/10/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Intraoffice conference regarding contacts with | 25794.04237 | 2696499 |

Case 3:04-cv-30126-MAP    Document 190-5    Filed 08/02/2006    Page 7 of 15

Billed and Unbilled Recap Of Time Detail - [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]   Page 16
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:07:26 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/20/2002 | | Invoice=60192 | 0.10 | 33.00 | D. Hutchins regarding negotiation of check. | | |
| .2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Review email regarding contacts from D. | 25794.04237 | 2707592 |
| 11/20/2002 | | Invoice=60192 | 0.10 | 33.00 | Hutchins. | | |
| 03/19/2003 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 34.00 | Intraoffice conference regarding AAA invoice. | 25794.04237 | 2828284 |
| 04/17/2003 | | Invoice=65313 | 0.10 | 34.00 | | | |
| 07/09/2004 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 105.00 | Review Hutchins' 7/2 Cardiac complaint; draft | 25794.04237 | 3277225 |
| 10/12/2004 | | Invoice=83462 | 0.30 | 105.00 | and reply to emails regarding same. | | |
| 07/27/2004 | 0101 | BRENT D. BALLARD | 0.50 | 192.50 | Attention to Hutchins issues. | 25794.04237 | 3281995 |
| 10/12/2004 | | Invoice=83462 | 0.50 | 192.50 | | | |
| 07/28/2004 | 0619 | COLLEEN M. O'NEIL | 0.20 | 45.00 | Telephone conference with G. Monroe regarding | 25794.04237 | 3286691 |
| 10/12/2004 | | Invoice=83462 | 0.20 | 45.00 | status of Cardiac Science's demand for | | |
| | | | | | indemnification and reviewed Hutchins' | | |
| | | | | | Complaint. | | |
| 07/29/2004 | 0088 | SCOTT R. WILSON | 1.00 | 385.00 | Review of Cardiac Science complaint and emails | 25794.04237 | 3283888 |
| 10/12/2004 | | Invoice=83462 | 1.00 | 385.00 | regarding indemnity claim. | | |
| 07/29/2004 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 35.00 | Intraoffice conference regarding indemnity | 25794.04237 | 3288563 |
| 10/12/2004 | | Invoice=83462 | 0.10 | 35.00 | demand; review email regarding | | |
| | | | | | same.^Cardiac/Hutchins | | |
| 08/11/2004 | 0101 | BRENT D. BALLARD | 0.00 | 0.00 | For services rendered through July 31, 2004, | 25794.04237 | 3298420 |
| 10/12/2004 | | Invoice=83462 | 0.00 | 0.00 | being briefly described in the attached | | |
| | | | | | Memorandum of Services. | | |
| | | BILLED TOTALS:   WORK: | 351.10 | 65,232.90 | 260 records | | |
| | | BILLED TOTALS:   BILL: | 318.16 | 59,994.01 | | | |
| | | GRAND TOTALS:   WORK: | 351.10 | 65,232.90 | 260 records | | |
| | | GRAND TOTALS:   BILL: | 318.16 | 59,994.01 | | | |

Cost Recap Summary by Client And CostCode [25794.04237 - DONALD C. HUTCHINS V. JON A. LINDSETH, ET AL.]   Page 1
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:07:26 AM

| CostCode | Worked Amount | Billed Amount | Description |
|---|---|---|---|
| 002 | 1006.00 | 1006.00 | Air Fare |
|  | 1.40 | 1.40 | Duplicating |
| 019 | 10.00 | 10.00 | Court, Library Xerox |
| 027 | 100.00 | 100.00 | Filing Fee |
| 045 | 131.00 | 131.00 | Travel Expenses |
| 066 | 1659.85 | 1659.85 | Database Fees |
| 072 | 4.80 | 4.80 | Duplicating-Binding |
|  | 2913.05 | 2913.05 |  |
|  |  |  |  |
|  |  |  |  |
|  | 2913.05 | 2913.05 |  |



Calfee, Halter & Griswold LLP
*Attorneys at Law*

1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

Complient Corporation
Attn: Steven Lindseth, CEO
4670 Richmond Road, Suite 300
Warrensville Hts., OH   44128

September 23, 2005

Subject: History of Account
Matter: (APPEAL) DONALD C. HUTCHINS V. JON A. LINDSETH

(25794.04258)
0101

| Date:      | Inv.# | Amount:     | Payments:   | Inv. Balance: |
|------------|-------|-------------|-------------|---------------|
| 5/22/2002  | 54201 | $361.00     |             | $361.00       |
| 6/30/2002  | 55519 | $7,163.00   |             | $7,524.00     |
| 7/30/2002  | 56207 | $2,653.00   |             | $10,177.00    |
| 8/22/2002  | 57075 | $190.00     |             | $10,367.00    |
| 9/17/2002  | 57953 | $38.00      |             | $10,405.00    |
| 9/19/2002  | 54201 |             | $361.00     | $10,044.00    |
| 10/28/2002 | 55519 |             | $7,163.00   | $2,881.00     |
| 12/16/2002 | 56207 |             | $2,653.00   | $228.00       |
| 12/24/2002 | 57075 |             | $190.00     | $38.00        |
| 2/10/2003  | 57953 |             | $38.00      | $0.00         |
| Total      |       | $10,405.00  | $10,405.00  |               |

TOTAL AMOUNT DUE:                                          **$0.00**

*Cleveland | Columbus*

- **Summary**
- List
- Client/Client ·ress
- ·.neral/Address
- Billing
- Matter Balances
- Budget
- Statistics

9/13/2005 11:05:49 AM

| | |
|---|---|
| Matter Number: | 25794.04258 |
| Matter Name: | 25794.04258 |
| Client Number: | 25794 |
| Client Name | COMPLIENT CORPORATION |

<< Previous    Next >>

List Related Matters

Select Detail: Time & Fee Summary    Go

View As Master Matter

Refresh

| | Accounts Receivable | Unbilled Fees/Costs |
|---|---|---|
| 0-60 | 0.00 | 0.00 |
| 61-90 | 0.00 | 0.00 |
| 91-180 | 0.00 | 0.00 |
| 181+ | 0.00 | 0.00 |
| Total: | 0.00 | 0.00 |

OP Open

Date Opened: 03/07/2002

Date Closed:

| | Billed To Date | Unbilled |
|---|---|---|
| Fees: | 10,405.00 | 0.00 |
| Costs: | 0.00 | 0.00 |
| Other: | 0.00 | |

| Last | Date | Amount |
|---|---|---|
| Bill: | 09/17/2002 | 38.00 |
| Payment: | 02/10/2003 | 38.00 |
| Time Entry: | 08/19/2002 | |

| | |
|---|---|
| Unallocated Payments: | 0.00 |
| Interim Bills: | 0.00 |
| Non Billable: | 0.00 |
| Net Unbilled Fees: | 0.00 |
| Total Investment: | 0.00 |

Ledger History - [25794.04258 - (APPEAL) DONALD C. HUTCHINS V. JON A. LINDSETH,]   Page 1
Client:25794 - COMPLIENT CORPORATION   /13/2005 11:05:49 AM

| Type | Invoice | Document | Credit Note | Date | Fees | Costs/Other | Unalloc. Credits | Total |
|---|---|---|---|---|---|---|---|---|
| BILL | 54201 | | | 05/22/2002 | 361.00 | 0.00 | 0.00 | 361.00 |
| | 55519 | | | 06/30/2002 | 7,163.00 | 0.00 | 0.00 | 7,163.00 |
| BILL | 56207 | | | 07/30/2002 | 2,653.00 | 0.00 | 0.00 | 2,653.00 |
| BILL | 57075 | | | 08/22/2002 | 190.00 | 0.00 | 0.00 | 190.00 |
| BILL | 57953 | | | 09/17/2002 | 38.00 | 0.00 | 0.00 | 38.00 |
| PAY | 54201 | 45777 | | 09/19/2002 | -361.00 | 0.00 | 0.00 | -361.00 |
| PAY | 55519 | 46652 | | 10/28/2002 | -7,163.00 | 0.00 | 0.00 | -7,163.00 |
| PAY | 56207 | 47533 | | 12/16/2002 | -2,653.00 | 0.00 | 0.00 | -2,653.00 |
| PAY | 57075 | 47708 | | 12/24/2002 | -190.00 | 0.00 | 0.00 | -190.00 |
| PAY | 57953 | 48477 | | 02/10/2003 | -38.00 | 0.00 | 0.00 | -38.00 |
| GRAND TOTAL | | | | | 0.00 | 0.00 | 0.00 | 0.00 |

Case 3:04-cv-30126-MAP    Document 190-5    Filed 08/02/2006    Page 12 of 15

Time Recap Summary by Client And Timekeeper [25794.04258 - (APPEAL) DONALD C. HUTCHINS V. JON A. LINDSETH,]    Page 1
Client:25794 - COMPLIENT CORPORATION    /13/2005 11:05:49 AM

| Timekeeper | Work Hours | Work Amount | Bill Hours | Bill Amount | Description |
|---|---|---|---|---|---|
| 0047 | 2.00 | 660.00 | 2.00 | 660.00 | WILLIAM E. COUGHLIN |
|  | 1.60 | 592.00 | .60 | 207.00 | BRENT D. BALLARD |
|  | 50.20 | 9538.00 | 50.20 | 9538.00 | COLLEEN M. O'NEIL |
|  | 53.80 | 10790.00 | 52.80 | 10405.00 |  |
|  |  |  |  |  |  |
|  | 53.80 | 10790.00 | 52.80 | 10405.00 |  |

Billed and Unbilled Recap Of Time Detail - [25794.04258 - (APPEAL) DONALD C. HUTCHINS -- JON A. LINDSETH,]  Page 1
Client:25794 - COMPLIENT CORPORATIO...  )/13/2005 11:05:49 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 04/22/2002 | 0619 | COLLEEN M. O'NEIL | 1.50 | 285.00 | Reviewed and analyzed Hutchins' First Circuit | 25794.04258 | 2537598 |
| ?/2002 | | Invoice=54201 | 1.50 | 285.00 | Appellate Brief. | | |
| 04/23/2002 | 0619 | COLLEEN M. O'NEIL | 0.40 | 76.00 | Office conference regarding Hutchins' First | 25794.04258 | 2537601 |
| 05/22/2002 | | Invoice=54201 | 0.40 | 76.00 | Circuit Brief; conference with J. Sullivan | | |
| | | | | | regarding results of research on standard of | | |
| | | | | | review for the denial of Rule 60(b) motions. | | |
| 05/07/2002 | 0619 | COLLEEN M. O'NEIL | 3.00 | 570.00 | Drafted Request for Admission to Appear before | 25794.04258 | 2558178 |
| 06/30/2002 | | Invoice=55519 | 3.00 | 570.00 | the First Circuit and Notice of Appearance; | | |
| | | | | | telephone conference with First Circuit Clerk | | |
| | | | | | regarding requirements for same; e-mail | | |
| | | | | | correspondence to all Defendants regarding | | |
| | | | | | requirements for filing Corporate Disclosure | | |
| | | | | | Statements; reviewed and analyzed requirements | | |
| | | | | | for contents and filing of Appendices to | | |
| | | | | | Briefs. | | |
| 05/08/2002 | 0619 | COLLEEN M. O'NEIL | 2.30 | 437.00 | Telephone conference with First Circuit Case | 25794.04258 | 2558183 |
| 06/30/2002 | | Invoice=55519 | 2.30 | 437.00 | Manager regarding Plaintiff's failure to file | | |
| | | | | | Designation of Appendix; office conference | | |
| | | | | | regarding strategy for filing Motion to Strike; | | |
| | | | | | drafted Motion to Strike portions of | | |
| | | | | | Appellant's Appendix and Issue II, III and IV | | |
| | | | | | of Appellant's Brief. | | |
| 05/11/2002 | 0619 | COLLEEN M. O'NEIL | 1.20 | 228.00 | Reviewed and analyzed Appellant's Brief and | 25794.04258 | 2558193 |
| 06/30/2002 | | Invoice=55519 | 1.20 | 228.00 | drafted outline of Appellees' Brief. | | |
| 05/12/2002 | 0619 | COLLEEN M. O'NEIL | 2.80 | 532.00 | Drafted Appellees' Brief; reviewed and analyzed | 25794.04258 | 2558194 |
| 06/30/2002 | | Invoice=55519 | 2.80 | 532.00 | case law regarding requirement for evidentiary | | |
| | | | | | hearings on Motions to Dismiss for lack of | | |
| | | | | | personal jurisdiction and Rule 60(b) Motions. | | |
| ?/2002 | 0619 | COLLEEN M. O'NEIL | 6.40 | 1,216.00 | Drafted Brief of the Appellees; telephone | 25794.04258 | 2558195 |
| 0?/30/2002 | | Invoice=55519 | 6.40 | 1,216.00 | conference with M. Coyne of JP Morgan regarding | | |
| | | | | | Corporate Dislcosure Statement; drafted | | |
| | | | | | Corporate Disclosure Statements for JP Morgan | | |
| | | | | | Chase, National City and Medtronic. | | |
| 05/14/2002 | 0619 | COLLEEN M. O'NEIL | 8.80 | 1,672.00 | Drafted Brief of Appellees. | 25794.04258 | 2558200 |
| 06/30/2002 | | Invoice=55519 | 8.80 | 1,672.00 | | | |
| 05/15/2002 | 0619 | COLLEEN M. O'NEIL | 6.20 | 1,178.00 | Drafted and revised Appellees Brief. | 25794.04258 | 2558201 |
| 06/30/2002 | | Invoice=55519 | 6.20 | 1,178.00 | | | |
| 05/16/2002 | 0619 | COLLEEN M. O'NEIL | 6.00 | 1,140.00 | Revised and prepared Brief of Appellees, | 25794.04258 | 2559658 |
| 06/30/2002 | | Invoice=55519 | 6.00 | 1,140.00 | Appendix Submitted by Appellees and Motion to | | |
| | | | | | Strike/Dismiss for filing and service; office | | |
| | | | | | conference regarding same. | | |
| 05/20/2002 | 0619 | COLLEEN M. O'NEIL | 0.50 | 95.00 | Revised and finalized correspondence to | 25794.04258 | 2568902 |
| 06/30/2002 | | Invoice=55519 | 0.50 | 95.00 | Defendants Appellees regarding filing of | | |
| | | | | | Appellees' Brief; office conference regarding | | |
| | | | | | Hutchins request for copy of disk filed with | | |
| | | | | | Court. | | |
| 05/29/2002 | 0619 | COLLEEN M. O'NEIL | 0.50 | 95.00 | Telephone conferences with First Circuit Case | 25794.04258 | 2568941 |
| 06/30/2002 | | Invoice=55519 | 0.50 | 95.00 | Manager regarding filing of Brief on disk and | | |
| | | | | | status of case. | | |
| 06/03/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Review and annotate First Circuit order; | 25794.04258 | 2575034 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 66.00 | intraoffice conference regarding same, revised | | |
| | | | | | demand. | | |
| 06/05/2002 | 0101 | BRENT D. BALLARD | 0.60 | 207.00 | Attention to Hutchins lawsuit issues. | 25794.04258 | 2577119 |
| ?/2002 | | Invoice=56207 | 0.60 | 207.00 | | | |
| 06/06/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Intraoffice conference regarding Hutchins' | 25794.04258 | 2576950 |
| 07/30/2002 | | Invoice=56207 | 0.10 | 33.00 | First Circuit filings. | | |
| 06/06/2002 | 0619 | COLLEEN M. O'NEIL | 1.20 | 228.00 | Reviewed and analyzed docket for determination | 25794.04258 | 2588771 |
| 07/30/2002 | | Invoice=56207 | 1.20 | 228.00 | of date of filing of Hutchins' Opposition to | | |
| | | | | | Appellates' Motion to Strike; drafted | | |

Case 3:04-cv-30126-MAP    Document 190-5    Filed 08/02/2006    Page 14 of 15

Billed and Unbilled Recap Of Time Detail - [25794.04258 - (APPEAL) DONALD C. HUTCHINS v. JON A. LINDSETH,]    Page 2
Client:25794 - COMPLIENT CORPORATION    /13/2005 11:05:49 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | correspondence to Hutchins regarding same; e-mail correspondence with M. Whitham of Foley, Hoag (Lex Mundi) regarding obtaining copy of Hutchins' filing. | | |
| 06/07/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Review Hutchins' brief in opposition to motion | 25794.04258 | 2597001 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 66.00 | to strike. | | |
| 06/09/2002 | 0619 | COLLEEN M. O'NEIL | 0.70 | 133.00 | Reviewed and analyzed Hutchins' memorandum in | 25794.04258 | 2595906 |
| 07/30/2002 | | Invoice=56207 | 0.70 | 133.00 | opposition, and drafted motion to strike same. | | |
| 06/10/2002 | 0619 | COLLEEN M. O'NEIL | 1.30 | 247.00 | Revised motion to strike Hutchins' Memorandum | 25794.04258 | 2591368 |
| 07/30/2002 | | Invoice=56207 | 1.30 | 247.00 | in Opposition ; office conference regarding same; drafted and revised affidavit in support of same. | | |
| 06/10/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Review and reply to email regarding First | 25794.04258 | 2597020 |
| 07/30/2002 | | Invoice=56207 | 0.30 | 99.00 | Circuit admission; review certificate of admission; intraoffice conference regarding same; review reply brief in support of motion to strike. | | |
| 06/11/2002 | 0619 | COLLEEN M. O'NEIL | 2.50 | 475.00 | Revised and prepared for filing and service | 25794.04258 | 2591372 |
| 07/30/2002 | | Invoice=56207 | 2.50 | 475.00 | motion to strike Hutchins' memorandum in opposition; drafted and revised reply brief in support of appellees' motion to strike and dismiss. | | |
| 06/12/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Review draft reply in support of motion to | 25794.04258 | 2597048 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 66.00 | strike; intraoffice conference regarding demand for merits reply brief. | | |
| 06/12/2002 | 0619 | COLLEEN M. O'NEIL | 0.70 | 133.00 | Revised and prepared for filing and service | 25794.04258 | 2595908 |
| 0?/??/2002 | | Invoice=56207 | 0.70 | 133.00 | appellees' reply brief in support of appellees' motion to strike and dismiss. | | |
| 06/13/2002 | 0619 | COLLEEN M. O'NEIL | 0.90 | 171.00 | Reviewed and analyzed Hutchins' reply brief; | 25794.04258 | 2595916 |
| 07/30/2002 | | Invoice=56207 | 0.90 | 171.00 | intraoffice correspondence regarding same. | | |
| 06/13/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Review and reply to email regarding reply; | 25794.04258 | 2597058 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 66.00 | review Hutchins reply. | | |
| 06/14/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Review and annotate appellant's reply brief. | 25794.04258 | 2597074 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 66.00 | | | |
| 06/17/2002 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 33.00 | Intraoffice conference regarding reply brief. | 25794.04258 | 2597085 |
| 07/30/2002 | | Invoice=56207 | 0.10 | 33.00 | | | |
| 06/17/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Intraoffice conference regarding determination | 25794.04258 | 2595922 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 38.00 | of whether to file motion to strike reply brief or motion for leave to file sur reply brief. | | |
| 06/20/2002 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 66.00 | Intraoffice conference regarding First Circuit | 25794.04258 | 2597129 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 66.00 | order limiting scope of appeal, appellate argument; review email regarding same. | | |
| 06/24/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Reviewed and analyzed Hutchins' opposition to | 25794.04258 | 2602043 |
| 07/30/2002 | | Invoice=56207 | 0.20 | 38.00 | defendants' motion to strike his reply brief. | | |
| 06/25/2002 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 99.00 | Review 6/21 First Circuit notice; intraoffice | 25794.04258 | 2602684 |
| 07/30/2002 | | Invoice=56207 | 0.30 | 99.00 | conference regarding same; examination of law regarding FRAP 34. | | |
| 06/25/2002 | 0619 | COLLEEN M. O'NEIL | 0.60 | 114.00 | Introffice conference regarding court order | 25794.04258 | 2602052 |
| 07/30/2002 | | Invoice=56207 | 0.60 | 114.00 | negating oral argument; reviewed and analyzed Hutchins' motion to disqualify and telephone conference with case manager regarding same. | | |
| 06/26/2002 | 0619 | COLLEEN M. O'NEIL | 0.80 | 152.00 | Drafted memorandum in opposition to Hutchins' | 25794.04258 | 2605773 |
| 07/30/2002 | | Invoice=56207 | 0.80 | 152.00 | motion to disqualify; office conference regarding court order cancelling oral argument. | | |
| 06/27/2002 | 0619 | COLLEEN M. O'NEIL | 0.30 | 57.00 | Revised and finalized memorandum in opposition | 25794.04258 | 2605783 |
| 07/30/2002 | | Invoice=56207 | 0.30 | 57.00 | to Hutchins' motion to disqualify. | | |

Billed and Unbilled Recap Of Time Detail - [25794.04258 - (APPEAL) DONALD C. HUTCHINS - JON A. LINDSETH,]  Page 3
Client:25794 - COMPLIENT CORPORATION    '13/2005 11:05:49 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| ??/??/2002 | 0619 | COLLEEN M. O'NEIL | 0.10 | 19.00 | Reviewed Court docket for entry of Memorandum | 25794.04258 | 2617964 |
| ??/??/2002 | | Invoice=57075 | 0.10 | 19.00 | in Opposition to Hutchins' Motion to Disqualify | | |
| 07/03/2002 | 0619 | COLLEEN M. O'NEIL | 0.70 | 133.00 | Telephone conferences with R. Pogue regarding | 25794.04258 | 2617970 |
| 08/22/2002 | | Invoice=57075 | 0.70 | 133.00 | status of arbitration and request for | | |
| | | | | | Claimant's Statement of Intent; office | | |
| | | | | | conference regarding same; prepared facsimile | | |
| | | | | | correspondence to arbitration panel regarding | | |
| | | | | | same. | | |
| 07/15/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Office conference regarding potential | 25794.04258 | 2617998 |
| 08/22/2002 | | Invoice=57075 | 0.20 | 38.00 | dissolution of County Line L.P. | | |
| 08/19/2002 | 0619 | COLLEEN M. O'NEIL | 0.20 | 38.00 | Office conference regarding receipt of First | 25794.04258 | 2649991 |
| 09/17/2002 | | Invoice=57953 | 0.20 | 38.00 | Circuit Judgment Entry; reviewed and analyzed | | |
| | | | | | same. | | |
| 06/23/2004 | 0101 | BRENT D. BALLARD | 1.00 | 385.00 | Attention to Hutchins issues with Mr. Monroe. | 25794.04258 | 3251496 |
| 07/19/2004 | | Invoice= | 0.00 | 0.00 | | | |
| | | BILLED TOTALS:  WORK: | 53.80 | 10,790.00 | 39 records | | |
| | | BILLED TOTALS:  BILL: | 52.80 | 10,405.00 | | | |
| | | GRAND TOTALS:  WORK: | 53.80 | 10,790.00 | 39 records | | |
| | | GRAND TOTALS:  BILL: | 52.80 | 10,405.00 | | | |