# Complient Case No. 04-540066  EXHIBIT R



Calfee, Halter & Griswold LLP
*Attorneys at Law*

1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

Complient Corporation
Attn: Steven Lindseth, CEO
4670 Richmond Road, Suite 300
Warrensville Hts., OH  44128

July 13, 2006

Subject: History of Account
Matter: COMPLIENT CORPORATION V. DONALD C. HUTCHINS, ET AL.
CASE # CV04540066 CUYAHOGA CTY COMMON PLEAS

(25794.04290)
0101

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 10/28/2004 | 84257 | $7,262.29 | | $7,262.29 |
| 11/9/2004 | 84257 | | $7,262.29 | $0.00 |
| 11/30/2004 | 85348 | $2,676.95 | | $2,676.95 |
| 1/18/2005 | 85348 | | $2,676.95 | $0.00 |
| 1/31/2005 | 88099 | $3,097.73 | | $3,097.73 |
| 2/21/2005 | 88099 | | $3,097.73 | $0.00 |
| 3/15/2005 | 89480 | $2,837.50 | | $2,837.50 |
| 3/31/2005 | 90215 | $9,017.00 | | $11,854.50 |
| 4/21/2005 | 91069 | $223.00 | | $12,077.50 |
| 5/9/2005 | 89480 | | $2,837.50 | $9,240.00 |
| 5/9/2005 | 90215 | | $9,017.00 | $223.00 |
| 5/9/2005 | 91069 | | $223.00 | $0.00 |
| 5/13/2005 | 91823 | $3,229.47 | | $3,229.47 |
| 6/16/2005 | 92931 | $5,769.92 | | $8,999.39 |
| 7/12/2005 | 91823 | | $3,229.47 | $5,769.92 |
| 7/12/2005 | 92931 | | $5,769.92 | $0.00 |
| 7/15/2005 | 93703 | $1,532.50 | | $1,532.50 |
| 9/20/2005 | 96252 | $4,585.50 | | $6,118.00 |
| 10/14/2005 | 93703 | | $1,532.50 | $4,585.50 |
| 10/14/2005 | 96252 | | $4,585.50 | $0.00 |
| 10/14/2005 | 97153 | $19,270.70 | | $19,270.70 |
| 11/9/2005 | 98290 | $4,960.19 | | $24,230.89 |

*Cleveland | Columbus*

Calfee, Halter & Griswold LLP

| Date: | Inv.# | Amount: | Payments: | Inv. Balance: |
|---|---|---|---|---|
| 12/16/2005 | 99560 | $1,969.06 | | $26,199.95 |
| 12/29/2005 | 97153 | | $19,270.70 | $6,929.25 |
| 12/29/2005 | 98290 | | $4,960.19 | $1,969.06 |
| 1/17/2006 | 100826 | $3,316.50 | | $5,285.56 |
| 2/3/2006 | 99560 | | $1,969.06 | $3,316.50 |
| 2/3/2006 | 100826 | | $3,316.50 | $0.00 |
| 2/14/2006 | 102176 | $1,127.50 | | $1,127.50 |
| 3/3/2006 | 102176 | | $1,127.50 | $0.00 |
| 3/13/2006 | 103078 | $5,365.07 | | $5,365.07 |
| 4/3/2006 | 103078 | | $5,365.07 | $0.00 |
| 4/17/2006 | 104433 | $7,662.50 | | $7,662.50 |
| 5/23/2006 | 105859 | $3,702.73 | | $11,365.23 |
| 6/23/2006 | 106905 | $8,056.41 | | $19,421.64 |
| 7/10/2006 | 104433 | | $7,662.50 | $11,759.14 |
| 7/10/2006 | 105859 | | $3,702.73 | $8,056.41 |
| 7/10/2006 | 106905 | | $8,056.41 | $0.00 |

**TOTAL AMOUNT DUE:** **$0.00**

Case 3:04-cv-30126-MAP  Document 196-6  Filed 08/02/2006  Page 4 of 13

Time Recap Summary by Timekeeper [25794 - COMPLIENT CORPORATION - DONALD P. HUTCHINS 1 ST]                    Page 1
Client:25794 - COMPLIENT CORPORATION            '4/2006 10:10:51 AM

| Timekeeper | Bill Hours | Bill Amount | Description |
|---|---|---|---|
| 0047 | 66.26 | 24133.23 | WILLIAM E. COUGHLIN |
|  | .70 | 143.50 | ROBERT J. BONKO |
|  | 1.60 | 474.00 | GERALD A. MONROE |
| 0619 | 175.85 | 43519.62 | COLLEEN M. O'NEIL |
| 0661 | .00 | .00 | BRIAN D. JOHNSON |
| 0881 | 142.50 | 24352.50 | JEFFREY J. LAUDERDALE |
|  | 386.91 | 92622.85 |  |
|  |  |  |  |
|  |  |  |  |
|  | 386.91 | 92622.85 |  |



Billed and Unbilled Recap Of Time Detail [25794.04290 COMPLIENT CORPORATION v. DONALD HUTCHINS, ET.] Page 1
Client:25794 - COMPLIENT CORPORATION       '4/2006 10:10:51 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 08/10/2004 | 0619 | COLLEEN M. O'NEIL | 1.00 | 225.00 | Prepared complaint against Hutchins. | 25794.04290 | 3365209 |
| 10/28/2004 | | Invoice=84257 | 1.00 | 225.00 | | | |
| 08/16/2004 | 0619 | COLLEEN M. O'NEIL | 1.20 | 270.00 | Reviewed and analyzed Ohio law for potential | 25794.04290 | 3304429 |
| 10/28/2004 | | Invoice=84257 | 1.20 | 270.00 | claims against Hutchins. | | |
| 08/16/2004 | 0619 | COLLEEN M. O'NEIL | 0.60 | 135.00 | Drafted complaint against Hutchins for abuse of | 25794.04290 | 3304435 |
| 10/28/2004 | | Invoice=84257 | 0.60 | 135.00 | process and tortious interference and conference with W. Coughlin regarding same. | | |
| 08/16/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 70.00 | Intraoffice conference regarding draft | 25794.04290 | 3308806 |
| 10/28/2004 | | Invoice=84257 | 0.20 | 70.00 | complaint, cause of action, Skaar, Aristotle Corp. | | |
| 08/17/2004 | 0619 | COLLEEN M. O'NEIL | 3.10 | 697.50 | Prepared complaint against D. Hutchins for | 25794.04290 | 3316480 |
| 10/28/2004 | | Invoice=84257 | 3.10 | 697.50 | tortious interference and abuse of process. | | |
| 08/19/2004 | 0619 | COLLEEN M. O'NEIL | 2.50 | 562.50 | Revised complaint against D. Hutchins and | 25794.04290 | 3365211 |
| 10/28/2004 | | Invoice=84257 | 2.50 | 562.50 | conference with W. Coughlin regarding same. | | |
| 08/19/2004 | 0047 | WILLIAM E. COUGHLIN | 1.20 | 420.00 | Review and revise draft Cuyahoga complaint; | 25794.04290 | 3365210 |
| 10/28/2004 | | Invoice=84257 | 1.20 | 420.00 | review draft indemnity/escrow response; telephone conference with S. Lindseth regarding same, sale/apportionment calculation and payment. | | |
| 08/20/2004 | 0619 | COLLEEN M. O'NEIL | 1.00 | 225.00 | Revised draft complaint and prepared e-mail to | 25794.04290 | 3365212 |
| 10/28/2004 | | Invoice=84257 | 1.00 | 225.00 | S. Lindseth regarding same. | | |
| 08/20/2004 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 140.00 | Review and reply to emails regarding draft | 25794.04290 | 3308843 |
| 10/28/2004 | | Invoice=84257 | 0.40 | 140.00 | complaint; review of Mass. papers, TRO paper and ruling; intraoffice conference regarding revisions to complaint. | | |
| 08/ /2004 | 0047 | WILLIAM E. COUGHLIN | 1.20 | 420.00 | Intraoffice conference regarding draft | 25794.04290 | 3308856 |
| 10/ /2004 | | Invoice=84257 | 1.20 | 420.00 | complaint, Massachusetts, revisions; review and reply to email regarding jury demand; intraoffice conference regarding S. Lindseth's revisions, filing, service; review by R. Skaar; review email to R. Skaar. | | |
| 08/23/2004 | 0619 | COLLEEN M. O'NEIL | 1.70 | 382.50 | Conference with W. Coughlin regarding revisions | 25794.04290 | 3315745 |
| 10/28/2004 | | Invoice=84257 | 1.70 | 382.50 | to complaint; reviewed draft complaint to include claim against CPR Prompt. | | |
| 08/24/2004 | 0619 | COLLEEN M. O'NEIL | 2.80 | 630.00 | Revised complaint against D. Hutchins; | 25794.04290 | 3315747 |
| 10/28/2004 | | Invoice=84257 | 2.80 | 630.00 | telephone conference with S. Lindseth regarding same. | | |
| 08/24/2004 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 140.00 | Review and reply to emails regarding claims | 25794.04290 | 3308868 |
| 10/28/2004 | | Invoice=84257 | 0.40 | 140.00 | against corporation, escrow/indemnity; review email regarding revised complaint. | | |
| 08/25/2004 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 245.00 | Review email regarding revised complaint; | 25794.04290 | 3316078 |
| 10/28/2004 | | Invoice=84257 | 0.70 | 245.00 | review and revise second draft; interoffice conference regarding same; Cardiac's corrected brief, coordination with R. Skaar. | | |
| 08/25/2004 | 0619 | COLLEEN M. O'NEIL | 1.30 | 292.50 | Revised complaint against Hutchins and | 25794.04290 | 3365213 |
| 10/28/2004 | | Invoice=84257 | 1.30 | 292.50 | conference with W. Coughlin regarding same. | | |
| 08/26/2004 | 0619 | COLLEEN M. O'NEIL | 2.80 | 630.00 | Revised complaint and motion to appoint process | 25794.04290 | 3315756 |
| 10/28/2004 | | Invoice=84257 | 2.80 | 630.00 | server and prepared same for filing and service. | | |
| 08/26/2004 | 0452 | GERALD A. MONROE | 0.30 | 84.00 | Intraoffice conferences regarding preparation | 25794.04290 | 3311521 |
| 10/ /04 | | Invoice=84257 | 0.30 | 84.00 | and filing of complaint against Donald Hutchins in Cuyahoga County. | | |
| 08/26/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 70.00 | Review and reply to emails regarding complaint, | 25794.04290 | 3316085 |
| 10/28/2004 | | Invoice=84257 | 0.20 | 70.00 | process server. | | |
| 08/27/2004 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 105.00 | Review and execute motion to appoint special | 25794.04290 | 3316088 |
| 10/28/2004 | | Invoice=84257 | 0.30 | 105.00 | process server; review emails regarding order | | |

Case 3:04-cv-30126-MAP   Document 190-6   Filed 08/02/2006   Page 6 of 13

Billed and Unbilled Recap of Time Detail - [25794.04290 - COMPLIENT CORPORATION v. DONALD C. HUTCHINS, ET] — Page 2
Client:25794 - COMPLIENT CORPORATION        14/2006 10:10:51 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| ??/??/04 | 0619 | COLLEEN M. O'NEIL | 0.80 | 180.00 | Telephone conference with J. Egan regarding status of service of Complaint; conference with W. Coughlin regarding status of same and potential strategy for resolution; conference with G. Monroe regarding same. | 25794.04290 | 3331076 |
| | | Invoice=84257 | 0.80 | 180.00 | | | |
| 09/01/2004 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 175.00 | Telephone conference with Deputy Sheriff regarding service; correspondence regarding same, payment calculation; review email regarding same, negotiation strategy. | 25794.04290 | 3323924 |
| 10/28/2004 | | Invoice=84257 | 0.50 | 175.00 | | | |
| 09/02/2004 | 0619 | COLLEEN M. O'NEIL | 0.30 | 67.50 | Checked Cardiac Science docket for status of case and e-mail correspondence with Cardiac's counsel regarding same. | 25794.04290 | 3331081 |
| 10/28/2004 | | Invoice=84257 | 0.30 | 67.50 | | | |
| 09/08/2004 | 0047 | WILLIAM E. COUGHLIN | 0.60 | 210.00 | Review and forward email to R. Skaar; review and reply to emails regarding 9/9 hearing on motion to dismiss, motion regarding lock-up agreement. | 25794.04290 | 3323973 |
| 10/28/2004 | | Invoice=84257 | 0.60 | 210.00 | | | |
| 09/10/2004 | 0661 | BRIAN D. JOHNSON | 1.00 | 215.00 | Review additional Hutchins and CPR Prompt files; discuss contents with G. Monroe. | 25794.04290 | 3331977 |
| 10/28/2004 | | Invoice= | 0.00 | 0.00 | | | |
| 09/24/2004 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 105.00 | Review and annotate Hutchin's motion to dismiss Ohio actions. | 25794.04290 | 3342085 |
| 10/28/2004 | | Invoice=84257 | 0.30 | 105.00 | | | |
| 09/28/2004 | 0619 | COLLEEN M. O'NEIL | 1.00 | 225.00 | Reviewed and analyzed Hutchins' motion to dismiss; prepared waiver language for settlement check to Hutchins. | 25794.04290 | 3342793 |
| 10/28/2004 | | Invoice=84257 | 1.00 | 225.00 | | | |
| 09/30/2004 | 0619 | COLLEEN M. O'NEIL | 2.10 | 472.50 | Drafted memorandum in opposition to Hutchins' motion to dismiss. | 25794.04290 | 3342800 |
| 10/??/2004 | | Invoice=84257 | 2.10 | 472.50 | | | |
| 1?/??/04 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 105.00 | Review email regarding motion to dismiss, brief in opposition; intraoffice conference regarding same, service and response dates. | 25794.04290 | 3348540 |
| 11/30/2004 | | Invoice=85348 | 0.30 | 105.00 | | | |
| 10/01/2004 | 0619 | COLLEEN M. O'NEIL | 4.70 | 1,057.50 | Prepared memorandum in opposition to CPR-Prompt's motion to dismiss; revised and finalized memorandum in opposition to Hutchins' motion to dismiss; conference with W. Coughlin regarding same; drafted motion for default judgment. | 25794.04290 | 3349058 |
| 11/30/2004 | | Invoice=85348 | 4.70 | 1,057.50 | | | |
| 10/04/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 70.00 | Review draft brief in opposition to motion to dismiss; review and reply to emails regarding same. | 25794.04290 | 3348550 |
| 11/30/2004 | | Invoice=85348 | 0.20 | 70.00 | | | |
| 10/05/2004 | 0619 | COLLEEN M. O'NEIL | 1.70 | 382.50 | Revised motion for default judgment and memorandum in opposition to Hutchins' motion for joinder; telephone conference with J. Egan regarding filing of opposition in Massachusetts District Court; conference with W. Coughlin regarding court filings and Hutchins' response to settlement offer. | 25794.04290 | 3358300 |
| 11/30/2004 | | Invoice=85348 | 1.70 | 382.50 | | | |
| 10/07/2004 | 0619 | COLLEEN M. O'NEIL | 1.90 | 427.50 | Revised and finalized motion for default judgment and opposition to Hutchins' motion for joinder. | 25794.04290 | 3366480 |
| 11/30/2004 | | Invoice=85348 | 1.90 | 427.50 | | | |
| 10/18/2004 | 0619 | COLLEEN M. O'NEIL | 1.20 | 270.00 | Reviewed status of Cuyahoga County and Massachusetts dockets for status of cases; conference with W. Coughlin regarding determination of whether to add CPR-Prompt to claims for abuse of process and tortious interference. | 25794.04290 | 3366498 |
| 11/30/2004 | | Invoice=85348 | 1.20 | 270.00 | | | |
| 10/18/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 70.00 | Intraoffice conference regarding money damages claim against CPR Prompt, joinder of claims. | 25794.04290 | 3361755 |
| 11/30/2004 | | Invoice=85348 | 0.20 | 70.00 | | | |
| 10/25/2004 | 0619 | COLLEEN M. O'NEIL | 0.10 | 22.50 | Reviewed Massachusetts and Cuyahoga County Court docket for recent rulings. | 25794.04290 | 3366508 |
| 11/30/2004 | | Invoice=85348 | 0.10 | 22.50 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Billed and Unbilled Recap Of Time Detail [25794.04290 COMPLIENT CORPORATION v. DONALD G. HUTCHINS, ET] | | | | | | | Page 3 |
| Client:25794 - COMPLIENT CORPORATION    14/2006 10:10:51 AM | | | | | | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 11/04/2004 | 0619 | COLLEEN M. O'NEIL | 0.20 | 45.00 | Intra-office conference with W. Coughlin | 25794.04290 | 3383131 |
| 01/31/2005 | | Invoice=88099 | 0.20 | 45.00 | regarding preparation for 12/15 default judgment hearing; telephone conference with S. Lindseth regarding same. | | |
| 11/15/2004 | 0619 | COLLEEN M. O'NEIL | 0.20 | 45.00 | Reviewed and analyzed CPR Prompt's attempted | 25794.04290 | 3403142 |
| 01/31/2005 | | Invoice=88099 | 0.20 | 45.00 | Answer to the Complaint. | | |
| 11/16/2004 | 0619 | COLLEEN M. O'NEIL | 0.40 | 90.00 | Reviewed and analyzed CPR Prompt's answer to | 25794.04290 | 3403146 |
| 01/31/2005 | | Invoice=88099 | 0.40 | 90.00 | plaintiff's complaint. | | |
| 11/16/2004 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 140.00 | Intraoffice conference regarding separate | 25794.04290 | 3397346 |
| 01/31/2005 | | Invoice=88099 | 0.40 | 140.00 | answer, response strategy, default, unauthorized practice, CMC. | | |
| 11/18/2004 | 0619 | COLLEEN M. O'NEIL | 2.20 | 495.00 | Drafted and revised Motion to Strike and for | 25794.04290 | 3403157 |
| 01/31/2005 | | Invoice=88099 | 2.20 | 495.00 | Sanctions relative to CPR Prompt's pro se Answer and conference with W. Coughlin regarding strategy for same. | | |
| 11/18/2004 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 140.00 | Intraoffice conferences regarding motion to | 25794.04290 | 3397372 |
| 01/31/2005 | | Invoice=88099 | 0.40 | 140.00 | strike/sanctions/show cause, default.^Ohio | | |
| 11/19/2004 | 0619 | COLLEEN M. O'NEIL | 1.70 | 382.50 | Revised Motion to Strike Purported Answer of | 25794.04290 | 3403162 |
| 01/31/2005 | | Invoice=88099 | 1.70 | 382.50 | CPR Prompt and drafted Motion for Default Judgment against Hutchins. | | |
| 11/23/2004 | 0619 | COLLEEN M. O'NEIL | 0.80 | 180.00 | Revised Motion to Strike CPR Prompt's Answer | 25794.04290 | 3403174 |
| 01/31/2005 | | Invoice=88099 | 0.80 | 180.00 | and revised Motion for Default Judgment against Hutchins. | | |
| 11/24/2004 | 0619 | COLLEEN M. O'NEIL | 2.10 | 472.50 | Revised and prepared for filing Complient's | 25794.04290 | 3403178 |
| 01/31/2005 | | Invoice=88099 | 2.10 | 472.50 | Motion to Strike Answer of CPR Prompt; revised draft of Motion for Default Judgment against Defendant Hutchins; reviewed and analyzed correspondence from Hutchins regarding request to postpone Motion for Default Judgment hearing. | | |
| 11/26/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 70.00 | Review draft motion for default; review and | 25794.04290 | 3397406 |
| 01/31/2005 | | Invoice=88099 | 0.20 | 70.00 | reply to email regarding same. ^Ohio | | |
| 11/29/2004 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 105.00 | intraoffice conference regarding motion to | 25794.04290 | 3398916 |
| 01/31/2005 | | Invoice=88099 | 0.30 | 105.00 | disqualify, amended complaint, motion to dismiss, request to continue default hearing; review email regarding same. ^MA | | |
| 11/29/2004 | 0619 | COLLEEN M. O'NEIL | 0.20 | 45.00 | Revised Motion for Default Judgment. | 25794.04290 | 3404124 |
| 01/31/2005 | | Invoice=88099 | 0.20 | 45.00 | | | |
| 11/30/2004 | 0619 | COLLEEN M. O'NEIL | 0.30 | 67.50 | Conference with W. Coughlin regarding strategy | 25794.04290 | 3404136 |
| 01/31/2005 | | Invoice=88099 | 0.30 | 67.50 | regarding whether to file Motion for Default Judgment against D. Hutchins. | | |
| 12/02/2004 | 0619 | COLLEEN M. O'NEIL | 1.30 | 325.00 | Drafted and revised correspondence to D. | 25794.04290 | 3412101 |
| 03/15/2005 | | Invoice=89480 | 1.30 | 292.50 | Hutchins regarding request for postponement of 12/15/04 Default Judgment Hearing. | | |
| 12/02/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review and reply draft reply to counterclaim; | 25794.04290 | 3406011 |
| 03/15/2005 | | Invoice=89480 | 0.20 | 70.00 | intraoffice conference regarding same.^Ohio | | |
| 12/06/2004 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and annotate motion for continuance. | 25794.04290 | 3408462 |
| 03/15/2005 | | Invoice=89480 | 0.10 | 35.00 | ^Ohio | | |
| 12/06/2004 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to email regarding motion to | 25794.04290 | 3408467 |
| 03/15/2005 | | Invoice=89480 | 0.10 | 35.00 | disqualify. ^Mass. | | |
| 12/?/2004 | 0619 | COLLEEN M. O'NEIL | 0.10 | 25.00 | Reviewed court docket for determination of | 25794.04290 | 3412110 |
| 03/15/2005 | | Invoice=89480 | 0.10 | 22.50 | status of Motion to Strike CPR Prompt's Answer and status of case. | | |
| 12/07/2004 | 0619 | COLLEEN M. O'NEIL | 1.40 | 350.00 | Reviewed and analyzed Hutchins' Motion for | 25794.04290 | 3412115 |
| 03/15/2005 | | Invoice=89480 | 1.40 | 315.00 | Continuance and drafted Brief in Opposition to | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | same. | | |
| 12/??/04 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review and annotate letter regarding requested | 25794.04290 | 3411224 |
| 03/15/2005 | | Invoice=89480 | 0.20 | 70.00 | continuance; review motion to strike.^Ohio | | |
| 12/07/2004 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 255.50 | Intraoffice conference regarding brief in | 25794.04290 | 3411237 |
| 03/15/2005 | | Invoice=89480 | 0.70 | 245.00 | opposition to motion to prevent appearance; review and revise same.^Mass. | | |
| 12/08/2004 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Review and revise brief in opposition to motion | 25794.04290 | 3411249 |
| 03/15/2005 | | Invoice=89480 | 0.30 | 105.00 | for continuance; intraoffice conference regarding same.^Ohio | | |
| 12/08/2004 | 0619 | COLLEEN M. O'NEIL | 1.20 | 300.00 | Revised and prepared Brief in Opposition to | 25794.04290 | 3412118 |
| 03/15/2005 | | Invoice=89480 | 1.20 | 270.00 | Hutchins' Motion for Continuance for filing and service. | | |
| 12/09/2004 | 0619 | COLLEEN M. O'NEIL | 0.30 | 75.00 | Prepared e-mail correspondence to S. Lindseth | 25794.04290 | 3428182 |
| 03/15/2005 | | Invoice=89480 | 0.30 | 67.50 | regarding Court's cancellation of 12/15/04 Default Judgement Hearing and postponement of same to 01/25/04; telephone conference with Judge Gallagher's staff attorney regarding same. | | |
| 12/09/2004 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to emails regarding cancelled | 25794.04290 | 3431510 |
| 03/15/2005 | | Invoice=89480 | 0.10 | 35.00 | hearing, contact with court; intraoffice conference regarding same.^Ohio | | |
| 12/09/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Intraoffice conference regarding amended | 25794.04290 | 3431511 |
| 03/15/2005 | | Invoice=89480 | 0.20 | 70.00 | complaint, response strategy.^Mass. | | |
| 12/10/2004 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and annotate notice of reset default | 25794.04290 | 3431520 |
| 03/15/2005 | | Invoice=89480 | 0.10 | 35.00 | hearing.^Ohio | | |
| 12/??/04 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Intraoffice conference regarding contacts from | 25794.04290 | 3431556 |
| 0?/??/05 | | Invoice=89480 | 0.10 | 35.00 | Judge Gallagher regarding default. ^Ohio | | |
| 12/15/2004 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Intraoffice conference regarding motion for | 25794.04290 | 3431558 |
| 03/15/2005 | | Invoice=89480 | 0.30 | 105.00 | leave to file amended complaint.^Mass. | | |
| 12/21/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review and annotate Cardiac's motion to dismiss | 25794.04290 | 3431607 |
| 03/15/2005 | | Invoice=89480 | 0.20 | 70.00 | amended complaint. ^MA | | |
| 12/21/2004 | 0047 | WILLIAM E. COUGHLIN | 0.00 | 0.00 | | 25794.04290 | 3421735 |
| 11/30/2004 | | Invoice=85348 | 0.04 | 14.09 | | | |
| 12/21/2004 | 0047 | WILLIAM E. COUGHLIN | 0.00 | 0.00 | | 25794.04290 | 3421745 |
| 11/30/2004 | | Invoice=85348 | 0.02 | 7.64 | | | |
| 12/21/2004 | 0619 | COLLEEN M. O'NEIL | 0.00 | 0.00 | | 25794.04290 | 3421746 |
| 11/30/2004 | | Invoice=85348 | 0.30 | 67.37 | | | |
| 12/21/2004 | 0619 | COLLEEN M. O'NEIL | 0.00 | 0.00 | | 25794.04290 | 3421736 |
| 11/30/2004 | | Invoice=85348 | 0.55 | 124.25 | | | |
| 12/22/2004 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to email regarding service of | 25794.04290 | 3431613 |
| 03/15/2005 | | Invoice=89480 | 0.10 | 35.00 | pleadings. ^Mass. | | |
| 12/22/2004 | 0661 | JEFFREY J. LAUDERDALE | 1.50 | 255.00 | Examination of law regarding interplay between | 25794.04290 | 3427104 |
| 03/15/2005 | | Invoice=89480 | 1.50 | 225.00 | tort claims and contractual rights in Ohio. | | |
| 12/27/2004 | 0881 | JEFFREY J. LAUDERDALE | 1.50 | 255.00 | Examination of law pertaining to use of | 25794.04290 | 3431411 |
| 03/15/2005 | | Invoice=89480 | 1.50 | 225.00 | economic loss rule in contract cases in Massachusetts and Ohio. | | |
| 12/28/2004 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Intraoffice conference regarding order granting | 25794.04290 | 3431636 |
| 03/??/2005 | | Invoice=89480 | 0.10 | 35.00 | motion to strike. ^OH | | |
| 12/??/04 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review email regarding service of amended | 25794.04290 | 3431639 |
| 03/15/2005 | | Invoice=89480 | 0.10 | 35.00 | complaint. ^Mass. | | |
| 12/29/2004 | 0881 | JEFFREY J. LAUDERDALE | 2.70 | 459.00 | Examination of law pertaining to use of | 25794.04290 | 3431415 |
| 03/15/2005 | | Invoice=89480 | 2.70 | 405.00 | economic loss rule in contract cases in Massachusetts and Ohio. | | |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 01/07/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review and reply to email regarding Hutchins | 25794.04290 | 3458638 |
| 0  /  5 | | Invoice=90215 | 0.20 | 73.00 | deposition notice; review emails regarding concluding Cardiac settlement. | | |
| 01/11/2005 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 182.50 | Intraoffice conference regarding Hutchins | 25794.04290 | 3458666 |
| 03/31/2005 | | Invoice=90215 | 0.50 | 182.50 | deposition options and strategy; review email regarding same. ^MA | | |
| 01/14/2005 | 0881 | JEFFREY J. LAUDERDALE | 1.20 | 204.00 | Examination of law relating to economic loss | 25794.04290 | 3445445 |
| 03/31/2005 | | Invoice=90215 | 1.20 | 204.00 | rule and the distinctions made regarding that rule in Massachusetts and Ohio. | | |
| 01/18/2005 | 0881 | JEFFREY J. LAUDERDALE | 0.90 | 153.00 | Preparation for and intraoffice conference with | 25794.04290 | 3445453 |
| 03/31/2005 | | Invoice=90215 | 0.90 | 153.00 | Ms. O'Neil regarding economic loss rules and choice of law issues in this matter. | | |
| 01/18/2005 | 0619 | COLLEEN M. O'NEIL | 0.30 | 75.00 | Telephone conference with Judge Gallagher's | 25794.04290 | 3452976 |
| 03/31/2005 | | Invoice=90215 | 0.30 | 75.00 | staff attorney regarding submission of evidence at default judgment hearing; prepared e-mail correspondence to S. Lindseth regarding same. | | |
| 01/18/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Intraoffice conference regarding service. ^MA | 25794.04290 | 3458708 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | | | |
| 01/18/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review email regarding default affidavit. | 25794.04290 | 3458710 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | | | |
| 01/19/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review email regarding failure of service; | 25794.04290 | 3458724 |
| 03/31/2005 | | Invoice=90215 | 0.20 | 73.00 | intraoffice conference regarding same. ^MA | | |
| 01/20/2005 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Intraoffice conference regarding default | 25794.04290 | 3458730 |
| 03/31/2005 | | Invoice=90215 | 0.30 | 109.50 | affidavit; review and revise draft of same. ^OH | | |
| 0   5 | 0452 | GERALD A. MONROE | 0.50 | 150.00 | Review and revision of officer's affidavit. | 25794.04290 | 3468956 |
| 0  5 | | Invoice=90215 | 0.50 | 150.00 | | | |
| 01/20/2005 | 0619 | COLLEEN M. O'NEIL | 1.70 | 425.00 | Prepared affidavit of S. Lindseth for | 25794.04290 | 3452989 |
| 03/31/2005 | | Invoice=90215 | 1.70 | 425.00 | submission at 01/25/04 default judgment hearing; intraoffice correspondence regarding same. | | |
| 01/21/2005 | 0452 | GERALD A. MONROE | 0.30 | 90.00 | Intraoffice correspondence regarding Hutchins' | 25794.04290 | 3468961 |
| 03/31/2005 | | Invoice=90215 | 0.30 | 90.00 | motion to disqualify Calfee Halter. | | |
| 01/21/2005 | 0047 | WILLIAM E. COUGHLIN | 0.60 | 219.00 | Review and annotate motion to disqualify; draft | 25794.04290 | 3458743 |
| 03/31/2005 | | Invoice=90215 | 0.60 | 219.00 | and revise email regarding same. ^OH | | |
| 01/24/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to email regarding default | 25794.04290 | 3458761 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | hearing, motion to disqualify. ^Ohio | | |
| 01/24/2005 | 0619 | COLLEEN M. O'NEIL | 1.60 | 400.00 | Reviewed and analyzed Hutchins' Motion to | 25794.04290 | 3458934 |
| 03/31/2005 | | Invoice=90215 | 1.60 | 400.00 | Disqualify CH&G; reviewed relevant pleadings in preparation for default judgment hearing. | | |
| 01/25/2005 | 0619 | COLLEEN M. O'NEIL | 2.80 | 700.00 | Prepared for and attended default judgment | 25794.04290 | 3458945 |
| 03/31/2005 | | Invoice=90215 | 2.80 | 700.00 | hearing; e-mail correspondence and telephone conference with S. Lindseth regarding outcome of same. | | |
| 01/25/2005 | 0881 | JEFFREY J. LAUDERDALE | 1.30 | 221.00 | Review of file documents; intraoffice | 25794 04290 | 3451966 |
| 03/31/2005 | | Invoice=90215 | 1.30 | 221.00 | conference with Ms. O'Neil regarding service in this matter; review of law pertaining to service. | | |
| 01/25/2005 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 182.50 | Intraoffice conference regarding default | 25794.04290 | 3458768 |
| 03/   05 | | Invoice=90215 | 0.50 | 182.50 | hearing; review email regarding same.^Ohio | | |
| 01,   5 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to email regarding | 25794.04290 | 3458772 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | coordination with Cardiac on Hutchins deposits.^MA | | |
| 01/27/2005 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 182.50 | Review and reply to emails regarding settlement | 25794.04290 | 3460240 |
| 03/31/2005 | | Invoice=90215 | 0.50 | 182.50 | agreement, negotiation, default hearing. | | |

Case 3:04-cv-30126-MAP Document 190-6 Filed 08/02/2006 Page 10 of 13

Billed and Unbilled Recap Of Time Detail - 25794.04290 CONTENTS CORPORATION 14/2006 10:10:51 AM | Page 6
Client:25794 - COMPLIENT CORPORATION

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | contacts with Cardiac counsel; review proposed | | |
| | | | | | revisions to settlement agreement.^MA | | |
| 01/?/2005 | 0619 | COLLEEN M. O'NEIL | 0.20 | 50.00 | Prepared Opposition to Hutchins' Motion to | 25794.04290 | 3458956 |
| 03/31/2005 | | Invoice=90215 | 0.20 | 50.00 | Disqualify CH&G. | | |
| 01/28/2005 | 0881 | JEFFREY J. LAUDERDALE | 2.20 | 374.00 | Examination of law regarding service of process | 25794.04290 | 3456823 |
| 03/31/2005 | | Invoice=90215 | 2.20 | 374.00 | and personal jurisdiction where service is made | | |
| | | | | | on a defendant's attorney. | | |
| 01/30/2005 | 0881 | JEFFREY J. LAUDERDALE | 3.80 | 646.00 | Examination of law pertaining to personal | 25794.04290 | 3456824 |
| 03/31/2005 | | Invoice=90215 | 3.80 | 646.00 | jurisdiction and service of process on an | | |
| | | | | | attorney. | | |
| 01/30/2005 | 0619 | COLLEEN M. O'NEIL | 1.40 | 350.00 | Drafted Memorandum in Opposition to Hutchins' | 25794.04290 | 3458961 |
| 03/31/2005 | | Invoice=90215 | 1.40 | 350.00 | Motion to Disqualify CH&G. | | |
| 01/31/2005 | 0619 | COLLEEN M. O'NEIL | 1.60 | 400.00 | Revised and prepared for filing and service | 25794.04290 | 3458966 |
| 03/31/2005 | | Invoice=90215 | 1.60 | 400.00 | Complient's Opposition to Hutchins' Motion to | | |
| | | | | | Disqualify. | | |
| 01/31/2005 | 0881 | JEFFREY J. LAUDERDALE | 5.40 | 918.00 | Examination of law pertaining to personal | 25794.04290 | 3456825 |
| 03/31/2005 | | Invoice=90215 | 5.40 | 918.00 | jurisdiction and draft of Motion to Dismiss for | | |
| | | | | | Improper Service; prepared affidavit for Steven | | |
| | | | | | Lindseth. | | |
| 01/31/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Intraoffice conference regarding brief in | 25794.04290 | 3460256 |
| 03/31/2005 | | Invoice=90215 | 0.20 | 73.00 | opposition to motion to disqualify. | | |
| 01/31/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review email regarding motion to dismiss | 25794.04290 | 3460261 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | (service), affidavit. ^MA | | |
| 02/01/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review and annotate as-filed brief in | 25794.04290 | 3464053 |
| 03/31/2005 | | Invoice=90215 | 0.20 | 73.00 | opposition to motion to disqualify.^OH | | |
| 0?/?/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review email regarding motion to dismiss; | 25794.04290 | 3464063 |
| 03/31/2005 | | Invoice=90215 | 0.20 | 73.00 | review and reply to F. Cottrell's email | | |
| | | | | | regarding settlement.^MA | | |
| 02/01/2005 | 0881 | JEFFREY J. LAUDERDALE | 4.20 | 714.00 | Draft and revision of Motion to Dismiss for | 25794.04290 | 3465375 |
| 03/31/2005 | | Invoice=90215 | 4.20 | 714.00 | Improper Service; intraoffice conference with | | |
| | | | | | Ms. O'Neil regarding same. | | |
| 02/02/2005 | 0881 | JEFFREY J. LAUDERDALE | 2.30 | 391.00 | Draft and revision of Motion to Dismiss for | 25794.04290 | 3466611 |
| 03/31/2005 | | Invoice=90215 | 2.30 | 391.00 | Failure of Service of Process; communication | | |
| | | | | | with Ms. O'Neil regarding same; communication | | |
| | | | | | with local counsel regarding same. | | |
| 02/02/2005 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Review and annotate meeting notice, draft email | 25794.04290 | 3466976 |
| 03/31/2005 | | Invoice=90215 | 0.30 | 109.50 | regarding same; intraoffice regarding same. | | |
| 02/02/2005 | 0047 | WILLIAM E. COUGHLIN | 1.00 | 365.00 | Review email regarding motion to dismiss; | 25794.04290 | 3466982 |
| 03/31/2005 | | Invoice=90215 | 1.00 | 365.00 | review and revise draft brief; intraoffice | | |
| | | | | | conference regarding same, Hutchins deposition. | | |
| 02/03/2005 | 0881 | JEFFREY J. LAUDERDALE | 0.30 | 51.00 | Communication with V. Gauthier in local | 25794.04290 | 3466619 |
| 03/31/2005 | | Invoice=90215 | 0.30 | 51.00 | counsel's office regarding Motion to Dismiss. | | |
| 02/04/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Intraoffice conference regarding counterclaim | 25794.04290 | 3464067 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | motion.^MA | | |
| 02/07/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Intraoffice conference regarding potential | 25794.04290 | 3466999 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | counterclaim. | | |
| 02/10/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and annotate default judgment.^OH | 25794.04290 | 3488914 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | | | |
| 0?/?/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review and annotate Cardiac's answers end | 25794.04290 | 3488915 |
| 0?/?/2005 | | Invoice=90215 | 0.20 | 73.00 | counterclaim.^MA | | |
| 02/14/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to email regarding trial | 25794.04290 | 3488935 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | continuance.^MA | | |
| 02/14/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to email regarding motion for | 25794.04290 | 3488937 |

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | summary judgment.^OH | | |
| 0  /05 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and annotate notice regarding ruling on | 25794.04290 | 3488947 |
|   /05 | | Invoice=90215 | 0.10 | 36.50 | motion to disqualify.^OH | | |
| 02/16/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Intraoffice conference regarding 1099.^OH | 25794.04290 | 3488958 |
| 03/31/2005 | | Invoice=90215 | 0.20 | 73.00 | | | |
| 02/22/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to email regarding motion to | 25794.04290 | 3488998 |
| 03/31/2005 | | Invoice=90215 | 0.10 | 36.50 | strike/motion to dismiss.^MA | | |
| 02/22/2005 | 0619 | COLLEEN M. O'NEIL | 0.60 | 150.00 | Reviewed and analyzed Hutchins' Motion to | 25794.04290 | 3488009 |
| 03/31/2005 | | Invoice=90215 | 0.60 | 150.00 | Strike and Memorandum in Opposition to | | |
| | | | | | Complient's Motion to Dismiss for improper | | |
| | | | | | Service; correspondence with S. Lindseth and | | |
| | | | | | attorneys Coughlin and Monroe regarding same. | | |
| 02/24/2005 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 146.00 | Review and annotate motion to strike/brief in | 25794.04290 | 3489016 |
| 03/31/2005 | | Invoice=90215 | 0.40 | 146.00 | opposition to motion to dismiss; intraoffice | | |
| | | | | | conference regarding same, dissolution, | | |
| | | | | | Delaware taxes. | | |
| 02/25/2005 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Intraoffice conference regarding brief in | 25794.04290 | 3489030 |
| 03/31/2005 | | Invoice=90215 | 0.30 | 109.50 | opposition to motion to strike, Delaware taxes, | | |
| | | | | | Gallagher rebuttal. | | |
| 03/29/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review and reply to email regarding summons; | 25794.04290 | 3517407 |
| 04/21/2005 | | Invoice=91069 | 0.20 | 73.00 | intraoffice conference regarding contacts from | | |
| | | | | | D. Hutchins. ^MA | | |
| 03/29/2005 | 0619 | COLLEEN M. O'NEIL | 0.60 | 150.00 | Participated in telephone pretrial with Court | 25794.04290 | 3515443 |
| 04/21/2005 | | Invoice=91069 | 0.60 | 150.00 | and Defendant and prepared email to S. Lindseth | | |
| | | | | | and Attorney Coughlin regarding same. | | |
| 0  /5 | 0619 | COLLEEN M. O'NEIL | 0.20 | 50.00 | Conference with Attorney Coughlin regarding | 25794.04290 | 3529252 |
| 0.  5 | | Invoice=91823 | 0.20 | 50.00 | status of service and preparation of Answer to | | |
| | | | | | Amended Complaint and Dispositive Motion. | | |
| 04/04/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Intraoffice conference regarding motion | 25794.04290 | 3526086 |
| 05/13/2005 | | Invoice=91823 | 0.10 | 36.50 | practices. ^MA | | |
| 04/04/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Intraoffice conference regarding credit | 25794.04290 | 3526087 |
| 05/13/2005 | | Invoice=91823 | 0.10 | 36.50 | inquiry, CMC. ^OH | | |
| 04/05/2005 | 0619 | COLLEEN M. O'NEIL | 0.10 | 25.00 | Review and analyze Court entry regarding 3/24 | 25794.04290 | 3529256 |
| 05/13/2005 | | Invoice=91823 | 0.10 | 25.00 | pretrial and scheduling of discovery cutoff. | | |
| 04/21/2005 | 0619 | COLLEEN M. O'NEIL | 0.40 | 100.00 | Conference with Attorney Coughlin regarding | 25794.04290 | 3540800 |
| 05/13/2005 | | Invoice=91823 | 0.40 | 100.00 | strategy for conducting discovery. | | |
| 04/21/2005 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Intraoffice conference regarding hearing cut | 25794.04290 | 3545306 |
| 05/13/2005 | | Invoice=91823 | 0.30 | 109.50 | off, trial preparation, requests for | | |
| | | | | | admissions, deposition.^OH | | |
| 04/21/2005 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Review and annotate as-filed reply; intraoffice | 25794.04290 | 3545313 |
| 05/13/2005 | | Invoice=91823 | 0.30 | 109.50 | conference regarding withdrawing motion to | | |
| | | | | | dismiss, case sequence.^MA | | |
| 04/25/2005 | 0619 | COLLEEN M. O'NEIL | 3.20 | 800.00 | Drafted Requests for Admission and First Set of | 25794.04290 | 3540810 |
| 05/13/2005 | | Invoice=91823 | 3.20 | 800.00 | Interrogatories to Hutchins; review and analyze | | |
| | | | | | Hutchins deposition transcript from | | |
| | | | | | Massachusetts action to assess necessity of | | |
| | | | | | deposition. | | |
| 04/26/2005 | 0619 | COLLEEN M. O'NEIL | 3.80 | 950.00 | Drafted and revised Requests for Admission and | 25794.04290 | 3542985 |
| 05/13/2005 | | Invoice=91823 | 3.80 | 950.00 | First Set of Interrogatories to Defendant | | |
| | | | | | Hutchins; conference with Attorney Coughlin | | |
| | | | | | regarding same and regarding potential | | |
| | | | | | necessity of conducting Hutchins' deposition; | | |
| | | | | | review and analyze Hutchins' Massachusetts | | |
| | | | | | deposition transcript; revised and finalized | | |
| | | | | | Notice of Withdrawal of Motion to Dismiss. | | |
| 04/26/2005 | 0047 | WILLIAM E. COUGHLIN | 0.80 | 292.00 | Review notice of withdrawal; review and revise | 25794.04290 | 3551391 |

Case 3:04-cv-30126-MAP Document 190-6 Filed 08/02/2006 Page 12 of 13

Billed and Unbilled Recap Of Time Detail - [25794.04290 - COMPLIENT CORPORATION v/ DONALD C. HUTCHINS, ET]  Page 8
Client:25794 - COMPLIENT CORPORATION    /14/2006 10:10:51 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/13/2005 | | Invoice=91823 | 0.80 | 292.00 | plaintiff's first set of requests for production and admissions; intraoffice conference regarding same, voluntary dismissal, effect on partial judgment. | | |
| 04/27/2005 | 0619 | COLLEEN M. O'NEIL | 2.20 | 550.00 | Completed review of Hutchins Massachusetts deposition transcript. | 25794.04290 | 3554349 |
| 05/13/2005 | | Invoice=91823 | 2.20 | 550.00 | | | |
| 04/29/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review and reply to email regarding amending notice of withdrawal; intraoffice conference regarding merits of dismissal of Ohio action. | 25794.04290 | 3551430 |
| 05/13/2005 | | Invoice=91823 | 0.20 | 73.00 | | | |
| 05/03/2005 | 0619 | COLLEEN M. O'NEIL | 0.20 | 50.00 | Telephone conference with S. Lindseth regarding status of case and discovery efforts of both parties and strategy for Massachusetts litigation. | 25794.04290 | 3558317 |
| 06/16/2005 | | Invoice=92931 | 0.20 | 50.00 | | | |
| 05/09/2005 | 0619 | COLLEEN M. O'NEIL | 0.40 | 100.00 | Review and analyze Hutchins' discovery requests and prepared email to S. Lindseth and Attorneys Coughlin and Monroe regarding same. | 25794.04290 | 3560482 |
| 06/16/2005 | | Invoice=92931 | 0.40 | 100.00 | | | |
| 05/10/2005 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Review email regarding Hutchins' discovery; review notice regarding rescheduled CMC; intraoffice conference regarding same; review same. | 25794.04290 | 3571291 |
| 06/16/2005 | | Invoice=92931 | 0.30 | 109.50 | | | |
| 05/13/2005 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 255.50 | Review and revise draft answer and counterclaim/budget memo; review and reply to emails regarding same.^MA | 25794.04290 | 3571333 |
| 06/16/2005 | | Invoice=92931 | 0.70 | 255.50 | | | |
| 05/13/2005 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Review and annotate Hutchin's discovery request; review budget memo; review and reply to email regarding same.^OH | 25794.04290 | 3571334 |
| 06/16/2005 | | Invoice=92931 | 0.30 | 109.50 | | | |
| 0    5 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 182.50 | Intraoffice conference regarding license agreement, answer and counterclaim, amount of liquidation; review email regarding license agreement; review and reply to F. Cottrell's email regarding settlement; intraoffice conference regarding same.^MA | 25794.04290 | 3571335 |
| 0    5 | | Invoice=92931 | 0.50 | 182.50 | | | |
| 05/16/2005 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 146.00 | Intraoffice conference regarding discovery responses, pretrial, trial date, damages.^OH | 25794.04290 | 3571341 |
| 06/16/2005 | | Invoice=92931 | 0.40 | 146.00 | | | |
| 05/16/2005 | 0619 | COLLEEN M. O'NEIL | 0.40 | 100.00 | Telephone conference with S. Lindseth regarding preparation of responses to Hutchins' written discovery requests. | 25794.04290 | 3568974 |
| 06/16/2005 | | Invoice=92931 | 0.40 | 100.00 | | | |
| 05/20/2005 | 0619 | COLLEEN M. O'NEIL | 0.40 | 100.00 | Prepared responses to Defendant's written discovery requests. | 25794.04290 | 3571713 |
| 06/16/2005 | | Invoice=92931 | 0.40 | 100.00 | | | |
| 05/20/2005 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 109.50 | Review and annotate Cardiac's motion for summary judgment.^MA | 25794.04290 | 3571383 |
| 06/16/2005 | | Invoice=92931 | 0.30 | 109.50 | | | |
| 05/24/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Intraoffice conferences regarding 5/25 case management conference strategy and scheduling, interaction with MA action.^OH | 25794.04290 | 3571412 |
| 06/16/2005 | | Invoice=92931 | 0.20 | 73.00 | | | |
| 05/24/2005 | 0619 | COLLEEN M. O'NEIL | 3.30 | 825.00 | Drafted responses to Defendant's First Set of Interrogatories and First Request for Production of Documents; telephone conference with D. Hutchins regarding stipulation as to admissibility of Massachusetts deposition; prepared correspondence to D. Hutchins regarding 5/25 pretrial. | 25794.04290 | 3576017 |
| 06/16/2005 | | Invoice=92931 | 3.30 | 825.00 | | | |
| 05/   05 | 0619 | COLLEEN M. O'NEIL | 5.50 | 1,375.00 | Revised responses to Defendant's Interrogatories; drafted and revised responses to Defendant's Request for Production of Documents; reviewed CH&G catalog of files for Complient to determine location of potential responsive documents; drafted responses to Defendant's First Requests for Admission; participated in telephone pretrial with Court | 25794.04290 | 3576021 |
| 0       5 | | Invoice=92931 | 5.50 | 1,375.00 | | | |

Billed and Unbilled Recap Of Time Detail [25794.04290 - COMPLIENT CORPORATION v. DONALD C. HUTCHINS, ET.] Page 9
Client:25794 - COMPLIENT CORPORATION 7/14/2006 10:10:51 AM

Case 3:04-cv-30126-MAP    Document 190-6    Filed 08/02/2006    Page 13 of 13

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| | | | | | and Defendant Hutchins and prepared email to S. Lindseth and Attys. Coughlin and Monroe regarding same; conference with Atty. Coughlin regarding strategy to prevent deposition of J. Lindseth; telephone conference with S. Lindseth regarding same. | | |
| 05/25/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Intraoffice conference regarding CMC, | 25794.04290 | 3575289 |
| 06/16/2005 | | Invoice=92931 | 0.20 | 73.00 | deposition discovery. | | |
| 05/26/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Review emails regarding discovery responses. | 25794.04290 | 3575301 |
| 06/16/2005 | | Invoice=92931 | 0.20 | 73.00 | | | |
| 05/26/2005 | 0619 | COLLEEN M. O'NEIL | 3.60 | 900.00 | Revised written responses to Defendant's First | 25794.04290 | 3576026 |
| 06/16/2005 | | Invoice=92931 | 3.60 | 900.00 | Request for Production of Documents and First Request for Admission; prepared email to S. Lindseth and Atty. Coughlin regarding same; review and analyze D. Hutchins' written responses to Complient's Requests for Admission. | | |
| 05/27/2005 | 0619 | COLLEEN M. O'NEIL | 1.10 | 275.00 | Prepared outline for Motion for Summary | 25794.04290 | 3576030 |
| 06/16/2005 | | Invoice=92931 | 1.10 | 275.00 | Judgment. | | |
| 05/27/2005 | 0047 | WILLIAM E. COUGHLIN | 0.50 | 182.50 | Review email regarding document response and | 25794.04290 | 3575312 |
| 06/16/2005 | | Invoice=92931 | 0.50 | 182.50 | production; review and annotate Hutchins' discovery responses; review and revise discovery responses.^OH | | |
| 05/30/2005 | 0619 | COLLEEN M. O'NEIL | 0.40 | 100.00 | Prepared Motion for Summary Judgment. | 25794.04290 | 3576032 |
| 06/16/2005 | | Invoice=92931 | 0.40 | 100.00 | | | |
| 05/31/2005 | 0619 | COLLEEN M. O'NEIL | 1.20 | 300.00 | Revised and prepared for service Complient's | 25794.04290 | 3581094 |
| 06/16/2005 | | Invoice=92931 | 1.20 | 300.00 | written responses to Hutchins' Requests for Admission, Interrogatories and Document Requests; telephone conference with Atty. Monroe regarding location of documents to produce to Hutchins. | | |
| 05/31/2005 | 0047 | WILLIAM E. COUGHLIN | 0.60 | 219.00 | Draft email regarding voluntary dismissal; | 25794.04290 | 3578536 |
| 06/16/2005 | | Invoice=92931 | 0.60 | 219.00 | review and reply to email regarding document production; examination of law regarding pretrial dismissal; review as-filed responses.^MA | | |
| 06/01/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and annotate notice of trial schedule, | 25794.04290 | 3585144 |
| 07/15/2005 | | Invoice=93703 | 0.10 | 36.50 | 12/12 jury trial.^OH | | |
| 06/01/2005 | 0619 | COLLEEN M. O'NEIL | 1.30 | 325.00 | Reviewed and analyzed due diligence and | 25794.04290 | 3589628 |
| 07/15/2005 | | Invoice=93703 | 1.30 | 325.00 | transaction files for Cardiac APA for purposes of locating documents responsive to Hutchins' discovery requests. | | |
| 06/02/2005 | 0619 | COLLEEN M. O'NEIL | 1.10 | 275.00 | Completed review of files for location of | 25794.04290 | 3589629 |
| 07/15/2005 | | Invoice=93703 | 1.10 | 275.00 | documents responsive to Hutchins' discovery requests; review and analyze documents produced by Hutchins. | | |
| 06/02/2005 | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Review and reply to email regarding Hutchins | 25794.04290 | 3590370 |
| 07/15/2005 | | Invoice=93703 | 0.10 | 36.50 | document production. | | |
| 06/09/2005 | 0619 | COLLEEN M. O'NEIL | 3.00 | 750.00 | Drafted law and argument portion of Motion for | 25794.04290 | 3601767 |
| 07/15/2005 | | Invoice=93703 | 3.00 | 750.00 | Summary Judgment. | | |
| 06/15/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Intraoffice conference regarding missing reply, | 25794.04290 | 3609407 |
| 07/15/2005 | | Invoice=93703 | 0.20 | 73.00 | default. | | |
| 0?/??/???? | 0047 | WILLIAM E. COUGHLIN | 0.10 | 36.50 | Intraoffice conference regarding dispositive | 25794.04290 | 3610513 |
| 0?/??/???? | | Invoice=93703 | 0.10 | 36.50 | motion practice. | | |
| 07/06/2005 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 73.00 | Intraoffice conference regarding default on | 25794.04290 | 3849056 |
| 09/20/2005 | | Invoice=96252 | 0.20 | 73.00 | counterclaim, measure of damages. | | |
| 07/06/2005 | 0619 | COLLEEN M. O'NEIL | 6.80 | 1,700.00 | Revised Statement of Facts & Res Judicata | 25794.04290 | 3629229 |