Complient Case No. 04-540066  EXHIBIT T

6



Calfee, Halter & Griswold LLP
*Attorneys at Law*

1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688
216.622.8200 **Phone**
216.241.0816 **Fax**
*www.calfee.com*

Complient Corporation
Attn: Steven Lindseth, CEO
4670 Richmond Road, Suite 300
Warrensville Hts., OH  44128

July 13, 2006

Subject: History of Account
Matter: DONALD C. HUTCHINS V. JON A. LINDSETH
CASE # 06-30023-MAP USDC DIST OF MASSACHUSETTS
(25794.04292)
0101

| Date:      | Inv.#   | Amount:    | Payments:  | Inv. Balance: |
|------------|---------|------------|------------|---------------|
| 5/23/2006  | 105859  | $4,911.99  |            | $4,911.99     |
| 6/23/2006  | 106905  | $8,308.82  |            | $13,220.81    |
| 7/10/2006  | 105859  |            | $4,911.99  | $8,308.82     |
| 7/10/2006  | 106905  |            | $8,308.82  | $0.00         |
|            |         | TOTAL AMOUNT DUE: |   | **$0.00**     |

*Cleveland | Columbus*

Time Recap Summary by Client And Timekeeper [25794.04292 - DONALD C. HUTCHINS V. JON A. LINDSETH]   Page 1
Client:25794 - COMPLIENT CORPORATION    ,4/2006 10:07:45 AM

| Timekeeper | Bill Hours | Bill Amount | Description |
|---|---|---|---|
| 0619 | 47.20 | 12272.00 | COLLEEN M. O'NEIL |
| 0f | 2.20 | 407.00 | JEFFREY J. LAUDERDALE |
|  | 49.40 | 12679.00 |  |
|  |  |  |  |
|  | 49.40 | 12679.00 |  |

Billed and Unbilled Recap Of Time Detail - [25794.04292 - DONALD C. HUTCHINS V. JON A. LINDSETH]  Page 1
Client:25794 - COMPLIENT CORPORATION    .4/2006 10:07:45 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 04/17/2006 | 0619 | COLLEEN M. O'NEIL | 0.30 | 78.00 | Telephone conference with Mr. Jon Lindseth | 25794.04292 | 4000014 |
| 05/23/2006 | | Invoice=105859 | 0.30 | 78.00 | regarding receipt of Motion for Default Judgment. | | |
| 04/18/2006 | 0619 | COLLEEN M. O'NEIL | 2.00 | 520.00 | Telephone conferences with Mr. Jon Lindseth | 25794.04292 | 4000015 |
| 05/23/2006 | | Invoice=105859 | 2.00 | 520.00 | regarding preparation of Opposition to Motion for Default Judgment and Affidavits of Mr. and Mrs. Lindseth in support thereof; telephone conference with Mr. Steve Lindseth regarding same; e-mail correspondence to Attorney Egan regarding preparation of Memorandum in Opposition to Motion for Default Judgment; reviewed Court docket for status of service. | | |
| 04/19/2006 | 0619 | COLLEEN M. O'NEIL | 3.20 | 832.00 | Prepared Memorandum in Opposition to Hutchins' | 25794.04292 | 4000016 |
| 05/23/2006 | | Invoice=105859 | 3.20 | 832.00 | Motion for Default Judgment. | | |
| 04/20/2006 | 0619 | COLLEEN M. O'NEIL | 2.80 | 728.00 | Revised Memorandum in Opposition to Hutchins' | 25794.04292 | 4000017 |
| 05/23/2006 | | Invoice=105859 | 2.80 | 728.00 | Motion for Default Judgment. | | |
| 04/21/2006 | 0619 | COLLEEN M. O'NEIL | 1.60 | 416.00 | Revised and finalized Memorandum in Opposition | 25794.04292 | 4000018 |
| 05/23/2006 | | Invoice=105859 | 1.60 | 416.00 | to Motion for Default Judgment for filing and service; telephone conference with Mr. Jon Lindseth regarding same; telephone conference with Attorney Jack Egan's office regarding same. | | |
| 04/24/2006 | 0619 | COLLEEN M. O'NEIL | 1.60 | 416.00 | Prepared Motion to Dismiss Plaintiff's | 25794.04292 | 4000019 |
| 05/23/2006 | | Invoice=105859 | 1.60 | 416.00 | Complaint; reviewed docket for status of service and status of Motion for Default; telephone conference with Mr. Jon Lindseth regarding denial of Plaintiff's Motion for Default. | | |
| 04/??/2006 | 0619 | COLLEEN M. O'NEIL | 1.90 | 494.00 | Prepared Motion to Dismiss Plaintiff's | 25794.04292 | 4016979 |
| 0?/??/2006 | | Invoice=105859 | 1.90 | 494.00 | Complaint for lack of personal jurisdiction. | | |
| 04/26/2006 | 0619 | COLLEEN M. O'NEIL | 1.70 | 442.00 | Prepared Motion to Dismiss Plaintiff's | 25794.04292 | 4016983 |
| 05/23/2006 | | Invoice=105859 | 1.70 | 442.00 | Complaint for lack of personal jurisdiction and failure to state a claim. | | |
| 04/27/2006 | 0619 | COLLEEN M. O'NEIL | 0.80 | 208.00 | Prepared Motion to Dismiss Plaintiff's | 25794.04292 | 4016991 |
| 05/23/2006 | | Invoice=105859 | 0.80 | 208.00 | Complaint for failure to state a claim. | | |
| 04/28/2006 | 0619 | COLLEEN M. O'NEIL | 1.50 | 390.00 | Prepared Motion to Dismiss Plaintiff's | 25794.04292 | 4019166 |
| 05/23/2006 | | Invoice=105859 | 1.50 | 390.00 | Complaint on basis of res judicata. | | |
| 04/30/2006 | 0619 | COLLEEN M. O'NEIL | 1.20 | 312.00 | Reviewed e-mail and prepared services. | 25794.04292 | 4019172 |
| 05/23/2006 | | Invoice=105859 | 1.20 | 312.00 | | | |
| 05/01/2006 | 0619 | COLLEEN M. O'NEIL | 2.10 | 546.00 | Prepared Motion to Dismiss Plaintiff's | 25794.04292 | 4023404 |
| 06/23/2006 | | Invoice=106905 | 2.10 | 546.00 | Complaint on the grounds of res judicata and drafted discussion and application of five prior applicable cases. | | |
| 05/02/2006 | 0619 | COLLEEN M. O'NEIL | 4.90 | 1,274.00 | Prepared Motion to Dismiss Plaintiff's | 25794.04292 | 4026541 |
| 06/23/2006 | | Invoice=106905 | 4.90 | 1,274.00 | Complaint on grounds of res judicata and lack of personal jurisdiction. | | |
| 05/03/2006 | 0619 | COLLEEN M. O'NEIL | 2.20 | 572.00 | Revised Motion to Dismiss Plaintiff's Complaint | 25794.04292 | 4026543 |
| 06/23/2006 | | Invoice=106905 | 2.20 | 572.00 | on grounds of res judicata; drafted Motion to Dismiss for failure to state a claim with regards to Plaintiff's tort claims being barred by contract. | | |
| 05/03/2006 | 0619 | COLLEEN M. O'NEIL | 0.80 | 208.00 | E-mail correspondence with Attorney Wirtz | 25794.04292 | 4026546 |
| 06/??/2006 | | Invoice=106905 | 0.80 | 208.00 | regarding Court's grant of Motion for Default and ramifications of same; scheduling depositions of R. Hutchins and Mrs. Hutchins. | | |
| 05/04/2006 | 0619 | COLLEEN M. O'NEIL | 2.20 | 572.00 | Prepared Motion to Dismiss Plaintiff's Claims | 25794.04292 | 4026548 |
| 06/23/2006 | | Invoice=106905 | 2.20 | 572.00 | on the grounds that Plaintiff's negligence claims are barred by contract under both Ohio and Massachusetts law. | | |

Billed and Unbilled Recap Of Time Detail - [25794.04292 - DONALD C. HUTCHINS V. JON A. LINDSETH]  Page 2
Client:25794 - COMPLIENT CORPORATION     4/2006 10:07:45 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 05/08/2006 | 0619 | COLLEEN M. O'NEIL | 1.90 | 494.00 | Drafted Defendant's Motion to Dismiss | 25794.04292 | 4032238 |
| 0/    006 |  | Invoice=106905 | 1.90 | 494.00 | Plaintiff's Complaint on the grounds that |  |  |
|  |  |  |  |  | Plaintiff's negligence claims are barred by the |  |  |
|  |  |  |  |  | License Agreement, specifically that a duty |  |  |
|  |  |  |  |  | imposed by contract cannot give rise to a |  |  |
|  |  |  |  |  | negligence claim and on the grounds that Mr. |  |  |
|  |  |  |  |  | Lindseth is not a party to the License |  |  |
|  |  |  |  |  | Agreement. |  |  |
| 05/09/2006 | 0619 | COLLEEN M. O'NEIL | 4.70 | 1,222.00 | Reviewed and analyzed Ohio and Massachusetts | 25794.04292 | 4034089 |
| 06/23/2006 |  | Invoice=106905 | 4.70 | 1,222.00 | law regarding case law applying res judicata to |  |  |
|  |  |  |  |  | bar claims similar to those asserted by |  |  |
|  |  |  |  |  | Plaintiff and case law upholding contractual |  |  |
|  |  |  |  |  | integration/merger clauses and case law where |  |  |
|  |  |  |  |  | the existence of contractual duties bar tort |  |  |
|  |  |  |  |  | claims founded on the same obligations; drafted |  |  |
|  |  |  |  |  | Defendant's Motion to Dismiss on the grounds |  |  |
|  |  |  |  |  | that the existence of the License Agreement |  |  |
|  |  |  |  |  | bars Plaintiff's claims and added citations to |  |  |
|  |  |  |  |  | exhibits to draft of Motion to Dismiss. |  |  |
| 05/10/2006 | 0619 | COLLEEN M. O'NEIL | 1.20 | 312.00 | Revised draft of Motion to Dismiss and added | 25794.04292 | 4034092 |
| 06/23/2006 |  | Invoice=106905 | 1.20 | 312.00 | citations to Massachusetts case law. |  |  |
| 05/11/2006 | 0619 | COLLEEN M. O'NEIL | 0.30 | 78.00 | Revised Motion to Dismiss Complaint and | 25794.04292 | 4034096 |
| 06/23/2006 |  | Invoice=106905 | 0.30 | 78.00 | telephone conference with Mr. Jon Lindseth |  |  |
|  |  |  |  |  | regarding same. |  |  |
| 05/16/2006 | 0619 | COLLEEN M. O'NEIL | 2.40 | 624.00 | Revised Motion to Dismiss to reference and | 25794.04292 | 4037440 |
| 06/23/2006 |  | Invoice=106905 | 2.40 | 624.00 | include necessary exhibits; e-mail |  |  |
|  |  |  |  |  | correspondence with local counsel regarding |  |  |
|  |  |  |  |  | preparation of Motion to Dismiss for filing. |  |  |
| 0/    006 | 0619 | COLLEEN M. O'NEIL | 2.00 | 520.00 | Revised Motion to Dismiss; prepared same and | 25794.04292 | 4037448 |
| 0c    006 |  | Invoice=106905 | 2.00 | 520.00 | exhibits for filing. |  |  |
| 05/18/2006 | 0619 | COLLEEN M. O'NEIL | 2.50 | 650.00 | Revised Motion to Dismiss and prepared exhibits | 25794.04292 | 4038803 |
| 06/23/2006 |  | Invoice=106905 | 2.50 | 650.00 | in support of same; e-mail correspondence with |  |  |
|  |  |  |  |  | Attorney Egan's office regarding filing of |  |  |
|  |  |  |  |  | Motion to Dismiss. |  |  |
| 05/26/2006 | 0619 | COLLEEN M. O'NEIL | 1.10 | 286.00 | Reviewed and analyzed Hutchins' Motion for | 25794.04292 | 4056756 |
| 06/23/2006 |  | Invoice=106905 | 1.10 | 286.00 | Default Judgment and prepared e-mail |  |  |
|  |  |  |  |  | correspondence to Messrs. Jon Lindseth and |  |  |
|  |  |  |  |  | Steve Lindseth regarding same. |  |  |
| 05/30/2006 | 0881 | JEFFREY J. LAUDERDALE | 2.20 | 407.00 | Review of court docket; Review of pleadings and | 25794.04292 | 4052066 |
| 06/23/2006 |  | Invoice=106905 | 2.20 | 407.00 | other papers filed by Mr. Egan and Ms. O'Neil |  |  |
|  |  |  |  |  | on behalf of Mr. Lindseth in this case; |  |  |
|  |  |  |  |  | Consultation with Ms. O'Neil regarding the |  |  |
|  |  |  |  |  | filing of a response to Mr. Hutchins' Motion |  |  |
|  |  |  |  |  | for Default Judgment; Review and analysis of |  |  |
|  |  |  |  |  | Mr. Hutchins' Motion for Default Judgment; |  |  |
|  |  |  |  |  | Examination of law and regarding and draft of |  |  |
|  |  |  |  |  | response to Mr. Hutchins' Motion for Default |  |  |
|  |  |  |  |  | Judgment; Correspondence with Ms. O'Neil and |  |  |
|  |  |  |  |  | Ms. Morris regarding same. |  |  |
| 05/31/2006 | 0619 | COLLEEN M. O'NEIL | 0.30 | 78.00 | Prepared Amended Notice of Service; telephone | 25794.04292 | 4056766 |
| 06/23/2006 |  | Invoice=106905 | 0.30 | 78.00 | conference with Mr. Jon Lindseth regarding |  |  |
|  |  |  |  |  | same. |  |  |
|  |  | BILLED TOTALS:  WORK: | 49.40 | 12,679.00 | 26 records |  |  |
|  |  | BILLED TOTALS:  BILL: | 49.40 | 12,679.00 |  |  |  |
|  |  | GRAND TOTALS:  WORK: | 49.40 | 12,679.00 | 26 records |  |  |
|  |  | GRAND TOTALS:  BILL: | 49.40 | 12,679.00 |  |  |  |

Cost Recap Summary by Client And Cost Code [25794.04292 MCDONALD HUTCHINS-ad JOhN A. / JOSETH] Page 1
Client:25794 - COMPLIENT CORPORATION    .4/2006 10:07:45 AM

| CostCode | Billed Amount | Description |
|---|---|---|
| 008 | 1.80 | Duplicating |
| 0? | 540.01 | Database Fees |
|  | 541.81 |  |
|  |  |  |
|  | 541.81 |  |