# Complient Case No. 04-540066  EXHIBIT U

## COMPLIENT'S ATTORNEYS FEES AND EXPENSES

| | | |
|---|---|---:|
| 1. | **Ohio #1**<br>Complient v. Hutchins (Cuyahoga Cty. 2001) | $29,664.52 |
| 2. | **AAA**<br>CPR L.P. v. Hutchins | $22,909.62 |
| 3. | **Massachusetts #1**<br>Hutchins v. Lindseth (Mass. D.C. 2001) | $73,312.06 |
| 4. | **Massachusetts #2**<br>Hutchins v. Cardiac Science | $72,499.05 |
| 5. | **Ohio #2**<br>Complient v. Hutchins (2004) | $95,662.52 |
| 6. | **Massachusetts #3**<br>Hutchins v. Lindseth (2006) | $13,220.81 |
| **TOTAL** | | **$307,268.58** |

{JAB6138.DOC;1}