# EXHIBIT A

5

EXHIBIT A

Billed and Unbilled Recap Of Time Detail [25794.04290 - COMPLIENT CORPORATION v. DONALD C. HUTCHINS, ET]   Page 1
Client:25794 - COMPLIENT CORPORATION   7/14/2006 10:10:51 AM

| Date | Initials | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|---|---|---|---|---|---|---|---|
| 08/10/2004 | 0619 | COLLEEN M. O'NEIL | 1.00 | 225.00 | Prepared complaint against Hutchins. | 25794.04290 | 3365209 |
| 10/28/2004 | | Invoice=84257 | 1.00 | 225.00 | | | |
| 08/__/04 | 0619 | COLLEEN M. O'NEIL | 1.20 | 270.00 | Reviewed and analyzed Ohio law for potential | 25794.04290 | 3304429 |
| 10/28/2004 | | Invoice=84257 | 1.20 | 270.00 | claims against Hutchins. | | |
| 08/16/2004 | 0619 | COLLEEN M. O'NEIL | 0.60 | 135.00 | Drafted complaint against Hutchins for abuse of | 25794.04290 | 3304435 |
| 10/28/2004 | | Invoice=84257 | 0.60 | 135.00 | process and tortious interference and conference with W. Coughlin regarding same. | | |
| 08/16/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 70.00 | Intraoffice conference regarding draft | 25794.04290 | 3308806 |
| 10/28/2004 | | Invoice=84257 | 0.20 | 70.00 | complaint, cause of action, Skaar, Aristotle Corp. | | |
| 08/17/2004 | 0619 | COLLEEN M. O'NEIL | 3.10 | 697.50 | Prepared complaint against D. Hutchins for | 25794.04290 | 3316480 |
| 10/28/2004 | | Invoice=84257 | 3.10 | 697.50 | tortious interference and abuse of process. | | |
| 08/19/2004 | 0619 | COLLEEN M. O'NEIL | 2.50 | 562.50 | Revised complaint against D. Hutchins and | 25794.04290 | 3365211 |
| 10/28/2004 | | Invoice=84257 | 2.50 | 562.50 | conference with W. Coughlin regarding same. | | |
| 08/19/2004 | 0047 | WILLIAM E. COUGHLIN | 1.20 | 420.00 | Review and revise draft Cuyahoga complaint; | 25794.04290 | 3365210 |
| 10/28/2004 | | Invoice=84257 | 1.20 | 420.00 | review draft indemnity/escrow response; telephone conference with S. Lindseth regarding same, sale/apportionment calculation and payment. | | |
| 08/20/2004 | 0619 | COLLEEN M. O'NEIL | 1.00 | 225.00 | Revised draft complaint and prepared e-mail to | 25794.04290 | 3365212 |
| 10/28/2004 | | Invoice=84257 | 1.00 | 225.00 | S. Lindseth regarding same. | | |
| 08/20/2004 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 140.00 | Review and reply to emails regarding draft | 25794.04290 | 3308843 |
| 10/28/2004 | | Invoice=84257 | 0.40 | 140.00 | complaint; review of Mass. papers, TRO paper and ruling; intraoffice conference regarding revisions to complaint. | | |
| 08/__/04 | 0047 | WILLIAM E. COUGHLIN | 1.20 | 420.00 | Intraoffice conference regarding draft | 25794.04290 | 3308856 |
| 10/__/04 | | Invoice=84257 | 1.20 | 420.00 | complaint, Massachusetts, revisions; review and reply to email regarding jury demand; intraoffice conference regarding S. Lindseth's revisions, filing, service; review by R. Skaar; review email to R. Skaar. | | |
| 08/23/2004 | 0619 | COLLEEN M. O'NEIL | 1.70 | 382.50 | Conference with W. Coughlin regarding revisions | 25794.04290 | 3315745 |
| 10/28/2004 | | Invoice=84257 | 1.70 | 382.50 | to complaint; reviewed draft complaint to include claim against CPR Prompt. | | |
| 08/24/2004 | 0619 | COLLEEN M. O'NEIL | 2.80 | 630.00 | Revised complaint against D. Hutchins; | 25794.04290 | 3315747 |
| 10/28/2004 | | Invoice=84257 | 2.80 | 630.00 | telephone conference with S. Lindseth regarding same. | | |
| 08/24/2004 | 0047 | WILLIAM E. COUGHLIN | 0.40 | 140.00 | Review and reply to emails regarding claims | 25794.04290 | 3308868 |
| 10/28/2004 | | Invoice=84257 | 0.40 | 140.00 | against corporation, escrow/indemnity; review email regarding revised complaint. | | |
| 08/25/2004 | 0047 | WILLIAM E. COUGHLIN | 0.70 | 245.00 | Review email regarding revised complaint; | 25794.04290 | 3316078 |
| 10/28/2004 | | Invoice=84257 | 0.70 | 245.00 | review and revise second draft; interoffice conference regarding same; Cardiac's corrected brief, coordination with R. Skaar. | | |
| 08/25/2004 | 0619 | COLLEEN M. O'NEIL | 1.30 | 292.50 | Revised complaint against Hutchins and | 25794.04290 | 3365213 |
| 10/28/2004 | | Invoice=84257 | 1.30 | 292.50 | conference with W. Coughlin regarding same. | | |
| 08/26/2004 | 0619 | COLLEEN M. O'NEIL | 2.80 | 630.00 | Revised complaint and motion to appoint process | 25794.04290 | 3315756 |
| 10/28/2004 | | Invoice=84257 | 2.80 | 630.00 | server and prepared same for filing and service. | | |
| 08/26/2004 | 0452 | GERALD A. MONROE | 0.30 | 84.00 | Intraoffice conferences regarding preparation | 25794.04290 | 3311521 |
| 10/__/04 | | Invoice=84257 | 0.30 | 84.00 | and filing of complaint against Donald Hutchins in Cuyahoga County. | | |
| 08/26/2004 | 0047 | WILLIAM E. COUGHLIN | 0.20 | 70.00 | Review and reply to emails regarding complaint, | 25794.04290 | 3316085 |
| 10/28/2004 | | Invoice=84257 | 0.20 | 70.00 | process server. | | |
| 08/27/2004 | 0047 | WILLIAM E. COUGHLIN | 0.30 | 105.00 | Review and execute motion to appoint special | 25794.04290 | 3316088 |
| 10/28/2004 | | Invoice=84257 | 0.30 | 105.00 | process server; review emails regarding order | | |