UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS </br></br> Plaintiff </br></br> v. </br></br> CARDIAC SCIENCE, INC., et al., </br></br> Defendants | ) </br> ) </br> ) </br> ) </br> ) Civil Action: 04-30126-MAP </br> ) </br> ) </br> ) </br> ) </br> ) |

### DONALD HUTCHINS' MOTION FOR LEAVE TO FILE *INSTANTER* REPLY BRIEF IN ANSWER TO DEFENDANT'S OPPOSITION TO MOTION TO DEFINE THE DEFENDANT COMPLIENT

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of the

Court, pursuant to Local Rule 7.1, to file an *Instanter* Reply Brief in support of his

answer to Defendant's opposition to motion to define the Defendant Complient.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: August 10, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to: John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035, Jeffrey Lauderdale, Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

Dated: August 10, 2006

Donald C. Hutchins