# EXHIBIT A

Case 3:04-cv-30126-MAP    Document 195-3    Filed 08/11/2006    Page 1 of 3

AO 120 (Rev. 6/90)

| TO: Commissioner of Patents and Trademarks Washington, D.C. 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following  ☒ Patents or  ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| | | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Donald C. Hutchins<br>1047 Longmeadow Street<br>Longmeadow, MA 01106 | Cardiac Science, Inc.<br>1900 Main St., Suite 700<br>Irvine, CA 92614 |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,913 685 | June 22, 1999 | Donald C. Hutchins |
| 2 | 4,583,524 | April 22, 1986 | Donald C. Hutchins |
| 3 | Re 34800 | Nov. 29, 1994 | Donald C. Hutchins |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|
| | |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon Initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,        )
         Plaintiff         )
                           )
         v.                ) CIVIL ACTION NO. 04-30126-MAP
                           )
CARDIAC SCIENCE, INC,      )
         Defendant         )

MEMORANDUM AND ORDER REGARDING
DEFENDANT'S MOTION TO DISMISS
(Docket No. 9)

September 13, 2004

PONSOR, U.S.D.J.

For the reasons stated in open court on September 9, 2004, the defendant's Motion to Dismiss is ALLOWED with regard to Counts IV and V, and otherwise DENIED. The complaint on its face makes it clear that the defendant had no duty of care to the plaintiff with regard to its purchase of assets from the entity referred to by the parties as Complient Corp. However, the complaint sufficiently articulates claims for copyright and patent infringement in Counts I, II and III, and for breach of contract in Count VI.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge