UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DONALD C. HUTCHINS, | ) | Civil Action 04-30126-MAP |
| | ) | |
| Plaintiff, | ) | Judge Michael A. Ponsor |
| | ) | |
| v. | ) | |
| | ) | |
| CARDIAC SCIENCE, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT COMPLIENT CORPORATION'S MOTION TO STRIKE
UNAUTHORIZED AMENDED COMPLAINT**

Defendant, Complient Corporation, pursuant to Federal Rules of Civil Procedure 12(f) and 15(a), hereby moves this Court for an Order striking the unauthorized Amended Complaint that Plaintiff, Donald Hutchins, filed on August 2, 2006. Hutchins failed to seek the required leave of Court for this filing. Moreover, leave is not proper in this case because it would be futile. Hutchins' new "conspiracy" claim, as stated in the Amended Complaint, fails to state a claim upon which relief may be granted. A Memorandum in Support of this Motion is attached hereto and incorporated herein.

{JJL1088.TMP;1}

Respectfully submitted,


___*s/ Jeffrey J. Lauderdale*_____
WILLIAM E. COUGHLIN (OH 0010874)
COLLEEN M. O'NEIL (OH  0066576)
JEFFREY J. LAUDERDALE (OH 0074859)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio  44114
(216) 622-8200
(216) 241-0816 (facsimile)

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
67 Market Street
P.O. Box 9035
Springfield, Massachusetts 01102-9035
(413) 727-0260
Fax:   (413) 737-0121

Attorneys for Defendant,
Complient Corporation