# EXHIBIT A

Case 3:04-cv-30126-MAP    Document 202-2    Filed 08/23/2006    Page 1 of 2



CASE: CV-04-540066

387076

COMPLIENT CORPORATION
VS.
DONALD C. HUTCHINS, ET AL

JUDGE: EILEEN A GALLAGHER
ROOM: 23A JUSTICE CENTER
DOCKET DATE: 08/15/2006
DEFENDANT DONALD C. HUTCHINS MOTION FOR RULE 11(C)(1)(B) SANCTIONS, FILED 08/07/2006, IS GRANTED.

BOOK 3638 PAGE 0871 08/15/2006
NOTICE ISSUED

| First-Class Mail
| U. S. Postage Paid
| Cleveland, OH
| Permit No. 1962

FROM:
CUYAHOGA COUNTY - COURT OF COMMON PLEAS
GERALD E. FUERST - CLERK OF COURTS
JUSTICE CENTER - COURT TOWER
1200 ONTARIO ST
CLEVELAND, OH 44113

TO:
DONALD C. HUTCHINS
1047 LONGMEADOW STREET
LONGMEADOW, MA 01106