# EXHIBIT A

**Donald C. Hutchins**
**1047 Longmeadow Street**
**Longmeadow, MA 01106**

September 13, 2005

Gerald E. Fuerst
Clerk of the Court of Common Pleas
Cuyahoga County Justice Center
Cleveland, Ohio 44113

Ref:   Case CV04540066

Sent by UPS Next Day Air

Dear Clerk of Common Pleas Fuerst:

   I have received a Notice to appear before Judge Eileen A. Gallagher on September 27, 2005 at 1:30 PM per the copy attached. I shall not be able to attend on that date due to a previous engagement in the State of Texas. Please being this information to the Court so that another date can be docketed. Please notify me of the newly established date

Sincerely,

*[signature]*

Donald C. Hutchins, pro se

cc:   William E. Coughlin, Esq.
enc.  Copy of Notice dated 8/24/05
          received by Hutchins in MA 9/1/05