# EXHIBIT B

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| COMPLIENT CORPORATION )<br>4670 Richmond Road )<br>Warrensville Heights, Ohio 44128 )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Donald C. Hutchins )<br>1047 Longmeadow Street )<br>Longmeadow, Massachusetts 01106 )<br> )<br>Defendant ) | CASE NO: CV04540066<br><br>JUDGE: EILEEN A. GALLAGHER |

### DEFENDANT'S MOTION FOR CONTINUANCE

**COMES NOW Defendant** Donald C. Hutchins, and hereby moves the Court to grant a Continuance. Defendant, Donald C. Hutchins notified the Clerk of Court and Plaintiff's counsel, Colleen M. O'Neil, Esq. by letter dated September 13, 2005, herein attached as Exhibit #1, to gain her agreement for a continuance for a Hearing set for 9/27,2005. The Court's scheduler, Laura, showed that this Hearing was not scheduled for 9/27/05 and referred Hutchins to Bridgett McAndrews who does not answer her phone.

Attorney O'Neil has not responded, so Hutchins is placing this request directly with the Court in the form of a Motion. Hutchins would prefer to reschedule a court date in late October when he would be available to fly to Cleveland at a non-emergency airfare.

Respectfully submitted,

Dated: September 22, 2005        By: _____
DONALD C, HUTCHINS, Pro Se
1047 Longmeadow Street
Longmeadow, MA 01106
Phone: (413) 567-0606
Fax: (413) 739-4060