UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendants )<br>) | Civil Action: 04-30126-MAP |

### DEFENDANT COMPLIENT CORPORATION'S MOTION FOR LEAVE TO FILE INSTANTER REPLY IN SUPPORT OF MOTION TO STRIKE AMENDED COMPLAINT

On August 2, 2006, Plaintiff, Donald C. Hutchins, purported to file an Amended Complaint. On August 16, 2006, Defendant, Complient Corporation, filed a Motion to Strike that Amended Complaint. Hutchins then filed his Memorandum in Opposition to Complient's Motion to Strike on August 23, 2006, in which he alleged the existence of a conspiracy and the performance of "malicious acts" against him by Complient's attorneys. Specifically, Hutchins alleged that a state court in Ohio had "recognized [Complient's] injudicious acts" and ordered sanctions against Complient and its attorneys. However, the order of sanctions, which likely was the result of a clerical error, has been vacated. Thus, in order to respond to Hutchins' scandalous allegations, Complient respectfully requests leave to file the <u>instanter</u> Reply in Support of its Motion to Strike.

{JJL1121.DOC;1}

        Respectfully submitted,

      *s/ Jeffrey J. Lauderdale*
WILLIAM E. COUGHLIN (0010874)
COLLEEN MORAN O'NEIL (0066576)
JEFFREY J. LAUDERDALE (0074859)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA 01102-9035
(216) 622-8200
FAX (216) 241-0816

Attorneys for Defendant,
Complient Corporation