UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al., )<br>)<br>Defendants )<br>) | Civil Action: 04-30126-MAP |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR MISTRIAL

Plaintiff, Donald C. Hutchins, ("Hutchins") respectfully requests leave of Court, pursuant to Local Rule 7.1, to file a Motion for Mistrial. A memorandum in support of this motion is attached.

Respectfully submitted

The Plaintiff
Donald C. Hutchins, Pro Se

Dated: 8/31/06

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035, Jeffrey J. Lauderdale, Esq., Calfee, Halter & Griswold LLP, 800 Superior Ave., Cleveland, Ohio 44114-2688.

Dated: 8/31/06

Donald C. Hutchins