IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

COMPLIENT CORPORATION ) CASE No. CV 04 540066
Plaintiff )
vs )
DONALD C. HUTCHINS, et al. ) **FINAL JUDGMENT**
Defendants )

**EILEEN GALLAGHER, JUDGE**

Trial conducted on the issue of damages. Defendant failed to appear.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment be entered for Plaintiff, Complient Corporation, and against Defendants, Donald C. Hutchins and CPR Prompt Corporation, jointly and severally, in the amount of $178,384.00 in compensatory damages and $100,000 in punitive damages and declaring that the 7.5% payment provisions of Section 3.10 of the License Agreement was not triggered by virtue of the Asset Purchase Agreement among Cardiac Science, Inc., CPR L.P., and Complient Corporation. Costs taxed to Defendants. Attorney fees are also awarded but have not yet been fully calculated. A hearing will be conducted upon motion of the Plaintiff to establish that amount.

IT IS SO ORDERED.

RECEIVED FOR FILING
SEP 29 2005
GERALD E. FUERST, CLERK
By _____ Deputy

JUDGE EILEEN A. GALLAGHER

DATE 9/28/05

VOL3412 PG0782

STATE OF OHIO, Cuyahoga County, SS.
I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY, HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY TAKEN AND COPIED FROM THE ORIGINAL NOW ON FILE IN MY OFFICE. WITNESS MY HAND AND SEAL OF SAID COURT THIS _____ DAY OF _____