| | | |
|---|---|---|
| CASE NO. 540066 | | ASSIGNED JUDGE _____ |
| Conquest Corp | vs | Hutchins |

| | DISPOSITION | |
|---|---|---|
| ☐ 02 REASSIGNED | ☐ 81 JURY TRIAL | ☐ 89 DIS. W/PREJ. |
| ☐ 03 REINSTATED (C/A) | ☐ 82 ARBITRATION DECREE | ☐ 91 COGNOVITS |
| ☐ 04 REINSTATED | ☐ 83 COURT TRIAL | ☐ 92 DEFAULT |
| ☐ 20 MAGISTRATE | ☐ 85 PRETRIAL | ☐ 93 TRANS TO COURT |
| ☐ 40 ARBITRATION | ☐ 86 FOREIGN JUDGMENT | ☐ 95 TRANS TO JUDGE |
| ☐ 65 STAY | ☐ 87 DIS. W/O PREJ | ☐ 96 OTHER |
| ☐ 69 SUBMITTED | ☐ 88 BANKRUPTCY/APPEAL STAY | |

O. JURORS _____
TART DATE __/__/__
ND DATE __/__/__

COURT REPORTER Jeffrey Abbadini
START DATE 7/18/06
END DATE 7/18/06

☐ PARTIAL
☐ FINAL
☒ POST CARD

CLERK OF COUR[T]

DATE 7/18/06   (NUNC PRO TUNC ENTRY AS OF & FOR __/__/__)

Hearing held on plaintiff's application for attorney fees and costs pursuant to court order of 9/27/05.
Defendant's motion to strike additional attorney fees and costs filed 7/5/06 is denied.
Attorney fees awarded in the amount of $92,622.85 and costs in the amount of $3039.67 in the $95,662.52
Costs to the defendant

VOL 3615 PG 0344

RECEIVED FOR FILING
JUL 19 2006
GERALD E. FUERST, CLERK
By _____ Deputy

JUDGE

CPC 43-2

THE STATE OF OHIO } SS.
Cuyahoga County
I, GERALD E. FUERST, CLERK OF THE COURT OF COMMON PLEAS WITHIN AND FOR SAID COUNTY HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS TRULY...
WITNESS... SEAL OF SAID COURT THIS
DAY OF July A.D. 2006
GERALD E. FUERST, Clerk
By _____ Deputy