UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

        Plaintiff,                       Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC. ET AL,

        Defendant.

## DECLARATION OF RANDALL T. SKAAR

I, Randall T. Skaar, being first sworn upon oath, states and alleges as follows:

1. I am a partner in the firm of Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2100, counsel for Defendant in the above-captioned litigation. This Declaration is submitted in support of Cardiac Science's Opposition to Plaintiff's Motion for Sanctions and I have personal knowledge of the facts stated herein.

2. I nor my firm has ever represented Aristotle Corporation.

3. I have never misrepresented the present ownership of the 1994 Hutchins License Agreement. The IP assets in question were transferred to Aristotle Corporation in August of 2004 and Cardiac Science retained the obligation to defend this lawsuit by Hutchins.

4. I have no control over Complient's litigation strategy and I never encouraged Complient to file any lawsuit.

5. I have no knowledge of whether or not Aristotle Corporation has paid or owes Plaintiff any royalties.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: September 14, 2006                     s/Randall T. Skaar
                                              Randall T. Skaar

## CERTIFICATE OF SERVICE

I certify that, on September 14, 2006, I electronically filed a copy of the foregoing Declaration of Randall T. Skaar and that parties to the case, registered with the Court's electronic filing system, will receive electronic notice of such filing. A copy of the foregoing was also served upon the following via first-class U.S. mail on today's date:

Mr. Donald Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106-2201


Dated:  September 14, 2006             By:   s/ Scott G. Ulbrich

                                       Attorneys for Defendant Cardiac Science, Inc.