# EXHIBIT

# A

{JJL0742.DOC;1}



40936421

# IN THE COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

COMPLIENT CORPORATION
    Plaintiff

Case No: CV-04-540066

Judge: EILEEN A GALLAGHER

DONALD C. HUTCHINS, ET AL
    Defendant

## JOURNAL ENTRY

THE COURT HEREBY VACATES ITS 8/15/06 RULING THAT GRANTED DEFENDANT'S 8/7/06 MOTION FOR RULE 11(C)(1)(B) SANCTIONS.

DEFENDANT'S 8/7/06 MOTION FOR RULE 11(C)(1)(B) SANCTIONS IS HEREBY DENIED.

_____

Judge Signature           Date

RECEIVED FOR FILING

AUG 2 3 2006

GERALD E. FUERST, CLERK
By _____ Deputy

08/21/2006

73646 0641