UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS, <br><br>    Plaintiff <br><br> v. <br><br> CARDIAC SCIENCE, INC., et al., <br><br>    Defendants | Civil Action: 04-30126-MAP |

**MOTION REQUESTING THIS COURT TO TAKE JUDICIAL NOTICE THAT PURSUANT TO 28 U.S.C §1441(a) CASE NO. CV04540066 HAS BEEN REMOVED TO THE UNITED STATES DISTRICT COURT NORTHERN OHIO**

The Plaintiff, Donald C. Hutchins ("Hutchins") hereby requests that this Court take Judicial Notice that Cuyahoga County of Common Pleas Case CV04540066 ("066") has been removed to the United States District Court of the Northern District of Ohio pursuant to 28 U.S.C. §1441(a). Once a defendant has filed a motion to remove a case, any objection to removal is handled by the federal court. "It is well-accepted that federal courts may take judicial notice of proceedings in other courts if those proceedings have relevance to the matters at hand." See Kowalski v. Gagne, 914 F.2d 299, 305 (1st Cir. 1990.

The Plaintiff
Donald C. Hutchins, Pro Se

Dated, September 19, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

## CERTIFICATE OF SERVICE

    I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to: Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402. Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103 John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035, Jeffrey Lauderdale, Esq., Calfee, Halter & Griswold LLP, 1400 Mc Donald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

Dated: September 19, 2006

                                                _____
                                                Donald C. Hutchins