UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

DONALD C. HUTCHINS,

        Plaintiff,         Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC.,

        Defendant.

_____

**DEFENDANT'S AMENDED CORPORATE DISCLOSURES
PURSUANT TO FED. R. CIV. P. 7.1(a) AND LOCAL RULE 7.3**

Defendant, Cardiac Science, Corp., through its counsel, makes the following statements pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3:

Counsel for above-named Plaintiff certifies that Cardiac Science, Inc. was merged with Quinton Cardiology Systems, Inc. and is now Cardiac Science Corporation. There is no parent corporation or publicly held corporation that owns ten percent (10%) or more of the stock of Cardiac Science, Corporation. Cardiac Science Corporation stands in the shoes of Cardiac Science, Inc. as contemplated in Fed. R. Civ. P. 25(c), for purposes of this action. Neither Cardiac Science, Inc., Quinton Cardiology Systems Inc. or Cardiac Science Corporation have had, or currently have any ownership interest in Aristotle Corporation.

                Respectfully submitted,

                **PATTERSON, THUENTE,
                SKAAR & CHRISTENSEN, P.A.**

Dated: October 4, 2006   By: _s/ Randall T. Skaar_____
                    Randall T. Skaar (#165,013)
                    Scott G. Ulbrich (#305,947)
                    4800 IDS Center
                    80 South Eighth Street
                    Minneapolis, Minnesota 55402-2100
                    Tel: (612) 349-5740
                    Fax: (612) 349-9266

Case 3:04-cv-30126-MAP    Document 218    Filed 10/04/2006    Page 2 of 2

*and*

Paul H. Rothschild
**BACON & WILSON P.C.**
33 State Street
Springfield, Massachusetts 01103
Phone: (413) 781-0560
Fax: (413) 739-7740
**ATTORNEYS FOR CARDIAC SCIENCE, INC.**

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on October 4, 2006

Electronically
Mr. Paul H. Rothschild
Bacon & Wilson, P.C.
33 State Street
Springfield, MA  01103
prothschild@bacon-wilson.com

Ms. Colleen M. O'Neil
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688
coneil@calfee.com

John J. Egan
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA   01102-9035
jjegan@eganflanagan.com

Via U.S. Mail
Mr. Donald Hutchins
1047 Longmeadow Street
Longmeadow, MA   01106-2201

              s/ Randall T. Skaar
              Randall T. Skaar