# EXHIBIT A

US00RE34800E

# United States Patent [19]
## Hutchins

[11] E  Patent Number: Re. 34,800
[45] Reissued Date of Patent: Nov. 29, 1994

[54] **CARDIOPULMONARY RESUSCITATION PROMPTING**

[76] Inventor: Donald C. Hutchins, 60 Brookdale Dr., Springfield, Mass. 01104

[21] Appl. No.: 938,409

[22] Filed: Dec. 5, 1986

**Related U.S. Patent Documents**

Reissue of:
[64] Patent No.: 4,583,524
Issued: Apr. 22, 1986
Appl. No.: 673,838
Filed: Nov. 21, 1984

[51] Int. Cl.$^5$ .............................. A61B 19/00
[52] U.S. Cl. ........................... 128/898; 434/262; 434/265
[58] Field of Search ....... 128/1 R, 630, 680, 695–696; 434/227–228, 230, 262, 265, 321; 364/415; 381/51

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 3,520,071 | 7/1970 | Abrahamson et al. | 434/265 |
| 4,016,540 | 4/1977 | Hyatt | 381/51 |
| 4,023,276 | 5/1977 | Furukawa et al. | 128/696 |
| 4,101,883 | 7/1978 | Hempenius et al. | 128/668 |
| 4,369,345 | 11/1982 | Hon | 434/262 |
| 4,370,983 | 2/1983 | Lichtenstein | 128/630 |
| 4,420,813 | 12/1983 | Inoue et al. | 381/51 |
| 4,457,312 | 7/1984 | Ornato et al. | 128/711 |
| 4,472,146 | 9/1984 | Weissbrod | 432/262 |
| 4,489,387 | 12/1984 | Lamb et al. | 128/630 |
| 4,510,942 | 12/1985 | Miyamae et al. | 128/680 |
| 4,588,383 | 5/1986 | Parker et al. | 434/265 |

**FOREIGN PATENT DOCUMENTS**

8418  1/1982  Japan ........................ 128/710

Primary Examiner—William E. Kamm
Attorney, Agent, or Firm—Fish & Richardson

[57]   **ABSTRACT**

A portable self-powered electronic cardiopulmonary resuscitation prompting system includes a keyboard on the front panel for turning the apparatus on, identifying the nature of the victim, the number of rescuers, whether mouth-to-mouth resuscitation is to be given and whether the victim is conscious or unconscious. The cabinet also includes an LCD display for furnishing visual information to the rescuer and a loudspeaker for providing audible intelligible prompts that are produced phonemes originating with a speech synthesizer LSI chip using the PARCOR method in response to signals provided by a microcomputer that processes the information indicated by the keyboard entries.

* * * * *

The questions raised in reexamination request No. 90/001,169, filed Feb. 17, 1987, have been considered and the results thereof are reflected in this reissue patent which constitutes the reexamination certificate required by 35 U.S.C. 307 as provided in 37 CFR 1.570(e).

16 Claims, 7 Drawing Sheets



US005913685A

# United States Patent [19]
## Hutchins

[11] Patent Number: 5,913,685
[45] Date of Patent: Jun. 22, 1999

[54] CPR COMPUTER AIDING

[76] Inventor: **Donald C. Hutchins**, 60 Brookdale Dr., Springfield, Mass. 01104

[21] Appl. No.: 08/667,946

[22] Filed: **Jun. 24, 1996**

[51] Int. Cl.$^6$ ........................................ G09B 23/28
[52] U.S. Cl. ................................................ 434/265
[58] Field of Search .............................. 434/262, 265, 434/307 R, 308, 323

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 34,800 | 11/1994 | Hutchins | 128/898 |
| 1,918,041 | 7/1933 | Knapke . | |
| 3,520,071 | 7/1970 | Abrahamson et al. | 35/17 |
| 3,552,036 | 1/1971 | Mahler | 35/17 |
| 3,736,363 | 5/1973 | Baessler et al. | 35/17 |
| 4,000,565 | 1/1977 | Overby et al. | 35/35 A |
| 4,016,540 | 4/1977 | Hyatt | 340/172.5 |
| 4,020,468 | 4/1977 | Silver et al. | 340/172.5 |
| 4,023,276 | 5/1977 | Furukawa et al. | 33/1 C |
| 4,052,798 | 10/1977 | Tomita et al. | 35/9 A |
| 4,060,915 | 12/1977 | Conway | 35/9 A |
| 4,094,079 | 6/1978 | Dorsett | 35/8 A |
| 4,095,590 | 6/1978 | Harrigan | 128/24 R |
| 4,101,883 | 7/1978 | Hempenius et al. | 340/365 R |
| 4,110,918 | 9/1978 | James et al. | 35/22 R |
| 4,193,064 | 3/1980 | Snyder | 340/309.4 |
| 4,290,114 | 9/1981 | Sinay | 364/900 |
| 4,302,193 | 11/1981 | Haynes | 434/178 |
| 4,307,728 | 12/1981 | Walton | 128/687 |
| 4,331,426 | 5/1982 | Sweeney | 434/265 |
| 4,360,345 | 11/1982 | Hon | 434/262 |
| 4,370,983 | 2/1983 | Lichtenstein | 128/630 |
| 4,420,813 | 12/1983 | Inoue et al. | 364/513 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 186 713 | 7/1986 | European Pat. Off. . |
| 3638-192 | 5/1988 | Germany . |
| 57-8418 | 1/1982 | Japan . |
| 501-409 | 4/1976 | U.S.S.R. . |
| WO 91/15007 | 10/1991 | WIPO . |
| WO 91/15267 | 10/1991 | WIPO . |

OTHER PUBLICATIONS

"ADA Directions" newsletter, vol. II, Issue 2 & 3, Summer & Fall 1995.

Primary Examiner—Robert A. Hafer
Assistant Examiner—John Edmund Rovnak
Attorney, Agent, or Firm—Fish & Richardson P.C.

[57] **ABSTRACT**

A cardiopulmonary resuscitation (CPR) aiding computer system provides guidance to rescue personnel trained in CPR for resuscitating a victim under an emergency condition. The system includes an input for entering information signals representative at least of characteristics of the victim relevant to proper performance of CPR techniques, a processing unit responsive to the information signals and for providing output signals representative of proper steps to be taken in resuscitating the victim, and an output, including a display, responsive to the output signals and for providing guidance signals, which include visible signals, such as animated images, on the display, of the proper steps to be taken by the rescue personnel in resuscitating the victim. In one embodiment, the output includes an audio system for producing audible guidance in response to the output signals, wherein the speech guidance is synchronized with the visible guidance. The system can be configured as a personal computer, or as a network of terminals and computers.

**43 Claims, 13 Drawing Sheets**

Microfiche Appendix Included
(1 Microfiche, 36 Pages)



Copy provided by USPTO from the PIRS Image Database on 04-17-2003


### Search Records Results

Registered Works Database (Author Search)
**Search For:** HUTCHINS, DONALD C., 1935-
**Item 1 of 1**

|   |   |
|---|---|
| 1. Registration Number: | TXu-210-208 |
| Title: | Script & word list, "CPR-PROMPT." |
| Description: | 1 v. |
| Claimant: | Donald C. Hutchins |
| Created: | 1985 |
| Registered: | 13Sep85 |
| Author on © Application: | Donald C. Hutchins. |
| Special Codes: | 1/B |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000



### Search Records Results

Registered Works Database (Author Search)
**Search For:** HUTCHINS, DONALD C
**Item 1 of 1**

|  |  |
|---|---|
| 1. Registration Number: | TXu-213-859 |
| Title: | LC5800 series cross assembler. |
| Edition: | Rev. 1.0. |
| Description: | printout. |
| Claimant: | acDonald C. Hutchins |
| Created: | 1985 |
| Registered: | 8Oct85 |
| Title on © Application: | LC 5800 series cross assembler. |
| Author on © Application: | text of computer program: Donald C. Hutchins, employer for hire of Robert W. Jeffway , Jr. |
| Special Codes: | 1/C |

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

Int. Cl.: 9

Prior U.S. Cl.: 26



**United States Patent and Trademark Office**   Reg. No. 1,398,334
Registered June 24, 1986

## TRADEMARK
### PRINCIPAL REGISTER

## CPR PROMPT

HUTCHINS, DONALD C. (UNITED STATES CITIZEN)
60 BROOKDALE DRIVE
SPRINGFIELD, MA 01104

FOR: RESCUE AID; NAMELY, AN ELECTRONIC UNIT HAVING A MICROPROCESSOR AND VOICE SYNTHESIZER FOR LEADING A CERTIFIED RESCUER THROUGH CARDIOPULMONARY RESUSCITATION PROCEDURES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 6-20-1984; IN COMMERCE 6-20-1984.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CPR", APART FROM THE MARK AS SHOWN.

SER. NO. 553,351, FILED 8-14-1985.

DAVID C. REIHNER, EXAMINING ATTORNEY


Consumer and
Corporate Affairs Canada
Patent Office

Consommation
et Corporations Canada
Bureau des brevets

**Canadian Patent**  **Brevet canadien**

## 1249368

**To all to whom these presents shall come:**  **A tous ceux qui les présentes verront:**

Whereas a petition has been presented to the Commissioner of Patents praying for the grant of a patent for a new and useful invention, the title and description of which are contained in the specification of which a copy is hereunto attached and made an essential part hereof, and the requirements of the Patent Act having been complied with,

Considérant qu'une requête a été présentée au Commissaire des brevets, demandant la délivrance d'un brevet pour une invention nouvelle et utile, dont le titre et la description apparaissent dans le mémoire discriptif dont copie est annexée aux présentes et en fait partie essentielle, et que ladite requête satisfait aux exigences de la Loi sur les brevets,

Now therefore the present patent grants to the applicant whose title thereto appears from the records of the Patent Office and as indicated in the said copy of the specification attached hereto, and to the legal representatives of said applicant for a period of seventeen years from the date of these presents the exclusive right, privilege and liberty of making, constructing, using and vending to others in Canada the invention, subject to adjudication in respect thereof before any court of competent jurisdiction.

A ces causes, le présent brevet confère au demandeur dont le titre de propriété audit brevet est établi d'après les dossiers du Bureau des brevets et est indiqué dans ladite copie du mémoire descriptif ci-annexé, et aux représentants légaux du dit demandeur, pour une période de dix-sept ans, à compter de la date des présentes, le droit, la faculté et le privilège exclusif de fabriquer, construire, exploiter et vendre à d'autres au Canada l'invention, sauf jugement en l'espèce par un tribunal de juridiction compétente.

Provided that the grant hereby made is subject to the conditions contained in the Act aforesaid.

La concession faite par les présentes étant soumise aux conditions contenues dans la loi précitée.

In testimony whereof, these letters patent bear the signature of the Commissioner and the seal of the Patent Office hereunto affixed at Hull, Canada.

En foi de quoi ces lettres patentes portent la signature du Commissaire ainsi que le sceau du Bureau des brevets apposé à Hull, Canada.

JAN 24 1989



Commissioner of Patents    Commissaire des brevets

Attesting Officer    Certificateur



Canada



Consumer and Corporate Affairs Canada

Consommation et Corporations Canada

(11) (A) No. **1 249 368**

(45) ISSUED 890124

(52) CLASS 354-22
C.R. CL. 326-1.7

(51) INT. CL.⁴ G06F 15/00

# (19) (CA) CANADIAN PATENT (12)

(54) Cardiopulmonary Resuscitation Prompting

(72) Hutchins, Donald G.,
U.S.A.

(21). APPLICATION No.    495,919

(22) FILED    851121

(30) PRIORITY DATE    U.S.A. (06/673,838) 841121

NO. OF CLAIMS    8

Canada

# European Patent Specification

**Filed on**   18 November 1985

**in respect of Application No.**   85308382.2

**Designating**

| | |
|---|---|
| United Kingdom | Holland |
| Austria | Italy |
| Belgium | Luxembourg |
| France | Sweden |
| W. Germany | Switzerland |

**Priority Claimed**   US

**No.**   673 838        **Dated**   21 November 1984

**Applicant**   Donald C. HUTCHINS

**Inventor**   Donald C. HUTCHINS

**Formal Title**   CARDIOPULMONARY RESUSCITATION PROMPTING APPARATUS AND METHOD

**Code Title**   AAHUTP01-EP

## Gill Jennings & Every

Chartered Patent Agents
European Patent Attorneys

53 to 64 Chancery Lane · London · WC2A 1HN