# EXHIBIT B

EXHIBIT B



*Patent, Trademark, Copyright, Internet & Related Causes* | Patterson, Thuente, Skaar & Christensen, P.A.

SCOTT G. ULBRICH
612.349.5776
ulbrich@ptslaw.com

4800 IDS Center
80 South 8th Street
Minneapolis, MN
55402-2100

t: 612.349.5740
t: 800.331.4537
f: 612.349.9266
www.ptslaw.com

September 22, 2006

**VIA U.S. MAIL**
Mr. Donald Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106-2201

      Re:    Donald C. Hutchins v. Cardiac Science, Inc.
             Our File No. 1798.161-LIT-01
             Court File No. 04-30126-MAP

Dear Mr. Hutchins:

    Enclosed and served upon you, please find the Amended Subpoena Duces Tecum with exhibits. If you have any questions or comments, please feel free to call.

                          Very truly yours,

                          PATTERSON, THUENTE,
                          SKAAR & CHRISTENSEN, P.A.

                          Scott G. Ulbrich

SGU/rrg
Enclosures

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT
### District of Massachusetts

William S. Parker,
    Plaintiffs,

v.

CARDIAC SCIENCE, INC.,
    Defendant.

**AMENDED SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-71028
EASTERN DISTRICT OF MICHIGAN

TO: Donald Hutchins
    1047 Longmeadow Street
    Longmeadow, MA 01106

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| Catuogno Court Reporting, 1 Marnark Place<br>1414 Main Street, 6th Floor, Springfield, MA 01144 | October 12, 2006<br>at 9:00 a.m. |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying the following documents or objects listed on the attached Exhibit A at the place, date, and time specified below:

| PLACE | DATE AND TIME |
| --- | --- |
| Patterson, Thuente, Skaar & Christensen, P.A.<br>80 South 8th Street, Suite 4800, Minneapolis, MN 55402 | October 5, 2006<br>at 9:00 a.m. |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT):<br>Attorney for Cardiac Science | DATE:<br>Sept. 22, 2006 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Scott Ulbrich (612) 349-5740
Patterson, Thuente, Skaar, & Christensen, P.A., 4800 IDS Center, 80 South 8th Street, Minneapolis, MN 55402

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| WILLIAM S. PARKER, | ) |
|        Plaintiff, | ) |
| | ) Civil Action No. 04 - 71028 |
| v. | ) Hon. Sean F. Cox |
| | ) Mag. Judge Steven D. Pepe |
| CARDIAC SCIENCE, INC., | ) |
|        Defendant. | ) |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that pursuant to Rule 45, Fed.R.Civ.P., William S. Parker, hereby serves the attached subpoena on Donald Hutchins.

Respectfully submitted,

*[signature]*

Raymond P. Niro
Christopher J. Lee
David J. Sheikh
Frederick C. Laney
Kara L. Szpondowski
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Phone: (312) 236-0733
Fax: (312) 236-3137

Lawrence R. Jordan
JAFFE, RAITT, HEUER & WEISS, PC
201 S. Main, Suite 300
Ann Arbor, Michigan 48104
Phone: (734) 222-4776
Fax:: (734) 222-4769
***Attorneys for Plaintiff, William S. Parker***

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF SUBPOENA** was served upon the following parties on this 25th day of September 2006 by facsimile and first class mail:

    Gary D. Sharp
    FOLEY & MANSFIELD, P.L.L.P.
    24255 W. 13 Mile Road
    Suite 200
    Bingham Farms, MI 48025
    Phone: 248-540-9636
    Fax: 248-540-9639

    Randall T. Skaar
    Eric H. Chadwick
    Scott G. Ulbrich
    PATTERSON, THUENTE, SKAAR &
     CHRISTENSEN, P.A.
    4800 IDS Center
    80 South 8th Street
    Minneapolis, Minnesota 55402
    Phone: (612) 349-5740
    Fax: (612) 349-9266
    *Attorneys for Defendant, Cardiac Science, Inc.*

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT
## For The District of Massachusetts

William S. Parker
        Plaintiff,
   v.
Cardiac Science, Inc.
        Defendants.

SUBPOENA IN CIVIL CASE
1/
CASE NUMBER: 04-71028 (E.D. Mich.)

TO:   Donald Hutchins
       1047 Longmeadow St.
       Longmeadow, MA 01106

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

■ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Catuogno Court Reporting<br>1 Marnark Place<br>1414 Main Street, 6th Floor<br>Springfield, MA 01144 | October 12, 2006<br>at 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] (Attorney for Plaintiff) | September 25, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
David J. Sheikh
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison/Suite 4600
Chicago, Illinois 60602
(312) 236-0733

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
1/ If action is pending in district other than district of issuance, state district under case number.

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al; )<br>)<br>Defendants )<br>) | Civil Action: 04-30126-MAP |

**DECLARATORY JUDGMENT**

The Court finds that the ownership of the following intellectual properties belonging to the Plaintiff was not at issue in this case:

"U.S. Patent 5,913,685, U.S. Patent 4,583,524, U.S. Patent Re 34,800, Canadian Patent 1249368, European Patent 01833462 (includes Belgium, Switzerland, Germany, France, United Kingdom, Italy, Luxembourg), also Copyright Registrations No. TXu-210-208 and No. TXu-213-859 and U.S. Trademark Registration No. 1,398,334 for the mark CPR Prompt®."

The Court declares that ownership in these properties has not changed through the decisions of this Court. Therefore the Plaintiff Donald C. Hutchins retains ownership in these properties as governed by the Rules of Congress and the Regulations of the U.S. Patent Office and the Library of Congress.

_____
Justice of the United States District Court

Dated: _____

9