UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et al; )<br>)<br>Defendants )<br>) | Civil Action: **04-30126-MAP** |

**PLAINTIFF'S MOTION FOR RELIEF FROM ORDER TO ENJOIN THE PLAINTIFF FROM FILING FURTHER MOTIONS WITHOUT LEAVE OF THE COURT**

The Plaintiff, Donald C. Hutchins ("Hutchins") respectfully requests that this Honorable Court grant him relief from order granting Cardiac Science's [115] Motion to enjoin the Plaintiff from filing any further motions without leave of Court. [docketed 135, 12/29/2005]. Document Number 217 dated 9/29/2006 granting Plaintiff's [108] motion for relief from the courts 6/23/05 order allowing Cardiac Science' motion for summary judgment makes it imperative for Hutchins to have the freedom to file motions against Cardiac Science without restriction.

Donald C. Hutchins, Pro Se

Dated: October 6, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by U.S. First Class Mail to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

and

Jeffrey J. Lauderdale, Esq.
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue.
Cleveland, OH 44114-2688

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

and

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Dated: 10/6/06

Donald C. Hutchins