UNITED STATES DISTRICT COURT IN CLERK'S OFFICE

DISTRICT OF MASSACHUSETTS  2006 OCT -6  P 2: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| Plaintiff ) | |
| ) | Civil Action: **04-30126-MAP** |
| v. ) | |
| CARDIAC SCIENCE, INC., et al; ) | |
| Defendants ) | |

### PLAINTIFF'S MOTION FOR A DECLARATORY JUDGMENT ASSERTING PLAINTIFF'S CONDUCT IN FILING THE COMPLAINT DOES NOT CONSTITUTE TORTIOUS INTERFERENCE

The Plaintiff, Donald C. Hutchins respectfully requests that this Honorable Court grant a Declaratory Judgment asserting that Plaintiff's conduct in filing the Complaint does not constitute tortious interference. In support thereof, the Plaintiff submits the attached Memorandum in Support of the Plaintiff's Motion.

A proposed Order is attached hereto.

Donald C. Hutchins, Pro Se

Dated: October 6, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

## CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by U.S. First Class Mail to:

John J. Egan, Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035

and

Jeffrey J. Lauderdale, Esq.
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue.
Cleveland, OH 44114-2688

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103

and

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar & Christensen, P.A.
4800 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2100

Dated: 10/6/06

_____
Donald C. Hutchins

2