UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | Civil Action: 04-30126-MAP |
| Plaintiff ) | |
| ) | |
| v. ) | JUDGE MICHAEL PONSOR |
| ) | |
| CARDIAC SCIENCE, INC. ) | |
| ) | |
| Defendants ) | |
| ) | |

**DEFENDANT COMPLIENT CORPORATION'S**
**MOTION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to the Court's Memorandum and Order of September 27, 2006, granting summary judgment to Defendant, Complient Corp., and requesting a report on the status of Complient's counterclaims against Plaintiff, Donald C. Hutchins, Complient hereby gives notice that it intends to dismiss those counterclaims without prejudice. Accordingly, Complient hereby moves this Court, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), for an order dismissing its counterclaims without prejudice.

                                                Respectfully submitted,

                                           */s/ Jeffrey J. Lauderdale*
                                          WILLIAM E. COUGHLIN (0010874)
                                          COLLEEN MORAN O'NEIL (0066576)
                                          JEFFREY J. LAUDERDALE (0074859)
                                          CALFEE, HALTER & GRISWOLD LLP
                                          1400 McDonald Investment Center
                                          800 Superior Avenue
                                          Cleveland, Ohio  44114
                                          (216) 622-8200
                                          (216) 241-0816 (facsimile)

{JAB6451.DOC;1}

{JAB6451.DOC;1}

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA  01102-9035
(216) 622-8200
FAX (216) 241-0816

Attorneys for Defendant,
Complient Corporation

2

## CERTIFICATE OF SERVICE

I certify that, on October 16, 2006, I electronically filed a copy of the foregoing Motion for Dismissal Without Prejudice and that parties to the case, registered with the Court's electronic filing system, will receive electronic notice of such filing. A copy of the foregoing was also served upon the following via first-class U.S. mail on today's date:

>Donald C. Hutchins
>1047 Longmeadow Street
>Longmeadow, Massachusetts 01106
>Pro Se

 /s/ Jeffrey J. Lauderdale
One of the Attorneys for Defendant,
Complient Corporation
