UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DONALD C. HUTCHINS | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action: **04-30126-MAP** |
| CARDIAC SCIENCE, INC. and COMPLIENT CORPORATION | ) | |
| Defendants | ) | |

## PLAINTIFF DONALD C. HUTCHINS' MOTION FOR RELIEF FROM SUMMARY JUDGMENT PURSUANT TO RULE 60(b)(2)

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court pursuant to rule 60(b)(2) of the Federal Rules of Civil Procedure for Relief from the Complient Corporation's Motion for Summary Judgment (Dkt. No. 66). A Memorandum pursuant to Rule 60(b)(2) accompanies this Motion.

The Plaintiff, DONALD C. HUTCHINS, Pro Se

Dated: October 17, 2006

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 781-6280
(413) 739-4060 (facsimile)

### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to: Randall T. Skaar, Esq., Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth St., Minneapolis, MN 55402. Paul T. Rothschild, Esq., Bacon & Wilson P.C., 33 State Street, Springfield, MA 01103 John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035, Jeffrey Lauderdale, Esq., Calfee, Halter & Griswold LLP, 1400 Mc Donald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

Dated: 10/17/06

Donald C. Hutchins