UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS<br><br>　　Plaintiff<br><br>v.<br><br>CARDIAC SCIENCE, INC., et. al.,<br><br>　　Defendants | )<br>)<br>)<br>)<br>)   Civil Action: **04-30126-MAP**<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE INSTANTER CLARIFICATION BRIEF
ADDRESSING STATUS CONFERENCE SET FOR 11/1/2006**

Pursuant to Local Rule 7.1(b)(3), Plaintiff, Donald C. Hutchins ("Hutchins") hereby moves this Court for leave to file a Brief to clarify further proceedings pursuant to status conference set for 11/1/2006 before Judge Michael A. Ponsor.

　　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　　The Plaintiff
　　　　　　　　　　　　　　　　　Donald C. Hutchins, Pro Se

Dated: October 19, 2006

　　　　　　　　　　　　　　　　　1047 Longmeadow Street
　　　　　　　　　　　　　　　　　Longmeadow, Massachusetts 01106
　　　　　　　　　　　　　　　　　(413) 567-0606

CERTIFICATE OF SERVICE

　　I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035, Jeffrey J. Lauderdale Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, OH 44114.

Dated: 10/19/06

　　　　　　　　　　　　　　　　　Donald C. Hutchins