UNITED STATES DISTRICT COURT
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DONALD C. HUTCHINS, | ) Civil Action 04-30126-MAP |
| Plaintiff, | ) Judge Michael A. Ponsor |
| v. | ) |
| CARDIAC SCIENCE, INC., et al., | ) |
| Defendants. | ) |

**MEMORANDUM IN OPPOSITION TO
<u>PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT</u>**

Defendant, Complient Corporation ("Complient"), respectfully requests that Plaintiff's "Motion for Declaratory Judgment Asserting Plaintiff's Conduct in Filing the Complaint Does Not Constitute Tortious Interference" (the "Motion") be denied. Plaintiff Donald C. Hutchins ("Hutchins") Motion should be denied because it is procedurally improper, moot and wholly without merit.

Hutchins' Motion is a poorly disguised effort to, yet again, request summary judgment on Complient's Counterclaim for tortious interference with contract. In addition to the fact that this Court already denied Hutchins' Motion for Summary Judgment asserting substantially similar arguments, an Ohio Court found Hutchins liable for tortious interference for the facts alleged in Complient's Counterclaim. Further, Complient recently filed a Motion to Dismiss Without Prejudice in this case, seeking permission of the Court to dismiss this very claim. Based on the

{JAB6477.TMP;1}

decision of the Ohio Court and Complient's Motion to Dismiss Without Prejudice, Hutchins' Motion is moot.

Hutchins' Motion is procedurally improper; it is yet another poorly disguised request to this Court to reconsider its denial of Hutchins' Motion for Summary Judgment on Complient's Counterclaim; and it is moot, given the Ohio judgment and Complient's Motion to Dismiss Without Prejudice. Accordingly, Complient respectfully requests that Hutchins' Motion for Declaratory Judgment be denied.

Respectfully submitted,

 /s/ Colleen M. O'Neil
WILLIAM E. COUGHLIN (OH # 0010874)
*wcoughlin@calfee.com*
COLLEEN M. O' NEIL (OH # 0066576)
*coneil@calfee.com*
JEFFREY J. LAUDERDALE (OH # 0074859)
*jlauderdale@calfee.com*
CALFEE, HALTER & GRISWOLD LLP
800 Superior Avenue, Suite 1400
Cleveland, Ohio, 44114
(216)622-8200 (Telephone)
(216)241-0816 (Facsimile)

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA  01102-9035
(413) 737-0260 (Telephone)
FAX (413) 737-0121

Attorneys for Defendant and Counterclaimant
Complient Corporation

**CERTIFICATE OF SERVICE**

I certify that, on October 20, 2006 I electronically filed a copy of the foregoing Memorandum in Opposition to Plaintiff's Motion for Declaratory Judgment and that parties to the case, registered with the Court's electronic filing system, will receive electronic notice of such filing. A copy of the foregoing was also served upon the following via first-class U.S. mail on today's date:

>Donald C. Hutchins
>1047 Longmeadow Street
>Longmeadow, Massachusetts 01106
>Pro Se

>*/s/ Colleen M. O'Neil*
>One of the Attorneys for Defendant,
>Complient Corporation

{JAB6477.TMP;1}