# EXHIBIT A

**Case No: 88877**

COMMON PLEAS COURT
COMPLIENT CORPORATION
VS. DONALD C. HUTCHINS, ET AL.

Notice: Complete record of appeal filed on 10/19/2006 in compliance with rule 11(B) Ohio rules of appellate procedure.

Appellant's brief due: 11/8/2006

Gerald E. Fuerst
Clerk of Courts



Court of Appeals of Ohio
Eighth Appellate District
One Lakeside Ave.
Cleveland, Ohio 44113

**Date:** 10/19/2006

**TO:**
DONALD C. HUTCHINS
1047 LONGMEADOW STREET
LONGMEADOW, MA 01106

