UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et. al., )<br>)<br>)<br>Defendants )<br>) | Civil Action: 04-30126-MAP |

**MOTION FOR LEAVE TO FILE INSTANTER CLARIFICATION BRIEF ADDRESSING DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT PURSUANT TO TORTIOUS INTERFERENCE**

Pursuant to Local Rule 7.1(b)(3), Plaintiff, Donald C. Hutchins ("Hutchins") hereby moves this Court for leave to file a brief pursuant to Defendant Complient Corporation's request that Hutchins' "Motion for Declaratory Judgment Asserting Plaintiff's Conduct in Filing the Complaint Does Not Constitute Tortious Interference" (the "Motion") be denied.

                                      Respectfully submitted

                                      The Plaintiff
                                      Donald C. Hutchins, Pro Se

Dated: October 25, 2006

                                      1047 Longmeadow Street
                                      Longmeadow, Massachusetts 01106
                                      (413) 567-0606

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035, Jeffrey J. Lauderdale Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Avenue, Cleveland, OH 44114.

Dated: 10/25/06

*/s/ Donald C. Hutchins*
Donald C. Hutchins