UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | Civil Action: 04-30126-MAP |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Judge Michael A. Ponsor |
| CARDIAC SCIENCE, INC. ) | |
| ) | |
| Defendants ) | |
| ) | |

**DEFENDANT COMPLIENT CORPORATION'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDICIAL NOTICE OF APPEAL**

On October 24, 2006, Plaintiff, Donald C. Hutchins, filed a motion requesting that this Court take judicial notice of his attempts to appeal the decision of the Cuyahoga County, Ohio, Court of Common Pleas awarding summary judgment to Complient Corporation. Although it is true that Hutchins filed a Notice of Appeal in that matter on October 17, 2006, the Ohio Court of Appeals *sua sponte* dismissed Hutchins' appeal on October 23, 2006 for lack of jurisdiction. *See* Exhibit A.

Although the court could have dismissed the appeal for any of several reasons, it dismissed Hutchins' appeal because he filed his Notice of Appeal after he had filed his ill-fated

Notice of Removal in federal court in Cleveland.[1]  Thus, the state courts lacked jurisdiction over the matter at the time Hutchins filed his Notice of Appeal.  *Id.*

Moreover, it should be noted that the judgment from which Hutchins appeals was entered by the state court on July 19, 2006.  *See* Motion for Judicial Notice of Judgment Entries [Docket No. 207].  Accordingly, Hutchins' Notice of Appeal was filed well outside the thirty-day period within which Hutchins could appeal that judgment.  *See* Ohio R. App. P. 4(A).  Therefore, Hutchins' Notice of Appeal was improper for several reasons and, in any event, is no longer pending.

                                                   Respectfully submitted,

                                                   *s/ Jeffrey J. Lauderdale*
                                                  WILLIAM E. COUGHLIN (0010874)
                                                  COLLEEN MORAN O'NEIL (0066576)
                                                  JEFFREY J. LAUDERDALE (0074859)
                                                  CALFEE, HALTER & GRISWOLD LLP
                                                  1400 McDonald Investment Center
                                                  800 Superior Avenue
                                                  Cleveland, Ohio  44114
                                                  (216) 622-8200
                                                  (216) 241-0816 (facsimile)

                                                  JOHN J. EGAN (151680)
                                                  EGAN, FLANAGAN & COHEN, P.C.
                                                  PO Box 9035
                                                  67 Market Street
                                                  Springfield, MA  01102-9035
                                                  (216) 622-8200
                                                  FAX (216) 241-0816

                                                  Attorneys for Defendant,
                                                  Complient Corporation

---

[1] As set forth in Complient's Motion for Judicial Notice of Order of Remand [Docket No. 230], the U.S. District Court for the Northern District of Ohio has since remanded the action to state court because the Notice of Removal was filed two years too late and because the state court litigation had already concluded (with judgment entered against Hutchins).

## CERTIFICATE OF SERVICE

I certify that, on October 25, 2006, I electronically filed a copy of the foregoing Defendant Complient Corporation's Memorandum in Opposition to Motion for Judicial Notice of Appeal and that parties to the case, registered with the Court's electronic filing system, will receive electronic notice of such filing. A copy of the foregoing was also served upon the following via first-class U.S. mail on today's date:

> Donald C. Hutchins
> 1047 Longmeadow Street
> Longmeadow, Massachusetts 01106
> Pro Se

                                                       *s/ Jeffrey J. Lauderdale*
                                               One of the Attorneys for Defendant,
                                               Complient Corporation