UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC. )<br>)<br>Defendant )<br>) | Civil Action: 04-30126-MAP |

**DEFENDANT COMPLIENT CORPORATION'S MOTION FOR LEAVE FOR ATTORNEY TO PARTICIPATE IN STATUS CONFERENCE BY TELEPHONE**

Defendant Complient Corporation ("Complient") hereby moves for leave to permit its counsel, Colleen M. O'Neil of Calfee, Halter & Griswold LLP, to participate by telephone in the Status Conference set in this action for Wednesday, November 1, 2006.

On September 27, 2006, the Court entered summary judgment in Complient's favor on Plaintiff's claims. As a result, Complient's involvement in the litigation is limited to Complient's Counterclaims. On October 16, 2006, Complient filed a Motion to Dismiss its Counterclaims Without Prejudice, which Motion is pending. For these reasons, and because Complient's lead counsel is located in Ohio, Complient submits that it is in the interest of judicial economy to permit Complient's counsel to participate by phone. Complient's local counsel will attend the Case Management Conference in person.

{JAB6487.DOC;1}

For the foregoing reasons, Complient requests that the Court grant its Motion.

Respectfully submitted,

/s/ Colleen M. O'Neil
WILLIAM E. COUGHLIN (0010874)
COLLEEN MORAN O'NEIL (0066576)
CALFEE, HALTER & GRISWOLD LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (facsimile)

JOHN J. EGAN (151680)
EGAN, FLANAGAN & COHEN, P.C.
PO Box 9035
67 Market Street
Springfield, MA 01102-9035
(413) 737-0260
FAX (413) 737-0121

Attorneys for Complient Corporation

## CERTIFICATE OF SERVICE

I certify that, on October 26, 2006 I electronically filed a copy of the foregoing Complient Corporation's Motion for Leave for Attorney to Participate in Status Conference by Telephone and that parties to the case, registered with the Court's electronic filing system, will receive electronic notice of such filing. A copy of the foregoing was also served upon the following via first-class U.S. mail on today's date:

>Donald C. Hutchins
>1047 Longmeadow Street
>Longmeadow, Massachusetts 01106
>Pro Se

>/s/ Colleen M. O'Neil
>One of the Attorneys for Defendant,
>Complient Corporation