# EXHIBIT A

# Court of Appeals of Ohio, Eighth District

County of Cuyahoga
Gerald E. Fuerst, Clerk of Courts

COMPLIENT CORPORATION

        Appellee        COA NO.    LOWER COURT NO.
                                88877        CP CV-540066

                                COMMON PLEAS COURT

-vs-

DONALD C. HUTCHINS, ET AL.

        Appellant       MOTION NO. 389736

Date 10/23/2006

---
### Journal Entry
---

SUA SPONTE, APPEAL IS DISMISSED FOR LACK OF JURISDICTION: UNDERLYING CASE HAS BEEN REMOVED TO FEDERAL COURT, PRIOR TO NOTICE OF APPEAL, UPON MOTION OF THE DEFENDANT-APPELLANT.

ANNOUNCEMENT OF DECISION
PER APP. R. 22(B), 22(D) AND 26(A)
RECEIVED

OCT 23 2006

GERALD E. FUERST
CLERK OF THE COURT OF APPEALS
BY: _____ DEP.

Judge FRANK D. CELEBREZZE, JR., Concurs

Administrative Judge ANN DYKE

N.B. This entry is an announcement of the court's decision. See App.R. 22(B), 22(D) and 26(A); Loc.App.R. 22. This decision will be journalized and will become the judgment and order of the court pursuant to App.R. 22(E) unless a motion for reconsideration with supporting brief, per App.R. 26(A), is filed within ten (10) days of the announcement of the court's decision. The time period for review by the Supreme Court of Ohio shall begin to run upon the journalization of this court's announcement of decision by the clerk per App.R. 22(E). See, also S.Ct.Prac.R. II, Section 2(A)(1).

NOTICE MAILED TO COUNSEL | FOR ALL PARTIES-COSTS TAXED

Case No: 88877

COMPLIENT CORPORATION VS. DONALD C. HUTCHINS, ET AL.

SUA SPONTE, APPEAL IS DISMISSED FOR LACK OF JURISDICTION: UNDERLYING CASE HAS BEEN REMOVED TO FEDERAL COURT, PRIOR TO NOTICE OF APPEAL, UPON MOTION OF THE DEFENDANT-APPELLANT.

CELEBREZZE,JR., F., J., CONCUR
DYKE, A., P.J.



FROM:
Court of Appeals of Ohio
Eighth Appellate District
One Lakeside Ave.
Cleveland, Ohio  44113
Date: 10/23/2006

TO:
COLLEEN MORAN O'NEIL
CALFEE,HALTER & GRISWOLD,LLP
1400 MCDONALD INVESTMENT CTR.
800 SUPERIOR AVENUE
CLEVELAND, OH  44114