UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30126 (MAP)
BBO# 431100

| | |
|---|---|
| DONALD C. HUTCHINS,<br><br>     Plaintiff<br>v.<br>CARDIAC SCIENCE, INC., ET AL,<br><br>     Defendants | |

# DEFENDANT CARDIAC SCIENCE, INC.'S MOTION FOR ADMISSION OF ERIC H. CHADWICK PRO HAC VICE

Pursuant to Local Rule 83.5.3(b) of this Court, Paul H. Rothschild, a member of the Bar of this Court who is associated with the firm of Bacon & Wilson, P.C., moves for the admission to the Bar of this Court, pro hac vice, of Eric H. Chadwick, admitted to practice in the District of Minnesota.

The affidavit and certificate of Eric H. Chadwick in support of this motion filed herewith.

Dated: January 3, 2007

Respectfully submitted,
The Defendant,
Cardiac Science, Inc.
By its Attorney,

   /s/ Paul H. Rothschild
PAUL H. ROTHSCHILD, ESQ.
BACON & WILSON, P.C.
33 State Street, Springfield, MA 01103
Ph: (413) 781-0560
Fax: (413) 739-7740

## CERTIFICATE OF SERVICE

      I, PAUL H. ROTHSCHILD, hereby certify that on the 3rd day of January 2007, I caused a copy of the foregoing Defendant Cardiac Science Inc.'s Motion for Admission of Eric H. Chadwick Pro Hac Vice, along with the Affidavit and Certificate of Eric H. Chadwick, to be electronically served upon all registered parties as defined on the Notice of Electronic filing (NEF) and paper copies served upon non-registered parties by mailing a copy thereof, postage prepaid, first class mail to:

    Donald C. Hutchins  
    1047 Longmeadow Street  
    Longmeadow, MA  01106.

                                                /s/ Paul H. Rothschild  
                                                PAUL H. ROTHSCHILD

495259