UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CARDIAC SCIENCE, INC., et. al., ) <br> ) <br> ) <br> Defendants ) <br> ) | Civil Action: 04-30126-MAP |

### PLAINTIFF, DONALD C. HUTCHINS' MOTION TO SCHEDULE JURY TRIAL

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court to schedule a jury trial at the earliest possible date. The grounds for this Motion are fully set forth in the attached Memorandum in Support, which is incorporated herein by reference.

Donald C. Hutchins, Pro Se

Dated: February 2, 2007

1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035

Dated: February 2, 2007

Donald C. Hutchins