UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,           )
          Plaintiff           )
                              )
          v.                  ) CIVIL ACTION NO. 04-30126-MAP
                              )
CARDIAC SCIENCE, INC,         )
          Defendant           )


SCHEDULING ORDER

February 9, 2007

PONSOR, U.S.D.J.

     On September 29, 2006, the court granted Plaintiff's

Motion for Relief from the court's June 23, 2005 Order

allowing Cardiac Science's Motion for Summary Judgment (Dkt.

No. 108).  The foundation for the court's ruling was

Plaintiff's contention, eventually conceded by Cardiac

Science, that Cardiac Science made misrepresentations

regarding its possession of certain license rights to

Plaintiff's intellectual property when it knew that these

rights had been transferred to a third party.  The allowance

of Plaintiff's motion for relief left open Plaintiff's claim

against Cardiac Science, and on November 1, 2006, the

parties appeared before this court for a conference as to

future proceedings.

     At that time, counsel for Cardiac Science acknowledged

and apologized for his client's error, but argued that the

effect of these misrepresentations was insubstantial. Cardiac Science's counsel asked for an opportunity to re-brief his Motion for Summary Judgment in light of the now acknowledged true factual backdrop.  Plaintiff, appearing pro <u>se</u>, sought an immediate assignment of the case for jury trial.

Following discussions with the parties, the court made a recommendation for settlement of this matter and gave the parties until November 15, 2006 to report back to the court. Much to its disappointment, the court subsequently learned that the matter did not reach a settlement.

Having now had an opportunity to consider the future course in this case, the court must conclude that Defendant is entitled to re-submit its Motion for Summary Judgment, with a factual underpinning that fully corresponds to the real situation confronting the parties.  However, out of concern that Plaintiff's rights be protected, the court will also set the case for trial.

Based on the foregoing, the court orders as follows:

1.  The further Motion for Summary Judgment of Defendant Cardiac Science will be filed no later than March 9, 2007.

2.  Plaintiff's opposition to the motion will be filed by April 9, 2007.  The court will thereafter rule on the papers, or will set the matter for further oral argument.

3.  Assuming that the Motion for Summary Judgment

is denied, trial in this matter will commence on
September 10, 2007 at 10:00 a.m.  Counsel will
appear that day at 9:00 a.m. for a brief conference
prior to commencement of jury selection.  The trial
will proceed thereafter from 9:00 a.m. to 1:00 p.m.

4. Proposed <u>voir</u> <u>dire</u> questions and proposed jury
instructions will be filed no later than September
4, 2007.

5.  Motions <u>in</u> <u>limine</u>, if any, will be filed by
August 17, 2007 and opposed by August 31, 2007.

It is So Ordered.


                        /s/ Michael A. Ponsor
                        MICHAEL A. PONSOR
                        U. S. District Judge