UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action: 04-30126-MAP |
| v. ) | |
| ) | |
| CARDIAC SCIENCE, INC., et. al., ) | |
| ) | |
| Defendants ) | |

### PLAINTIFF, DONALD C. HUTCHINS' MOTION TO COMPEL DISCOVERY

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court to compel Defendant, Cardiac Science Inc. ("Cardiac Science") to produce certain documents pursuant to Rule 26(b) of the Federal Rules of Civil Procedure. The requested documents and grounds for this Motion are fully set forth in the attached Memorandum in Support, which is incorporated herein by reference.

Donald C. Hutchins, Pro Se

Dated: March 2, 2007

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 734-2625
(413) 739-4060 (facsimile)

CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate parties by sending a copy by United States mail to: Randall T. Skaar, Esq. Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South 8th St. Minneapolis, Minnesota; 55402, Paul H. Rothschild, Esq. Bacon & Wilson, P.C., 33 State St., Springfield, MA 01103; John J. Egan Esq., Egan, Flanagan and Cohen, P.C., 67 Market St., Springfield, MA 01102-9035

Dated: March 2, 2007

_____
Donald C. Hutchins