UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

         Plaintiff,                        Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC.,

         Defendant.

**DEFENDANT CARDIAC SCIENCE, INC.'S MEMORANDUM OF LAW
IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Plaintiff filed the present motion on March 2, 2007. However, pursuant to the scheduling order, the written discovery deadline was October 12, 2004. (Dkt. No. 21). Plaintiff did not serve any discovery requests within the discovery period. Nor did he seek to take any depositions of Cardiac Science or anyone else. Cardiac Science is not obligated to produce documents in response to requests that were served over six months after the discovery deadline expired. To the extent Plaintiff seeks an extension of the discovery deadline that expired over two-and-a-half years ago, a scheduling order shall not be modified except upon a showing of "good cause." Fed. R. Civ. P. 16(b) and D. Mass. LR 16.1(g). Plaintiff has failed to identify, or even attempt to identify, any good cause for his late request. Further, Plaintiff did not meet and confer with Cardiac Science regarding the documents sought as required by Fed. R. Civ. P. 37(a)(2)(B) and D. Mass. LR 37.1(a). His motion should be denied.

Plaintiff is already in possession of the primary documents he seeks. A true and correct copy of the Asset Purchase Agreement between Aristotle and Cardiac Science was attached to

Cardiac Science's Memorandum to Clarify Issues. (Dkt. No. 235, Ex. A). Plaintiff himself attached a copy of Cardiac Science's Request for Indemnification and an affidavit from Steven Lindseth attesting to the resolution of the Request for Indemnification to his Motion for Temporary Restraining Order. (Dkt. No. 96, Ex. 1 and Ex. 3, ¶12). Because Plaintiff's discovery requests are untimely, his motion violates the Federal and Local Rules, and because he is already in possession of the majority of the documents he seeks, Plaintiff's motion to compel discovery should be denied.

             Respectfully submitted,

             **CARDIAC SCIENCE, INC.**

Dated: March 8, 2007      By: s/ Eric H. Chadwick
             Eric H. Chadwick (*Pro Hac Vice*)
             Scott G. Ulbrich (*Pro Hac Vice*)
             **PATTERSON, THUENTE, SKAAR**
             **& CHRISTENSEN, P.A.**
             4800 IDS Center
             80 South 8th Street
             Minneapolis, MN 55402-2100
             Tel: (612) 349-5740
             Fax: (612) 349-9266
             chadwick@ptslaw.com
             ulbrich@ptslaw.com

             Paul H. Rothschild
             **BACON & WILSON P.C.**
             33 State Street
             Springfield, MA 01103
             Phone: (413) 781-0560
             Fax: (413) 739-7740

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DONALD C. HUTCHINS,

              Plaintiff,               Civil Action No. 3:04-cv-30126 MAP

v.

                                        **CERTIFICATE OF SERVICE**

CARDIAC SCIENCE, INC., ET AL.,

              Defendants.

---

    I hereby certify that on **March 8, 2007**, I caused the following documents:

1.    Defendant Cardiac Science's Memorandum of Law in Opposition to Plaintiff's Motion to Compel Discovery; and

2.    Certificate of Service.

    to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mr. Paul H. Rothschild
Bacon & Wilson, P.C.
33 State Street
Springfield, MA 01103
prothschild@bacon-wilson.com

Ms. Colleen M. O'Neil
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH 44114-2688
coneil@calfee.com

John J. Egan
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035
jjegan@eganflanagan.com

    I further certify that on March 8, 2007 the following was served upon the below-named parties via United States Mail, postage prepaid:

                            Mr. Donald Hutchins
                            1047 Longmeadow Street
                            Longmeadow, MA 01106-2201

Respectfully submitted,

**PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.**

Dated: March 8, 2007          By:     s/ Eric H. Chadwick
                                      Eric H. Chadwick (*Pro Hac Vice*)
                                      Scott G. Ulbrich (*Pro Hac Vice*)
                                      4800 IDS Center
                                      80 South Eighth Street
                                      Minneapolis, Minnesota  55402-2100
                                      Tel: (612) 349-5740
                                      Fax: (612) 349-9266
                                      chadwick@ptslaw.com
                                      ulbrich@ptslaw.com

                                      *and*

                                      Paul H. Rothschild
                                      **BACON & WILSON P.C.**
                                      33 State Street
                                      Springfield, Massachusetts 01103
                                      Tel: (413) 781-0560
                                      Fax: (413) 739-7740

                                      **ATTORNEYS FOR CARDIAC SCIENCE, INC.**

2