UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

          Plaintiff,                    Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC.,

          Defendant

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER FED. R. CIV. P. 56

**COMES NOW Defendant** Cardiac Science, Inc., and hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment on every claim brought against it by Plaintiff, Donald C. Hutchins ("Plaintiff") on grounds that:

    1.    Plaintiff's claim of copyright infringement must fail because the undisputed facts show that Cardiac Science had license rights to the asserted copyrights.

    2.    Plaintiff's claim of patent infringement must fail because the undisputed facts show that Cardiac Science had license rights to the asserted patent.

    3.    Plaintiff's abuse of process claim must fail because the undisputed facts do not support the claim.

    4.    Plaintiff's tortious interference with contract claim must fail because the undisputed facts do not support the claim.

Cardiac Science's motion is supported by the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, the documents attached thereto, and all of the files, records and proceedings in this matter.

          Respectfully submitted,

          **CARDIAC SCIENCE, INC.**

Dated: March 9, 2007          By:   s/ Eric H. Chadwick
          Eric H. Chadwick (*Pro Hac Vice*)
          Scott G. Ulbrich (*Pro Hac Vice*)
          PATTERSON, THUENTE, SKAAR
          & CHRISTENSEN, P.A.
          4800 IDS Center
          80 South 8th Street
          Minneapolis, MN 55402-2100
          Tel: (612) 349-5740
          Fax: (612) 349-9266
          chadwick@ptslaw.com
          ulbrich@ptslaw.com

          Paul H. Rothschild
          BACON & WILSON P.C.
          33 State Street
          Springfield, MA 01103
          Phone: (413) 781-0560
          Fax: (413) 739-7740

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

DONALD C. HUTCHINS,

        Plaintiff,

v.

CARDIAC SCIENCE, INC., ET AL.,

        Defendants.

Civil Action No. 3:04-cv-30126 MAP

**CERTIFICATE OF SERVICE**

---

I hereby certify that on **March 9, 2007**, I caused the following documents:

1. **Defendant's Motion For Summary Judgment Under Fed. R. Civ. P. 56**
2. **Proposed Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mr. Paul H. Rothschild
Bacon & Wilson, P.C.
33 State Street
Springfield, MA  01103
prothschild@bacon-wilson.com

Ms. Colleen M. O'Neil
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688
coneil@calfee.com

John J. Egan
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA  01102-9035
jjegan@eganflanagan.com

I further certify that on March 9, 2007 the following was served upon the below-named parties via United States Mail, postage prepaid:

        Mr. Donald Hutchins
        1047 Longmeadow Street
        Longmeadow, MA  01106-2201

                                            Respectfully submitted,

                                            **PATTERSON, THUENTE,**
                                            **SKAAR & CHRISTENSEN, P.A.**

Dated: March 9, 2007        By:   _s/ Eric H. Chadwick_____
                                            Eric H. Chadwick (*Pro Hac Vice*)
                                            Scott G. Ulbrich  (*Pro Hac Vice*)
                                            4800 IDS Center
                                            80 South Eighth Street
                                            Minneapolis, Minnesota  55402-2100
                                            Tel: (612) 349-5740
                                            Fax: (612) 349-9266
                                            chadwick@ptslaw.com
                                            ulbrich@ptslaw.com

                                            *and*

                                            Paul H. Rothschild
                                            **BACON & WILSON P.C.**
                                            33 State Street
                                            Springfield, Massachusetts 01103
                                            Tel: (413) 781-0560
                                            Fax: (413) 739-7740

                                            **ATTORNEYS FOR CARDIAC SCIENCE, INC.**