UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

        Plaintiff,

v.

CARDIAC SCIENCE, INC.,

        Defendant.

Civil Action No. 04-30126-MAP

### [PROPOSED] ORDER

This matter was heard upon Defendant Cardiac Science, Inc.'s Motion for Summary Judgment. Based upon the motion papers submitted, the arguments of counsel at the hearing, and the files, records, and proceedings herein, IT IS HEREBY ORDERED that Cardiac Science, Inc.'s Motion is GRANTED.

The Court hereby orders:

1. Plaintiff's copyright infringement claims are DISMISSED WITH PREJUDICE;

2. Plaintiff's patent infringement claims are DISMISSED WITH PREJUDICE;

3. Plaintiff's abuse of process claim is DISMISSED WITH PREJUDICE; and

4. Plaintiff's tortuous interference with contract claim is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                The Honorable Michael A. Ponsor
                                                United States District Court Judge