RECEIVED

MAY 1 1 2005

PATTERSON, THUENTE, SKAJ
& CHRISTENSEN, P.A.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

        Plaintiff,

v.

CARDIAC SCIENCE, INC.,

        Defendant.

Civil Action No. 04-30126-MAP

## AFFIDAVIT OF RODERICK DE GREEF

I, Roderick de Greef, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I have been Cardiac Science's Executive Vice President, Chief Financial Officer and Secretary since March 2001.

2. Exhibit A to this affidavit is a true and correct copy of the April 14, 2005 letter and its attachments, including a replacement royalty check, a copy of the original check issued and Cardiac Science's bank activity reports, sent from Cardiac Science to Donald Hutchins.

3. Check number 34634 in the amount of $1990.38 dated June 10, 2004 was sent to Donald Hutchins for royalties due in compliance with the June 1, 1994 License Agreement for the second and third quarters of Cardiac Science's 2003-2004 fiscal year.

4. On March 17, 2005 check number 34634 was cashed and cleared Cardiac Science's bank. On March 21, 2005 Cardiac Science was notified that the check was credited back due to the stale date of the check.



EXHIBIT 6

5.  On April 14, 2005 replacement check number 40736 in the amount of $1990.38 was sent to Donald Hutchins.

6.  On April 21, 2005 check number 40736 was cashed and cleared Cardiac Science's bank.

7. To the best of my knowledge Cardiac Science has performed all its obligations under the June 1, 1994 License Agreement.

**FURTHER YOUR AFFIANT SAYETH NOT.**

[Notary Seal: SUSAN L. HAWKS, Commission # 1360103, Notary Public - California, Orange County, My Comm. Expires Jun 27, 2006]

_____
Roderick de Greef

Subscribed and sworn to before me this 10th day of May, 2005

_____
Notary Public



CARDIAC SCIENCE

April 14, 2005

Don Hutchins
CPR Prompt Corporation
1047 Longmeadow St.
Longmeadow, MA  01106

Dear Mr. Hutchins:

Enclosed please find a replacement check in the amount of $1,990.38 to replace check number 34634 dated 6/10/04 that you recently tried to cash. Our bank records show that the check was cashed and cleared our bank on 3/17/05, but was then credited back to us on 3/21/05 due to a stale date issue. Since our bank did not honor the check, we assume your account was also charged back for the amount after you deposited the check, therefore, we are reissuing this new check.

If you have any questions, please call me at 949-797-3898.

Sincerely,

Sally Goff
Vice President, Finance



EXHIBIT A

**CARDIAC SCIENCE, INC.**  40736

| Voucher Number | Invoice Number | Inv. Date | Invoice Amount | Amount Paid | Discounts | Net Amount |
|---|---|---|---|---|---|---|
| 11389 | CPR PROMPT CORPORATION | 00044646 | 4/15/2005 | | | |
| 0039416 | 2003/2004 Q3 | 6/1/2004 | $1,327.66 | $1,327.66 | $0.00 | $0.00 | $1,327.66 |
| 0039417 | 2003/2004 Q2 | 6/1/2004 | $662.72 | $662.72 | $0.00 | $0.00 | $662.72 |
| | | | $1,990.38 | $1,990.38 | $0.00 | $0.00 | $1,990.38 |



---

**CARDIAC SCIENCE**
1900 Main Street, Suite 700
Irvine, CA 92614

Silicon Valley Bank
In Cooperation with Mellon Bank, N.A.
Pittsburgh, PA

60-160 / 433

40736

4/15/2005

DATE

One Thousand Nine Hundred Ninety   38

AMOUNT   $1,990.38

PAY TO THE ORDER OF

CPR PROMPT CORPORATION
ATTN: DON HUTCHINS
1047 LONGMEADOW STREET
LONGMEADOW MA 00106

TWO SIGNATURES REQUIRED IF OVER $10,000.00

⑈040736⑈ ⑆043301601⑆ 004⑈2024⑈

**CARDIAC SCIENCE, INC.**                                                                                                                    34634

| Voucher Number | Invoice Number | Inv. Date | Invoice Amount | Amount Paid | Discounts | | Net Amount |
|---|---|---|---|---|---|---|---|
| 11389 | CPR PROMPT COPORATION | 00038368 | 6/10/2004 | | | | |
| 0039416 | 2003/2004 Q3 | 6/1/2004 | $1,327.66 | $1,327.66 | $0.00 | $0.00 | $1,327.66 |
| 0039417 | 2003/2004 Q2 | 6/1/2004 | $662.72 | $662.72 | $0.00 | $0.00 | $662.72 |
| | | | $1,990.38 | $1,990.38 | $0.00 | $0.00 | $1,990.38 |

*Original check*

---

**CARDIAC SCIENCE**
1900 Main Street, Suite 700
Irvine, CA 92614

Silicon Valley Bank
In Cooperation with Mellon Bank, N.A.
Pittsburgh, PA

60-160 / 433

34634

DATE 6/10/2004

One Thousand Nine Hundred Ninety 38                                                    AMOUNT $1,990.38

PAY TO THE ORDER OF

CPR PROMPT COPORATION
81 MACK AVENUE
TORONTO, ONTARIO
CANADA M1L 1M8

JUN 1 1 2004

TWO SIGNATURES REQUIRED IF OVER $10,000.00

⑆034634⑆  ⑆043301601⑆  004⑆2024⑆

---

1047 Longmeadow St.
Longmeadow MA 01106

**CARDIAC SCIENCE, INC.**                                                                                                                    34634

| Voucher Number | Invoice Number | Inv. Date | Invoice Amount | Amount Paid | Discounts | | Net Amount |
|---|---|---|---|---|---|---|---|
| 11389 | CPR PROMPT COPORATION | 00038368 | 6/10/2004 | | | | |
| 0039416 | 2003/2004 Q3 | 6/1/2004 | $1,327.66 | $1,327.66 | $0.00 | $0.00 | $1,327.66 |
| 0039417 | 2003/2004 Q2 | 6/1/2004 | $662.72 | $662.72 | $0.00 | $0.00 | $662.72 |
| | | | $1,990.38 | $1,990.38 | $0.00 | $0.00 | $1,990.38 |

As of 03/16/05
Generated on April 14 2005 04/14/05 16:17:21


Bank: Silicon Valley Bank
Account: 0600224270 - CARDIAC SCIENCE INC (USD)

| Detail Debit Transactions | Amount | Bank Ref. | Customer Ref. | Text |
|---|---|---|---|---|
| Controlled Disbursement Check | $50.00 | 42024 | 39781 | |
| Controlled Disbursement Check | $200.05 | 42024 | 39631 | |
| Controlled Disbursement Check | $300.00 | 42024 | 39808 | |
| Controlled Disbursement Check | $360.00 | 42024 | 39329 | |
| Controlled Disbursement Check | $450.00 | 42024 | 39866 | |
| Controlled Disbursement Check | $839.44 | 42024 | 39843 | |
| Controlled Disbursement Check | $3,200.00 | 42024 | 39716 | |
| Controlled Disbursement Check | $7,419.50 | 42024 | 39838 | |
| Controlled Disbursement Check | $9,072.50 | 42024 | 39833 | |
| Controlled Disbursement Check | $22,835.61 | 42024 | 39754 | |
| Controlled Disbursement Check | $35,616.00 | 42024 | 39791 | |
| Controlled Disbursement Check | $36,632.73 | 42024 | 39895 | |

CARDIAC SCIENCE
Same Day Balance Report
As of 03/17/05
Generated on April 14 2005 04/14/05 16:17:21


Bank: Silicon Valley Bank
Account: 0600224270 - CARDIAC SCIENCE INC (USD)

| Detail Debit Transactions | Amount | Bank Ref. | Customer Ref. | Text |
|---|---|---|---|---|
| Controlled Disbursement Check | $4.32 | 42024 | 39639 | |
| Controlled Disbursement Check | $35.00 | 42024 | 39970 | |
| Controlled Disbursement Check | $50.00 | 42024 | 39948 | |
| Controlled Disbursement Check | $123.08 | 42024 | 39987 | |
| Controlled Disbursement Check | $331.84 | 42024 | 39941 | |
| Controlled Disbursement Check | $387.50 | 42024 | 39957 | |
| Controlled Disbursement Check | $442.21 | 42024 | 39939 | |
| Controlled Disbursement Check | $1,990.38 | 42024 | 34634 | |
| Controlled Disbursement Check | $2,326.66 | 42024 | 39925 | |
| Controlled Disbursement Check | $3,154.60 | 42024 | 39910 | |
| Controlled Disbursement Check | $3,596.00 | 42024 | 39961 | |
| Controlled Disbursement Check | $6,311.45 | 42024 | 39966 | |
| Controlled Disbursement Check | $10,620.19 | 42024 | 39790 | |
| Controlled Disbursement Check | $39,799.07 | 42024 | 39883 | |
| Controlled Disbursement Check | $41,128.00 | 42024 | 39965 | |

CARDIAC SCIENCE

| Date / Type | Amount | Ref | Description |
|---|---|---|---|
| 03/21/2005 Deposit | $69,170.84 | 0000061 | LOCKBOX DEPOSIT *needs to post $278.00* |
| 03/21/2005 Wire Transfer Credit | $10,327.45 | 0000222 | WIRE IN 050321L4B74G2C000524,200508000113;ORG BIANUCCI DI B IANUCCI S. E C. SN |
| 03/21/2005 Wire Transfer Credit | $12,164.65 | 0000646 | WIRE IN 050321B1Q8154C001216,200508000358;ORG RIGHETTO SNC APPARATI SCIENTIFIC |
| 03/21/2005 Miscellaneous Credit | $1,491.89 | 0001410 | CONV GBP 799.00 @ 1.8672/ESSEX,AMBULANCE SERVICES 0 |
| 03/21/2005 Miscellaneous Credit | $1,990.38 | 0000230 | CTR 3/18/2005 DIS CK34634 REV,3/17 STALE DATED 0 |
| 03/22/2005 ACH Credit | $3,631.42 | 0001340 | MERCHANT SERVICE MERCH DEP |
| 03/22/2005 Deposit | $3,556.22 | 0437015 | |
| 03/22/2005 Deposit | $4,860.45 | 0437309 | |
| 03/22/2005 Deposit | $300,591.43 | 0000051 | LOCKBOX DEPOSIT |
| 03/22/2005 Wire Transfer Credit | $14,964.98 | 0000456 | WIRE IN 050322B6B7001C002641,200508100233;ORG PHARMANIAGA B IOMEDICAL SDN BHD; |
| 03/22/2005 Wire Transfer Credit | $18,451.12 | 0000248 | WIRE IN 050322B1Q8984C000104,200508100128;ORG LA MAISON DE LA PISCINE;OBI INVO |
| 03/22/2005 Wire Transfer Credit | $4,838.60 | 0002170 | FX 290043,EUR3722.00 1.300000 |
| 03/22/2005 Wire Transfer Credit | $14,329.08 | 0002280 | FX 290069,EUR11022.37 1.300000 |
| 03/23/2005 ACH Credit | $2,339.49 | 0001333 | MERCHANT SERVICE MERCH DEP |
| 03/23/2005 Deposit | $5,648.40 | 0289527 | |
| 03/23/2005 Deposit | $126,813.15 | 0000033 | LOCKBOX DEPOSIT |
| 03/23/2005 Wire Transfer Credit | $1,044.28 | 0000690 | WIRE IN 050323B1Q8984C000902,200508200395;ORG PACIFIC MEDIC AL SYSTEMS LIMITED |
| 03/23/2005 Wire Transfer Credit | $2,841.50 | 0000736 | WIRE IN 050323B1Q8151C001681,200508200418;ORG UTAMA ASSOCIA TES SDN BHD |
| 03/23/2005 Wire Transfer Credit | $9,683.42 | 0000458 | WIRE IN 050323B1Q8984C000461,200508200237;ORG TECHNOLINE LT D;OBI INV:540076 |
| 03/23/2005 Wire Transfer Credit | $12,965.90 | 0000020 | WIRE IN 050323B6B7HU3R000028,200508200013;ORG NORTEMA AS;OB I INVOICE 540593 / |
| 03/23/2005 Wire Transfer Credit | $52,794.50 | 0000202 | WIRE IN 050323B6B7HU8R000159,200508200104;ORG BEIJING SANJI U KANGRUN TRADING; |
| 03/24/2005 ACH Credit | $546.50 | 0000019 | SC0200 MEDICAL FEDINVOICE |
| 03/24/2005 ACH Credit | $3,763.07 | 0001395 | MERCHANT SERVICE MERCH DEP |
| 03/24/2005 ACH Credit | $6,971.01 | 0001283 | AMERICAN EXPRESS SETTLEMENT |
| 03/24/2005 Deposit | $2,037.00 | 0031923 | |
| 03/24/2005 Deposit | $29,847.62 | 0000055 | LOCKBOX DEPOSIT |

https://www.svbconnect.com/ibanking...