UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

       Plaintiff,                        Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC.,

       Defendant.

## DECLARATION OF PRABODH MATHUR

I, Prabodh Mathur, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I have been Cardiac Science's Senior Director of Engineering since September 1, 2005. For about the three years prior to September 1, 2005, I held the position of the Chief Product Development Officer for Cardiac Science.

2. I have checked the corporate records of Cardiac Science and have confirmed that Cardiac Science ceased the sale, manufacture, and offer for sale of the CPR Prompt® devices on or before August 11, 2004.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: March 8, 2007                By:   s/ Prabodh Mathur
                                                      Prabodh Mathur



EXHIBIT 8