UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD C. HUTCHINS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CARDIAC SCIENCE, INC., et. al., )<br>)<br>)<br>Defendants )<br>) | Civil Action: **04-30126-MAP** |

### PLAINTIFF'S MOTION FOR RELIEF FROM SUMMARY JUDGMENT PURSUANT TO RULE 60(b)(2)(3)(5)(6) AND RULE 56(d)((g)

Plaintiff, Donald C. Hutchins ("Hutchins") hereby respectfully moves this Court pursuant to Rule 60(b)(2)(3)(5)(6) and Rule 56(d)(g) of the Federal Rules of Civil Procedure for Relief from Judgment entered September 27, 2006 granting Defendant Complient Corporation's Motion for Summary Judgment. A Memorandum pursuant to Rule 60(b)(2)(3)(5)(6) and Rule 56(d)(g) and a Local Rule 56.1 Statement of Disputed Facts accompany this Motion.

*The Plaintiff, DONALD C. HUTCHINS, Pro Se*

Dated: April 3, 2007

_____
1047 Longmeadow Street
Longmeadow, Massachusetts 01106
(413) 567-0606

#### CERTIFICATE OF SERVICE

I, Donald C. Hutchins, 1047 Longmeadow Street, Longmeadow, Massachusetts 01106, hereby certify that I served a copy of the foregoing on the appropriate party by sending a copy by first class mail to: John J. Egan, Esq., Egan, Flanagan and Cohen, P.C., 67 Market Street, Springfield, MA 91102-9035, Jeffrey Lauderdale, Esq., Calfee, Halter & Griswold LLP, 1400 McDonald Investment Center, 800 Superior Ave., Cleveland, OH 44114-2688

Dated: April 3, 2007

_____
Donald C. Hutchins