# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donald C. Hutchins,　　　　　　　　　　　Case No. 04-30126-MAP

　　　　Plaintiff,

vs.　　　　　　　　　　　　　　　　　　CERTIFICATE OF SERVICE

Cardiac Science, Inc.

　　　　Defendant.

---

Cyndi Bonk certifies that on the 28th day of July, 2004, copies of:

(1) Officer's Certificate and Request for Indemnification by Cardiac Science, Inc.; and

(2) Summons and Complaint

were served upon the below-named as follows:

**VIA FEDERAL EXPRESS**
Mr. Steven W. Lindseth
Complient Corporation
c/o 4670 Richmond Road
Suite 300
Warrensville Heights, OH  44128

**VIA FEDERALEXPRESS**
Mr. Gerald A. Monroe
Calfee, Halter & Griswold, L.L.P.
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688

**VIA FEDERAL EXPRESS**
Mr. Brad Scarbrough
U.S. Bank National Association
633 West Fifth Street
24th Floor
Los Angeles, CA  90071

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Cyndi Bonk

Subscribed and sworn to before me
this 28th day of July, 2004.

_____
Notary Public


DAINIA S. VELISHEK
Notary Public
Minnesota
My Commission Expires Jan. 31, 2007

## PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
*Patent, Trademark, Copyright, Internet & Related Causes*

RANDALL T. SKAAR
(612) 349-5749
skaar@ptslaw.com

July 28, 2004

**Via Federal Express**
Mr. Steven W. Lindseth
Complient Corporation
c/o 4670 Richmond Road
Suite 300
Warrensville Heights, OH  44128

**Via Federal Express**
Mr. Brad Scarbrough
U.S. Bank National Association
633 West Fifth Street
24th Floor
Los Angeles, CA  90071

**Via Federal Express**
Mr. Gerald A. Monroe
Calfee, Halter & Griswold, L.L.P.
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688

RE:  Hutchins' Third-Party Claim
     Our File No. 1798.161-LIT-01

Gentlemen:

Please be advised that this law firm represents Cardiac Science, Inc., in the above-referenced matter.

Enclosed and served upon you by Federal Express, please find the following documents:

1. Officer's Certificate and Request for Indemnification by Cardiac Science, Inc.; and
2. Hutchins' Complaint.

Please contact me if you have any questions.

Very truly yours,

PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.

Randall T. Skaar

RTS/cb
Enclosures

4800 IDS CENTER • 80 SOUTH 8TH STREET • MINNEAPOLIS, MINNESOTA  55402-2100
800-331-4537     612-349-5740     FAX: 612-349-9266     www.ptslaw.com

MINNEAPOLIS, MINNESOTA    •    ATLANTA, GEORGIA

## OFFICER'S CERTIFICATE AND
## REQUEST FOR INDEMNIFICATION BY CARDIAC SCIENCE INC.

TO:

Attn: Steven W. Lindseth
Complient Corporation
c/o 4670 Richmond Road
Suite 300
Warrensville Heights, Ohio 44128

Attn: Brad Scarbrough
U.S. Bank National Association
633 West Fifth Street
24th Floor
Los Angeles, California 90071

Attn: Gerald A Monroe, Esq.
Calfee, Halter & Griswold LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, Ohio 44114-2688

PLEASE TAKE NOTICE:

A. Pursuant to section 3(a) of the General Escrow Agreement dated October 21, 2003 between Complient Corporation, Cardiac Science, Inc. and U.S. Bank National Association; and

B. Pursuant to Section 11.2(a) of the Asset Purchase Agreement ("APA") dated October 21, 2003, that:

1. Cardiac Science hereby requests indemnification for the claims made against Cardiac Science in recently filed lawsuit against Cardiac Science in the lawsuit Donald C. Hutchins v. Cardiac Science, Inc. (04-30126-MAP) (D.Mass).

2. Cardiac Science asserts that its request for indemnification is based upon at least Sections 1.2(i), 2.2(b), 2.2(d), 2.2(h), 2.2(i) and 2.2(m) of the APA.

3. Mr. Hutchins' claims (see attached Complaint and exhibits thereto) seeks to have Cardiac Science provide compensation for an alleged failure of CPR L.P. to provide Mr. Hutchens 7.5% of the proceeds of any sale of partnership interest in CPR L.P. as provided in the CPR Prompt License and the CPR Partnership Agreement. The alleged obligation to compensate Mr. Hutchins is a retained liability pursuant to the sections of the APA identified in paragraph 3, above.

4. As a result and consequence of Complient's alleged failure to compensate Mr. Hutchins per the CPR Prompt License and the CPR Partnership Agreement, he has initiated claims of copyright and patent infringement against Cardiac Science.

5. The attached Complaint and Exhibits for Mr. Hutchins' lawsuit sets forth the alleged factual basis for his claims and the claimed amount of damages, wherein money damages are claimed at least in the amount of $3,795,000.

Dated: 7/27/2004

Mr. Kenneth F. Olson,
Chief Technical Officer
Cardiac Science, Inc.

Enclosure: Hutchins' Complaint
Cc:
Attn: Shivbir S. Grewal, Esq.
Stradling, Yocca, Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660