UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
DONALD C. HUTCHINS,                )
                                   )
          Plaintiff,               )
vs.                                )  CASE NO.04-30126-MAP
                                   )
CARDIAC SCIENCE, INC., et als      )
                                   )
          Defendant.               )
_____)

## NOTICE OF APPEARANCE

NOW COMES, Mark H. Bluver, Esquire of Shatz, Schwartz And Fentin, P.C., 1441 Main Street, Springfield, MA 01103, as Counsel to Steven Weiss, Esquire Trustee to the Bankruptcy Estate of Donald Clarke Hutchins, and hereby files this notice of appearance and request that all notices, documents and pleadings be sent to Mark H. Bluver, Esquire as Counsel to Steven Weiss, Trustee.

                            Respectfully submitted,
                            MARK H. BLUVER AS COUNSEL TO
                            STEVEN WEISS, TRUSTEE

Dated: June 6, 2007         By:____/S/ Mark H. Bluver_____
                            Mark H. Bluver, Esquire
                            BBO # 560330
                            Steven Weiss, Esq.
                            BBO # 545619
                            1441 Main Street, Suite 1100
                            Springfield, MA  01103
                            (413)737-1131 Phone
                            (413)736-0375 Fax

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DONALD C. HUTCHINS,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO.04-30126-MAP |
| ) | |
| **CARDIAC SCIENCE, INC., et. als** ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

    I, Mark H. Bluver, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on the 6th day of June, 2007, I served a copy of the foregoing, <u>Notice of Appearance</u>, via regular U.S. Mail, postage pre-paid to the following parties:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106

Eric H. Chadwick, Esq.
Patterson, Thuente, Skaar
& Christensen, P.A.
4800 IDS Center
80 South Eight Street
Minneapolis, MN  55402

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar
& Christensen, P.A.
4800 IDS Center
80 South Eight Street
Minneapolis, MN  55402

Scott G. Ulbrich, Esq.
Patterson, Thuente, Skaar
& Christensen, P.A.
4800 IDS Center
80 South Eight Street
Minneapolis, MN  55402

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State St.
Springfield, MA  01103

Colleen Moran O'Neil, Esq.
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-9925

Jeffrey J. Lauderdale, Esq.
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-9925

William E. Coughlin, Esq.
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-9925

John J. Egan  
Egan, Flanagan & Cohen, P.C.  
67 Market St.  
P.O. Box 9035  
Springfield, MA  01102-9035

By:___/s/ Mark H. Bluver_____  
Mark H. Bluver, Esquire  
Shatz, Schwartz and Fentin, PC  
1441 Main Street, Suite 1100  
Springfield, MA  01103  
sweiss@ssfpc.com  
(413) 737-1131

TCMSWIN\DOCMAN\[07-41459]\bluver.notice appearance 04.30126