UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
**DONALD C. HUTCHINS,**            )
                                   )
              **Plaintiff,**     )
**vs.**                            )   CASE NO.04-30126-MAP
                                   )
**CARDIAC SCIENCE, INC., et. als** )
                                   )
              **Defendant.**     )
_____)

## NOTICE OF APPEARANCE

    NOW COMES, Steven Weiss, Esquire of Shatz, Schwartz And Fentin, P.C., 1441 Main Street, Springfield, MA 01103, as Trustee to the Bankruptcy Estate of Donald Clarke Hutchins (Case No. 07-41459-HJB) and hereby files this notice of appearance and request that all notices, documents and pleadings be sent to Steven Weiss, Esquire as Trustee to the Bankruptcy Estate of Donald Clarke Hutchins.

                                              Steven Weiss as Trustee for
                                              The Bankruptcy Estate of
                                              Donald Clarke Hutchins

Dated: June 6, 2007            By:____/S/ Steven Weiss_____
                                          Steven Weiss, Esquire
                                          Shatz, Schwartz and Fentin, PC
                                          1441 Main Street, Suite 1100
                                          Springfield, MA  01103
                                          sweiss@ssfpc.com
                                          (413) 737-1131

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                        )
DONALD C. HUTCHINS,                     )
                                        )
                Plaintiff,              )
vs.                                     )   CASE NO.04-30126-MAP
                                        )
CARDIAC SCIENCE, INC.                   )
                                        )
                Defendant.              )
_____ )
```

## CERTIFICATE OF SERVICE

    I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on the 6th day of June, 2007, I served a copy of the foregoing, <u>Notice of Appearance</u>, via regular U.S. Mail, postage pre-paid to the following parties:

| | |
|---|---|
| Donald C. Hutchins<br>1047 Longmeadow Street<br>Longmeadow, MA  01106 | Paul H. Rothschild, Esq.<br>Bacon & Wilson, P.C.<br>33 State St.<br>Springfield, MA  01103 |
| Eric H. Chadwick, Esq.<br>Patterson, Thuente, Skaar<br>& Christensen, P.A.<br>4800 IDS Center<br>80 South Eight Street<br>Minneapolis, MN  55402 | Colleen Moran O'Neil, Esq.<br>Calfee, Halter & Griswold, LLP<br>1400 McDonald Investment Center<br>800 Superior Avenue<br>Cleveland, OH  44114-9925 |
| Randall T. Skaar, Esq.<br>Patterson, Thuente, Skaar<br>& Christensen, P.A.<br>4800 IDS Center<br>80 South Eight Street<br>Minneapolis, MN  55402 | Jeffrey J. Lauderdale, Esq.<br>Calfee, Halter & Griswold, LLP<br>1400 McDonald Investment Center<br>800 Superior Avenue<br>Cleveland, OH  44114-9925 |
| Scott G. Ulbrich, Esq.<br>Patterson, Thuente, Skaar<br>& Christensen, P.A.<br>4800 IDS Center<br>80 South Eight Street<br>Minneapolis, MN  55402 | William E. Coughlin, Esq.<br>Calfee, Halter & Griswold, LLP<br>1400 McDonald Investment Center<br>800 Superior Avenue<br>Cleveland, OH  44114-9925 |

```
                                        67 Market St.
                                        P.O. Box 9035
John J. Egan                            Springfield, MA   01102-9035
Egan, Flanagan & Cohen, P.C.




                              By:___/s/ Steven Weiss_____
                                  Steven Weiss, Esquire
                                  Shatz, Schwartz and Fentin, PC
                                  1441 Main Street, Suite 1100
                                  Springfield, MA   01103
                                  sweiss@ssfpc.com
                                  (413) 737-1131


TCMSWIN\DOCMAN\[07-41459]\notice appearance 04.30126
```