UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DONALD C. HUTCHINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | CASE NO.04-30126-MAP |
| ) | |
| **CARDIAC SCIENCE, INC., et als** ) | |
| ) | |
| **Defendant.** ) | |

### SUGGESTION OF BANKRUPTCY

    Please take notice that on April 23, 2007, the Plaintiff, Donald C. Hutchins, filed for relief under Chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts. The following Case Number has been assigned to this case: 07-41459-HJB. A copy of the Petition is annexed hereto as Exhibit "A".

                                  Steven Weiss as Trustee for
                                  The Bankruptcy Estate of
                                  Donald Clarke Hutchins

Dated: June 6, 2007          By:   /s/ Steven Weiss
                                    Steven Weiss, Esquire
                                    Shatz, Schwartz and Fentin, PC
                                    1441 Main Street, Suite 1100
                                    Springfield, MA  01103
                                    sweiss@ssfpc.com
                                    (413) 737-1131

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **DONALD C. HUTCHINS,** | ) | |
|  | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | CASE NO.04-30126-MAP |
|  | ) | |
| **CARDIAC SCIENCE, INC., et als** | ) | |
|  | ) | |
| **Defendant.** | ) | |

**CERTIFICATE OF SERVICE**

    I, Steven Weiss, Esquire, of Shatz, Schwartz and Fentin, P.C., hereby certify that on the 6th day of June, 2007, I served a copy of the foregoing, <u>Suggestion of Bankruptcy</u>, via regular U.S. Mail, postage pre-paid to the following parties:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106

Eric H. Chadwick, Esq.
Patterson, Thuente, Skaar
& Christensen, P.A.
4800 IDS Center
80 South Eight Street
Minneapolis, MN  55402

Randall T. Skaar, Esq.
Patterson, Thuente, Skaar
& Christensen, P.A.
4800 IDS Center
80 South Eight Street
Minneapolis, MN  55402

Scott G. Ulbrich, Esq.
Patterson, Thuente, Skaar
& Christensen, P.A.
4800 IDS Center
80 South Eight Street
Minneapolis, MN  55402

Paul H. Rothschild, Esq.
Bacon & Wilson, P.C.
33 State St.
Springfield, MA  01103

Colleen Moran O'Neil, Esq.
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-9925

Jeffrey J. Lauderdale, Esq.
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-9925

William E. Coughlin, Esq.
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-9925

|  |  |
|---|---|
| John J. Egan | Egan, Flanagan & Cohen, P.C.<br>67 Market St.<br>P.O. Box 9035<br>Springfield, MA  01102-9035 |

By:___/s/ Steven Weiss_____
   Steven Weiss, Esquire
   Shatz, Schwartz and Fentin, PC
   1441 Main Street, Suite 1100
   Springfield, MA  01103
   sweiss@ssfpc.com
   (413) 737-1131