**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DONALD C. HUTCHINS,**<br><br>    **Plaintiff,**<br>  **vs.**<br><br>**CARDIAC SCIENCE, INC., et als,**<br><br>    **Defendant.** | **Case No. 04-30126-MAP** |

**CERTIFICATE OF SERVICE**

    I, Steven Weiss, Esquire of Shatz, Schwartz and Fentin, P.C., hereby certifies that on the 22nd day of June, 2007, a copy of the foregoing, <u>Stipulated Motion to Extend Deadlines</u>, was sent via U.S. Mail, postage prepaid to the party listed below.

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA 01106


 /S/ Steven Weiss
Steven Weiss, Esquire

07\0252\Hutchinsv.CardiacScience\COS.mot.extend.DistrictCrt