UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.  04-30126 (MAP)
BBO# 431100

DONALD C. HUTCHINS,

       Plaintiff

v.

CARDIAC SCIENCE, INC., ET AL,

       Defendants

## **DEFENDANT CARDIAC SCIENCE, INC.'S MOTION FOR ADMISSION OF**
## **AARON W. DAVIS PRO HAC VICE**

      Pursuant to Local Rule 83.5.3(b) of this Court, Paul H. Rothschild, a member of

the Bar of this Court who is associated with the firm of Bacon & Wilson, P.C., moves for

the admission to the Bar of this Court, pro hac vice, of Aaron W. Davis, admitted to

practice in the District of Minnesota.

      The affidavit and certificate of Aaron W. Davis in support of this motion filed

herewith.

Dated:  July 16, 2007

Respectfully submitted,
The Defendant,
Cardiac Science, Inc.
By its Attorney,

      */s/ Paul H. Rothschild*
PAUL H. ROTHSCHILD, ESQ.
BACON & WILSON, P.C.
33 State Street, Springfield, MA 01103
Ph:  (413) 781-0560
Fax:  (413) 739-7740

## CERTIFICATE OF SERVICE

I, PAUL H. ROTHSCHILD, hereby certify that on the 16th day of July 2007, I caused a copy of the foregoing Defendant Cardiac Science Inc.'s Motion for Admission of Aaron W. Davis Pro Hac Vice, along with the Affidavit and Certificate of Aaron W. Davis, to be electronically served upon all registered parties as defined on the Notice of Electronic filing (NEF) and paper copies served upon non-registered parties by mailing a copy thereof, postage prepaid, first class mail to:

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA   01106.


_____/s/ Paul H. Rothschild_____
PAUL H. ROTHSCHILD

534905