UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS,

        Plaintiff,

v.

CARDIAC SCIENCE, INC.,

        Defendant.

Civil Action No. 04-30126-MAP
BBO #318255

### AFFIDAVIT AND CERTIFICATE OF AARON W. DAVIS

Aaron W. Davis, first duly sworn deposes and states:

1. I am an attorney duly admitted to practice in the State of Minnesota.

2. I am a member of the Bar in good standing in every jurisdiction and court in which I have been admitted to practice. There are no disciplinary proceedings pending against me as a member of the Bar in any Jurisdiction or court. I am familiar with Local Rules of the United States District Court for the District of Massachusetts.

3. I am associated with the firm of Patterson, Thuente, Skaar & Christensen, P.A., 4800 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402. Our firm represents the Defendant in the above-entitled action, and I respectfully request admission to the Bar of this Court pro hac vice.

_____
AARON W. DAVIS