UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

_____

DONALD C. HUTCHINS,

        Plaintiff,                    Civil Action No. 04-30126-MAP

v.

CARDIAC SCIENCE, INC.,

        Defendant.

_____

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Cardiac Science, Inc., in the above-entitled matter.

Respectfully submitted,

**PATTERSON, THUENTE,
SKAAR & CHRISTENSEN, P.A.**

Dated: July 19, 2007     By:   _s/ Aaron W. Davis_
Eric H. Chadwick (#248769)
Randall T. Skaar (#165,013)
Scott G. Ulbrich (#305,947)
Aaron W. Davis (#318255)
4800 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2100
Tel: (612) 349-5740
Fax: (612) 349-9266

*and*

Paul H. Rothschild
**BACON & WILSON P.C.**
33 State Street
Springfield, Massachusetts 01103
Phone: (413) 781-0560
Fax: (413) 739-7740
**ATTORNEYS FOR CARDIAC SCIENCE, INC.**

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 19, 2007.

**Electronically**

Mr. Paul H. Rothschild
Bacon & Wilson, P.C.
33 State Street
Springfield, MA  01103
prothschild@bacon-wilson.com

Ms. Colleen M. O'Neil
Calfee, Halter & Griswold, LLP
1400 McDonald Investment Center
800 Superior Avenue
Cleveland, OH  44114-2688
coneil@calfee.com

John J. Egan
Egan, Flanagan and Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA  01102-9035
jjegan@eganflanagan.com

**Via U.S. Mail**

Mr. Donald Hutchins
1047 Longmeadow Street
Longmeadow, MA  01106-2201

Mark H. Bluver
Schatz, Schwartz & Fentin, P.C.
1441 Main Street, Suite 1100
Springfield, MA  01103

  s/ Aaron W. Davis
Aaron W. Davis

2