```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

DONALD C. HUTCHINS,       )
         Plaintiff        )
                          )
         v.               ) CIVIL ACTION NO. 04-30126-MAP
                          )
CARDIAC SCIENCE, INC,     )
         Defendant        )

<u>ORDER</u>

July 26, 2007

**PONSOR, U.S.D.J.**

Plaintiff's Bankruptcy Trustee, along with counsel for the Bankruptcy Trustee and counsel for Defendant, appeared for a status conference on July 25, 2007. Based on counsel's representations, the court orders that the Bankruptcy Trustee file a status report no later than September 28, 2007, addressing three matters: the status of settlement discussions, the status of discussions regarding discovery, and a proposal for future proceedings.

Once the court receives this report, a new scheduling order will issue.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge