## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DONALD C. HUTCHINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CASE NO.04-30126-MAP** |
| | ) | |
| **CARDIAC SCIENCE, INC., et. als** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### STATUS REPORT

NOW COME Steven Weiss, Chapter 7 Trustee for the bankruptcy estate of Donald Hutchins, and, pursuant to this Court's order of July 25, 2007, submits this status report on the case:

1.     Following the July 25th hearing, the Trustee reached an agreement with Cardiac Science, Inc. to settle the claims asserted by the Debtor.

2.     On September 21, 2007 the Trustee filed a motion for approval of the compromise with the Bankruptcy Court.

3.     As a result of these developments, the Trustee believes that matters in this case be stayed until the Bankruptcy Court has ruled upon the compromise motion.  The Trustee will file a further status report with this Court within 15 days after the Bankruptcy Court has issued a ruling.  If the compromise motion is denied, the Trustee will then provide a recommendation regarding further proceedings in this case.

4. The Trustee has conferred with counsel for the Defendant in this matter, and concurs in this report.

Respectfully submitted this 21ᵗʰ day of September, 2007.

> STEVEN WEISS, CHAPTER 7 TRUSTEE
> ESTATE OF DONALD C. HUTCHINS
>
> By:    /s/ Steven Weiss
>        Steven Weiss, Esquire
>        BBO #545619
>        Mark H. Bluver, Esquire
>        BBO# 560330
>        Shatz, Schwartz and Fentin, P.C.
>        1441 Main Street, Suite 1100
>        Springfield MA   01103
>        413-737-1131
>        sweiss@ssfpc.com

07\0252\Hutchins v. Cardiac Science\Status Report