**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DONALD C. HUTCHINS,**<br><br>             **Plaintiff,**<br>      **vs.**<br><br>**CARDIAC SCIENCE, INC., et als,**<br><br>             **Defendant.** | **Case No. 04-30126-MAP** |

## CERTIFICATE OF SERVICE

    I, Steven Weiss, Esquire of Shatz, Schwartz and Fentin, P.C., hereby certifies that on the 21st day of September, 2007, a copy of the foregoing, <u>Status Report</u>, was sent via U.S. Mail, postage prepaid to all the party listed below and on the Matrix List.

Donald C. Hutchins
1047 Longmeadow Street
Longmeadow, MA 01106


 <u>/S/ Steven Weiss</u>
Steven Weiss, Esquire

07\0252\Hutchins v. Cardiac Science\COS.Status Report

**MATRIX LIST
DONALD C. HUTCHINS
<u>CH 7 CASE #: 07-41459-hjb</u>**

CenterOne Financial Services LLC
P.O. Box 91060
Mobile, AL  36691-1060

Complient Corporation
c/o Jack Mikels & Associates, LLP
1 Batterymarch Park
Suite 309
Quincy, MA  02169-7454

The Bank Of Western Massachusetts
O'Connell, Plumb & MacKinnon, P.C.
75 Market Place
Springfield, MA  01103

American Express
PO Box 1270
Newark, NJ 07101

Bank of America
1000 Samoset Dr.
Wilmington, DE 19884

Bank of America
475 Crosspoint Parkway
NR2-001-02-14
Getzville, NY 14068

Bank of America
PO Box 17054
Wilmington, DE 19884

Bank of Western Massachusetts
PO Box 1795
Brattleboro, VT 05302

CENTERONE FINANCIAL SVS
PO BOX 4422
BRIDGETON, MO 63044

CITIBANK NA
PO BOX 6241
SIOUX FALLS, SD 57117

Chase Bank USA NA
800 Brooksedge Blvd.
Westerville, OH 43081

Chase/Bank One Card
800 Brooksedge Blvd.
Westerville, OH 43081

Complient Corporation
c/o Jack Mikels & Associates, LLP
1 Batterymarch Park, Suite 309
Quincy, MA 02169

Crevier & Ryan, LLP
1500 Main Street
Suite 2020
Springfield, MA 01115

John A. Dowd
40 Terrace Lane
Springfield, MA 01118

The Bank of Western Massachusetts
c/o Jerry B. Plumb
O'Connell, Plumb & MacKinnon, P.C.
75 Market Place
Springfield, MA 01103

U.S. DEPT. OF EDUCATION
PO BOX 530260
ATLANTA, GA 30353

Donald Clarke Hutchins
1047 Longmeadow St.
Longmeadow, MA  01106

Gary M. Weiner, Esquire
Weiner & Lange, P.C.
95 State Street, Suite 918
Springfield, MA  01103

Richard King
Office of US Trustee
446 Main Street, 14th Floor
Worcester, MA  01608