UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DONALD C. HUTCHINS

    V.                                            CA 04-30126-MAP

CARDIAC SCIENCE, INC., ET ALS

### SETTLEMENT ORDER OF DISMISSAL

    The Court, having been advised by counsel for the parties that the above-entitled action has been settled,

    IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within NINETY (90) days to reopen the action if settlement is not consummated by the parties.

DATED:   September 27, 2007

                                SARAH THORNTON
                                CLERK

                           BY:  /s/Elizabeth A. French
                                Elizabeth A. French
                                Deputy Clerk