UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DONALD C. HUTCHINS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| vs. ) | CASE NO.04-30126-MAP |
| ) | |
| **CARDIAC SCIENCE, INC., et. als** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, being all parties to the present action, jointly stipulate and agree that Plaintiff's claims against Defendant be and hereby are dismissed *with prejudice*, each side to bear its own costs, and waiving all rights of appeal.

For the Trustee's authority to execute this stipulation, please see the order approving Trustee's Motion for Authority to Compromise Claims, entered by the United States Bankruptcy Court for the District of Massachusetts in Docket No. 07-41459-HJB dated October 19, 2007 annexed hereto.

Dated this 8th day of November, 2007.

```
                    STEVEN WEISS, CHAPTER 7 TRUSTEE
                    ESTATE OF DONALD C. HUTCHINS


             By:    /s/ Steven Weiss
                    Steven Weiss, Esquire
                    BBO #545619
                    Mark H. Bluver, Esquire
                    BBO# 560330
                    Shatz, Schwartz and Fentin, P.C.
                    1441 Main Street, Suite 1100
                    Springfield MA  01103
                    413-737-1131
                    sweiss@ssfpc.com


                    CARDIAC SCIENCE, INC.

             By:    /s/ Aaron W. Davis
                    Aaron W. Davis, Esq.
                    Patterson, Thuente, Skaar
                     & Christensen, P.A.
                    4800 IDS Center
                    80 South Eighth Street
```

           Minneapolis, Minnesota 55402-2100
           612-349-5778 direct
           800-331-4537 general

07\0252\Hutchins v. Cardiac Science\Stipulation.dismissal