UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In re | Chapter 7 |
|---|---|
| DONALD C. HUTCHINS, | Case No. 07-41459-HJB |
| Debtor | |

TRUSTEE'S MOTION
TO COMPROMISE CLAIMS
AGAINST CARDIAC SCIENCE, INC.

Now comes Steven Weiss, the Chapter 7 Trustee, through his counsel, and requests authority to compromise claims against Cardiac Science, Inc. for payment of the sum of $25,000.00, and upon the terms and conditions set forth in more detail below:

1. On April 23, 2007 Donald C. Hutchins (the "Debtor") filed a petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. Steven Weiss was appointed as Trustee and continues to serve as Trustee.

3. The matters set forth herein constitute core proceedings, pursuant to 28 U.S.C. §157(b)(2)(B).

4. The Debtor is the inventor and former holder of a patent and copyright known as "CPR Prompt®"[1] referred to herein as the "Patent".

---

[1] The Debtor is the "former owner because the patent expired pre-petition.

*[handwritten in margin: 10/19/07 Allowed — Henry Jack Boroff]*

*[handwritten bottom right: 69]*